IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 15 |
| | ) | |
| FRASER PAPERS INC., *et al.*,[1] | ) | Case No. 09-12123 (KJC) |
| | ) | |
| Debtors in Foreign Proceedings. | ) | Jointly Administered |
| | ) | |

## NOTICE OF RESCHEDULED HEARING FROM
## APRIL 6, 2010 AT 1:00 P.M. (ET) TO APRIL 7, 2010 AT 3:30 P.M. (ET)

PLEASE TAKE NOTICE that the hearing previously scheduled for April 6, 2010 at 1:00 p.m. (ET) has been rescheduled in these cases to **April 7, 2010 at 3:30 p.m. (ET)**.

PLEASE TAKE FURTHER NOTICE that all matters including, but not limited to the **Debtors' Motion For Orders (I)(A) Authorizing And Approving Sale Procedures, (B) Authorizing And Approving Notice Procedures, (C) Setting A Date For Sale Hearing, And (D) Recognizing The Canadian Approval And Sales Process Order In The United States; And (II) Approving Asset Purchase Agreement And Authorizing Sale Of Debtors' Specialty Papers Business Free And Clear Of All Liens, Claims And Encumbrances** (the "Sale Motion") (D.I. 98), previously scheduled to be heard on the April 6, 2010 at 1:00 p.m. (ET) have been rescheduled to **April 7, 2010 at 3:30 p.m. (ET)**.

PLEASE TAKE FURTHER NOTICE that the objection deadline for the Sale Motion is **March 30, 2010 at 4:00 p.m. (ET)**.

PLEASE TAKE FURTHER NOTICE THAT THE HEARING WILL BE HELD BEFORE THE HONORABLE KEVIN J. CAREY, UNITED STATES BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM #5, WILMINGTON, DELAWARE 19801.

---

[1] These jointly administered cases are those of the following debtors: Fraser Papers Inc., FPS Canada Inc., Fraser Papers Holdings Inc., Fraser Timber Limited, Fraser Papers Limited, and Fraser N.H. LLC.

Dated: March 2, 2010  
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL, LLP

_____
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
Alissa T. Gazze (No. 5338)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
(302) 658-9200

-and-

THORNTON GROUT FINNIGAN LLP
D.J. Miller, Esq.
Danny Nunes, Esq.
Suite 3200, Canadian Pacific Tower
100 Wellington St. West
P.O. Box 329, Toronto-Dominion Centre
Toronto, Canada M5K 1K7
(416) 304-1616

*Counsel to the Debtors*
*Fraser Papers Inc., et al.*

3402736.2