IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> FRASER PAPERS INC., et al.,[1] <br><br> Debtors in Foreign Proceedings. | Chapter 15 <br><br> Case No. 09-12123 (KJC) <br><br> Jointly Administered <br><br> Hearing Date: April 7, 2010 at 3:00 p.m. (ET) |

### DEBTORS' NOTICE OF (I) FINAL FORM OF ASSET PURCHASE AGREEMENT AS AMENDED AND (II) DESIGNATION BY BROOKFIELD ASSET MANAGEMENT INC. OF DESIGNATE TWIN RIVERS PAPER COMPANY, LLC AS SUCCESSFUL BIDDER

PLEASE TAKE NOTICE that on December 15, 2009, Fraser Papers Inc. and its affiliated debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") filed the *Debtors' Motion For Orders (i) (a) Authorizing And Approving Sale Procedures, (b) Authorizing And Approving Notice Procedures, (c) Setting A Date For Sale Hearing, And (d) Recognizing The Canadian Approval And Sales Process Order In The United States; And (ii) Approving Asset Purchase Agreement And Authorizing Sale Of Debtors' Specialty Papers Business Free And Clear Of All Liens, Claims And Encumbrances* (D.I. 98) (the "Sale Motion").

PLEASE TAKE FURTHER NOTICE that on January 5, 2010 this Court entered the *Order Authorizing and Approving (I) Sale Procedures, (II) Notice Procedures, (III) Setting a Date for Sale Hearing, and (IV) Recognizing the Canadian Approval and Sales Process Order* (D.I. 122) (the "Sale Order"), approving, *inter alia*, the sale procedures (the "Sale Procedures") with respect to the sale of the Debtors' specialty paper business to Brookfield Asset Management Inc. ("Brookfield") or its designate.

PLEASE TAKE FURTHER NOTICE that pursuant to the Sale Order and the Sale Procedures, the Debtors conducted the sale process. Pursuant to the process, no Qualifying Offer[2] was received, and the Debtors will seek approval of the Stalking Horse Purchaser's bid.

PLEASE TAKE FURTHER NOTICE that attached hereto as **Exhibit A** is the fully executed final form of Asset Purchase Agreement (the "Sale Agreement"), as amended, by and among Debtors and the assignee of Brookfield, Twin Rivers Paper Company, LLC

---

[1] These jointly administered cases are those of the following debtors: Fraser Papers Inc., FPS Canada Inc., Fraser Papers Holdings Inc., Fraser Timber Limited, Fraser Papers Limited, and Fraser N.H. LLC.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed in the Sale Motion and Sale Order.

("Newco").  Attached hereto as **Exhibit B** is a blackline comparison of the Asset Purchase Agreement as filed with the Court with the Sale Motion and the attached **Exhibit A**.  Attached hereto as **Exhibit C** is a summary of changes with respect to the schedules filed with the Sale Agreement.

Dated: April 1, 2010
      Wilmington, Delaware

    MORRIS, NICHOLS, ARSHT & TUNNELL, LLP

    _____
    Derek C. Abbott (No. 3376)
    Ann C. Cordo (No. 4817)
    Alissa T. Gazze (No. 5338)
    1201 North Market Street
    P.O. Box 1347
    Wilmington, Delaware 19899-1347
    (302) 658-9200

    -and-

    THORNTON GROUT FINNIGAN LLP
    D.J. Miller, Esq.
    Danny Nunes, Esq.
    Suite 3200, Canadian Pacific Tower
    100 Wellington St. West
    P.O. Box 329, Toronto-Dominion Centre
    Toronto, Canada M5K 1K7
    (416) 304-1616

    *Counsel to the Debtors Fraser Papers Inc., et al.*