# **EXHIBIT C**

EXHIBIT "K"                     - 265

Description of changes to the Schedules to the Asset Purchase Agreement since the December 3, 2009 version was filed with the Court.

Where a document is referenced herein as "original" it is a reference to the version of the document that was filed with the Court on December 3rd, 2010.

| Schedule | Description of change from December version filed with the Court |
|---|---|
| Schedule 1 - Accounts Receivable | The original accounts receivable schedule was based upon a forecast to February 28th, 2010. The accounts receivable schedule attached to the asset purchase agreement, filed with the Court on March 30th, 2010, is based upon a forecast to April 8th, 2010. |
| Schedule 2 - Contracts | Schedule 2 has been updated to reflect additional contracts identified by the Applicants. |
| Schedule 3 - Designated Employees | Schedule 3 was not provided in the initial Asset Purchase Agreement. |
| Schedule 4 - Excluded Letters of Credit | No material change to Schedule 4. |
| Schedule 5 - Fixed Assets | No material change to Schedule 5. |
| Schedule 6 - Intellectual Property | Schedule 6 has been updated to reflect additional intellectual property identified by the Applicants. |
| Schedule 7 - Inventory | The original inventory schedule was based upon a forecast to February 28th, 2010. The inventory schedule attached to the asset purchase agreement, filed with the Court on March 30th, 2010, is based upon a forecast to April 8th, 2010. |
| Schedule 8 - Lands | No material change to Schedule 8. |
| Schedule 9 - Encumbrances | Revisions to Schedule 9 are explained in detail at appendix 1 to this document. |
| Schedule 10 - Workers Compensation L/C | No material change to Schedule 10. |
| Schedule 11 – Allocation of Purchase Price | Schedule 11 was not provided in the initial Asset Purchase Agreement. |
| Schedule 12 - Assumed Liabilities | Schedule 12 was not provided in the initial Asset Purchase Agreement. |

| Schedule 13 - Permits | Schedule 13 has been updated to reflect additional Permits identified by the Applicants. |
|---|---|
| Schedule 14 - Compliance with Laws | No material change to Schedule 14. |
| Schedule 15 - Environmental Health & Safety Matters | Schedule 15 has been amended to reflect a number of additional environmental incidents. |
| Schedule 16 - Litigation | No material change to Schedule 16. |
| Schedule 17 - Tax Liens | No material change to Schedule 17. |
| Schedule 18 - Employment Matters | Schedule 18 was amended to reflect 3 new benefit policies effective since January 1, 2010. In addition the Employee Matters schedule was amended to remove former benefit policy numbers and to reflect existing policy numbers, as well as to remove duplicate information. Schedule 18 was amended to include new collective agreements, updated list of employees and contractors and updated grievance information. |
| Schedule 19 - Operation of Business | No material change to Schedule 20. |
| Schedule 20 - Critical Suppliers | No material change to Schedule 20. |

- 3 -                                       267

Appendix 1 – Schedule 9 Revisions

In December, certain information was included in a separate excel spreadsheet.

That information has now been updated and has been incorporated into the main schedule, together with new information, as follows:

**Page 3 – Additional Liens Against Real Property**

| Ville de Degelis | $47.00 | December amount was reflected in CAD ($51.15) |
| City of Edmundston | $50,551.65 | **New entry** |
| Her Majesty, The Queen, In Right of the Province of New Brunswick | $1,270,934.04 | **New entry** |
| Source Atlantic Limited | $11,233.91 | December amount has not changed |

**Page 4 – Additional Liens Against Real Property**

| Town of Madawaska | $4,291,187.20 | **New entry** |
| Madawaska Water District | $35,755.16 | December amount was $41,291.09 |
| Sullivan & Merritt Constructors Inc. | $49,529.12 | December amount was $3,103.87 |
| Stantec Consulting Limited | $80,536.34 | **New entry** |

**Page 5 – Possessory Liens – Inventory**

| Warehouse Specialists Inc. | $37,428.77 | December amount was $36,664.00 |
| Transport Systems Inc. | $38,021.87 | **New entry** |
| Logistics Management Systems | $201,014.43 | December amount was $223,195.04 |

10679971.3
13742-2191