## CERTIFICATE OF SERVICE

I, Alissa T. Gazze , certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Notice Of (I) Final Form Of Asset Purchase Agreement As Amended And (II) Designation By Brookfield Asset Management Inc. Of Designate Twin Rivers Paper Company, LLC As Successful Bidder** was caused to be made on April 1, 2010, in the manner indicated upon the parties identified below and on the attached service list.

Dated: April 1, 2010

Alissa T. Gazze (No. 5838)

**VIA FIRST CLASS U.S. MAIL:**
Robert Chadwick
Cathy Costa
Goodmans LLP
Suite 2400
250 Yonge Street
Toronto, ON M5B 2M6

Tony DeMannis
Natasha DeCicco
Torys LLP
79 Wellington Street
West Suite 3000
Box 270, TD Centre
Toronto, ON M5K 1N2

John McKenna
Diane Cesta
Tracey Weaver
Jonathan Zidel
PriceWaterhouse Coopers
Royal Trust Tower
20th Floor, 77 King St. W.
Toronto, ON M5K 1K7

3482920.1