## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 15 |
| | ) |
| FRASER PAPERS INC., *et al.*,[1] | ) Case No. 09-12123 (KJC) |
| | ) |
| Debtors in Foreign Proceedings. | ) Jointly Administered |
| | ) |
| | ) **Re: D.I. 98** |
| | ) **Hearing Date: April 7, 2010 at 3:30 p.m.** |

## NOTICE OF FINAL APPROVAL AND VESTING ORDER RE: D.I. 98

**PLEASE TAKE NOTICE** that on April 7, 2010, the Honorable Madam Justice Pepall of the Ontario Superior Court of Justice (Commercial List) (the "Ontario Court") issued the *Final Approval and Vesting Order* (the "Vesting Order") filed in the proceedings for Fraser Papers Inc. et. al., under Canada's Companies' Creditors Arrangement Act, R.S.C. 1985, c. C-36, as amended, pending before the Ontario Court.  A copy of the Vesting Order is annexed hereto as Exhibit A.

Dated: April 7, 2010
      Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL, LLP

  */s/ Ann C. Cordo*
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware  19899-1347
(302) 658-9200

  -and-

THORNTON GROUT FINNIGAN LLP
D.J. Miller, Esq.
Danny Nunes, Esq.
Suite 3200, Canadian Pacific Tower
100 Wellington St. West
P.O. Box 329, Toronto-Dominion Centre
Toronto, Canada M5K 1K7
(416) 304-1616

*Counsel to the Debtors Fraser Papers Inc., et al.*

---

[1] These jointly administered cases are those of the following debtors:  Fraser Papers Inc., FPS Canada Inc., Fraser Papers Holdings Inc., Fraser Timber Limited, Fraser Papers Limited, and Fraser N.H. LLC.