18

Schedule "A" – Form of Monitor's Certificate

Court File No. CV-09-8241-00CL

*ONTARIO*
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**

| | | |
|---|---|---|
| THE HONOURABLE MADAM | ) | TUESDAY, THE 6TH DAY |
| | ) | |
| JUSTICE PEPALL | ) | OF APRIL, 2010 |

IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,
R.S.C. 1985, c. C-36, AS AMENDED

AND IN THE MATTER OF A PROPOSED PLAN OF COMPROMISE OR
ARRANGEMENT WITH RESPECT TO FRASER PAPERS INC./PAPIERS FRASER
INC., FPS CANADA INC., FRASER PAPERS HOLDINGS INC., FRASER TIMBER
LTD., FRASER PAPERS LIMITED and FRASER N.H. LLC (collectively, the
"Applicants")

MONITOR'S CERTIFICATE

**RECITALS**

A.      Pursuant to an Order of the Honourable Mr. Justice Morawetz of the Ontario Superior
Court of Justice (Commercial List) (the "Court") dated June 18, 2009, PricewaterhouseCoopers
Inc. was appointed as monitor (the "Monitor") of the Applicants.

B.      Pursuant to an Order of the Court dated December 10, 2009 (the "Approval and Bid
Process Order"), the Court approved the asset purchase agreement made as of December 22,
2009 between the Applicants, as vendors, and Brookfield Asset Management Inc. ("Brookfield")
and/or such other Person(s) as it may designate, as amended by the first amendment to the asset
purchase agreement dated as of February 26, 2010 and a second amendment to the asset purchase
agreement dated as of ■, 2010, as may be further amended, modified or restated from time to
time (collectively, the "Purchase Agreement").

19

C.      Brookfield designated Twin Rivers Paper Company Inc. (the "Canadian Purchaser") as the purchaser of the Purchased Assets located in Canada (the "Canadian Purchased Assets") and Twin Rivers Paper Company LLC (the "U.S. Purchaser" together with the Canadian Purchaser the "Designated Purchasers") as the purchaser of the Purchased Assets located in the United States (the "U.S. Purchased Assets").

D.      Pursuant to an Order of the Court dated April 6, 2010 (the "Approval and Vesting Order"), the Court provided for the vesting in the Canadian Purchaser and the U.S. Purchaser of the Applicants' right, title and interest in and to the Canadian Purchased Assets and the U.S. Purchased Assets, respectively, which vesting is to be effective with respect to the Purchased Assets, upon the delivery by the Monitor to the Designated Purchasers of a certificate confirming (i) the payment by the Canadian Purchaser and the U.S. Purchaser of the Purchase Price for the Canadian Purchased Assets and the U.S. Purchased Assets, respectively, (ii) that the conditions to Closing as set out in the Purchase Agreement have been satisfied or waived by the Applicants, Brookfield and the Designated Purchasers, as, the case may be; and (iii) the Transaction as contemplated in the Purchase Agreement, the Approval and Bid Process Order and the Approval and Vesting Order has been completed to the satisfaction of the Monitor.

E.      Unless otherwise indicated herein, all capitalized terms used but not otherwise defined in this certificate shall have the meanings ascribed thereto in the Purchase Agreement.

THE MONITOR CERTIFIES the following:

1.      The Designated Purchasers have paid and the Applicants have received the Purchase Price for the Purchased Assets, payable on Closing pursuant to the Purchase Agreement;

2.      The conditions to Closing as set out in the Purchase Agreement have been satisfied or waived by the Applicants, Brookfield and the Designated Purchasers, respectively; and

3.      The Transaction has been completed in accordance with the terms of the Purchase Agreement, the Approval and Bid Process Order and the Approval and Vesting Order.

4.      This Certificate was delivered by the Monitor at _____ [TIME] on _____ [DATE].

20

**PRICEWATERHOUSECOOPERS INC., in
its capacity as Monitor of Fraser Papers Inc.,
Fraser Papers Limited and FPS Canada Inc.,
Fraser Papers Holdings Inc., Fraser Timber
Ltd., Fraser Papers Limited and Fraser N.H.
LLC, and not in its personal or corporate
capacity**

Per: _____

      Name:

      Title:

DRAFT 21

## SCHEDULE "B"

### CANADIAN PURCHASED ASSETS

All right, title and interest of the Vendors in and to the Edmundston Assets, the Juniper Assets, and the Plaster Rock Assets, and all of the other property and assets of every kind and description used by or in connection with or otherwise relating to the Business located in Canada, other than only the Excluded Assets (collectively, the "Canadian Purchased Assets"), and as more specifically described below:

    (a)    the Lands listed in Appendix "1" attached hereto;

    (b)    the Timber Licences;

    (c)    the Contracts listed in Appendix "2" attached hereto;

    (d)    the Fixed Assets listed in Appendix "3" attached hereto;

    (e)    all Inventory listed in Appendix "4" attached hereto;

    (f)    the PPGTP Credits;

    (g)    all Intellectual Property listed in Appendix "5" attached hereto;

    (h)    the Books and Records;

    (i)    all Accounts Receivable listed in Appendix "6" attached hereto;

    (j)    all Prepaid Expenses;

    (k)    all Permits (to the extent assignable) listed in Appendix "7" attached hereto;

    (l)    the Real Property Tax Returns; and

    (m)    all goodwill associated with the Business or the Canadian Purchased Assets.

All capitalized terms used but not otherwise defined herein shall have the meanings ascribed thereto in the Asset Purchase Agreement dated as of December 22, 2009 between, among others, Fraser Papers Inc. and Brookfield Asset Management Inc., as amended, restated or modified from time to time.

22

### Appendix "1"

### Lands – Canadian Purchased Assets

| PID | PAN | Land Description | Address | County |
|-----|-----|------------------|---------|--------|
| 10001584 | 373801 | Vacant Lot | Mill Road, Juniper | Carleton |
| 10001618 | 373835 | Vacant Lot | Mill Road, Juniper | Carleton |
| 10001717 | 373932 | Vacant Lot | Juniper Road, Juniper | Carleton |
| 10004588 | 3544948 | Freehold Timber Land | Juniper Road, Juniper | Carleton |
| 10005718 | 3693519 | Vacant Lot | Juniper Road, Juniper | Carleton |
| 10079069 | 381749 | | 2 Highway, Juniper | Carleton |
| 10079101 | 381749 | | Juniper Road, Aberdeen | Carleton |
| 10079119 | 381749 | | Juniper Road, Aberdeen | Carleton |
| 10079127 | 381749 | | Juniper Road, Aberdeen | Carleton |
| 10137891 | 381749 | | 107 Highway, Juniper | Carleton |
| 10137917 | 381765 | Vacant Lot | Juniper Road, Juniper | Carleton |
| 10137925 | 3544948 | Freehold Timber Land | Juniper Road, Juniper | Carleton |
| 10206902 | 3488118 | Freehold Timber Land | Lewis Road, Juniper | Carleton |
| 10206928 | 3488100 | Freehold Timber Land | Juniper Road, Juniper | Carleton |
| 35001445 | 101440 | Kennedy Island 8 & P123 | Madawaska | Madawaska |
| 35064492 | 4631942 | A & B Pipeline P-36 & 37 | Cnr, Saint-Basile | Mada waska |
| 35126960 | 5759094 | Land and Pulp Mill | Edmundston | Madawaska |
| 35134485 | 258297 | Residential vacant lot | 1 rue Aqueduc, Edmundston | Madawaska |
| 35134493 | 258302 | Residential lot | 5 rue Aqueduc, Edmundston | Madawaska |
| 35134501 | 258310 | Residential vacant lot | 11 rue Aqueduc, Edmundston | Madawaska |
| 35134519 | 258328 | Industrial lot | 27 rue Aqueduc, Edmundston | Madawaska |
| 35135003 | 258815 | Steam line & lot | Rue Ferry, Edmundston | Madawaska |

23

| | | | | |
|---|---|---|---|---|
| 35135037 | 258849 | Industrial lot | 51 rue Rice, Edmundston | Madawaska |
| 35135045 | 258857 | Industrial Lot | 53 Rue Rice, Edmundston | Madawaska |
| 35135052 | 258865 | Industrial Lot | 57 Rue Rice, Edmundston | Madawaska |
| 35135060 | 258873 | Industrial Lot | 61 Rue Rice, Edmundston | Madawaska |
| 35144088 | 5759094 | Land and Pulp Mill | Edmundston | Madawaska |
| 35147065 | 5759094 | Land and Pulp Mill | Edmundston | Madawaska |
| 35147495 | 271300 | Steam line & lot | Rue Ferry, Edmundston | Madawaska |
| 35160662 | 139451 | Industrial Lot | Acadie Boulevard, Edmundston | Madawaska |
| 35165745 | 4525450 | Industrial Lot | Route 2, Edmundston | Madawaska |
| 35173400 | 5666152 | Land | 570 Rue Victoria, Edmundston | Madawaska |
| 35176791 | 128044 | | Ile Turtle, Baker Brook | Madawaska |
| 35176809 | 128044 | | Ile Daigle, Baker Brook | Madawaska |
| 35176817 | 128044 | | Ile Baker, Baker Brook | Madawaska |
| 35176825 | 128044 | | Ile 5, Baker Brook | Madawaska |
| 35176882 | 128044 | | Cnr, Baker Brook | Madawaska |
| 35181411 | 258297 | Res. Vacant Lot | 1 rue Aqueduc, Edmundston | Madawaska |
| 35181429 | 258310 | Vacant Lot | 11 Rue Aqueduc, Edmundston | Madawaska |
| 35181437 | 258310 | Res. Vacant Lot | Rue Aqueduc, Edmundston | Madawaska |
| 35181445 | 5759094 | Land and Pulp Mill | Edmundston | Madawaska |
| 35181494 | 5759094 | Land and Pulp Mill | Edmundston | Madawaska |
| 35181569 | 3556238 | Park du Centennaire Z1 | 65 rue Victoria, Edmundston | Madawaska |
| 35181577 | 5759094 | Land and Pulp Mill | Edmundston | Madawaska |
| 35181585 | 5759094 | Land and Pulp Mill | Edmundston | Madawaska |
| 35181619 | 5533951 | Industrial lot | 47 rue Rice, Edmundston | Madawaska |
| 35181668 | 271300 | Steam line & lot | Rue Ferry, Edmundston | Madawaska |

24

| 35186519 | 142682 | Landfill site lot 13 | Acadie Boulevard, Edmundston | Madawaska |
| 35186667 | 4687765 | Landfill site | Chemin Canada, Edmundston | Madawaska |
| 35194125 | 4631942 | A & B Pipeline P-36 & 37 | Rue Grondin, Saint-Basile | Madawaska |
| 35194133 | 4631942 | A & B Pipeline P-36 & 37 | Rue Pelletier, Saint-Basile | Madawaska |
| 35194950 | 101440 | Kennedy Island 8 & P123 | Madawaska | Madawaska |
| 35200799 | 101440 | Kennedy Island 8 & P123 | François-de-Madawaska | Madawaska |
| 35200807 | 101440 | Kennedy Island 8 & P123 | François-de-Madawaska | Madawaska |
| 35200815 | 101440 | Kennedy Island 8 & P123 | François-de-Madawaska | Madawaska |
| 35200823 | 110627 | Terrain Vacant P-123 | François-de-Madawaska | Madawaska |
| 35233964 | 3965982 | Residential Lot | Hebert Avenue, Edmundston | Madawaska |
| 35248392 | | | Riviera Ave, Edmundston | Madawaska |
| 35257476 | 3629015 | Land fill site | Route 2, Edmundston | Madawaska |
| 35265651 | 267872 | Pipeline, Marina & Lot | 116 rue Victoria, Edmundston | Madawaska |
| 35270644 | 4747565 | Lagoon and Buildings | | Madawaska |
| 35273648 | 258328 | Industrial Lot | 27 rue Aqueduc, Edmundston | Madawaska |
| 35320837 | 5759094 | Land and Pulp Mill | Edmundston | Madawaska |
| 35320845 | 5759094 | Land and Pulp Mill | Edmundston | Madawaska |
| 35320852 | 5759094 | Land and Pulp Mill | Edmundston | Madawaska |
| 35320886 | 5759094 | Land and Pulp Mill | Edmundston | Madawaska |
| 35320902 | 5759094 | Land and Pulp Mill | Edmundston | Madawaska |
| 35320910 | 5759094 | Land and Pulp Mill | Edmundston | Madawaska |
| 35320928 | 5759094 | Land and Pulp Mill | Edmundston | Madawaska |
| 35320936 | 5759094 | Land and Pulp Mill | Edmundston | Madawaska |

25

| | | | | |
|---|---|---|---|---|
| 35320944 | 5759094 | Land and Pulp Mill | Edmundston | Madawaska |
| 35320985 | 5666152 | Land | Rue Victoria, Edmundston | Madawaska |
| 35320993 | 250786 | | Rue Victoria, Edmundston | Madawaska |
| 35321009 | 250786 | Pipeline, Marina & Lot | 254 Rue Victoria, Edmundston | Madawaska |
| 35321017 | 250786 | Pipeline, Marina & Lot | Rue Victoria, Edmundston | Madawaska |
| 35321025 | 250786 | Pipeline, Marina & Lot | Rue Victoria, Edmundston | Madawaska |
| 35321033 | 250786 | Pipeline, Marina & Lot | Rue Victoria, Edmundston | Madawaska |
| 35321041 | 250786 267872 | Pipeline, Marina & Lot | Rue Victoria, Edmundston | Madawaska |
| 35321058 | 267872 | Pipeline, Marina & Lot | 116 rue Victoria, Edmundston | Madawaska |
| 35321066 | 110627 | Terrain Vacant P-123 | Madawaska | Madawaska |
| 35321074 | 101440 | Kennedy Island 8 & P123 | Madawaska | Madawaska |
| 35321082 | 101440 | Kennedy Island 8 & P123 | Madawaska | Madawaska |
| 35321488 | 5700320 | Quisibis Island | Madawaska | Madawaska |
| 35321496 | 5700320 | Quisibis Island | Madawaska | Madawaska |
| 35321504 | 5700320 | Quisibis Island | Madawaska | Madawaska |
| 35321512 | 5700312 | Quisibis Island | Madawaska | Madawaska |
| 35321520 | 5700312 | Quisibis Island | Madawaska | Madawaska |
| 65203556 | 5229489 | Vacant Land (by River) | Route 108, Plaster Rock | Victoria |
| 65203564 | 5757416 | Vacant Land (by River) | Route 108, Plaster Rock | Victoria |
| 65203705 | 5229463 | Vacant Land (by River) | Tobique River Road, Plaster Rock | Victoria |
| 10001600 LT | 373827 | Office Building and Lot | Mill Road, Juniper | Carleton |
| 10004885 LT | 377229 | Sawmill Complex and Land | Juniper Road, Juniper | Carleton |
| 35064930 LT | 180038 | Lagoon and Buildings | Chemin Cnr, Saint-Basile | Madawaska |

26

| 35147305 LT | 5759094 | Land and Pulp Mill | 365 Chemin Canada, Edmun | Madawaska |
|---|---|---|---|---|
| 35194489 LT | 180038 | Lagoon and Buildings | Chemin Cnr, Saint-Basile | Madawaska |
| 35194497 LT | 180038 | Lagoon and Buildings | Fleuve Saint Jean, Saint-Basile | Madawaska |
| 35194505 LT | 180038 | Lagoon and Buildings | Fleuve Saint Jean, Saint-Basile | Madawaska |
| 35194513 LT | 180038 | Lagoon and Buildings | Rue Principale, Saint-Basile | Madawaska |
| 35194521 LT | 180038 | Lagoon and Buildings | Chemin Cnr, Saint-Basile | Madawaska |
| 35194539 LT | 180038 | Lagoon and Buildings | Chemin Cnr, Saint-Basile | Madawaska |
| 35198571 LT | 180038 | Lagoon and Buildings | Chemin Cnr, Saint-Basile | Madawaska |
| 35198589 LT | 180038 | Lagoon and Buildings | Chemin Cnr, Saint-Basile | Madawaska |
| 35198597 LT | 180038 | Lagoon and Buildings | Chemin Cnr, Saint-Basile | Madawaska |
| 35198605 LT | 180038 | Lagoon and Buildings | Chemin Cnr, Saint-Basile | Madawaska |
| 35198613 LT | 180038 | Lagoon and Buildings | Chemin Cnr, Saint-Basile | Madawaska |
| 35330216 LT | 5759094 | Land and Pulp Mill | Chemin Cnr, Edmundston | Madawaska |
| 35330604 LT | 5742160 | Maintenance building and lot | Edmundston | Madawaska |
| 65203549 LT | 288959 5720817 3719975 | Fraser Sawmill/Land/Golf Course | Route 108, Plaster Rock | Victoria |

27

## LANDS

| 27 Rice Street, Edmundston NB E3V 1S9 | Pulp and Energy Operations |
|---|---|
| 130 Juniper Road, Juniper NB E7L 1J3 | Lumbermill |
| 31 Renous Road, Plaster Rock NB E7G 4B5 | Lumbermill |

Descriptions Attached

28

**EDMUNDSTON**

Page    3    of/de    4

Schedule A | Annexe A

**PID | NID :** 35147305

**Apparent Parcel Access | Accès apparent à la parcelle :** Public Access | Accès public

**Status | État de la demande :** Current | Courant

**Effective Date/Time | Date et heure de prise d'effet :**    2008-05-01 13:44:29

**Legal Description | Description officielle :**


Place Name: City of Edmundston

Parish / County: Madawaska/Madawaska


Described as follows:


All that certain lot, piece or parcel of land and premises situate, lying and being in the City of Edmundston, County of Madawaska and Province of New Brunswick described as follows: "Beginning at the intersection of the property line between Fraser Papers Inc./Papiers Fraser Inc. (document 21972865, PID 35330216) and Fraser Papers Inc./Papiers Fraser Inc. (documents 18659954 & 18886219, PID 35147305) with the northeasterly limit of Canada Road; thence following the said property line in a northerly direction to the limit of the ordinary high water mark of the Madawaska River; thence following the said river in a downstream direction to the property line between of Fraser Papers Inc./Papiers Fraser Inc. (documents 18659954 & 18886219, PID 35147305) and Fraser Papers Inc./Papiers Fraser Inc. (documents 18659954 & 18886219, PID 35320886); thence going in a southwesterly direction along the northwesterly property lines of Fraser Papers Inc./Papiers Fraser Inc. (documents 18659954 & 18886219, PID 35320888), Fraser Papers Inc./Papiers Fraser Inc. (documents 18659954 & 18886219, PID 35147065) and along the northwesterly limit of Rice Street until the property line between Fraser Papers Inc./Papiers Fraser Inc. (documents 18659954 & 18886219, PID 35147305) and Fraser Papers Inc./Papiers Fraser Inc. (documents 18659954 & 18886219, PID 35181619, lot 5 registered plan 1507); thence following the said property line in a direction N60°-53W for a distance of 30.48 meters (100 feet); thence going in a direction S29-07W along the northwesterly property lines of Fraser Papers Inc./Papiers Fraser Inc. (documents 18659954 & 18886219, PID 35181619, lot 5 registered plan 1507), Fraser Papers Inc./Papiers Fraser Inc. (documents 18659954 & 18886219, PID 35135037, lot 6 registered plan 1507), Fraser Papers Inc./Papiers Fraser Inc. (documents 18659954 & 18886219, PID 35135045, lot 7 registered plan 1507), Fraser Papers Inc./Papiers Fraser Inc. (documents 18659954 & 18886219, PID 35135052, lot 8 registered plan 1507), Fraser Papers Inc./Papiers Fraser Inc. (documents 18659954 & 18886219, PID 35135060, lot 9 registered plan 1507), Paul Raymond (document 173112, book 650, page 401, lot 10 registered plan 1507), Paul Raymond & Jocelyne Raymond (document 23563290, lot 11 registered plan 1507) and Edmundston Auto Ltd./Edmundston Auto Ltée. (document 23412647, lot 12 registered plan 1507) for a distance of 143.98 meters (472.40 feet); thence following the property line between Edmundston Auto Ltd./Edmundston Auto Ltée. (document 23412647) and Fraser Papers Inc./Papiers Fraser Inc. (documents 18659954 & 18886219, PID 35147305) in a direction N55 degrees-35W for a distance of 2.92 meters or to a point having New Brunswick Grid Coordinates east 2361743.893 meters and north 7597863.029 meters; thence following the property line between Edmundston Auto Ltd./Edmundston Auto Ltée (document 23412647, Parcelle 2004-A registered plan 20149531) and Fraser Papers Inc./Papiers Fraser Inc. (documents 18659954 & 18886219, PID 35147305) in a direction 305 degrees-48'-00" for a distance of 66.11 meters; thence following the property line between Edmundston Auto Ltd./Edmundston Auto Ltée (document 23412647, Parcelle 2004-A registered plan 20149531)

and Fraser Papers Inc./Papiers Fraser Inc. (documents 18659954 & 18886219, PID 35147305) in a direction 213 degrees 20'-40" for a distance of 41.21 meters to the rear property line of Naquib Anawati (document 114155, book M-12, page 747, registered plan 893); thence going in a northwesterly direction along the northeasterly property lines of Naquib Anawati (document 114155, book M-12, page 747, registered plan 893), Germain Gagnon & Wilda Gagnon (document 122584, book U-13, page 522), Lucienne Germain (document 183815, book 731, page 239), Lucienne Germain (document 12818531, book 1012, page 34), André Rino Ouellet (document 24567043), Luc Bélanger & Marie Line Bélanger (document 13398848), Robert M. Levesque

30

### Schedule A | Annexe A

(document 169823, book 631, page 73, lot 90-02 registered plan 6845); Levesque Electronics Inc. (document 159607, book W-20, page 318, lot 90-01 registered plan 6845),Madawaska Council No. 830 the Order of United Commercial Travellers of America Inc. (document 12108339, lot 3 registered plan 3631), Armand Bouchard & Jacqueline Bouchard (document 107409, book N-11, page 855, lot 4 registered plan 3631), Uapro Inc. (document 195765, book 829, page 389, registered plan 660), Langis Bélanger (document 207145, book 915, page 248), Roderick Long & Rollande Long (document 16466220), Lucien Bellefleur (document 76451 book 57, page 448), Patrick Lord (document 187951, book 765, page 41, registered plan 1920), Patrick Bouchard (101045, book Q-10, page 688), Jean-Claude D'Amours & Hélène Thériault (document 23123244); Jimmy Bossé (document 190759, book 789, page 40), Fraser Papers Inc./Papiers Fraser Inc. (documents 18659954 & 18886219, PID 35320944, registered plan 399), Fraser Papers Inc./Papiers Fraser Inc. (documents 18659954 & 18886219, PID 35320928, registered plan 399), Fraser Papers Inc./Papiers Fraser Inc. (documents 18659954 & 18886219, PID 35320910, registered plan 399) and Fraser Papers Inc./Papiers Fraser Inc. (documents 18659954 & 18886219, PID 35320902, registered plan 399) until the northwesterly property line of Fraser Papers Inc./Papiers Fraser Inc. (documents 18659954 & 18886219, PID 35320902, registered plan 399); thence following the property line between Fraser Papers Inc./Papiers Fraser Inc. (documents 18659954 & 18886219, PID 35147305) and Fraser Papers Inc./Papiers Fraser Inc. (documents 18659954 & 18886219, PID 35320902, registered plan 399) in a southwesterly direction for a distance of 30.48 meters (100 feet) to the northeasterly limit of Canada Road; thence following the said limit in a northwesterly direction to the point of beginning."

SUBJECT to an easement granted to Edmundston by two documents dated November 8, 2004 and registered in the Madawaska County Registry Office on November 17, 2004 as number 19474130 & 19474270 and as fully outlined on two survey plans By Pierre J.-M. Picard, N.B.L.S., of Arpenteurs du Nord Ltée, each of which is dated September 17, 2004 and entitled "Plan d'Arpentage Démontrant le Droit de Servitude et de Passage à être acquis par Edmundston", said survey plans being registered as plan file numbers 19474072 & 19474189.

BEING one of several parcels of land conveyed to Fraser Papers Inc./Papiers Fraser Inc. by a document dated June 27, 2004 and registered in the Madawaska County Registry Office on July 6, 2004 as number 18659954 and by a document dated June 30, 2004 and registered on August 10, 2004. The above documents being registered in the Madawaska County Registry Office

AND ALSO BEING the 2 parcels of land conveyed to Fraser Companies, Limited by a document dated March 26, 1923 and registered in the Madawaska County Registry Office on June 30, 1923 in book O-3, on page 387, as number 23893.

AND BEING the same lands as conveyed by a Deed from Fraser Papers Inc./Papiers Fraser Inc. to Fraser Papers Inc./Papiers Fraser Inc., approved on April 25, 2008 by Jacques Desjardins, Development Officer for Madawaska District Planning Commission, and registered in the Madawaska County Registry Office on April 25, 2008 as Number 25469769.

31

## Schedule A | Annexe A

PID | NID : 35330216

Apparent Parcel Access | Accès apparent à la parcelle : Public Access | Accès public

Status | État de la demande : Current | Courant

Effective Date/Time | Date et heure de prise d'effet : 2008-03-19 10:54:51

Legal Description | Description officielle :

Place Name: Edmundston
Parish / County: Madawaska/Madawaska

Described as follows:

All that certain lot, piece or parcel of land and premises situate, lying and being in the City of Edmundston, County of Madawaska and Province of New Brunswick described as follows:

Beginning at the intersection of the property line between Fraser Papers Inc. Papiers Fraser Inc. (documents 18659954 & 18886219, PID 35320951) and Brigitte Martin Robichaud (document 19930859) with the northeasterly limit of Canada Road; thence following the said property line and the rear property line of Trefflé Dupéré & Diane Dupéré (document 168219, book 616, page 385), Renald Beaulieu (document 148767, book P-18, page 98), Wilfred Beaulieu (document 127818, book P-14, page 651), Claudette Ringuette (document 128751, book T-14, page 795), Wilfrid Robichaud & Françoise Robichaud (documents 93731, book R-9, page 311) in a northerly direction to the property line between Edmundston (document 107476, book O-11, page 60) and Fraser Papers Inc. Papiers Fraser Inc. (documents 18659954 & 18886219, PID 35320951); thence following the said property line in a northeasterly direction to the limit of the ordinary high water mark of the Madawaska River; thence following said river in a downstream direction to the property line between Fraser Papers Inc. Papiers Fraser Inc. (documents 18659954 & 18886219, PID 35320951); and Fraser Papers Inc. Papiers Fraser Inc. (documents 18659954 & 18886219, PID 35147305); thence following said property line in a southerly direction until the northeasterly limit of Canada Road; thence following said limit in a northwesterly direction to a point situated at the intersection of the line between Lot 2006-01 and Parcel 2006-B, as outlined on Amending Subdivision Plan - Final Plan Survey of subdivision of Lot No. 2 Granted to Michel Tighe, surveyed by Pierre J.-M. Picard, NBLS, dated February 28, 2006, said point having New Brunswick Grid Coordinates east 2360795.198 meters and north 7598445.798 meters; thence following a direction 38 degrees, 55 minutes, 00 seconds for a distance of 59.16 meters; thence following a direction 125 degrees, 24 minutes, 30 seconds for a distance of 26.93 meters; thence following a direction 39 degrees, 44 minutes, 40 seconds for a distance of 65.53 meters; thence following a direction 313 degrees, 46 minutes, 50 seconds for a distance of 33.24 meters; thence following a direction 281 degrees, 36 minutes, 20 seconds for a distance of 57.17 meters; thence following a direction 194 degrees, 10 minutes, 40 seconds for a distance of 46.69 meters; thence following a direction 218 degrees, 55 minutes, 00 seconds for a distance of 58.51 meters to the northeasterly limit of Canada Road; thence following said limit in a northwesterly direction until the point of beginning."

SAVE AND EXCEPT part of a parcel of land conveyed to the Town of Edmundston by a document dated November 30, 1922 and registered in the Madawaska County Registry Office on June 14, 1923 in book O-3, page 217, as number 23837.

SAVE AND EXCEPT a parcel of land conveyed to the Town of Edmundston by a document dated May 2, 1944 and registered in the Madawaska County Registry Office on May 27, 1944 in book M-5, page 102, as number 40945.

BEING A CONSOLIDATION of 2 parcels of land, Parcel 2006-A and Parcel 2006-B as outlined on Amending Subdivision Plan - Final Plan Survey of subdivision of Lot No. 2 Granted to Michel Tighe, surveyed by Pierre J.-M. Picard, NBLS, dated February 28, 2006, with 2 parcels of land (PIDS 35320951 and 35186725) as conveyed to Fraser Papers Inc. Papiers Fraser Inc. by a document dated June 27, 2004 and registered in the Madawaska County Registry Office on July 6, 2004 as number 18659954 and by a document dated June 30, 2004 and registered in the Madawaska County Registry Office on August 10, 2004 as number 18886219.

Being the same lands as conveyed in to Fraser Papers Inc. Papiers Fraser Inc., Deed registered in the Madawaska County Registry Office on April 19, 2006 as Document #21972865.

32

**Schedule A | Annexe A**

TOGETHER WITH A BENEFIT of a Right of Way and an Easement as described in Transfer from
Fraser Papers Inc. Papiers Fraser Inc. to Acadian Timber GP Inc. registered on July 18, 2006 in
the Madawaska County Registry Office as number 22448709, and shown as Right of Way and
Easement No. 2 on an Amending Subdivision Plan - Final Plan Survey of subdivision of Lot No. 2
Granted to Michel Tighe, surveyed by Pierre J.-M. Picard, NBLS, dated February 28, 2006 and
registered in the Madawaska County Registry Office on April 19, 2006 as Plan 21971677.

33

Page    3    of/de    3

**Schedule A | Annexe A**

**PID | NID :** 35330604

**Apparent Parcel Access | Accès apparent à la parcelle :** Public Access | Accès public

**Status | État de la demande :** Current | Courant

**Effective Date/Time | Date et heure de prise d'effet :**    2008-03-18 15:56:48

**Legal Description | Description officielle :**

Municipality: City of Edmundston
Parish: Madawaska
County: Madawaska
Description: Lot 2006-01
Plan: 22117635
County Registered: Madawaska
Date Registered: 2006-05-18
Name of Plan: Plan d'Arpentage, démontrant le lot 2006-1, Fraser Papers Inc. Papier Fraser Inc.

34

**Schedule A | Annexe A**

PID | NID : 35194497

Apparent Parcel Access | Accès apparent à la parcelle : Private Access | Accès privé

Status | État de la demande : Current | Courant

Effective Date/Time | Date et heure de prise d'effet :   2008-03-25 08:49:47

Legal Description | Description officielle :

All that certain lot, piece or parcel of land and premises, lying and being in the City of Edmundston, Parish of St-Basile, in the County of Madawaska and Province of New Brunswick, and being more particularly bounded and described as follows:

Beginning at the intersection of the northerly bank or shore of the Saint John River with the division line of land owned by Martin Ready Mix Ltd. with land owned by Dube Construction Co. Ltd. at Iroquois in the Parish of Saint Basile, thence following said division line in a northerly direction for a distance of four hundred feet (400') more or less, to a point, thence in an easterly direction parallel to the Saint John River and maintaining a distance of four hundred feet (400') therefrom for a distance of seven hundred feet (700'), more or less, to the division line between lands owned by Isidore Cyr and Dube Construction Co. Ltd., thence following said division line in a southerly direction for a distance of four hundred feet (400'), more or less, to the northerly bank or shore of the Saint John River, thence following the various courses of the bank or shore of the Saint John River upstream to the place or point of beginning.

TOGETHER WITH A BENEFIT OF a right-of-way to the Grantee, its servants, employees or agents or others with authority to enter upon and over the lands herein described from the Highway Road following an existing road leading to the River aforesaid with truck or other vehicles at all times for all purposes. Said right-of-way being given to the Grantee, its successors and assigns.

Being the same lands and premises conveyed by Dube Construction Co. Ltd. to Fraser Companies, Limited by Deed dated December 8, 1970 and registered in the Madawaska County Registry Office on December 17, 1970 in Book L-8 at page 629 as Number 085128.

35

## Schedule A | Annexe A

**PID | NID :** 35194489

**Apparent Parcel Access | Accès apparent à la parcelle :** Private Access | Accès privé

**Status | État de la demande :** Current | Courant

**Effective Date/Time | Date et heure de prise d'effet :**    2008-03-20 16:10:14

**Legal Description | Description officielle :**

All that certain lot, piece or parcel of land and premises, lying and being in the City of Edmundston, Parish of St. Basile, in the County of Madawaska and Province of New Brunswick, and being more particularly bounded and described as follows:

Beginning at the intersection of the northeastern bank or shore of the St. John River with the division line between lands owned by Raoul Lee and Gerald Dupont at Iroquois, in the Parish of St. Basile; thence following said division line in a direction North fifty-one degrees East (N51 degrees 00 minutes E) to the southerly limits of the Canadian National Railway right-of-way; thence following the southerly limits of the Canadian National Railway right-of-way in an easterly direction to the division line between lands owned by Gerald Dupont and Raoul Jalbert; thence following said division line in a direction South fifty-one degrees twenty minutes West (S51 degrees 20 minutes W) to the northeastern bank or shore of the St. John River; thence following the bank or shore of the St. John River upstream to the place or point of beginning.

TOGETHER WITH A BENEFIT OF A right-of-way upon and across the lands of Felix Cormier, extending from the public highway to connect with and form part of the roadway approach to the joint farm crossing at Mile 109.7 of the Grand Falls sub-division of the Canadian National Railway as described in agreement dated June 10, 1942 between Felix Cormier et al and the Canadian National Railway, being duly recorded in the Madawaska County Records in Book J-5, Page 239, No. 39111.

Being the same lands and premises conveyed by Gerald Dupont and wife to Fraser Companies, Limited by Deed dated December 8, 1970 and registered in the Madawaska County Registry Office on December 10, 1970 in Book L-8 at page 522 as Number 085103.

36

**Schedule A | Annexe A**

**PID | NID :** 35194505

**Apparent Parcel Access | Accès apparent à la parcelle :** Private Access | Accès privé

**Status | État de la demande :** Current | Courant

**Effective Date/Time | Date et heure de prise d'effet :**   2008-03-20 09:04:09

**Legal Description | Description officielle :**

All that certain lot, piece or parcel of land and premises, lying and being in the City of Edmundston, Parish of St-Basile, in the County of Madawaska and Province of New Brunswick, and being more particularly bounded and described as follows:

Beginning at the intersection of the northerly bank or shore of the Saint John River with the division line between lands owned by Gerald Dupont and Martin Ready Mix Ltd., at Iroquois in the Parish of Saint Basile, thence following said division line in a northerly direction for a distance of two hundred feet (200') more or less, to a point, thence in an easterly direction parallel to the Saint John River and maintaining a distance of two hundred feet (200') therefrom, to the division line between lands owned by Dube Construction Co. Ltd. and Martin Ready Mix Ltd., thence following said division line in a southerly direction for a distance of two hundred feet (200') more or less, to the northerly bank or shore of the Saint John River upstream to the place or point of beginning.

TOGETHER WITH A BENEFIT OF a certain right-of-way excepted and reserved unto Martin Ready Mix Ltd. described in Deed dated October 2, 1969 from Martin Ready Mix Ltd. to Raoul Jalbert, recorded in the Madawaska County Records in Book D-8, Page 453 as No. 82740.

Being the same lands and premises conveyed by Martin Ready Mix Ltd. to Fraser Companies, Limited by Deed dated December 14, 1970 and registered December 17, 1970 in the Madawaska County Registry Office in Book L-8 at Page 632 as Number 085129.

37

Page    3    of/de    3

## Schedule A | Annexe A

PID | NID : 35194513

Apparent Parcel Access | Accès apparent à la parcelle : Public Access | Accès public

Status | État de la demande : Current | Courant

Effective Date/Time | Date et heure de prise d'effet :  2008-03-19 15:57:26

Legal Description | Description officielle :

All that certain lot, piece or parcel of land and premises, lying and being in the City of Edmundston, Parish of St-Basile, in the County of Madawaska and Province of New Brunswick, and being more particularly bounded and described as follows:

Beginning at the intersection of the northerly bank or shore of the Saint John River with the division line between lands owned by Dube Construction Co. Ltd. and Isidore Cyr; thence in a northerly direction following the division line between lands owned by Dube Construction Co. Ltd. and Isidore Cyr for a distance of four hundred feet (400'), more or less, thence continuing in the same direction along the line dividing the lands of Raoul Jalbert and Isidore Cyr to the southern limits of the Public Highway (Route No. 2); thence following the southern limits of the Public Highway (Route No. 2) in an easterly direction to the division line between lands owned by Isidore Cyr and Oneil Corneau; thence following said division line in a southerly direction to the northerly bank or shore of the Saint John River; thence following the bank or shore of the Saint John River upstream to the place or point of beginning.

SAVING AND EXCEPTING THEREOUT AND THEREFROM that parcel of land for a railway conveyed to the Commissioners of the Transcontinental Railway by Alexis B. Cyr by deed dated June 1, 1910 recorded in the Madawaska County records in book M-1, page 533 as No. 11789.

Being the same lands and premises conveyed by Isidore Cyr to Fraser Companies, Limited by Deed dated December 7, 1970 and registered in the Madawaska County Registry Office on December 10, 1970 in Book L-8 at Page 512 as Number 085100.

38

**Schedule A | Annexe A**

**PID | NID :** 35064930

**Apparent Parcel Access | Accès apparent à la parcelle :** No Access | Aucun accès

**Status | État de la demande :** Current | Courant

**Effective Date/Time | Date et heure de prise d'effet :**   2008-03-25 08:56:45

**Legal Description | Description officielle :**

All that certain lot, piece or parcel of land and premises, lying and being in the City of Edmundston, Parish of St-Basile, in the County of Madawaska and Province of New Brunswick, and being more particularly bounded and described as follows:

Beginning at the intersection of the northerly bank or shore of the St. John River with the easterly property line of lands owned by Gerald Dupont at Iroquois, in the Parish of St. Basile, thence following said property line in a northerly direction to the southerly limits of the Canadian National Railway right-of-way; thence following said limits of the Canadian National Railway right-of-way in an easterly direction to the property line of lands owned by Isidore Cyr; thence in a southerly direction along the said property line to the bank or shore of the St. John River; thence following the bank or shore of the St. John River upstream to the place or point of beginning;

EXCEPTING THEREOUT AND THEREFROM, a strip of land two hundred feet (200') in width bordering the St. John River sold to Martin Ready-Mix Limited by Raoul Jalbert by Deed dated October 2, 1969, being duly recorded in the Madawaska County Records in Book D-8, Page 452 as No. 82739.

ALSO EXCEPTING THEREOUT AND THEREFROM, a strip of land four hundred feet (400') in width bordering the St. John River sold to Dube Construction Co. Ltd. by Raoul Jalbert by Deed dated August 4, 1970, being duly recorded in the Madawaska County Records in Book I-8, Page 883 as No. 84458.

Being Parcel 1 of three parcels conveyed by Raoul Jalbert and wife to Fraser Companies, Limited by Deed dated December 7, 1970 and registered in the Madawaska County Registry Office on December 10, 1970 in Book L-8 at Page 525 as Number 85104.

39

**Schedule A | Annexe A**

PID | NID : 35194521

Apparent Parcel Access | Accès apparent à la parcelle : No Access | Aucun accès

Status | État de la demande : Current | Courant

Effective Date/Time | Date et heure de prise d'effet :   2008-03-20 08:55:17

Legal Description | Description officielle :

All that certain lot, piece or parcel of land and premises, lying and being in the City of Edmundston, Parish of St-Basile, in the County of Madawaska and Province of New Brunswick, and being more particularly bounded and described as follows:

Beginning at the intersection of the northerly bank or shore of the Saint John River with the division line between lands owned by Isidore Cyr and lands owned by Oneil Comeau, thence following said division line in a northerly direction to the southerly limits of the Canadian National Railway right-of-way; thence following the southerly limits of said right-of-way in an easterly direction to the division line between lands owned by Oneil Comeau and lands owned by Alcide Bouchard; thence following said division line in a southerly direction to the northerly bank or shore of the Saint John River; thence following the bank or shore of the Saint John River upstream to the place or point of beginning.

Being the same lands and premises conveyed by Oneil Comeau and wife to Fraser Companies, Limited by Deed dated December 8, 1970 and registered in the Madawaska County Registry Office on December 10, 1970 in Book L-8 at Page 509 as Number 085099.

40

Page    3    of/de    3

**Schedule A | Annexe A**

**PID | NID :** 35194539

**Apparent Parcel Access | Accès apparent à la parcelle :** No Access | Aucun accès

**Status | État de la demande :** Current | Courant

**Effective Date/Time | Date et heure de prise d'effet :**   2008-03-19 15:44:56

**Legal Description | Description officielle :**

All that certain lot, piece or parcel of land and premises, lying and being in the City of Edmundston, Parish of St-Basile, in the County of Madawaska and Province of New Brunswick, and being more particularly bounded and described as follows:

Beginning at the intersection of the northerly bank or shore of the Saint John River with the division line between lands owned by Oneil Corneau and lands owned by Alcide Bouchard; thence following said division line in a northerly direction to the southerly limits of the Canadian National Railway right-of-way; thence following the southerly limits of the Canadian National Railway right-of-way in an easterly direction to the division line between lands owned by Alcide Bouchards and lands owned by Alfred Lajoie; thence following said division line in a southerly direction to the northerly bank or shore of the Saint John River; thence following the bank or shore of the Saint John River; thence following the bank or shore of the Saint John River upstream to the place or point of beginning.

Being Parcel 1 of the two parcels conveyed to Fraser Companies, Limited by Alcide Bouchard and wife, Grantors, and Severine Martin, widow of Napoleon Martin, Releasor, by Deed dated December 8, 1970 and registered in the Madawaska County Registry Office on December 10, 1970 in Book L-8 at Page 515 as Number 085101

41

**Schedule A | Annexe A**

PID | NID : 35198613

Apparent Parcel Access | Accès apparent à la parcelle : No Access | Aucun accès

Status | État de la demande : Current | Courant

Effective Date/Time | Date et heure de prise d'effet :    2008-03-20 08:57:02

Legal Description | Description officielle :

All that certain lot, piece or parcel of land and premises, lying and being in the City of Edmundston, Parish of St-Basile, in the County of Madawaska and Province of New Brunswick, and being more particularly bounded and described as follows:

Beginning at the intersection of the northerly bank or shore of the Saint John River with the division line between lands owned by Alcide Bouchard and lands owned by Alfred Lajoie; thence following said division line in a northerly direction to the southerly limits of the Canadian National Railway right-of-way; thence following the southerly limits of the Canadian National Railway right-of-way in an easterly direction to the division line between lands owned by Alfred Lajoie and lands owned by Olive Fournier; thence following said division line in a southerly direction to a point, said point being distant forty (40) rods from the northerly bank or shore of the Saint John River; thence westerly and parallel to the said Saint John River ten(10) rods to a point; thence southerly parallel to the division line of lands owned by Alfred Lajoie and Olive Fournier forty (40) rods or to the northerly bank or shore of the Saint John River; thence following the bank or shore of the Saint John River upstream to the place or point of beginning.

Being the same lands and premises conveyed by Alfred Lajoie and wife to Fraser Companies, Limited by Deed dated December 8, 1970 and registered in the Madawaska County Registry Office on December 10, 1970 in Book L-8 at Page 519 as Number 085102.

42

**Schedule A | Annexe A**

PID | NID : 35198589

Apparent Parcel Access | Accès apparent à la parcelle : No Access | Aucun accès

Status | État de la demande : Current | Courant

Effective Date/Time | Date et heure de prise d'effet :   2008-03-19 15:59:26

Legal Description | Description officielle :

All that certain lot, piece or parcel of land and premises, lying and being in the City of Edmundston, Parish of St-Basile, in the County of Madawaska and Province of New Brunswick, and being more particularly bounded and described as follows:

Beginning at the intersection of the northerly bank or shore of the Saint John River with the division line between lands owned by Alfred Lajoie and lands owned by Olive Fournier; thence following said division line in a northerly direction for a distance of 40 rods to a point; thence easterly and parallel to the bank or shore of the Saint John River for a distance of 10 rods to a point on the division line between lands owned by Alfred Lajoie and Olive Fournier; thence northerly along said division line to the southerly limit of the Canadian National Railway right-or-way; thence following the southerly limits of the Canadian National Railway right-of-way to the division line between lands owned by Olive Fournier and lands owned by Edgar Fournier; thence following said division line in a southerly direction to the northerly bank or shore of Saint John River, thence following the bank or shore of the Saint John River upstream to the place or point of beginning.

Being the same lands and premises conveyed by Mrs. Olive Fournier to Fraser Companies, Limited by Deed dated December 7, 1970 and registered in the Madawaska County Registry Office on December 10, 1970 in Book L-8 at Page 506 as Number 085098.

43

Page    3 `  of/de    3

## Schedule A | Annexe A

**PID | NID :** 35198597

**Apparent Parcel Access | Accès apparent à la parcelle :** Private Access | Accès privé

**Status | État de la demande :** Current | Courant

**Effective Date/Time | Date et heure de prise d'effet :**   2008-03-20 16:03:16

**Legal Description | Description officielle :**

All that certain lot, piece or parcel of land and premises lying and being in the City of Edmundston, Parish of St-Basile, in the County of Madawaska and Province of New Brunswick, and being more particularly bounded and described as follows:

Beginning at the intersection of the northerly bank or shore of the Saint John River with the division line between lands owned by Edgar Fournier and lands owned by Ronald Bois; thence following said division line in a northerly direction to the southerly limits of the Canadian National Railway right-of-way; thence following the southerly limits of the Canadian National Railway right-of-way in an easterly direction to the division line between lands owned by Ronald Bois and lands owned by Leonide Souncy; thence following said division line in a southerly direction to the northerly bank or shore of the Saint John River; thence following the bank or shore of the Saint John River upstream to the place or point of beginning.

TOGETHER with a road right-of-way, in common with others, being sixty feet (60') in width, leading from the public highway No. 2 and following the top of the western embankment of Bois Brook, so-called (Lavoie Brook), to the northerly limit of the Canadian National Railway right-of-way.

Being Parcel 1 of the two parcels conveyed by Ronald Bois and wife to Fraser Companies, Limited by Deed dated December 7, 1970 and registered in the Madawaska County Registry Office on December 10, 1970 in Book L-8 at Page 502 as Number 085097.

44

**Schedule A | Annexe A**

**PID | NID :** 35198605

**Apparent Parcel Access | Accès apparent à la parcelle :** No Access | Aucun accès

**Status | État de la demande :** Current | Courant

**Effective Date/Time | Date et heure de prise d'effet :** 2008-03-20 14:20:19

**Legal Description | Description officielle :**

All that certain lot, piece or parcel of land and premises situate, lying and being in the City of Edmundston, Parish of St-Basile, County Madawaska and Province of New Brunswick and being more particularly bounded and described as follows:

A lot of land containing fifty-five acres, more or less, bounded on the south by the Saint John River; on the north by the 470 foot elevation or contour of the northern bank of Lavoie Brook, said contour being southerly of the Canadian National Railways right-of-way; on the upper or westerly side by land owned and occupied by Fraser Companies, Limited (former Ronald Bois property); on the lower or easterly side by land owned and occupied by Damase Theriault. Being portions of Lot Nos. 28 and 29, First Tier, Parish of St-Basile.

Being the same lands and premises conveyed by Conrad Soucy and wife to Fraser Companies, Limited by Deed dated July 29, 1971 and registered in the Madawaska County Registry Office on August 6, 1971 in Book S-8 at Page 151 as Number 086632.

45

Page    3    of/de    3

### Schedule A | Annexe A

**PID | NID :** 35198571

**Apparent Parcel Access | Accès apparent à la parcelle :** No Access | Aucun accès

**Status | État de la demande :** Current | Courant

**Effective Date/Time | Date et heure de prise d'effet :** 2008-03-20 09:01:45

**Legal Description | Description officielle :**

All that certain lot, piece or parcel of land and premises, lying and being in the City of Edmundston, Parish of St-Basile, in the County of Madawaska and Province of New Brunswick, and being more particularly bounded and described as follows:

Beginning at the intersection of the northerly bank or shore of the Saint John River with the division line between lands owned by Olive Fournier and lands owned by Edgar Fournier, thence following said division line in a northerly division to the southerly limits of the Canadian National Railway right-of-way; thence following the southerly limits of the Canadian National Railway right-of-way in an easterly direction to the division line between lands owned by Edgar Fournier and lands owned by Ronald Bois; thence following said division line in a southerly direction to the northerly bank or shore of the Saint John River; thence following the bank or shore of the Saint John River upstream to the place or point of beginning.

Being Parcel 1 of the two parcels conveyed by Hon. Edgar E. Fournier and wife to Fraser Companies, Limited by Deed dated December 10, 1970 and registered in the Madawaska County Registry Office on December 17, 1970 in Book L-8 at Page 635 as Number 085130.

46

SCHEDULE "A"

SCHEDULE "A"

#1

PID# 35176791

All that certain piece, parcel or lot of land situate, lying and being in the Parish of St. Hilaire, in the County of Madawaska, in the Province of New Brunswick, and being part of Big Island, so called in the River St. John containing 27.25 acres more or less, bounded on the north and south cy the River St. John, on the east by part of the same Island formerly owned by Joseph Belanger, o the west by part of the same Island owned by Phalias Daigle, measuring hereby to convey all the land claimed or owned by the said Felix Daigle on the said Big Island.

Also that other piece or parcel of land situate in the Parish of St. Hilaire, in the County of Madawaska, in the Province of New Brunswick and being Island No. 6 and containing 19.92 acres more or less. Said premises having been formerly conveyed to the said Felix Daigle by one Zephrim Daigle and wife by deed dated May 26, 1894 recorded in Book 4 at page 302 of the Madawaska County records, and the said premises conveyed to the said Zephirm Daigle by one Augustin Daigle by deed dated November 26, 1866 and recorded in Book B page 528 as No. 667 of the Madawaska County records.

Being the same lands and premises conveyed by Felix Daigle and wife to Fraser Companies, Limited by Deed dated the 21st day of December 1928 and registered in the Madawaska Registry Office on January 3, 1929, 1929, in Book K-4 at Page 771, as Number 28848.

47

#2

<u>PID# 35176809</u>

ALL that certain piece, parcel or lot of land situate, lying and being in the Parish of St. Hilaire, in the County of Madawaska, in the Province of New Brunswick and known as parcel of Big Island in the River St. John and situate on the south east corner of the said Island, bounded on the south by the Rivers Cain and John, on the northeast and on the northwest by part of the same Island formerly owned by Irenie Daigle, said piece of land hereby conveyed containing 15.10 acres and containing all the land owned and claimed by the said Elais Daigle on the said Island.  Being the south piece of land conveyed to the said Elais Daigle by the heirs of the late Isadore Daigle by a Deed of partition dated April 1st 1906 registered in Book G-1 at page 218 of the Madawaska County records and conveyed to the said Isidore Daigle by one Halariou Daigle by deed dated December 9, 1861 and recorded in Book D at Page 155 of the Victoria County records.

Being the same lands and premises conveyed by Elais Daigle to Fraser Companies, Limited by Deed dated the 24th day of December 1928 and registered in the Madawaska Registry Office on January 3, 1929, in Book K-4, at page 768, as number 28847.

48

#3

**PID # 35176825**

All that certain piece, parcel or lot of land situate, lying and being in the Parish of St.
Hilaire, in the County of Madawaska in the Province of New Brunswick, and bounded
as described as follows:

On the south by the River St. John, on the east by line dividing land between Felix
Daigle and the said Dawase Daigle on the north by the right of way of the Canadian
National Railway, on the west by the line dividing land owned by the estate of the late
Hector Daigle; Said piece of land comprising all the land owned by the grantor situate
between the River St. John and the right-of-way of the transcontinental Railway, and
containing 1.72 acres more or less and being part of lot No. 64 conveyed to the said
Dawase Daigle by one Raphael Daigle by deed dated October 17, 1894, and recorded
in Book O Page 643 Madawaska County Records and conveyed to the said Raphael
Daigle by one Augustus Daigle by deed dated July 7, 1868 and recorded in Book F
page 29 of the Victoria County records and conveyed to the said Augustus Daigle by
one Henri Chasse by deed recorded in Book "A" Page 219 of the Victoria County
records.

Also all that certain piece, parcel or lot of land known as the Small Island on the River
St. John in front of lot No. 64 and containing 3 acres more or less.

BEING the same lands and premises as described in a Deed dated December 20, 1928
between Dawase Daigle and Modeste Daigle as grantors and Fraser Companies,
Limited as grantee, which Deed was duly registered in the Madawaska County
Registry Office on January 3, 1929 in Book K-4 at Pages 765-767 as Number 28846.

49

#4

**PID# 35176817**

ALL THAT CERTAIN piece, parcel or lot of land situate, lying and being in the
Parish of St. Hilaire, in the County of Madawaska, in the Province of New Brunswick,
and being an Island in the River St. John known as the Xavier Cyr Island and
measuring 6.28 acres more or less and being situate above the mouth of Baker Brook.

Being the same lands and premises conveyed by Xavier Cyr and wife to Fraser
Companies, Limitee by Deed dated the 29th day of October 1929 and registered in the
Madawaska Registry Office on April 10, 1929, in Book M-4 at page 734, as number
29068.

50

#5

PID # 35176882

All that certain piece, parcel or lot of land situate, lying and being in the Parish of St. Hilaire, in the County of Madawaska, in the Province of New Brunswick and bounded and described as follows: - On the south by the River St. John, on the east by line dividing lands between Filex Daigle and the said Domase Daigle, on the north by the right of way of the Canadian National Railway, on the west by the line dividing land owned by the estate of the late Hector Daigle. Said piece of land comprising all the land owned by the grantor situate between the River St. John and the right-of-way of the Transcontinental Railway, and containing 1.72 acres more or less and being part of lot No. 64 conveyed to the said Damase Daigle by one Raphael Daigle by deed dated October 17, 1884, and recorded in Book O, Page 643, Madawaska County records, and conveyed to the said Raphael Daigle by one Augustin Daigle by deed dated July 17, 1868, and recorded in Book F, page 29 of the Victoria County records and conveyed to the said Augustin Daigle by one Henri Chasse by deed recorded in Book "A" Page 219 of the Victoria County records.

Also all that certain piece, parcel or lot of land known as the Sunall Island on the River St. John in front of lot No. 64 and containing 3 acres more or less.

Being the same lands and premises conveyed by Damase Daigle and wife to Fraser Companies, Limited by Deed dated the 20th day of December 1928 and registered in the Madawaska Registry Office on January 3, 1929, in Book K-4, at Page 765, as Number 28846.

51

#6

**PID 35248392**

All those certain portions, strips or parcels of land situated and being in the City of
Edmundston, in the County of Madawaska, in the Province of New Brunswick and
described as follows:

Being all those strips of shore frontage lying along the eastern bank or shore of the
Madawaska River between said river and a line running more or less parallel
thereto in a southerly direction or downstream and distant backward therefrom at
freshet height or high water mark the number of feet or distance in the first column
set opposite the respective names of the Grantors listed in a certain Deed of Shore
Rights on the Madawaska River, dated November 3, 1916 and made between
Maxime Martin et al as Grantors and Fraser Limited as Grantee, and registered in
the Madawaska County Registry Office on April 30th, 1917 in Book N-2 at Page
248 as No. 17474.

52

#48 35320852
#49 35320845
#7

**PID #35126960**

All that tract of land, situate in the town of Edmundston in the County of Madawaska, known as the first tract in Provincial, Grant no. 1861 to James Murchie, bearing date the fifth day of April A.D. 1882 and in said grant described as follows: -

"The first tract beginning at a point on the western bank or shore of the Madawaska River, distant fifty links measured across a reserved road rectangularly from the southern line of lot number one hundred and fourteen in Deputy Jack's survey in eighteen hundred and seventy-five, town plat of Edmundston, thence from aforesaid point running by the magnet along the southern side of said reserved road south seventy-two degrees and forty-five minutes west nine chains or to the eastern side of another reserved road, thence along the same south eight degrees and thirty minutes west thirteen chains and eighty links, thence north seventy-two degrees, and forty-five minutes east one chain and fifty links to the western bank or shore of the Madawaska River aforesaid and thence along the same following the several courses thereof, in a northerly direction up stream to the place of beginning, containing seven acres more or less, and distinguished as the first tract, lot Number One town plat of Edmundston." (Except, that part of the last above described tract of land conveyed by James Murchie and Levite Theriault to Joseph Martin à Theodore by deed bearing date the thirty-first day of August A.D. 1889 and registered in the office of the Registrar of Deeds in and for the County of Madawaska in Book "J" pages 26 and 27 by the number 3034 in the said Book.

All that certain tract of land, situate, lying and being in the town of Edmundston aforesaid, bounded as follows:- Beginning at a point on the western bank or shore of the Madawaska River where the southeastern side of a reserved road intersects the same, the said point being distant one chain measured in a south-easterly direction at right angles to the southeastern line of lot Number One Hundred and Forty-three granted to William Emmerson in the town plat of Edmundston, thence running by the magnet South Forty-nine degrees and thirty minutes west eight chains or to the northern angle of Lot Number One Hundred and One granted to Hilaire Pelletier, thence south Forty degrees and thirty minutes east three chains to a stake, thence south Forty-nine degrees and thirty minutes west one chain and twenty-five links to another stake, thence south thirty-three degrees west three chains and fifty links to another stake, thence south forty degrees and thirty minutes east fifteen links, thence south ten degrees west two chains and thirty links to the northern side of another reserved road, thence along the same north seventy-two degrees and forty-five minutes east nine chains and eighty links or to the western bank or shore of the Madawaska River aforesaid and thence along the same following the several courses thereof up stream, in a northerly direction to the place of beginning (excepting out of the above described tract the two reserved roads, fifty links wide shown on plan annexed to said grant) containing five and one half acres more or less and distinguished as Lots Number One Hundred and Two, One Hundred and Three, One Hundred and Four, One Hundred and Five, One Hundred and Six, One Hundred and Seven, One Hundred and Seven east, and lots from Number One Hundred and Eight to One Hundred and Twenty-Two both inclusive in Block M town plat of Edmundston, being granted to James Murchie by Provincial Grant bearing date the First day of December A.D. 1884, and numbered 20214, excepting all that part of the above described lands conveyed to William Tardif by said James Murchie's Sons Company by deed bearing date the thirty-first day of March A.D. 1910, bounded and described as follows:- Beginning at a post on the southeasterly side of Church Street so called on the northwesterly boundary of Lot number One Hundred and Seven (107) situate, one hundred and twenty-five (125) feet distant in a direction, south eighty-one (81) degrees east by the magnet of the year 1909 from the most westerly corner of the Public brick school house in the town of Edmundston, thence south, twenty (20) degrees east for the distance of one hundred (100) feet to another post, thence, north fifty (50) degrees east for the distance of fifty

53

(50) feet to another post, thence north twenty (20) degrees west for the distance of one hundred (100) feet to another post standing on the southeasterly boundary of said Church Street, thence south Fifty (50) degrees west along the said southeasterly boundary of said Church Street for the distance of Fifty (50) feet to the place of beginning and being part of Lots Number One Hundred and Seven (107) and One Hundred and Seven E (107E) in the town plat of Edmundston, granted to James Murchie;  And subject to the leasehold interest of Frank S. Murchie in and to a certain part of said lands on which is situate the dwelling house and out buildings belonging to the said Frank S. Murchie and now occupied by Bruno Martin and subject to the right of the said Frank S. Murchie to remove the said buildings therefrom at the termination of said lease.

BEING the lands and premises described as the Third Parcel and Fourth Parcel in a Deed dated April 6, 1911 between James Murchie's Sons Company as grantor and Donald Fraser & Sons Limited as grantee, which Deed was duly registered in the Madawaska County Registry Office on April 22, 1911 in Book T-1 at Page 8 as Number 12429.

54

#8
**PID #35181429**

ALL that certain lot, piece or parcel of land and premises situate, lying and being in the City of Edmundston, in the County of Madawaska and Province of New Brunswick, bounded and described as follows:

"BEING Parcel "A", containing 209 sq.m., of Plan 4761."

BEING a portion of the lands and premises conveyed by Donald N. Doucet, Elizabeth-Ann Dorschner, and Gerard J. Noel to Noranda Forest Inc. by Deed dated October 24, 1996 and registered in the Madawaska County Registry Office on October 25, 1996 in Book 854 at Page 672 as Number 199176.

#9

<u>PID # 35181445</u>

All that certain lot, piece or parcel of land and premises situate, lying and being in the City of Edmundston, in the County of Madawaska and Province of New Brunswick, bounded and described as follows: -

"BEING a lot of land designated as Parcel "B", containing 348 sq.m., as appears in subdivision plan of Fraser Inc. and Léo Pelletier subdivision surveyed by E.L. Howie, dated August 13, 1981 and approved on August 21, 1981 by A. Gagnon, development officer for the City of Edmundston. Said plan being filed in the registry office for the County of Madawaska under <u>Official Plan File No. 4761.</u>"

BEING the same lands and premises as described in an Indenture dated September 3, 1981 between Léo Pelletier and Kathleen Pelletier of the first part and Franser Inc of the second part, which Indenture was duly registered in the Madawaska Registry Office on September 8, 1981 in Book E-14 as Number 124989.

*56*

**#10**

**PID 35181569**

All that certain lot, piece or parcel of land and premises situate, lying and being in the Town of Edmundston, in the County of Madawaska and Province of New Brunswick, bounded and described as follows:

On the westerly side of the Highway leading to the Canadian Pacific Railway Station in the said Town, fronting on the said Highway fifty-two (52) feet and running back to the bank of the Madawaska River at highwater mark, maintaining an equal width of fifty-two (52) feet; the same beginning at a post on the western side of the said Highway on the dividing line of lands formerly owned by one Thaddee Hebert from the lot hereby conveyed.  Being the same lands and premises conveyed to Paul Theriault by Adele Hedou by Deed dated February 17th 1944 and registered in the Madawaska County Registry Office in Book "L-5", Page 296 under official number 40488.

57

#11

PID #35181585

All that certain lot, piece or parcel of land situate, lying and being in the City of Edmundston, in the County of Madawaska and Province of New Brunswick, bounded and described as follows:

BEGINNING at a post being one hundred and twenty-five (125) feet distant from the north side of Aqueduct Street along the line of Alex Angers; thence going west until it strikes the land owned by Fraser Companies; thence going north along the land of Fraser Companies until it strikes the Madawaska River at low tide until the land of Alex Angers; thence along the side of land of Alex Angers going South until it strikes the land of Freda Allain at the point of beginning.

Being the same lands conveyed to Gilberte Cyr by Donald Cyr and registered in the Madawaska County Registry Office on April 4th, 1963, in Book H-7 at page 183, as number 70036.

BEING the same lands and premises conveyed by Gilberte Cyr and Donald Cyr to Fraser Inc. by Deed dated August 6, 1981 and registered in the Madawaska County Registry Office on August 12, 1981 in Book C-14 at Page 888 as Number 124630.

58

#12
PID #35135037

All that certain lot, piece or parcel of land and premises situate, lying and being in the City of Edmundston, in the County of Madawaska and Province of New Brunswick and being designated as Lot 6 on the "Plan of Survey of Real Estate properties owned by Fraser Companies Limited in the City of Edmundston, Madawaska County, N.B." prepared by C. M. Roy, N.B.L.S. under date of October 1964 – February, 1965, which said Plan of Survey was approved by The Planning Commission of the City of Edmundston on the 2nd day of September, 1965 and filed in the Office of the Registrar of Deeds in and for the County of Madawaska on the 7th day of September, 1965, as number 1507, the whole being hereinafter sometimes referred to as "the said premises".

TOGETHER WITH the right to have the existing garage building as located on the said premises encroach upon the lands of the Grantor to the west of the said premises shown on the aforementioned Plan and to maintain the same but for so long only as it remains on the said premises in its present location, the Grantee hereby covenanting to maintain the same in a good and fit state of repair for so long as it remains in its present location.

TOGETHER WITH the right to the Grantee, his servants, agents, employees and workmen, to enter upon Lot 5 shown on the aforementioned Plan for the purposes of repairing, painting, altering and maintaining the north side of the dwelling presently located on the said premises and the eaves, roofs, and other projections thereof, and to enter upon the lands of the Grantor to the west of the said premises shown on the aforementioned Plan for the purpose of repairing, painting, altering and maintaining the west side of the garage presently located on the said premises and the eaves, roofs, and other projections thereof, and for such purposes to erect and have on the said Lot 5 and the lands of the Grantor to the west of the said premises, as there shall be occasion, ladders, staging and equipment incidental to such operations.

SUBJECT to the right of the owner for the time being of Lot 7, shown on the aforementioned Plan and his servants, agents, employees and workmen, to enter upon the said premises for the purpose of repairing, painting, altering and maintaining the north side of building or buildings presently located on the said Lot 7, and the eaves, roofs and other projections thereof and for such purposes to erect and have on the said premises, as there shall be occasion, ladders, staging and equipment incidental to such operations.

BEING the same description as contained in Deed of Conveyance dated November 16, 1965, between Fraser Companies Limited, as Grantor, and Lucien Bernier, as Grantee, and duly registered in the Madawaska County Registry Office on November 17, 1965, as number 75161.

BEING the same lands and premises conveyed by Roland Bernier, Rachel Pelletier, Lucien Bernier and Catherine Bernier to Noranda Forest Inc. by Deed dated November 29, 1994 and registered in the Madawaska County Registry Office on November 30, 1994 in Book 790 at Page 378 as Number 190939.

59

#13
PID # 35135003

ALL THAT certain lot, piece or parcel of land and premises situate, lying and being in
the City or Edmundston, in the County of Madawaska and Province of New
Brunswick, bounded and described as fallows:

"Bounded on the North by the Right of Way of the Trans-Continental Railway; on
the East by the Madawaska River; on the South by the Saint John River; on the
West by the Ferry Road."

Being the same, land conveyed in Deed dated January 12, 1920, having Philippe
Chamberland and Joseph Emile Bard as Grantors and Louis Berube as Grantee and
registered  in the Madawaska County Registry Office in Book X-2, at pages 409
and 419, as Number 20118 on April 30, 1920.

Being the same land as Deeded to Lucienne Ouellette, wide of Lucien Ouellette by
Anais Berube, widow of Louis Berube, by Deed dated September 15, 1977 and
registered in the Registry Office for the County of Madawaska on  September 25,
1979 in Book W-12, at Pages 803, 805 as Number 116.674, the said Deed having
been approved for registration by Patrice Dube, Development_Officer for the City of
Edmundston on September 25, 1979.

66

#14

**PID #35134519**

All that certain lot, piece or parcel of land and premises situate, lying and being in the Town of Edmundston, in the County of Madawaska and Province of New Brunswick, bounded and described as follows:

"BEGINNING at a point on the North side of Aqueduct Street where line of Grantors intersects line of Alex Angers; thence going North for 100 feet until lot of land owned by Donald Cyr; thence going West until a reserved road; thence going South for 100 feet alongside said reserved road until Aqueduct Street; thence going East alongside said Aqueduct Street until place of beginning."

This description is derived from Deed dated October 18, 1950 and registered in the Registry Office for the County of Madawaska on December 14, 1950, in Book C-6, at Page 420, under Number 50,785 and having Belonie R. Cyr and Annie Cyr as Grantors and Freda Allain as Grantee.

BEING a portion of the lands and premises conveyed by Freda Allain, Donald R. Cyr and Oneil Cyr to Noranda Forest Inc. by Deed dated March 29, 1995 and registered in the Madawaska County Registry Office on April 28, 1995 in Book 800 at Page 458 as Number 192219.

61

#15

PID # 35134501

ALL that certain lot, piece or parcel of land and premises situate, lying and being in the City of Edmundston, in the County of Madawaska and Province of New Brunswick, bounded and described as follows:-

"BEGINNING at a post on the northeasterly side line of Aqueduct Street; and post being the southwesterly angle of lot owned and occupied by Henri O. Gagnon; thence in a direction of North fifty-one degrees and one minutes east (N51° 01' E) along the westerly line of said Henri O. Gagnon lot the distance of one hundred (100) feet to another post; thence in a direction north thirty-eight degrees and fifty-one minutes west (N 38° 51' W) the distance of fifty (50) feet to another post; thence in a direction south fifty-one degrees and one minutes west (S 51° 01'W) for the distance of one hundred (100) feet to a post on the northeasterly side line of Aqueduct Street; thence following said street line in a direction south thirty-eight degrees fifty-one minutes east (S 38° 51'E) the distance of fifty (50) feet to the point of beginning." The directions are magnetic for the year 1917 and taken from the town plan of Edmundston of the same year.

This description is derived from a Mortgage dated December 20, 1971 and registered in the Registry Office for the County of Madawaska in Book V-8, at page 382, under number 87514 on December 22, 1971.

APPROVED FOR REGISTRATION by Patrice Dubé, Development Officer, City of Edmundston, on October 16, 1979.

BEING the same lands and premises as described in a Deed dated October 24, 1996 between Donald N. Doucet, Elizabeth-Ann Dorschner, and Gerard J. Noel as grantors to Noranda Forest Inc. as grantee, which Deed was duly registered in the Madawaska County Registry Office on October 25, 1996 in Book 854 at Pages 672-678 as Number 199176.

62

#16
PID #35134493

All that certain lot, piece or parcel of land and premises, situate, lying and being in the
City of Edmundston, County of Madawaska and Province of New Brunswick,
bounded and described as follows:-

"Beginning at a point on the northeasterly side of Aqueduct Street in the said Town of
Edmundston where the dividing line between Lot No. 142 and Lot No. 143 intersects
the said northeasterly side line of the said street, thence north forty-nine degrees thirty
minutes (N. 49° 30' E.) east along the said dividing line between Lot No. 142 and Lot
No. 143, one hundred and one and three one-tenths (101.3') feet, to an iron post;
thence south thirty degrees thirty-two minutes (S. 30° 32' E.) east thirty-nine and
seven tenths (39.7') feet to another iron post; thence south nineteen degrees nineteen
minutes (S. 19° 19' E.) east twenty-nine and three tenths (29.3') feet to another iron
post; thence south forty-nine degrees thirty minutes (S. 49° 30' W.) west eighty-five
(85') feet to another iron post, or to the said northeasterly side line of the said
Aqueduct Street; thence north thirty-nine degrees eight minutes (N. 39° 8' W.) west
along the northeasterly side line of the said street, to the place of beginning, containing
six thousand, two hundred and forty-nine and four tenths (6,249.4) square feet, or
approximately fourteen one-hundredths (0.14) of an acre.

BEING the same lands and premises as described in a Deed dated July 8, 1983
between Rosalie Akerley as grantor and Fraser Inc. as grantee, which Deed was duly
registered in the Madawaska County Registry Office on July 15, 1983 in Book O-15 at
Page 170 as Number 133122.

63

#17

PID #35134485

"Beginning at an iron post situate on the easterly side of Aqueduct Street, said iron post marking the intersection of the southerly side line of the lands conveyed by Fraser Companies, Limited to Joseph D. Boucher under deed dated September 8th, 1938, with the aforesaid easterly side line of Aqueduct Street; thence at right angles to the said easterly side of Aqueduct Street in a northeasterly direction following the aforesaid southerly side line of the Joseph D. Boucher Lot for a distance of seventy-five (75) feet to a wooden stake; thence on an angle of seventy-four (74) degrees and forty-eight (48) minutes for a distance of sixty-six and eight tenths (66.8) feet or to a wooden stake on the northerly side line of Church Street; thence following the aforesaid northerly side line of Church Street in a southwesterly direction a distance of fifty-eight (58) feet or to its intersection with the easterly side line of Aqueduct Street; thence following the said easterly side line of Aqueduct Street in a northwesterly direction sixty-six (66) feet or to the point of beginning; excepting and reserving thereout and therefrom a triangular piece of land situate at the intersection of Church and Aqueduct Streets having a frontage of fifteen (15) feet on Aqueduct Street and a similar frontage of fifteen (15) feet on Church Street."

The whole being a portion of Lot No. 143 as conveyed by James H. Lynch and wife to Fraser Companies, Limited under deed dated December 4th, 1935 and registered in Book "Z-4", pages 347 and 348, under Official Number 33624 in the Registry Office, County of Madawaska and being the same as surveyed by Dy. R. L. Howie, August 30th, 1945.

Being the same lands and premises conveyed by Fraser Companies, Limited to Melvin Louden by deed dated September 11, 1945 and registered in the Registry Office for the County of Madawaska on September 12, 1945 in Book O-5, page 679 under Official Number 42664.

BEING the lands described as First Parcel in a Deed dated August 5, 1983 between Muriel Louden as grantor and Fraser Inc. as grantee, which Deed was duly registered in the Madawaska County Registry Office on August 8, 1983 in Book P-15 at Page 570 as Number 133410.

64

#18

<u>PID 35181668</u>

ALL that certain lot, piece or parcel of land situate, lying and being in the City of
Edmundston, in the County of Madawaska and Province of New Brunswick, bounded
and described as follows: -

"BEGINNING at a survey marker set at the division line between Parcel "A"
and Parcel "B" herein described; thence Azimuth 169°44'36" for a distance of
18.63 meters to a survey marker; thence Azimuth 86°14'36" for a distance of
21.41 meters to a survey marker; thence Azimuth 86°14'36" for a distance of
12.98 meters more or less to the southerly shore of Madawaska River; thence
following the said southerly shore of Madawaska River in a westerly direction
for a distance of 18.64 meters more or less to the division line between Parcel
"A" and Parcel "B" herein described; thence Azimuth 87°11'41" for a distance of
8.46 meters more or less to a survey marker; thence Azimuth 87°11'41'"for a
distance of 23.16 meters to the survey marker being the point and place of
beginning." All Azimuth are N.B. Grid related to N.B. Grid Monuments no.
5440 and 5439.

Containing 601 square meters and being shown as Parcel B on Subdivison Plan
of the Joachim Bouchard Subdivision, in the City of Edmundston, in the County
of Madawaska and Province of New Brunswick, surveyed by Northern
Surveyors Ltd., certified by E.L. Howie, N.B.L.S., dated July 7, 1981, and filed
in the Registry Office of and for the County of Madawaska under <u>official plan
file no. 4752.</u>

Together with a Right of Way in common for Fraser Inc., City of Edmundston and the
Grantor, bounded and described as follows:-

"BEGINNING at point set on the division line between City of Edmundston
lands (Glove Factory) and lands of the Grantor; thence Azimuth 178°57'38" for
a distance of 6.70 meters to a point; thence Azimuth 88°07'55" for a distance of
4.27 meters to a point; thence Azimuth 349°44'36" for a distance of 6.77 meters
to the point; thence Azimuth 268°07'55" for a distance of 3.19 meters to the
point and place of beginning." All Azimuth are N.B. Grid related to N.B. Grid
Monuments no. 5440 and 5439.

Containing 25 square meters and shown inset on Subdivision Plan of the
Joachim Bouchard Subdivision, in the City of Edmundston, in the County of
Madawaska and Province of New Brunswick, surveyed by Northern Surveyors
Ltd., certified by E.L. Howie, N.L.L.S., dated July 7, 1981, and filed in the
Registry Office of and for the County of Madawaska under <u>official plan file no.
4752.</u>

Being the lands and premises described as Parcel 2 in a Deed to Fraser Inc. Limited
dated August 17, 1981 and registered in the Madawaska County Registry Office on
September 8, 1981, in Book E-14, at pages 407-411, as number 124996.

65

#19
PID #35181619

All that certain lot, piece or parcel of land and premises, situate, lying and being in the
City of Edmundston, in the County of Madawaska and Province of New Brunswick,
and being designated as Lot 5 on the "Plan of Survey of Real Estate Properties owned
by Fraser Companies, Limited in the City of Edmundston, Madawaska County, N.B."
prepared by C.M. Roy, N.B.L.S., under date of October, 1964 – February, 1965,
which said Plan of Survey was approved by The Planning Commission of the City of
Edmundston on the 2nd day of September, 1965, and filed in the Office of the Registrar
of Deeds in and for the County of Madawaska on the 7th day of September, 1965, as
Number 1507.

Being the same description contained in Deed Number 97,384, in Book "D-10", page
951, Adeline (Boucher) Albert to Adeline Albert.

Being the same lands and premises conveyed by Adeline Albert to Fraser Inc. by Deed
dated January 15, 1981 and registered in the Madawaska County Registry Office on
January 16, 1981 in Book T-13 at Page 33 as Number 122218.

66

#20

**PID #35181577**

All that certain lot, piece or parcel of land and premises situate, lying and being in the
City of Edmundston, in the County of Madawaska and Province of New Brunswick,
bounded and described as follows:

"BEGINNING at a point on the northeasterly side of a reserved road on the westerly
side of Madawaska River connecting Church Street and Rice Street in the said City of
Edmundston on the westerly angle of the lot of land conveyed by Thomas A.
Emmerson and Sophie, his wife, to one George Sirois by Deed bearing date the
Twenty-Second day of April, A.D. 1910, said point being fifty-six and sixty-four
hundredths feet distant from the southeasterly side of Rice Street; thence in a direction
south thirty-nine degrees and fifteen minutes east by the magnet of the year 1910,
along the northeasterly boundary of said reserved road for the distance of eighty feet;
thence in a direction north fifty degrees and forty-five minutes east about two hundred
and eighty feet; thence in a direction north fifty degrees and forty-five minutes east
about two hundred and eighty feet to the westerly bank or shore of the Madawaska
River; thence up along the said westerly bank or shore of the Madawaska River
following the various courses thereof up stream in a northerly direction to the
northwesterly boundary of the said lot of land conveyed by the said Thomas A.
Emmerson and Sophie, his wife, to the said George Sirois; thence following the
northwesterly boundary of said lot of land so conveyed to the said George Sirois to a
direction south fifty degrees and forty-five minutes west for a distance of three
hundred and thirty-five feet to the place of beginning."

Being the same land conveyed to Gabrielle Angers by Alex Angers estate and
registered in the Madawaska County Registry Office on May 26, 1967, in Book V-7 at
page 516 as number 78203.

BEING the same lands and premises conveyed by Gabrielle Angers to Fraser Inc. by
Deed dated August 6, 1981 and registered in the Madawaska County Registry Office
on August 12, 1981 in Book C-14 at Page 882 as Number 124629.

67

#21

PID 35186667

All those certain lots, pieces or parcels of land and premises situate, lying and being on the west side of Canada Road in the City of Edmundston, in the County of Madawaska and Province of New Brunswick, and being more particularly bounded and described as follows:

"Beginning at a point where the division line of Farm Lot No. 10 and Farm Lot No.11 meets the westerly sideline of Old Main Highway No. 2; thence from said point along said highway in a southerly direction for a distance of Four Hundred Ninety-Eight point six (498.6') until it strikes land owned by Antoine J. Albert; thence in a westerly direction for a distance of One Hundred and fifty (150') feet; thence in a southerly direction parallel with said highway for a distance of Three Hundred (300') feet until it strikes the northerly boundary line of Farm Lot No. 9 ; thence in a direction (N 79° 15' W) up to the rear line of said Farm Lot No. 10; thence at rear in a northerly direction until it strikes the boundary line of Farm Lot No.11 ; thence in a direction (S 79° 15' E) until it strikes line (N 67° 30' E); thence along said line (67° 30' E) for a distance of six Hundred and Fifty-Five (655') feet or to the place of beginning.  Being part of Farm Lot No. 10 owned by Levite Theriault, Parish of St. Jacques, Madawaska County, N.B., as per plan surveyed by Leon C. Leger, N.B.L.S., dated December 1970."

BEING one of the parcels conveyed by Levite J. Theriault and Isabelle Theriault to Thruway Motor-Inn Ltd. by deed dated December 1970 and registered in the Madawaska County Registry Office on September 1, 1971 in Book S-8, at Page 754, as No. 86819.

SAVING AND EXCEPTING therefrom the following conveyances:

1. All that certain lot, piece or parcel of land and premises conveyed by Thruway Motor-Inn Ltd. to Levite J. Theriault by deed dated August 25, 1971 and registered in the Madawaska County Registry Office on September 1, 1971 in Book S-8, at Page 758, as No. 86820.

2. Also, all that certain lot, piece or parcel of land and premises conveyed by Wandlyn Inns Ltd./Les Auberges Wandlyn Ltee. to Her Majesty the Queen in Right of the Province of New Brunswick as represented by the Minister of Transportation, by deed dated September 24, 1987 and registered in the Madawaska County Registry Office on October 22, 1987 in Book V-19, at Page 217, as No. 155255, and being referred to therein as Parcel 85-2.

BEING the same lands and premises described as Parcel Two conveyed by Wandlyn Inns Ltd. to Fraser Inc. by Deed dated March 12, 1992 and registered in the Madawaska County Registry Office on March 13, 1992 in Book 685 at Page 21 as Number 178182.

68

#22

PID # 35186519

All those certain lots, pieces or parcels of land and premises situate, lying and being on the west side of Canada Road in the City of Edmundston, in the County of Madawaska and Province of New Brunswick, and being more particularly bounded and described as follows:

BEGINNING at a point where the division line between Grant Lot No. 9 and Grant Lot No. 10 intersects the western limit of Canada Road; then in a southeasterly direction along the western limit of Canada Road until it intersects the division line between Grant Lot No. 8 and Grant Lot No. 9; then in a southwesterly direction following the division line between Grant Lot No. 8 and Grant Lot No. 9 to the rear line of Grant Lot No. 9 in a northerly direction until it intersects the division line between Grant Lot No. 9 and Grant Lot No. 10; then following said division line in a northeasterly direction until it intersects the western limit of Canada Road, being the place of beginning.

SAVING AND EXCEPTING therefrom the following conveyances:

1. All that certain lot, piece or parcel of land conveyed by Charles H. Llewellyn and Wanda E. Llewellyn to Erne Deschenes by deed dated August 8, 1969 and registered in the Madawaska County Registry Office on August 28, 1969 in Book D-8, at Page 213, as No. 82545.

2. Also, all that certain lot, piece or parcel of land conveyed by Throughway Motor-Inn Ltd. to Gaston Guerrette by deed dated September 22, 1970 and registered in the Madawaska County Registry Office on October 14, 1970 in Book K-8, at Page 351, as No. 84796.

3. Also, all that certain lot, piece or parcel of land conveyed by Thruway Motor Inn Ltd. to Gaston Guerrette by deed dated October 20, 1972 and registered in the Madawaska County Registry Office on November 9, 1972 in Book D-9, at Page 598, as No. 89818.

4. Also, all that certain lot, piece or parcel of land conveyed by Thruway Motor Inn Ltd. to Gaston Guerrette by deed dated October 20, 1972 and registered in the Madawaska County Registry Office on November 9, 1972 in Book D-9, at Page 602, as No. 89819.

Being a portion of Grant Lot No. 9 conveyed by Kennedy Rentals Ltd. To Charles H. Llewellyn by deed dated August 8, 1969 and registered in the Madawaska County Registry Office on August 28, 1969 in book D-8, at Page 212, as No. 82544.

Being the same lands and premises described as Parcel One in a Deed conveyed to Fraser Inc. dated March 12, 1992 and registered in the Madawaska County Registry Office on March 13, 1992 in Book 685 at Page 21 as Number 178182.

69

#23

<u>PID 35147495</u>

ALL that certain lot, piece or parcel of land situate, lying and being in the City of
Edmundston, in the County of Madawaska and Province of New Brunswick, bounded
and described as follows: -

> "BEGINNING at a survey marker set at the division line between lands of the
> City of Edmundston, (Glove Factory) and lands of the Grantor; thence Azimuth
> 169°44'36" for a distance of 22.90 meters to a survey marker; thence Azimuth
> 87°11'41" for a distance of 23.16 meters to a survey marker; thence Azimuth'
> 87°11'41" for a distance of 8.44 meters more or less to the southerly shore of
> Madawaska River; thence following said southerly shore of Madawaska River in
> a westerly direction for a distance of 24.32 meters more or less to the corner of a
> retaining wall; thence Azimuth 268°07'55" for a distance of 3.36 meters more or
> less to a survey marker; thence Azimuth 268°07'55'" for a distance of 21.52
> meters to the survey marker being the point and place of beginning." All
> Azimuth are N.B. Grid related to N.B. Grid Monuments no. 5440 and 5439.

> Containing 635 square meters and being shown as <u>Parcel "A"</u> on Subdivision
> Plan of the Joachim Bouchard Subdivision, in the City of Edmundston, in the·
> County of Madawaska and Province of New Brunswick, surveyed by Northern
> Surveyors Ltd., certified by E.L. Howie, N.B.L.S., dated July 07, 1981, and filed
> in the Registry Office of and for the County of Madawaska under <u>official plan</u>
> <u>file no. 4752.</u>

Being the lands and premises described as Parcel 1 in a Deed to Fraser Inc. Limited
dated August 17, 1981, and registered in the Madawaska County Registry Office on
September 8, 1981, in Book E-14, at page 407, as number 124996.

70

#24

PID #35147065

All that certain lot, piece or parcel of land and premises situate, lying and being in the Parish of Madawaska, in the County of Madawaska and Province of New Brunswick, bounded as follows, to wit:-

"BEGINNING at an iron post standing in the northwestern limit of Aqueduct Street and at the most western angle of Lot Number One Hundred and Thirty-Nine and One-Half granted to T.A. Emmerson in the Town of Edmundston, thence running by the magnet of 1929 north fifty-one degrees and fifty-four minutes east along the northwestern limit of said Lot two chains and eighty three links or to a point distant three chains from a post in the southwestern bank or shore of the Madawaska River and measured on a course normal thereto, thence in a northwesterly and northeasterly direction parallel to said bank or shore to a point in the southeastern limit of Lot Number One granted to Francis Rice and distant three chains from a post on the southwestern bank or shore of the Madawaska River and measured as heretofore, thence south fifty-one degrees and fifty-four minutes west along the said southeastern limit of Lot Number One granted to Francis Rice two chains and eighty three links to a post standing at a point where the northwestern prolongation of the northeastern limit of Aqueduct Street intersects the southeastern limit of said Lot Number One, thence south thirty-eight degrees and six minutes east along said prolongation of said Street eighty six links to the place of beginning. Containing Twenty three Hundredths of an Acre, more or less, and distinguished as the Northeast Part of Rice Street, within the Town of Edmundston."

This description is derived from a Grant to the City of Edmundston which said grant is dated the 1st day of February, A.D. 1930 and registered in the Registry Office for the County of Madawaska in Book R-4, at page 526-527 under official number 19885 on the 24th day of February, A.D. 1930.

BEING the same lands and premises conveyed by The City of Edmundston to Fraser Inc. by Deed dated May 5, 1983 and registered in the Madawaska County Registry Office on May 6, 1983 in Book I-15 at Page 236 as Number 131926.

71

#25

PID #35257476

All that certain lot, piece or parcel of land situate, lying and being in the City of
Edmundston, in the County of Madawaska and Province of New Brunswick, bounded
and described as follows:-

"BEGINNING at the intersection of the property line of Fraser Inc. (formerly Laure
Marquis) and Guy Charest with the westerly limit of the new Trans Canada Highway;
thence following said property line in a westerly direction to the northerly limit of a
Crown Reserved Road (Chemin Rossignol); thence following said limit in a northerly
direction to the property line between Guy Charest and Raymond Parent and Olive St.
Onge; thence following said property line, along Raymond Parent and Olive St. Onge
to the limit of the new Trans Canada Highway; thence following said limit in a
southerly direction to the point of beginning.

Being part of Grant lot no. 13 and 14 and containing approximately 40 hectares.

And being part of the same lands conveyed to Guy Charest by Suzanne Dumont by
deed dated April 3, 1973 and registered in the Madawaska County Registry Office on
April 4, 1973 in Book H-9, at page 93 as number 90771, and by deed dated October 1,
1976 and registered in the Madawaska Registry Office on October 4, 1976 in Book Y-
10, at Page 538 as Number 103223.

Same having been <u>Approved for Registration</u> by Maurice D'Amours, "agent
d'aménagement Commission d'Urbanisme du Madawaska" on August 8, 1985 by an
Agreement of Purchase and Sale dated August 8, 1985 and registered in the Registry
Office for the County of Madawaska on August 9, 1985, in Book H-17, page 519, as
number 142295.

Being the same lands and premises conveyed by Guy G. Charest and Blanche Charest
to Fraser Inc. by Deed dated January 15, 1986 and registered in the Madawaska
County Registry Office on January 24, 1986 in Book Number U-17 at Page 658 as
Number 144383.

72

#26
PID # 35135060

All that certain lot, piece or parcel of land and premises situate, lying and being in the
City of Edmundston, in the County of Madawaska and Province of New Brunswick,
and being designated as Lot 9 on the "Plan of Survey of Real Estate Properties owned
by Fraser Companies, Limited in the City of Edmundston, Madawaska County, N.B."
prepared by C. M. Roy, N.B.L.S. under date of October, 1964 – February, 1965,
which said Plan of Survey was approved by the Planning Commission of the City of
Edmundston on the 2nd day of September, 1965, and filed in the Office of the Registrar
of Deeds in and for the County of Madawaska on the 7th day of September, 1965, as
number 1507, the whole being hereinafter sometimes referred to as "the said
premises".

BEING the same lands and premises conveyed by Georgette Ringuette to Noranda
Forest Inc. by Deed dated February 22, 1996 and registered in the Madawaska County
Registry Office on March 5, 1996 in Book 832 at page 353 as number 196137.

73

#27

PID # 35135052

All that certain lot, piece or parcel of land and premises situate, lying and being in the City of Edmundston, in the County of Madawaska and Province of New Brunswick and being designated as Lot 8 on the "Plan of Survey of Real Estate Properties owned by Fraser Companies, Limited in the City of Edmundston, Madawaska County, N.B." prepared by C.M. Roy, N.B.L.S., under date of October, 1964 – February 1965, which said Plan of Survey was approved by The Planning Commission of the City of Edmundston on the 2nd day of September, 1965 and filed in the Office of the Registrar of Deeds in and for the County of Madawaska on the 7th day of September, 1965, as Number 1507, the whole being hereinafter sometimes referred to as "the said premises".

TOGETHER WITH the right to the Grantee, his servants, agents, employees and workmen, to enter upon Lot 7 shown on the aforementioned Plan for the purpose of repairing, painting, altering and maintaining the north side of the dwelling presently located on the said premises and the eaves, roofs and other projections thereof, and to enter upon lands of the Grantor located to the west of the said premises shown on the aforementioned Plan for the purpose of repairing, painting, altering and maintaining the west side of the garage presently located on the said premises and the eaves, roofs and other projections thereof, and for such purposes to erect and have on the said Lot 7 and lands of the Grantor located to the west of the said premises, as there shall be occasion, ladders, staging and equipment incidental to such operations.

SUBJECT TO the right of the owner for the time being of Lot 9, shown on the aforementioned Plan and his servants, agents, employees and workmen, to enter upon the said premises for the purpose of repairing, painting, altering and maintaining the north side of the dwelling presently located on the said Lot 9, and the eaves, roof and other projections thereof and for such purposes to erect and have on the said premises, as there shall be occasion, ladders, staging and equipment incidental to such operations.

BEING the same parcel of land already conveyed to Mike Bard and Diane Cyr by Renaud Morel and his wife, Louise Morel, by Deed dated December 5, 1994 and said Deed registered in the Madawaska County Records on December 5, 1994 in Book 790, at page 599, as number 190975.

BEING the same lands and premises conveyed by Mike Bard and Diane Cyr to Noranda Forest Inc. by Deed dated September 15, 1995 and registered in the Madawaska County Registry Office on September 22, 1995 in Book 817 at Page 671 as Number 194199.

74

#28

PID # 35135045

All that certain lot, piece or parcel of land and premises situate, lying and being in the City of Edmundston, in the County of Madawaska and Province of New Brunswick, and

BEING DESIGNATED as Lot No. 7 on the Plan of Survey of Real Estate Properties owned by Fraser Companies, Limited in the City of Edmundston, Madawaska County, N.B., prepared by C.M. Roy, N.B.L.S., under date of October 1964 – February 1965, which said Plan of Survey was approved by the Planning Commission of the City of Edmundston on the 2nd day of September, 1965 and filed in the Office of the Registrar of Deeds in and for the County of Madawaska on the 7th day of September, 1965, as Number 1507.

TOGETHER WITH the right to the Grantee, his servants, agents, employees and workmen to enter upon Lot 6 shown on the aforementioned Plan for the purpose of repairing, painting, altering and maintaining the north side of the building or buildings presently located on the said premises and the eaves, roofs and other projections thereof and for such purposes to erect and have on the said Lot 6, as there shall be occasion, ladders, staging and equipment incidental to such operations.

SUBJECT TO the right of the owner for the time being of Lot 8, shown on the aforementioned Plan and his servants, agents, employees and workmen to enter upon the said premises for the purpose of repairing, painting, altering and maintaining the north side of the building or buildings presently located on the said Lot 8, and the eaves, roof and other projections thereof and for such purposes to erect and have on the said premises, as there shall be occasion, ladders, staging and equipment incidental to such operations.

BEING the same as appear in Deed dated November 1st, 1965 between Fraser Companies, Limited and George Dufour, registered on November 2nd, 1965 in Book Q-7, at page 144, as number 75080.

BEING the same lands and premises conveyed by Georgette Thibodeau and Ida Dufour to Noranda Forest Inc. by Deed dated October 24, 1995 and registered in the Madawaska County Registry Office on October 30, 1995 in Book 821 at page 557 as number 194728.

75

#29
**PID #35181494**

All that certain lot, piece or parcel of land and premises situate, lying and being in the
City of Edmundston in the County of Madawaska and Province of New Brunswick,
bounded and described as follows:  BEGINNING at a post on the north side of
Aqueduct Street where the land of the Grantors meets the land of Alex Angers; thence
going north along the line of the said Alex Angers until the Madawaska River; thence
along the said Madawaska River until the land of Gilles Sirois; thence going south
along the line of the said Gilles Sirois for one hundred and seventeen (117) feet and
following afterwards a certain right of way until Aqueduct Street; thence going west
along the said Aqueduct Street until the place of beginning.

Being the same lands and premises conveyed to Noella Sirois by the Gilles Sirois
Estate (Last Will and Testament) registered in Book B-10, page 354 as #097510 on
May 6, 1975.

BEING the same lands and premises described as Parcel Three in Deed dated August
6, 1981 conveyed by Noella Sirois to Fraser Inc. and registered in the Madawaska
County Registry office on August 12, 1981 in Book C-14 at Page 893 as Number
124631.

76

#30

<u>**PID #35273648**</u>

ALL that certain lot, piece or parcel of land and premises situate, lying and being in the City of Edmundston, in the County of Madawaska and Province of New Brunswick, bounded and described as follows:

"BEGINNING at a post 100 feet distant from Aqueduct Street where the most northeastern corner of lot of land of Freda Allain meets the line of Alex Angers; thence going north along the line of the said Alex Angers for 25 feet until a post; thence going west until the land of Fraser Companies; thence going south for 25 feet along the land of Fraser Companies Ltd. until the land of Freda Allain; thence along the line of Freda Allain in a straight line until the land of Alex Angers or place of beginning."

This description is derived from Deed dated May 16, 1959 and registered in the Registry Office for the County of Madawaska on May 20, 1959, in Book W-6, at Page 297, under Number 63,283 and having Donald Cyr and Gilberte Cyr as Grantors and Freda Allain as Grantee.

TOGETHER with a right-of-way from Aqueduct Street on the reserved road on land of Freda Allain until it reaches the above described lot owned by Donald Cyr. This right-of-way is for the Grantees, heirs, executors and assigns.

This description is derived from Deed dated September 4, 1981 and registered in the Registry Office for the County of Madawaska on September 9, 1981, in Book E-14, at Page 556, under Number 125028 and having Gilberte Cyr as Grantor, Freda Allain as Grantee and Donald R. Cyr as Party of the Third Part.

BEING the same lands and premises conveyed by Freda Allain, Donald R. Cyr and Oneil Cyr to Noranda Forest Inc. by Deed dated March 29, 1995 and registered in the Madawaska County Registry Office on April 28, 1995 in Book 800 at Page 458 as Number 192219.

77

#31

PID #35160662

All that certain lot, piece or parcel of land and premises situate, lying and being in the Parish of Madawaska, in the County of Madawaska and Province of New Brunswick, bounded and described as follows:

"BEGINNING at the intersection of the property line between Roger Daigle and Kennedy Developments Ltd. with the limit of the new Trans-Canada Highway; thence following said property line in a westerly direction to Chemin Rossignol; thence following said Chemin Rossignol in a northerly direction to the property line between Antonio Toussaint and Laure Marquis; thence following said property line in an easterly direction to the limit of the new Trans-Canada Highway; thence following said limit in a southerly direction to the point of beginning."

Being Granted Lot No. 11 and containing approximately 50 hectares, more or less.

Being a consolidation of two parcels of land derived from deed of Sylvio Daigle to Antonio Toussaint and Lucille Daigle, registered as number 135709 in Book Z-15, at page 367, and registered on January 16, 1984 and from Deed of Roger Daigle registered as number 69817, in Book G-7, at page 639, dated February 6, 1963. Both Deeds filed in the Madawaska County Registry Office.

BEING the same lands and premises conveyed by Antonio Toussaint et al to Fraser Inc. by Deed dated July 25, 1985 and registered in the Madawaska County Registry Office on July 25, 1985 in Book G-17 at Page 562 as Number 142142.

SAVE AND EXCEPT all those lands and premises described in a Deed to Antonio Toussaint and Lucille Daigle registered in the Madawaska County Registry Office on January 16, 1984 in Book Z-15 at Page 367 as Number 135709.

78

#41 35320985
#32

<u>**PID #35173400**</u>

All that certain lot, piece or parcel of land and premises situate, lying and being in the City of Edmundston in the County of Madawaska and Province of New Brunswick, bounded and described as follows:

<u>PARCEL ONE:</u>   (Honoré Cyr Lot)

Beginning at the point on the easterly bank or shore of the Madawaska River where the division line between the lands of the said Honoré Cyr and land of the James Murchie's Sons Company meets the said River, thence in an easterly direction along said division line between the lands of the said Honoré Cyr and land of the said James Murchie's Sons Company to the westerly boundary of the land of the Temiscouata Railway Company, thence in a northerly direction along the land of the Temiscouata Railway Company to the division line between land of the said Honoré Cyr and land of Xavier Hebert, thence in a westerly direction along said division line to the easterly bank or shore of the Madawaska River, thence down along the easterly bank or shore of the Madawaska River in a southerly direction to the place of beginning, said lot of land being bounded on the westerly side by the Madawaska River, on the southerly side by land conveyed to James Murchie's Sons Company by Eloi Cyr and wife, on the easterly side by the land of the Temiscouata Railway Company, and on the northerly side by land of Xavier Hebert. Being the same lands and premises conveyed by Honoré Cyr and wife to Donald Fraser & Sons, Limited, by Indenture bearing date the 21st day of March, A.D. 1911, and duly recorded in Madawaska County Records in Book J-1, pages 563 to 566 under official number 13767, the 12th day of December, A.D. 1912. Being the tract described as the Honoré Cyr Lot.

<u>PARCEL TWO:</u>   (Eighth Tract)

All that certain piece or parcel of land situate, lying and being in the Parish and County of Madawaska and Province of New Brunswick bounded as follows:- On the front by the Madawaska River, on the rear by the Temiscouata Railway and on the upper and lower sides by the sides of land now belonging to the said Eloi Cyr, being part of lot Number Three.

Being the same lands and premises conveyed by Fraser Limited to Fraser Companies, Limited by Deed dated September 1, 1917 and registered in the Madawaska County Registry Office in Book O-2 at Pages 332-365 as Number 17821.

79

#33
PID #35165745

All that certain lot, piece or parcel of land and premises situate, lying and being in the
City of Edmundston, in the County of Madawaska and Province of New Brunswick,
bounded and described as follows:

"BEGINNING at the intersection of the property line between Fraser Inc. and Laure
Marquis with the westerly limit of the new Trans Canada Highway; thence following
said property line in a westerly direction to the northerly limit of a Crown Reserved
Road (Rossignol Road); thence following said limit in a northerly direction to the
property line between Laure Marquis and Guy Charest; thence following said property
line in an easterly direction to the limit of the new Trans Canada Highway; thence
following said limit in a southerly direction to the point of beginning."

BEING part of Granted Lot No. 12 and containing approximately 38 hectares, more or
less.

BEING the same lands and premises conveyed by Laura Mai Marquis and Louis
Marquis to Fraser Inc. by Deed dated August 8, 1985 and registered in the Madawaska
County Registry Office on August 8, 1985 in Book H-17 at Page 494 as Number
142288.

80

#42 35320944
#43 35320936
#44 35320928
#45 35320910
#46 35320902
#47 35320886

**Being a portion of PID 35147305**

That parcel of land and premises being in:

Place Name:  Edmundston
Parish / County: Madawaska/Masawaska
Province:  New Brunswick

Deed 17821 – Frank Rice Lot

"Beginning at a point on the northerly boundary of Rice Street 290 feet distant from the easterly boundary of Canada Road, measured easterly along said northerly boundary of Rice Street, thence northerly and parallel with Canada Road for a distance of 110 feet to a post; thence westerly and parallel with Rice Street for a distance of 125 feet to a post on the northwest corner of land conveyed to Lea Landry by the said J. Frank Rice by deed dated November 4th, 1915 registered in the office of the Registrar of Deeds in and for the County of Madawaska in Book J-2 No. 16433; thence southerly along the westerly boundary of said land of Lea Landry for a distance of 10 feet to a post standing on the north east angle of land of conveyed to Annie Baker by the late Annie Rice by deed dated May 30th, 1912 and registered in said Office in Book X-1 No. 13319 thence westerly and parallel with Rice Street to the easterly boundary of land conveyed to Ronald Belanger by the late Annie Rice by deed dated March 9th, 1912 registered in said Office in Book W-1 No. 13144; thence northerly preserving a distance of 100 feet from the easterly boundary of Canada Road for a distance of 1816 feet to a post on the north east corner of land agreed to be sold to Louis Plant by Annie Rice by Agreement dated February 13th, 1912, registered in said Office in Book W-1 No. 13136, thence easterly along the southerly boundary of land conveyed to Mathilde Perron by the said J. Frank Rice by deed dated September 23rd, 1914, registered in said office in Book G-2 No. 15830, for a distance of 36 feet to the southeast corner of said land of Mathilde Perron for a distance of 53 feet to the north east corner of her said land; thence westerly along the northerly boundary of her said land for a distance of 36 feet to the south east corner of land conveyed to Mathew Ouellette by the late J. Francis Rice by deed dated February 25th, 1902 registered in said office in Book X No. 7049, thence northerly preserving a distance of 100 feet as follows:

On the eastern side by the land of Tenuscouata Railway Company purchased from the said Florent Martin on the southerly side of land of said Tenuscouata Railway Company, purchased from one T. Medley Richards, on the west side of the Madawaska River and on the north by land owned by Maxine Martin.

Being the same lands and premises mentioned and described in the deed from Florent Martin and wife to the said Fraser Limited, by Indenture bearing date the 22nd day of March, A.D. 1917 and duly recorded in Madawaska County recorded in Book M-2, pages 696-698 under official number 17334 the twenty fourth day of March A.D. 1917.

BEING the same lands and premises conveyed by Fraser Limited to Fraser Companies Limited in a Deed dated September 1, 1917 and registered in the Office of the Registrar of Deeds in and for the County of Madawaska under date of September 7, 1917 in book 0-2 at Page 332 as Number 17821.

Deed 17821 – Leonie Fournier Lot

Leonie Fournier Lot –

81

ALSO all that certain lot, piece or parcel of land and premises situate, lying and being in the Town of Edmundston in the County of Madawaska aforesaid, bounded and described in the conveyance thereof from Francis Fournier and Catherine his wife, Florent Fournier and Annie his wife, Cecile Fournier, Delia Fournier, Michel Fournier, Maxine Cyr and Mary Elizabeth his wife to the said Leonie Fournier, bearing date the fifteenth day of October, A.D. 1910, registered in the Office of the Registrar of Deeds in and for said County of Madawaska in Book O, pages 683-686, and numbered 6609 in said Book, as follows: namely --

On the front or south by the highway road leading from Edmundston to Riviere du Loup known as Canada Road, on the north by the river Madawaska, on the west by land occupied by Joseph L. Hebert and on the east by land owned and occupied by J. Francis Rice, being a portion of the residue of lot number two (2) granted to Michel Lighe lying on the northeast side of said Canada Road and containing forty five acres, more or less, as by reference to said conveyance or to the said registry thereof will appear.

BEING the same lands and premises mentioned and described in the deed thereof from Leonie Fournier and Michel Fournier her husband, to the said Fraser Limited, bearing date the twelfth day of March, A.D. 1917 and duly recorded in Madawaska County records in Book M-2, pages 645-647 under official number 17315 the fifteenth day of March, A.D., 1917.

TOGETHER WITH THE BENEFIT of all the flowage and other rights and easements, given, granted, sold, conveyed and released by Maxine Martin and others to the said Fraser Limited by Indenture bearing date the third day of November, A.D. 1916, and duly recorded in Madawaska County records in Book N-2, pages 248 to 256 under official number 17474, the seventh day of May, A.D. 1917.

TOGETHER WITH THE BENEFIT of all the flowage and other rights and easements, given, granted, sold, conveyed and released by Antoine Levesque to the said Fraser Limited by Indenture bearing date the 29th day of January, A.D. 1917, and duly recorded in Madawaska County records in Book N-2, pages 236 to 238 under official number 17470, the fourth day of May, A.D. 1917.

TOGETHER WITH THE BENEFIT of all the flowage and other rights and easements, given, granted, sold, conveyed and released by Lea Paradis to the said Fraser Limited by Indenture bearing date the fourth day of January, A.D. 1917, and duly recorded in Madawaska County records in Book M-2, pages 466 to 468 under official number 17242, the second day of February, A.D. 1917.

BEING the same lands and premises conveyed by Fraser Limited to Fraser Companies Limited in Deed dated September 1, 1917 and registered in the Office of the Registrar of Deeds in and for the County of Madawaska under date of September 7, 1917 in Book O-2 at Page 332 as Number 17821.

SAVE AND EXCEPT Lot 2004-A as shown on a Plan Lotissement Fraser Papers Inc., registered in the Madawaska County Registry Office on April 22, 2005 as Plan #20149531.

82

#34 35321058
#35 35321041
#36 35321033
#37 35321025
#38 35321017
#39 35321009
#40 35320993
#51

PID #35265651

PARCEL ONE:

All that certain piece, parcel or lot of land situate, lying and being in the City of
Edmundston, County of Madawaska and Province of New Brunswick, on the
eastern side of Madawaska River, described as follows:- Beginning at a point on
the western side of Victoria Street where the division line between lands owned by
Florent Martin and land owned by Florent Fournier intersects the western side of
Victoria Street; thence south 75 degrees 45 minutes west for a distance of 135 feet
to the eastern boundary of the Temiscouata Railway right-of-way; thence
following said boundary in a southeasterly direction for a distance of 50 feet;
thence north 75 degrees 45 minutes east for a distance of 130 feet to the western
boundary of Victoria Street; thence along the western boundary of said Victoria
Street north 10 degrees 75 minutes west for the distance of 50 feet to the place of
beginning, as will more fully appear by reference to the plan hereto annexed, and
made by John Emmerson, D.L.S., which said plan forms part of this conveyance.

Being the same lands and premises conveyed by Florent Fournier & wife to Fraser
Companies Ltd. by Deed dated May 10, 1929 and registered in the Madawaska
County Registry Office in Book L-4 at Pages 139-141 as Number 29189.

PARCEL TWO:

All that certain piece, parcel or lot of land and premises situate, lying and being in
the City of Edmundston, in the County of Madawaska, in the Province of New
Brunswick, bounded and described as follows:- Beginning at a point on the
western boundary of Victoria Street where the line dividing land formerly owned
by Florent Fournier and Florent Martin intersects the said western boundary of
said Victoria Street; thence north 10 degrees 57 minutes west for a distance of 40
feet; thence south 75 degrees 45 minutes west for the distance of 138 ft. more or
less to the eastern boundary of the Temiscouata Railway right of way; thence south
following said boundary of said Temiscouata Railway for a distance of 40 feet;
thence north 75 degrees 45 minutes east for a distance of 135 feet to the place of
beginning. The same being part of lot owned by said Florent Martin on the eastern
side of Victoria Street, and the same being the land over which the wires of the
Hydro Electric Transmission line of Fraser Companies, Limited have been strung.

Being the same lands and premises conveyed by Florent Martin to Fraser
Companies, Limited by Deed dated August 26, 1929 and registered in the
Madawaska County Registry Office in Book L-4 at Pages 175-177 as Number
29457.

83

**PARCEL THREE:**    (Ninth Tract)

Also all that certain piece or parcel of land and premises situate, lying and being in the City of Edmundston aforesaid, conveyed by Joseph Martin (Menock) and Olive his wife, to James Murchie's Sons Company by deed bearing date the fifteenth day of July A.D. 1910, registered in the Office of the Registrar of Deeds in and for the County of Madawaska in Book P-1, pages 503, 504, 505, 506 and 507 by the number 11874 and in said deed and subject to the provisos therein contained described as follows, to wit:-  Beginning at a post standing on the division line between said lot of land owned by said Joseph Martin (Menock) and land owned and occupied by one Eloi P. Cyr at a point where the Temiscouata Railway Company lands cross said division line, thence from said post in a southerly direction following said division line till it strikes the Madawaska River at a post, thence in an easterly direction following said Madawaska River down stream till it strikes the division line between said lot of land owned and occupied by Joseph Martin (Menock) and lot of land owned and occupied by one Joseph M. Martin to a post, thence in a northerly direction following said division line last above mentioned till it strikes land owned and occupied by the Temiscouata Railway Co. to a post, thence in a westerly direction following said land owned and occupied by Temiscouata Railway Co. to the place of beginning.

Being referred to as the Ninth Tract in Deed dated September 1, 1917, Fraser Limited to Fraser Companies, Limited, registered in the Madawaska County Registry Office in Book O-2 at Page 332 as Number 17821.

**PARCEL FOUR:**    (Maxime Martin Lot)

All that certain lot, piece or parcel of land and premises situate, lying and being in the City of Edmundston in the County of Madawaska and Province of New Brunswick, bounded and described as follows:  On the front by the Madawaska River, on the rear by the right of way land of the Temiscouata Railway Company, and on the upper and lower sides by lands owned by the said Fraser Companies, Limited, said lot, piece or parcel of land hereby conveyed or intended so to be being designated as lot number two (2) on the north east side of the Madawaska River aforesaid, on the plan filed with the Lieutenant Governor in Council, pursuant of Chapter 66 of 8 George V 1918.

Being the same lands and premises conveyed by Maxime Martin to Fraser Companies, Limited by Deed dated July 24, 1920 and registered September 9, 1920 in the Madawaska County Registry Office in Book A-3 at Pages 636-638 as Number 20890.

84

**PARCEL FIVE:**    (Florent Martin Lot)

Also all that certain lot, piece or parcel of land and premises situate, lying and being in the City of Edmundston aforesaid, bounded and described as follows:- On the eastern side by the land of Temiscouata Railway Company purchased from the said Florent Martin, on the southerly side by land of said Temiscouata Railway Company, purchased from one Medley Richards, on the west side of the Madawaska River, and on the north by land owned by Maxime Martin. Being the same lands and premises mentioned and described in the deed from Florent Martin and wife to the said Fraser Limited, by Indenture bearing date the 22nd day of March A.D. 1917, and duly recorded in Madawaska County Records in Book M-2, pages 696 to 698 under official number 17334 the twenty-fourth day of March, A.D. 1917.

Being referred to as Florent Martin Lot in Deed dated September 1, 1917, Fraser Limited to Fraser Companies Limited, registered in the Madawaska County Registry Office in Book O-2 at Page 332 as Number 17821.

**PARCEL SIX:**    (Temiscouata Railway Company Lot)

Also all that certain lot of land situate in the City of Edmundston in the County of Madawaska and described in a certain Indenture bearing date the fourth day of March, A.D. 1917, made between the said Fraser Limited of the one part, and the Temiscouata Railway Company, and duly recorded in Madawaska County records in Book N-2, pages 242 to 247 under official number 17473 the 5th day of May A.D. 1917, as follows:-  Beginning at a point on the easterly bank or shore of the Madawaska River where the division line between the lands belonging to Fraser Limited conveyed by Xavier Hebert and Marguerite Hebert his wife to John G. Murchie by deed dated August 14th, 1885 and by James Murchie's Sons Company to said Fraser Limited, and the lands belonging to the Temiscouata Railway Company conveyed to it by Xavier Hebert and Marguerite his wife, and Paul Hebert and Annie his wife, meets the said Madawaska River, thence up along the easterly bank or shore of the Madawaska River in a northerly direction following the various courses of said River to the division line between the land of the Temiscouata Railway Company and land belonging to Florent Martin, thence along said division line to a point distant ten feet from the top of the bank along said easterly side of the Madawaska River, thence in a southerly direction and maintaining a distance of ten feet from the top of said bank along said river to a point twenty five feet distant at right angles northerly from the centre line of the proposed railway of Fraser Limited, leading to the proposed railway bridge of Fraser Limited across the Madawaska River all as shown on the said plan drawn by John T. Emmerson hereinbefore mentioned, thence in an easterly direction passing a point ten feet distant southerly from the southerly corner of the coal shed of the said Temiscouata Railway Company to a point ten feet distant at right angles westerly from the centre of the main line track of the Temiscouata Railway, thence in a southerly direction in a line parallel with the centre of said main line track to the northerly boundary of said lands belonging to said Fraser Limited, thence along the northerly boundary of said land of Fraser Limited to the place of beginning. Saving and excepting out of the lands and premises hereby conveyed or agreed to be conveyed by the said Fraser Limited to the Temiscouata Railway Company by way of exchange a lot of land situate in the City of Edmundston aforesaid, and bounded and described in the said Indenture made between the said Fraser Limited and the Temiscouata Railway Company, and dated the fourth day of March A.D. 1917 as hereinbefore set forth.

85

Being referred to as Temiscouata Railway Company Lot in Deed dated September 1, 1917 Fraser Limited to Fraser Companies Limited registered in the Madawaska County Registry Office in Book O-2 at Page 332 as Number 17821.

PARCEL SEVEN:

ALSO ALL our right, title and interest as Heirs of Marguerite Sarlabous in and to four (4) rods in width of that part of Lot No. 1, of the "Sarlabous Estate" which fronts on the Madawaska River, together with all riparian rights thereto attached.

Being a portion of the lands and premises conveyed by Delvina Sarlabous et al to Fraser Companies, Limited by Deed dated June 15, 1945 and registered in the Madawaska County Registry Office in Book O-5 at Pages 283-285 as Number 42,303.

86

#52

**PID #35233964**

All those certain lots, pieces or parcels of land situate, lying and being in the Town of
Edmundston, in the County of Madawaska and Province of New Brunswick, and
being parts of the Sarlabous Estate in parts of Lot No. I, granted to Joseph Hebert and
bounded and described as follows:

BEGINNING at the intersection of the northwesterly limit of 31ˢᵗ Avenue and the
southerly limit of Hebert Boulevard as shown on a certain plan showing subdivision of
Sarlabous Estate, filed in the Madawaska County Registry Office as Plan #334; thence
south 52° 35' West along the northwestern boundary or limits of said 31ˢᵗ Avenue for a
distance of two hundred sixty-nine and seven tenths (269.7') feet to a wooden post at
the northeastern corner of lot sold to Adelard Levesque; thence northwesterly along
the northeastern boundary of said Adelard Levesque's lot for a distance of one
hundred two and two tenths (102.2') feet to a point at a rectangular distance of one
hundred (100') feet from the northwestern boundary of 31ˢᵗ Avenue; thence south 52°
35' West along the rear boundary of said Adelard Levesque's lot for a distance of fifty
(50') feet to a point on the northeastern boundary of the Transmission Line right-of-
way of Fraser Companies, Limited (now Nexfor Inc.); thence in a southeasterly
direction following along the northern boundary of said Transmission Line right-of-
way to a wooden post at its intersection with the northwest boundary of 31ˢᵗ Avenue
aforesaid; thence south 52° 35' West along the northwest boundary of said 31ˢᵗ
Avenue until it intersects the northeastern limit of Martin Street; thence in a
northwesterly direction along the said northeastern limit of Martin Street until it
intersects the southern limit of Hebert Boulevard; thence along the southern limit of
said Hebert Boulevard in an easterly direction to the place of beginning.

Being a remnant of the Third Parcel of land described in Deed dated June 15, 1945
from Delvina Sarlabous et al to Fraser Companies, Limited and registered in the
Madawaska County Registry Office in Book O-5 at pages 283-285 as Number 42,303.

87

#53

**PID 35231901**

All that certain lot, piece or parcel of land and premises situate, lying and being in the Town of Edmundston, in the County of Madawaska and Province of New Brunswick, more particularly bounded and described as follows:

BEGINNING at a point where the northerly boundary line of lot Letter B intersects the easterly limits of the proposed street running from Hall Street to Canada Road as shown on the Plan of Lands prepared by John T. Emmerson of part of the property of the Late Michel Tighe, dated September 8th, 1925; thence from the point thus established following along the aforementioned northerly boundary line of Lot Letter B in a northeasterly direction a distance of 38 feet, more or less, or to the point of intersection with the rear division line boundary of Lot No. 5; thence following the said rear division line boundary of Lot No. 5, in a north westerly direction a distance of 50 feet, more or less or to the point of intersection with the southerly boundary line of Lot No. 7, thence at right angles to the rear division line boundary of lot No. 5 in a south westerly direction a distance of 12 feet, more or less or to the point of intersection with the easterly limits of the proposed street, running from Hall Street to Canada Road; thence following along the said easterly limits of the aforementioned proposed street in an southerly direction a distance of 58.7 feet, more or less, or to the point of beginning.  Distinguished as part of Lot No. 6, on the said Plan of Lands prepared by John T. Emmerson of part of the property of the late Michel Tighe.  The whole as shown coloured red on the plan attached hereto.

Being the same lands and premises conveyed by Joseph Deschenes, Maxime Bellefleur, Lucienne Bellefleur to Fraser Companies Limited by Deed dated the 23rd day of October, 1950 and registered in the Madawaska County Registry Office as Document 50602 in Book C6, at Page 214

*88*

#50 35320837
#54

PID #35144088

1.    All that certain lot, piece or parcel of land and premises situate, lying and being in the City of Edmundston, in the County of Madawaska and Province of New Brunswick, bounded and described as follows:-

"BEGINNING at a point in the divisional line of lot owned and occupied by Philomene Gagnon and lot herein conveyed on the northerly side of Aqueduc Street, thence following said Aqueduc Street in a westerly direction for a distance of fifty-nine feet to a point; thence from said point by a straight line running in a northerly direction and parallel with the said divisional line of lot owned and occupied by the said Philomene Gagnon and lot herein conveyed to the Madawaska River, to a point as would appear in a certain deed made between Thomas A. Emmerson and wife and George Sirois dated the 22ⁿᵈ day of April, A.D., 1910, and recorded in Book U-1, pages 495 to 498 both inclusive of the Madawaska County Records, thence from said point following the said various courses along the west bank or shore of the Madawaska River as per description described in the said deed of Thomas A. Emmerson to George Sirois down stream in a southerly direction to the said divisional line between lot owned by Philomene Gagnon and lot herein conveyed to a point, thence following said divisional line in a southerly direction for a distance of one hundred and seventy-one (171) feet to the place of beginning and being part of the same lot deeded by the said George Sirois and wife to the said Elizabeth Hebert by Deed dated the 10ᵗʰ day of November, A.D. 1911 and registered in Book W-1, pages 628 to 631 both inclusive of the Madawaska County Records.

AND BEING the same lands and premises that were conveyed by Elizabeth Hebert to Henry Gagnon by Deed dated August 25ᵗʰ, 1919 and registered in the Office of the Registrar of Deeds for the County of Madawaska on August 25ᵗʰ, 1919 in Book V-2, page 697 as No. 19719."

2.    ALL that certain lot, piece or parcel of land and premises situate, lying and being in the City of Edmundston, in the County of Madawaska and Province of New Brunswick, bounded and described as follows:  To wit:

"BEGINNING at a post standing at the southwestern corner of Lot owned and occupied by one Fortunat Gagnon at a point where it strikes a reserved road, thence in a westerly direction following said reserved road for the distance of ninety-nine feet to a post, thence at a right angle in a northerly direction for the distance of two hundred and eighteen feet to the bank or shore of the Madawaska River to a post, thence in an easterly direction following said Madawaska River down stream for the distance of ninety-nine feet to the division line of lot owned and occupied by Fortunat Gagnon to a post, thence in a southerly direction following said divisional line above-mentioned, for the distance of one hundred and seventy-eight feet (178 ft.) to above-mentioned reserved road and place of beginning."

The same being part of Lot No. 142 granted to Thomas Emmerson on the western side of the Madawaska River.

AND BEING the same lands and premises that were conveyed by Sophie Emmerson to Philomene Gagnon by Deed dated May 14ᵗʰ, 1908 and registered in the office of the Registrar of Deeds for the County of Madawaska on May 14ᵗʰ, 1908 in Book J-1, page 344 as No. 10143.

AND ALSO BEING the same lands and premises that were conveyed by Philomene Gagnon to Henry Gagnon by Last Will and Testament dated July 21ˢᵗ, 1941.  The said Last Will and Testament and necessary Affidavits were registered in the office of the

89

Registrar of Deeds for the County of Madawaska in Book H-5, page 468 as Number 38042 on July 21st, 1941.

EXCEPTING AND RESERVING THEREFROM that part of the said lands and premises that were conveyed by Henry Gagnon and wife, Delina Gagnon to Gerard Michaud by Deed dated March 19th, 1951 and registered in the office of the Registrar of Deeds for the County of Madawaska on December 5th, 1951 in Book E-6, page 440 as number 52137 and bounded and described as follows:-

"ALL that certain lot, piece or parcel of land and premises situate, lying and being in the City of Edmundston, in the County of Madawaska and Province of New Brunswick, bounded and described as follows:

"BEGINNING at a post on the northeasterly side line of Aqueduc Street, said post being the southwesterly angle of lot owned and occupied by Henri O. Gagnon; thence in a direction north, fifty-one degrees and one minute east, along the westerly line of said Henri O. Gagnon lot, the distance of One Hundred feet to another post; thence in a direction north, thirty-eight degrees, fifty-one minutes west, the distance of fifty feet to another post; thence in a direction south, fifty-one degrees one minute west for the distance of One Hundred feet to a post on the northeasterly side line of Aqueduc Street; thence following said street line in a direction south, thirty-eight degrees, fifty-one minutes east, the distance of fifty feet to the point of beginning. The directions are magnetic for the year 1917 and taken from the City Plan of Edmundston of the same year."

AND ALSO EXCEPTING AND RESERVING from the said lands and premises that part of the said lands and premises that were conveyed by Henry Gagnon and wife, Delina Gagnon, to Aline Michaud by Deed dated May 28th, 1952 and registered in the office of the Registrar of Deeds for the County of Madawaska in Book G-6, page 482 as Number 53485 on November 21st, 1952, and bounded and described as follows:-

"ALL that certain lot, piece or parcel of land and premises situate, lying and being in the City of Edmundston, in the County of Madawaska and Province of New Brunswick, bounded and described as follows:

"BEGINNING at a post One Hundred feet distant from the north side of Aqueduc Street where the line of Grantors meets line of George Sirois; thence going north along the land of the said George Sirois until the shore of the Madawaska River; thence along the shore of the said Madawaska River going east, for fifty feet; thence going south, in a line parallel to the line of George Sirois until land now owned by Gerard Michaud; thence going west along the line of Gerard Michaud until place of beginning."

This Deed means to convey the said land perfectly without any encroachments and reserve, with the riparian rights to the Madawaska River for the said portion of land."

Together with full riparian rights of ownership appurtenant to or connected with the hereinbefore described lands and the waters of the Madawaska River adjacent or contiguous thereto.

BEING the same lands and premises as described in a Deed dated December 12, 1981 between George H. Gagnon and Joyce Alice Gagnon as grantors and Fraser Inc. as grantee, which Deed was duly registered in the Madawaska County Registry Office on December 14, 1981 in Book I-14 at Page 908 as Number 126099.

90

#55

### PID #35290915

All that certain lot, piece or parcel of land and premises situate, lying and being in the City of Edmundston, in the County of Madawaska and Province of New Brunswick, bounded and described as follows:

"BEGINNING at a post on the western limits of the Edmundston-St. Jacques highway on the eastern side of the Madawaska River where the division line boundary between the southeastern half of Lot No. 5, belonging to the Edmundston Golf Club Ltd., and the northwestern half of said lot No. 5 intersects the said highway; thence north 6° 45' west, by the magnet for the year 1945, along the western limits of said highway for the distance of one hundred seventy-five (175) feet to a post at the southeastern corner of a parcel of land conveyed by Levite H. Morneault and wife to the Directors of the Veterans Land Act by deed dated Sept. 21, 1944; thence following the boundaries of said parcel of land, north 82° 15' west for the distance of four hundred seventeen and four tenths (417.4') feet to a post; north 1° 00' west for the distance of one hundred four (104') feet to a post, north 4° 01' east for the distance of one hundred nine and three tenths (109.3') feet to a post, north 5° 50' east for the distance of one hundred one (101') feet to a post, north 7° 38' east for the distance of three hundred twelve and five tenths (312.5') feet to a post; thence following a direction Az345°-46'10" for a distance of 220.01 feet; thence following a direction Az76°-20'-00" for a distance of 402.69 feet to the westerly limit of Victoria Street; thence following said limit in a direction Az342°-05'-30" for a distance of 118.57 feet; thence continuing along the western limits of the said Edmundston-St. Jacques highway north 0° 18' east for the distance of four hundred fifty-seven (457') feet to a point and north 4° 54' west for the distance of twenty-six and six tenths (26.6') feet or to another post on the western limits of said highway at its intersection with the division line boundary between Lots No. 6 and No. 7; thence in a general direction south, 58° 47' west along said division line boundary between Lots No. 6 and 7 for the distance of one thousand eight hundred seventy (1870') feet to a squared cedar tree at the northeastern corner of parcels of land conveyed by the said Levite H. Morneault and wife to Fraser Companies, Limited by Deed dated Oct. 17, 1945; thence along the eastern and northern boundaries of the said parcels of land of Fraser Companies, Limited, south 21° east for the distance of one thousand four hundred fifty-eight and seven tenths (1458.7') feet to a post, said post being twenty-five (25') feet distant on the prolongation of the last mentioned bearing from a white birch tree on the first mentioned division line boundary between the southeastern and northwestern halves of Lot No. 5, north 53° 15' east parallel to the said division line boundary and distant twenty-four (24') feet therefrom for the distance of five hundred forty-five (545') feet to a stake; and thence southerly at right angle for the distance of twenty-four (24') feet or to a point on the said division line boundary at the southeastern corner of the second parcel of land conveyed in the above mentioned deed to Fraser Companies, Limited; and thence in a general direction north, 53° 15' east along the aforesaid division line boundary between the southeastern and northwestern halves of Lot No. 5 for the distance of six hundred eighty-eight and nine tenths (688.9') feet, more or less to the point of beginning."

BEING a consolidation of the land and premises of Noranda Forest Inc. described in a deed registered in the Madawaska County Registry Office on November 2, 1945, in Book P-5, at Page 218, as Number 42887 with Parcel 97-A shown on the Subdivision Plan entitled "Subdivision Plan Noranda Forest Inc. Subdivision, Victoria Street, City of Edmundston, Madawaska County, New Brunswick", prepared by Pierre J.M. Picard, N.B.L.S., dated September 10, 1997, approved by Jacques Desjardins, Development Officer for the Madawaska Planning Commission, on September 26, 1997, and filed in the Madawaska County Registry Office in conjunction with the present deed.

91

SAVING AND EXCEPTING from the above-described land and premises all lands, easements and rights previously conveyed, as more fully appears in the records of the Madawaska County Registry Office.

The aforesaid subdivision plan filed in conjunction with the present deed has been reapproved by Jacques Desjardins, Development Officer for La Commission d'Urbanisme du Madawaska, on March 2, 1998.

Being the same lands and premises conveyed by Noranda Forest Inc. by its attorney, Fraser Papers Inc. (Canada) to Noranda Forest Inc. by Deed dated January 21, 1998 and registered in the Madawaska County Registry Office on March 27, 1998 in Book 902 at Page 133 as Number 205522.

92

#56

<u>PID # 35181437</u>

All that certain lot, piece or parcel of land and premises situate, lying and being in the City of Edmundston, in the County of Madawaska and Province of New Brunswick, bounded and described as follows:-

"BEGINNING at the post One Hundred feet distant from the North side of Aqueduct Street where the line of Grantors meets the line of George Sirois; THENCE going North along the land of the said George Sirois until the shore of the Madawaska River; THENCE along the sore of the said Madawaska River going East for Fifty feet; THENCE going South in a line parallel to the line of George Sirois until land owned by Gérard Michaud; THENCE going west along the line of Gérard Michaud until place of beginning." Being the same land described in deed number 89,109.

BEING the same as appear in Deed Juliette Riley to Léo Pelletier and Kathleen Pelletier, dated June 2nd, 1980 and registered in the Madawaska County Registry Office on July 4th, 1980 in Book A-13, at page 172, as number 119803.

SAVE AND EXCEPT Parcel "B" of Plan 4761, transferred to Fraser Inc. on September 3, 1981.

BEING the same lands and premises as described in a Deed dated October 24, 1996 between Donald N. Doucet, Elizabeth-Ann Dorschner, and Gérard J. Noel as grantors to Noranda Forest Inc. as grantee, which Deed was duly registered in the Madawaska County Registry Office on October 25, 1996 in Book 854 at Pages 672-678 as Number 199176.

43

#57

**PID #35181411**

"Beginning at a point on the northeastern side line of Aqueduct Street, said point being distant fifty-one feet (51') measured in a southeasterly direction along the northeastern side line of Aqueduct Street from an iron post marking the intersection of the northeastern side line of Aqueduct Street with the division line boundary between the lands conveyed by Fraser Companies, Limited to Joseph D. Boucher by deed dated September 8, 1938, and the lands conveyed by Fraser Companies, Limited to Melvin Louden by deed dated September 11, 1945; thence from the point of beginning thus established in a southeasterly direction along the northeastern side line of Aqueduct Street a distance of fifteen feet (15') or to its intersection with the northwestern side line of Church Street; thence in a northeasterly direction along the northwestern side line of Church Street a distance of fifteen feet (15'); thence in a westerly direction making an angle of forty-five degrees (45') with the said Church Street a distance of twenty-one feet (21'), more or less, or to the place or point of beginning. The whole being a triangular piece of land situate at the intersection of Church and Aqueduct Streets, having a frontage of fifteen feet (15') on Church Street and a frontage of fifteen feet (15') on Aqueduct Street

Being part of the same lands and premises conveyed by James H. Lynch and wife to Fraser Companies, Limited by Indenture of Deed bearing date the 4th day of December, A.D. 1935, and registered in Book "Z-4", pages 347-348, under Official Number 33624.

And being the same lands and premises conveyed by Fraser Companies, Limited to Melvin Louden by deed dated February 3, 1955, registered in the Registry Office for the County of Madawaska on February 5, 1955 in Book L-6, page 476, under Official Number 56522.

AND BEING the lands described as Second Parcel in a Deed dated August 5, 1983 between Muriel Louden as grantor and Fraser Inc. as grantee, which Deed was duly registered in the Madawaska County Registry Office on August 8, 1983 in Book P-15 at Page 570 as Number 133410.

94

#58

**PID #35064492**

Also that other piece of land described in Deed from Willie I. Albert to Walter
Pelletier 1952, (Number 63,153 page 161 W-6) as follows:

Beginning at a wooden post at the southwesterly corner of lot of land No. 34 as per
plan of subdivision of a parcel of land into building lots of Willie I. Albert situate on
the south of main highway at Iroquois in the Parish of St. Basile aforesaid, in the
division line between the lands of Archie Levesque and the grantor's land and
following the said division line in a southwesterly direction until it reaches the St.
John River; thence following the contours of the St. John River in a northwesterly
direction to the division line of the land previously owned and occupied by Emely
Bernier; thence following said last mentioned division line of lot of land owned by
Robert Milling and Emile T. Cyr; thence running in a southeasterly direction along the
southwesterly end of lot numbers 38, 37, 35 and 34 to the place of beginning.

**BEING** the lands and premises described as Parcel 3 in a Deed dated April 23, 1971
between Gabriel Uzada as grantor and Fraser Companies, Limited as grantee, which
Deed was duly registered in the Madawaska County Registry Office on May 6, 1971
in Book P-8 at Page 34 as Number 085883.

95

#59

### PID #35194125

All that certain lot, piece or parcel of land and premises situate, lying and being in the Parish of Saint Basile, in the County of Madawaska and Province of New Brunswick, bounded and described as follows:

Beginning at a point, said point being at the intersection of the division line between lots Three hundred and twelve (312) and Three hundred and thirteen (313) with the northerly limit of the Canadian National Railway right-of-way; thence from the point of beginning thus established north fifty-two degrees forty-three minutes east (N 52° 43' E) a distance of four (4) feet more or less, to an iron post; thence north thirty-four degrees fifty minutes west (N 34° 50' W) a distance of one hundred thirty-three point five (133.5) feet more or less, to an iron post; thence north fifty-two degrees twenty-two minutes west (N 52° 22' W) a distance of seventy point five (70.5) feet, more or less, to an iron post; thence north fifty-two degrees thirty-six minutes west (N 52° 36' W) a distance of one hundred and twenty-seven (127) feet more or less, to an iron post; thence south fifty-two degrees fifty minutes west (S 52° 50' W) along the easterly side of a twelve (12) foot reserved right-of-way to the southerly bank of the brook; thence westerly along the southerly side of the brook to the division line between Lots Three hundred and thirteen (313) and Three hundred and Fourteen (314); thence south fifty-two degrees fifty minutes west (S 52° 50' W) along the said division line to the Canadian National Railway right-of-way; thence following said right-of-way in an easterly direction to the place or point of beginning.

The whole as shown border outlined on the attached plan of survey prepared by Leo Ward, N.B.L.S., dated the Twenty-first day of May 1960, being duly recorded in the Madawaska County Registry Office as Number 849.

SUBJECT TO the right of The Director, The Veterans' Land Act, his successors and assigns to cross the above described parcel of land to the farm crossing as shown located on the attached plan.

ALSO SUBJECT TO sewage drainage for a sewer line presently in place and extending westwardly from the dwelling on lands being retained by The Director, The Veterans' Land Act, to the said brook together with the right to enter upon the said lands for the purpose of maintaining, repairing or replacing this said sewage drain.

The land being conveyed or intended to be conveyed being part of lands conveyed by Archie Levesque and Emily Levesque to The Director, The Veterans' Land Act, by deed dated the Eighth day of August 1960 and recorded in the Registry Office for Madawaska County on the Ninth day of August 1960 as Number 65265 in Book Z-6, Pages 422-423.

Being the same lands and premises conveyed by The Director, The Veterans' Land Act, to Fraser Companies, Limited by Deed dated May 26, 1971 and registered in the Madawaska County Registry Office in Book Q-8 at Pages 363-365 as Number 086224.

96

#60
PID #35194489

All that certain lot, piece or parcel of land and premises, lying and being in the Parish of St. Basile, in the County of Madawaska and Province of New Brunswick, and being more particularly bounded and described as follows:

Beginning at the intersection of the northeastern bank or shore of the St. John River with the division line between lands owned by Raoul Lee and Gerald Dupont at Iroquois, in the Parish of St. Basile; thence following said division line in a direction North fifty-one degrees East (N51°00'E) to the southerly limits of the Canadian National Railway right-of-way; thence following the southerly limits of the Canadian National Railway right-of-way in an easterly direction to the division line between lands owned by Gerald Dupont and Raoul Jalbert; thence following said division line in a direction South fifty-one degrees twenty minutes West (S51°20'W) to the northeastern bank or shore of the St. John River; thence following the bank or shore of the St. John River upstream to the place or point of beginning.

Being part of the same lands and premises conveyed to Gerald Dupont by Willie O. Dupont and wife by Deed dated February 20, 1958, being duly recorded in the Madawaska County Records in Book T-6, Page 196 as No. 61,249.

Together with a right-of-way upon and across the lands of Felix Cormier, extending from the public highway to connect with and form part of the roadway approach to the joint farm crossing at Mile 109.7 of the Grand Falls sub-division of the Canadian National Railway as described in agreement dated June 10, 1942 between Felix Cormier et al and the Canadian National Railway, being duly recorded in the Madawaska County Records in Book J-5, Page 239, No. 39,111.

Being a portion of Lot No. 2, granted to Francis Gaudin and a portion of Lot No. 33 granted to Joseph L. Mercure in Tier one, Parish of St. Basile.

Being the same lands and premises conveyed by Gerald Dupont and wife to Fraser Companies, Limited by Deed dated December 8, 1970 and registered in the Madawaska County Registry Office on December 10, 1970 in Book L-8 at page 522 as Number 085103.

97

#61

<u>PID # 35270644</u>

ALL that certain lot, piece or parcel of land and premises, situate, lying and being in the Parish of Saint-Basile, in the County of Madawaska and Province of New Brunswick, bounded and described as follows:-

BEGINNING at a point on the northerly side of Highway No. 2 now "rue Principale in Ville de St-Basile" said point being in a direction south 76° 15' east and a distance of three hundred and fifty-seven (357') feet from the intersection of the said limit of the said Highway and the southeastern side line of the Indian Reserve, the said point being better shown on a plan filed at the Registry Office for the County of Madawaska as <u>number 412</u>; thence from said point of beginning and following the division line of the property being now described and the property of Robert Therrien in a northerly direction to a point situated on the southern boundary line of the F. Pettigrew lot shown on said plan 412, the said point being the most northeastern corner of lot owned by the said Robert Therrien; thence in a northwestern direction following the boundary line of the lot herein described and the lot owned by Robert Therrien for a distance of thirty-two (32') feet or at the intersection of a reserved street owned by "Ville de St-Basile"; thence in a northeasterly direction following the said reserved street for a distance of fifty-nine (59') feet more or less or to the land owned by Jean-Pierre Angers; thence following the division line between the land herein described and the land of Jean-Pierre Angers in a southeasterly direction for a distance of ninety-six (96') feet more or less to a point; thence in a southwesterly direction along the division line of the land herein described and the land owned by Jean-Pierre Angers for a distance of seventy-four (74') feet more or less to a point; thence in a southeastern direction following the division line between land herein described and part of the land owned by Jean-Pierre Angers for a distance of fifty (50') feet to a point; thence in a southwesterly direction following the division line between the lot herein described and the land of Jean-Pierre Angers for a distance of one hundred (100') feet to the main highway leading from St-Basile to Edmundston now "rue Principale – in Ville de St-Basile"; thence in a northwesterly direction following the said rue principale a distance of fifty (50') feet to the place of beginning.

BEING the same lands and premises as described in a Deed dated April 14, 1994 between Noranda Forest Inc. as grantor and Noranda Forest Inc. as grantee, which Deed was duly registered in the Madawaska County Registry Office on September 15, 1994 in Book 782 at Pages 128-132 as Number 189930.

98

#62

**PID #35198597**

All that certain lot, piece or parcel of land and premises lying and being in the Parish of Saint Basile, in the County of Madawaska and Province of New Brunswick, and being more particularly bounded and described as follows:

Beginning at the intersection of the northerly bank or shore of the Saint John River with the division line between lands owned by Edgar Fournier and lands owned by Ronald Bois; thence following said division line in a northerly direction to the southerly limits of the Canadian National Railway right-of-way; thence following the southerly limits of the Canadian National Railway right-of-way in an easterly direction to the division line between lands owned by Ronald Bois and lands owned by Leonide Soucy; thence following said division line in a southerly direction to the northerly bank or shore of the Saint John River; thence following the bank or shore of the Saint John River upstream to the place or point of beginning.

TOGETHER with a road right-of-way, in common with others, being sixty feet (60') in width, leading from the public highway No. 2 and following the top of the western embankment of Bois Brook, so-called, (Lavoie Brook), to the northerly limit of the Canadian National Railway right-of-way.

Being a portion of the lands and premises conveyed by Ronald Bois and wife to Fraser Companies, Limited by Deed dated December 7, 1970 and registered in the Madawaska County Registry Office on December 10, 1970 in Book L-8 at Page 502 as Number 085097.

99

#63

PID #35198589

All that certain lot, piece or parcel of land and premises, lying and being in the Parish of Saint Basile, in the County of Madawaska and Province of New Brunswick, and being more particularly bounded and described as follows:

Beginning at the intersection of the northerly bank or shore of the Saint John River with the division line between lands owned by Alfred Lajoie and lands owned by Olive Fournier; thence following said division line in a northerly direction for a distance of 40 rods to a point; thence easterly and parallel to the bank or shore of the Saint John River for a distance of 10 rods to a point on the division line between lands owned by Alfred Lajoie and Olive Fournier; thence northerly along said division line to the southerly limit of the Canadian National Railway right-of-way; thence following the southerly limits of the Canadian National Railway right-of-way in an easterly direction to the division line between the lands owned by Olive Fournier and lands owned by Edgar Fournier; thence following said division line in a southerly direction to the northerly bank or shore of the Saint John River; thence following the bank or shore of the Saint John River upstream to the place or point of beginning.

Being a portion of Lot No. 30, Tier one, Parish of Saint Basile, conveyed to Olive Fournier by Edward Ned Fournier by deed dated July 21, 1948, recorded in the County of Madawaska Records in book W-5, page 414 as No. 47,283.

Being the same lands and premises conveyed by Mrs. Olive Fournier to Fraser Companies, Limited by Deed dated December 7, 1970 and registered in the Madawaska County Registry Office on December 10, 1970 in Book L-8 at Page 506 as Number 085098.

100

#64

<u>PID #35198571</u>

All that certain lot, piece or parcel of land and premises, lying and being in the Parish of Saint Basile, in the County of Madawaska and Province of New Brunswick, and being more particularly bounded and described as follows:

Beginning at the intersection of the northerly bank or shore of the Saint John River with the division line between lands owned by Olive Fournier and lands owned by Edgar Fournier; thence following said division line in a northerly direction to the southerly limits of the Canadian National Railway right-of-way; thence following the southerly limits of the Canadian National Railway right-of-way in an easterly direction to the division line between lands owned by Edgar Fournier and lands owned by Ronald Bois; thence following said division line in a southerly direction to the northerly bank or shore of the Saint John River; thence following the bank or shore of the Saint John River upstream to the place or point of beginning.

Being a portion of the lower part of Lot No. 30, Tier one, Parish of Saint Basile conveyed by Irenee (Ernest) Fournier and wife to Edgar Fournier by deed dated March 24, 1969, recorded in the County of Madawaska records in book No. B-8, page 424 as No. 81,598.

Being a portion of the lands and premises conveyed by Hon. Edgar E. Fournier and wife to Fraser Companies, Limited by Deed dated December 10, 1970 and registered in the Madawaska County Registry Office on December 17, 1970 in Book L-8 at Page 635 as Number 085130.

101

#65
PID #35194539

All that certain lot, piece or parcel of land and premises, lying and being in the Parish of Saint Basile, in the County of Madawaska and Province of New Brunswick, and being more particularly bounded and described as follows:

Beginning at the intersection of the northerly bank or shore of the Saint John River with the division line between lands owned by Oneil Corneau and lands owned by Alcide Bouchard; thence following said division line in a northerly direction to the southerly limits of the Canadian National Railway right-of-way; thence following the southerly limits of the Canadian National Railway right-of-way in an easterly direction to the division line between lands owned by Alcide Bouchard and lands owned by Alfred Lajoie; thence following said division line in a southerly direction to the northerly bank or shore of the Saint John River; thence following the bank or shore of the Saint John River upstream to the place or point of beginning.

Being a portion of the lower half of Lot 31, Tier one, Parish of Saint Basile conveyed to Alcide Bouchard and wife by deed dated April 1, 1953 by Alma H. Cyr, recorded in the Madawaska County Records in book H-6, page 182, as No. 53,867.

Being a portion of the lands and premises conveyed to Fraser Companies, Limited by Alcide Bouchard and wife, Grantors, and Severine Martin, widow of Napoleon Martin, Releasor, by Deed dated December 8, 1970 and registered in the Madawaska County Registry Office on December 10, 1970 in Book L-8 at Page 515 as Number 085101.

*102*

#66
PID #35194521

All that certain lot, piece or parcel of land and premises, lying and being in the Parish of Saint Basile, in the County of Madawaska and Province of New Brunswick, and being more particularly bounded and described as follows:

Beginning at the intersection of the northerly bank or shore of the Saint John River with the division line between lands owned by Isidore Cyr and lands owned by Oneil Comeau, thence following said division line in a northerly direction to the southerly limits of the Canadian National Railway right-of-way; thence following the southerly limits of said right-of-way in an easterly direction to the division line between lands owned by Oneil Comeau and lands owned by Alcide Bouchard; thence following said division line in a southerly direction to the northerly bank or shore of the Saint John River; thence following the bank or shore of the Saint John River upstream to the place or point of beginning.

Being a portion of the upper half of Lot No. 31, tier one, Parish of Saint Basile devised to Oneil Comeau by the Last Will and Testament of Donat Comeau dated July 10, 1949.

Being the same lands and premises conveyed by Oneil Comeau and wife to Fraser Companies, Limited by Deed dated December 8, 1970 and registered in the Madawaska County Registry Office on December 10, 1970 in Book L-8 at Page 509 as Number 085099.

*103*

#67

PID #35194513

All that certain lot, piece or parcel of land and premises, lying and being in the Parish
of Saint Basile, in the County of Madawaska and Province of New Brunswick, and
being more particularly bounded and described as follows:

Beginning at the intersection of the northerly bank or shore of the Saint John River
with the division line between lands owned by Dube Construction Co. Ltd. and Isidore
Cyr; thence in a northerly direction following the division line between lands owned
by Dube Construction Co. Ltd. and Isidore Cyr for a distance of four hundred feet
(400'), more or less, thence continuing in the same direction along the line dividing
the lands of Raoul Jalbert and Isidore Cyr to the southern limits of the Public Highway
(Route No. 2); thence following the southern limits of the Public Highway (Route No.
2) in an easterly direction to the division line between lands owned by Isidore Cyr and
Oneil Corneau; thence following said division line in a southerly direction to the
northerly bank or shore of the Saint John River; thence following the bank or shore of the
Saint John River upstream to the place or point of beginning.

SAVING AND EXCEPTING THEREOUT AND THEREFROM that certain right-of-
way for a railway conveyed to the Commissioners of the Transcontinental Railway by
Alexis B. Cyr by deed dated June 1, 1910 recorded in the Madawaska County records
in book M-1, page 533 as No. 11789.

Being a portion of the lower one third of Lot No. 32, Tier one, Parish of Saint Basile,
granted to Alexis Cere (Cyr).

Being the same lands and premises conveyed by Isidore Cyr to Fraser Companies,
Limited by Deed dated December 7, 1970 and registered in the Madawaska County
Registry Office on December 10, 1970 in Book L-8 at Page 512 as Number 085100.

104

#68
PID #35194505

All that certain lot, piece or parcel of land and premises, lying and being in the Parish of Saint Basile, in the County of Madawaska and Province of New Brunswick, and being more particularly bounded and described as follows:

Beginning at the intersection of the northerly bank or shore of the Saint John River with the division line between lands owned by Gerald Dupont and Martin Ready Mix Ltd., at Iroquois in the Parish of Saint Basile, thence following said division line in a northerly direction for a distance of two hundred feet (200') more or less, to a point, thence in an easterly direction parallel to the Saint John River and maintaining a distance of two hundred feet (200') therefrom, to the division line between lands owned by Dubé Construction Co. Ltd. and Martin Ready Mix Ltd., thence following said division line in a southerly direction for a distance of two hundred feet (200') more or less, to the northerly bank or shore of the Saint John River, thence following the various courses of the northerly bank or shore of the Saint John River upstream to the place or point of beginning.

Being a portion of the lower half of Lot No. 33, tier one, in the Parish of St. Basile conveyed to Martin Ready Mix Ltd. by Raoul Jalbert by Deed dated October 2, 1969, recorded in the Madawaska County Records in Book D-8, Page 452, as No. 82739.

Also all that certain right-of-way excepted and reserved unto Martin Ready Mix Ltd. described in Deed dated October 2, 1969 from Martin Ready Mix Ltd. to Raoul Jalbert, recorded in the Madawaska County Records in Book D-8, Page 453, as No. 82740.

Being the same lands and premises conveyed by Martin Ready Mix Ltd. to Fraser Companies, Limited by Deed dated December 14, 1970 and registered December 17, 1970 in the Madawaska County Registry Office in Book L-8 at Page 632 as Number 085129.

105

#69
PID #35194497

All that certain lot, piece or parcel of land and premises, lying and being in the Parish of Saint Basile, in the County of Madawaska and Province of New Brunswick, and being more particularly bounded and described as follows:

Beginning at the intersection of the northerly bank or shore of the Saint John River with the division line of land owned by Martin Ready Mix Ltd. with land owned by Dube Construction Co. Ltd. at Iroquois in the Parish of Saint Basile, thence following said division line in a northerly direction for a distance of four hundred feet (400') more or less, to a point, thence in an easterly direction parallel to the Saint John River and maintaining a distance of four hundred feet (400') therefrom for a distance of seven hundred feet (700'), more or less, to the division line between lands owned by Isidore Cyr and Dube Construction Co. Ltd., thence following said division line in a southerly direction for a distance of four hundred feet (400'), more or less, to the northerly bank or shore of the Saint John River, thence following the various courses of the bank or shore of the Saint John River upstream to the place or point of beginning.

TOGETHER WITH a right-of-way to the Grantor, its servants, employees or agents or others with authority to enter upon and over the lands herein described from the Highway Road following an existing road leading to the River aforesaid with truck or other vehicles at all times for all purposes. Said right-of-way being given to the Grantee, its successors and assigns.

Being a portion of the upper two-thirds of Lot No. 32, tier one, in the Parish of Saint Basile, conveyed to Dube Construction Co. Ltd. by Raoul Jalbert by deed dated December 8, 1970, recorded in the Madawaska County Records in book L-8, page 627 as No. 85127.

Being the same lands and premises conveyed by Dube Construction Co. Ltd. to Fraser Companies, Limited by Deed dated December 8, 1970 and registered in the Madawaska County Registry Office on December 17, 1970 in Book L-8 at page 629 as Number 85128.

166

#70

**PID # 35194133**

Beginning at a post on the southwestern angle or corner of Lot No. 7 owned and
occupied by Maurice Poitras, on a plan of lots surveyed for Willie I. Albert in the year
1945 by Yvon Nadeau, thence running in a northwesterly direction at right angle to
said lot of Maurcie Potras, 50 feet to a post or to a by-road owned by Willie I. Albert
and leading to the St. John River; thence in a southwestern direction along a line
running parallel to the northwestern boundary of the land of Aurele Violette (Lot 8
owned and occupied by Aurele Violette and originally bought by Levi St. Pierre) 50
feet to a post; thence in a southern direction in a line with the southwestern boundary
of said Lot No. 8, 52 feet to the western angle or corner of said Lot No. 8, thence in a
northeastern direction along said land of Aurele Violette (No. 8) 50 feet to the place of
beginning.    Being the land described in Deed 63,625 W-6 Page 678 Madawaska
County Records.

BEING the same lands and premises as described in a Deed dated April 23, 1971
between Gabriel Uzada as grantor to Fraser Companies Limited as grantee, which
Deed was duly registered in the Madawaska County Registry Office on May 6, 1971 in
Book P8 at Page 34 as Number 085883.

101

#71

PID #35198613

All that certain lot, piece or parcel of land and premises, lying and being in the Parish of Saint Basile, in the County of Madawaska and Province of New Brunswick, and being more particularly bounded and described as follows:

Beginning at the intersection of the northerly bank or shore of the Saint John River with the division line between lands owned by Alcide Bouchard and lands owned by Alfred Lajoie; thence following said division line in a northerly direction to the southerly limits of the Canadian National Railway right-of-way; thence following the southerly limits of the Canadian National Railway right-of-way in an easterly direction to the division line between lands owned by Alfred Lajoie and lands owned by Olive Fournier; thence following said division line in a southerly direction to a point, said point being distant forty (40) rods from the northerly bank or shore of the Saint John River; thence westerly and parallel to the said Saint John River ten (10) rods to a point; thence southerly parallel to the division line of lands owned by Alfred Lajoie and Olive Fournier forty (40) rods or to the northerly bank or shore of the Saint John River; thence following the bank or shore of the Saint John River upstream to the place or point of beginning.

Being a portion of the upper half of Lot No. 30, tier one, Parish of Saint Basile, conveyed to Alfred Lajoie by Euphemie Lajoie by deed dated July 16, 1932, recorded in the Madawaska County Records in book W-4, page 88, as No. 31,802.

Being the same lands and premises conveyed by Alfred Lajoie and wife to Fraser Companies, Limited by Deed dated December 8, 1970 and registered in the Madawaska County Registry Office on December 10, 1970 in Book L-8 at Page 519 as Number 085102.

*108*

#72

PID #35198605

All that certain lot, piece or parcel of land and premises situate, lying and being in the Parish of Saint Basile, County of Madawaska and Province of New Brunswick and being more particularly bounded and described as follows:

A lot of land containing fifty-five acres, more or less, bounded on the south by the Saint John River; on the north by the 470 foot elevation or contour of the northern bank of Lavoie Brook, said contour being southerly of the Canadian National Railways right-of-way; on the upper or westerly side by land owned and occupied by Fraser Companies, Limited (former Ronald Bois property); on the lower or easterly side by land owned and occupied by Damase Theriault. Being portions of Lot Nos. 28 and 29, First Tier, Parish of Saint Basile.

Being a portion of the same lands and premises conveyed by Leonide Soucy to Conrad Soucy by Deed dated September 8, 1968 recorded in the Madawaska County Registry Office on September 10, 1968 in Book A-8, pages 84/85, as Number 80766.

Also being a portion of the same lands and premises conveyed by Honore R. Cyr to Conrad Soucy by Deed dated July 12, 1952, recorded in the Madawaska County Registry Office on January 16, 1953, in Book G-6, page 647, as Number 53634.

Also being a portion of the same lands and premises conveyed by the Farm Settlement Board to Conrad Soucy by Deed dated June 25, 1964, recorded in the Madawaska County Registry Office on February 7, 1966 in Book R-7, page 174 as Number 75633.

Being the same lands and premises conveyed by Conrad Soucy and wife to Fraser Companies, Limited by Deed dated July 29, 1971 and registered in the Madawaska County Registry Office on August 6, 1971 in Book S-8 at Page 151 as Number 086632.

109

#73

<u>PID #35064930</u>

All that certain lot, piece or parcel of land and premises, lying and being in the Parish of St. Basile, in the County of Madawaska and Province of New Brunswick, and being more particularly bounded and described as follows:

Beginning at the intersection of the northerly bank or shore of the St. John River with the easterly property line of lands owned by Gerald Dupont at Iroquois, in the Parish of St. Basile, thence following said property line in a northerly direction to the southerly limits of the Canadian National Railway right-of-way; thence following said limits of the Canadian National Railway right-of-way in an easterly direction to the property line of lands owned by Isidore Cyr; thence in a southerly direction along the said property line to the bank or shore of the St. John River; thence following the bank or shore of the St. John River upstream to the place or point of beginning.

<u>EXCEPTING THEREOUT AND THEREFROM</u>, a strip of land two hundred feet (200') in width bordering the St. John River sold to Martin Ready-Mix Limited by Raoul Jalbert by Deed dated October 2, 1969, being duly recorded in the Madawaska County Records in Book D-8, Page 452 as No. 82739.

<u>ALSO EXCEPTING THEREOUT AND THEREFROM</u>, a strip of land four hundred feet (400') in width bordering the St. John River sold to Dube Construction Co. Ltd. by Raoul Jalbert by Deed dated August 4, 1970, being duly recorded in the Madawaska County Records in Book I-8, Page 883 as No. 84458.

Being a portion of the same lands and premises conveyed to Raoul Jalbert by the following deeds:

1)      Laurent Jalbert -- Deed dated March 27, 1941, recorded in the Madawaska County Records in Book H-5, Page 150 as No. 37756.

2)      The Farm Adjustment Board -- Deed dated November 14, 1967, recorded in the Madawaska County Records in Book X-7, Page 335 as No. 79184.

Being a portion of the lower half of Lot No. 33, granted to Joseph Mercure and of portion of the upper two-thirds of Lot No. 32, granted to Alexis Cere, in Tier One, Parish of St. Basile.

Being one of the Parcels conveyed by Raoul Jalbert and wife to Fraser Companies, Limited by Deed dated December 7, 1970 and registered in the Madawaska County Registry Office on December 10, 1970 in Book L-8 at Page 525 as Number 85104.

*116*

#74 35321496
#75 35321512
#76 35321520
#77 35321504
#78 35321488
Infants to Parent PID 35188242. (not on our list)

<u>PID # 35188242</u>

ALL THAT CERTAIN lot of land situate in the Parish of St. Anne, in the County of
Madawaska and Province of New Brunswick, described as follows:

Being a lot on Quisibis Island bounded on the northern side by lot of land owned by
one Maxime Theriault and on the other sides by the St. John River, and being the
upper end of said Island.

Being the same lands and premises as described in a Deed dated November 28, 1923
between Cavier Parent and wife as grantor and The Fraser Companies, Ltd. as grantee,
which Deed was duly registered in the Madawaska County Registry Office on
December 10, 1923 in Book Q3, at Page 214 as Number 24281.

AND ALSO:

ALL THAT CERTAIN lot of land situate in the Parish of St. Anne in the County of
Madawaska and Province of New Brunswick, described as follows:

Being a lot on Quisibis Island bounded on the northern side by lot of land owned by
Cavier Parent and on the northern side by land owned by Mital Martin and on the
other sides by the St. John River.

Being the same lands and premises as described in a Deed dated November 28, 1923
between Maxime Theriault and wife as grantor and The Fraser Companies Ltd. as
grantee, which Deed was duly registered in the Madawaska County Registry Office on
December 10, 1923 in Book Q3, at Page 216 as Number 24282.

AND ALSO:

ALL THAT CERTAIN lot of land situate in the Parish of St. Anne in the County of
Madawaska and Province of New Brunswick bounded and described as follows:

Being a parcel of land on Quisibis Island bounded on the south by land owned by Jos.
Parent, on the north by land owned by Maxinci Theriault and on the other sides by the
St. John River.

Being the same lands and premises as described in a Deed dated November 29, 1923
between Mital Christine Martin as grantor to The Fraser Companies Ltd. as grantee,
which Deed was duly registered in the Madawaska County Registry Office on
December 10, 1923 in Book Q3, at Page 219 as Number 24283.

AND ALSO:

ALL THAT CERTAIN lot of land situate in the Parish of St. Anne in the County of
Madawaska and Province of New Brunswick, described as follows:

Being the lower or southern end of Quisibis Island bounded on the northern side by
land owned by one Jos. Parent and on the other sides by the St. John River.

Being the same lands and premises as described in a Deed dated December 8, 1923
between Charles J. Bourgoin and wife as grantor to The Fraser Companies Ltd. as
grantee, which Deed was duly registered in the Madawaska County Registry Office on
December 13, 1923 in Book Q3, at Page 255, as Number 24294.

AND ALSO:

ALL THAT CERTAIN lot of land situate on Quisibis Island in the Parish of St. Anne in the County of Madawaska and Province of New Brunswick, bounded as follows:

Bounded on the northern side by lot of land formerly owned or occupied by Vital Martin, on the eastern side by the branch of the St. John River, on the southern side by lot of land formerly owned or occupied by Charles Bourgoin, and on the western side by the St. John River.

Being the same lands and premises as described in a Deed dated September 26, 1924 between Joseph H. Parent and wife as grantor and Fraser Companies, Ltd. as grantee, which Deed was duly registered in the Madawaska County Registry Office on September 26, 1924 in Book S3, at Page 721 as Number 24878.

112

#80

PID # 35194950

ALL those certain lots, pieces or parcels of land, situate, lying and being partly in the
Parish of Clair and partly in the Parish of St. Francois all in the County of Madawaska,
Province of New Brunswick, and being those portions of the abandoned Connors
Subdivision of Canadian National Railway Company shown as Parcels "9A", "9B",
"9C" and "10" on Plan No. 12269-3, dated at Moncton, N. B., March 19, 1964, and
deposited in the Registry of Deeds Office for the County aforesaid on March 25, 1964,
and more particularly described as follows:

BEING a strip of land sixty-six (66.0) feet in width and two thousand seven hundred
sixty five and six-tenths (2765.6) feet, more or less, in length; bounded northerly
partially by lands of the Grantee and partially by lands of Claude Levasseur; southerly
by lands of the Grantee; easterly by lands of Claude Levasseur and westerly by lands of
Adelard St. Jean and comprising that portion of the aforesaid abandoned Connors
Subdivision extending through – Parcel "9A" lands of Claude Levasseur; Parcel "9B"
lands of the Grantee; Parcel "9C" lands of Claude Levasseur; and Parcel "10" lands of
the Grantee.

CONTAINING a total area of four and nineteen hundredths (4.19) acres, more or less.

SAVE AND EXCEPTING, and reserving from the said Parcels "9A" and "9B", the
portion thereof lying between the extensions across the said parcels of the easterly and
westerly boundaries of an unopened road allowance shown lying between Lots 122 and
Commons on the Canadian Government Railways Expropriation Plan of Lands of the
former Temiscouata Railway Company in the County of Madawaska dated October 27,
1950 and registered on November 28, 1952 as No. 531.

BEING the same lands and premises as described in a Quit Claim Deed dated February
4, 1965 between Canadian National Railway Company as grantor and Fraser
Companies Limited as grantee, which Quit Claim Deed was duly registered in the
Madawaska County Registry Office on March 24, 1965 in Book N-7 at Page 625-626
as Number 73,811.

113

#79 35200815
#81 35200823
#82 35321082
#83 35321074
#84 35321066
#85 35200807
#86 35200799

1. Kennedy Island Mill Property

(a)

All that certain lot, piece or parcel of land and premises, situate, lying and being in the Parish of Saint Francis, in the County of Madawaska and Province of New Brunswick, mentioned in the conveyance thereof, by Edward D. Roswell, Thomas Crockett and Elizabeth S. Crockett his wife, to the Kennedy Island Mill Company, Limited bearing date the 30th day of April, A.D. 1896, and registered in the Office of the Registry of Deeds in and for the County of Madawaska aforesaid, in Book "R" pages 68 et al and numbered 5377 in said Book, and therein described as follows:-

All that certain piece or parcel of land and premises situate, lying and being in the Parish of Saint Francis in the County of Madawaska and Province of New Brunswick referred to in the plan hereto annexed and bounded as follows:- Commencing at a point on the Saint John River distant seven hundred feet easterly from a cedar post standing on the western side line of land formerly owned by the said Edward Levasseur Senior but now belonging to Charles Saint Jean, thence north twenty-six degrees west to the Temiscouata Railway, thence easterly along the said railway eight hundred and sixty feet, thence south twenty-six degrees west to the said Saint John River, thence up stream following the different courses of said River to the place of beginning, containing two acres and fifty-eight hundredths of an acre.

All that certain other lot of land situate in the Parish of St. Francis in the County of Madawaska and Province of New Brunswick described as follows:- Being bounded on the southern side by the St. John River , on the western side by the land of said Allan E. Hammond, on the northern side by the right of way of the Temiscouata Railway Company and on the eastern side by land occupied by one Theophile Tardif. Being the same land, premises and rights conveyed and assigned by Joseph St. Jean and wife to the said Allan E. Hammond by Deed dated the 11th day of September, A.D. 1924 and registered in Book S-3 at pages 562-564 of the Madawaska County records.

Also a certain road along the eastern side line of the land belonging to the said party of the first part twenty-five feet belonging to the said parties of the first part, twenty-five feet in width from the said railway to the highway road, said eastern side line being the division line between said lands and Antoine Levasseur's farm, which road and piece of land hereby conveyed are to be fenced at the sole expense of the said Edward D. Boswell and Thomas Crockett, said land and premises above described being the property conveyed to the said Kennedy Island Mill Company Limited from Edward Levasseur Senior and Perpetue his wife and Alexis Levasseur and Philome his wife by Deed thereof, dated the tenth day of April A.D. 1896.

b)

All that certain other piece or parcel of land situate, lying and being in the Parish of Saint Francis in the County of Madawaska aforesaid, mentioned in a conveyance thereof from Edward Levasseur Senior, and Perpetue his wife, and Alexis Levasseur and Philomene his wife, to the said Kennedy Island Mill Company bearing date the 2nd day of April A.D. 1897 and registered in the said Registry Office in Book "R" pages 184 et al and numbered 5423 in said Book, and therein described as follows – All that certain piece or parcel of land situate in the Parish of Saint Francis in the said County of Madawaska being part of lot number One hundred and twenty-three in the first tier of lots on the Saint John River bounded as follows – Commencing at an iron rod or

114

post on the northerly side of the Temiscouata Railway lands and distant ten rods
therefrom, thence easterly on a parallel line with the said Temiscouata Railway lands
and distant therefrom ten rods until it strikes lands belonging to the said Kennedy
Island Mill Company, thence southerly along the same to the said Temiscouata
Railway lands, thence along the same westerly to a point opposite the said iron rod or
post, thence northerly to the said iron rod or post being the place of beginning;

Reserving to the said Kennedy Island Mill Company Ltd. the right of way over
and along the road now leading from the highway to the mills of the said Kennedy
Island Mill Company.

c)

All that other certain lot of lands situate, lying and being in the Parish of Saint Francis, in
the County of Madawaska and Province of New Brunswick, mentioned in the
conveyance therein, from the James E. Clair to the said Kennedy Island Mill Company
bearing date the 16th day of January A.D. 1900 and registered in the Registry Office in
book "U" page 658 et al, and number 6322 in said book and therein described as follows
– that certain lot of land situate lying and being in the Parish of Saint Francis, in the
county of Madawaska aforesaid bounded as follows:– Commencing at a post standing
fifteen feet westerly of the road leading to the Mill of the Kennedy Island Mill Company,
thence at right angels with the said road westerly to a small brook or stream of water,
thence down said stream to another post standing on the division line of lands leased to
one Ferdinand Morin and one Arcade Plourde. Thence easterly along said division line to
a point fifteen feet from said road leading to the mill, thence northerly or up said road to
the place of beginning, being the same lands conveyed to the said James E. Clair by
Edward Levasseur, senior, and others by deed dated the 22rd day of September, A.D.,
1899.

Together with all mills, plant, machinery and tools, houses, barns, buildings, edifices,
fences, piers, booms, chains, water rights, shore rights, flowage rights, profits, privileges
and appurtenances to the same belonging or in any use appertaining, and the reversion
and reversions remainder and remainders, rents, issues and profits thereof, and all the
powers, rights and privileges conferred upon the said Company by its Letters Patent
under the Great seal of the said Province, or character, and all after property real and
personal, acquired in the exercise of such power rights and privileges and now owned or
controlled or possessed and enjoyed by the said Company and also all the estate, right,
title, interest use, possession, property, alarm and demand either at law or in equity of it
the said Company, of, in, to or out of the same, and every part and force thereof, with the
appurtenances.

Being the same land property and rights conveyed and assigned by the Kennedy Island
Mill Company Limited to the said Allan E. Hammond by deed dated the 19th day of
September, 1919, and registered in Book W-2 at pages 169-173 of the Madawaska
County records.

2.    Edward Boulay and others property

a)

All that certain other lot or parcel of land situate in the Parish of Francis, in the County of
Madawaska and Province of New Brunswick, bounded as follows:

Being all the shore of an Island situate in the St. John River apposite the land of the said
Edward Boulay and known as Kennedy Island, up to where the land is now under
cultivation, except on the southern side a piece of land which can be cultivated and which
grantors reserves.

115

This deed to include the shore of said Kennedy Island but no cultivated land. The said Edward Boulay, for himself, his heirs and assigns, reserving the right of way or passage to the said Kennedy Island.

Being the same land, property and rights conveyed and assigned by Edward Boulay and others to the said Allan E. Hammond by Deed dated the 10th day of September A.D. 1924 and registered in Book S-3 at pages 564-566 of the Madawaska County records.

3.    Theophile Tardif and others property.

a)

All that certain other parcel of land situate in the Parish of St. Francis, in the County of Madawaska and Province of New Brunswick, described as follows – Bounded on the southern side by the Saint John River, on the western side by land owned and occupied by Joseph St. Jean, bounded on the northern side by the right of way of the Temiscouata Railway Company, and on the eastern side by land owned and occupied by one Benjamin Levasseur. Being the same land, premises and rights conveyed and assigned by Theophile Tardif and others to the said Allan E. Hammond by Deed dated the 11th day of September A.D. 1924 and registered in Book S-3 at pages 556-558 of the Madawaska County Records.

4.    Joseph St. Jean and others property.

a)

All that certain other lot of land situate in the Parish of St. Francis, in the County of Madawaska, and Province of New Brunswick described as follows: Being bounded on the southern side by the Saint John River, on the western side by the land of said Allan E. Hammond, on the northern side by the right of way of the Temiscouata Railway Company and on the eastern side by land occupied by the Theophile Tardif. Being the same land, premises and rights, conveyed and assigned by Joseph St. Jean and wife to the said Allan E. Hammond by Deed dated the 11th day of September A.D., 1924 and registered in Book S-3 at pages 562-564 of the Madawaska County records.

5.    Damas Lizotte and others property

a)

Also all that other certain lot, piece or parcel of land and premises situate, lying and being in the Parish of Saint Francis aforesaid, and bounded as follows, to with: All that part of the lot owned and occupied by the said Damas Lizotte in the First Tier fronting on the River Saint John included and bounded between and by the low water mark in the said River on one side and the lower margin of the cultivated land on the other side, following the various course of the River bank and of the said margin of the cultivated land aforesaid. Provided always that if no lumber mill is built and put into operation at or near Brackett, in the said County of Madawaska by the said A. E. Hammond, his heirs or assigns within five years from the date hereof, then the above described land shall revert to the said Damas Lizotte or to his heirs who shall thereafter enjoy the possession thereof as heretofore. Being the same same land premises and rights conveyed and assigned by Damas Lizotte and wife to the said A.E. Hammond by Deed dated the 25th day of February, A.D., 1927

6.    Médée Anctil's Property

a)

Also all that other certain lot, piece or parcel of land and premises situate, lying and being in the Parish of Saint Francis aforesaid, and bounded and described as follows, to wit:

116

All that part of the lot owned and occupied by the said Médée Anctil in the first tier fronting on the River Saint John included and bounded between, by the low water mark in the said River on one side and the lower margin of the cultivated land on the other side, following all the various courses of the River bank and of the said margin of the cultivated land aforesaid.

Provided always that if no lumber mill is built and put into operation at or near Brockett, in the said County of Madawaska by the said A.E. Hammond his heirs or assigns within five years from the date hereof, then the above described land shall revert to the said Médée Anctil or his heirs who shall thereafter enjoy the possession thereof is heretofore.

Being the same land, premises and rights conveyed and assigned by Médée Anctil to the said Allan E. Hammond by Deed dated the 25th day of February A.D., 1925.

7.    Pierre H. Levasseur properties

a)

Also all that certain other lot, piece or parcel of lands and premises situate, lying and being in the Parish of Saint Francis aforesaid, and bounded as follows to wit:

All that part of the lot owned and occupied by the said Pierre H. Levasseur and Alice Levasseur in the First tier of lots fronting on the River Saint John included and bounded between and by the low water mark in the said river on one side and the lower margin of the cultivated land on the other side following all the various courses of the Riverbank and of the said margin of the cultivated land aforesaid.

Provided always that if no lumber mill is built and put into operation at or near Brockett, in the said County of Madawaska, by the said A. E. Hammond, his heirs or assigns, within five years from the date hereof, then the above described land shall revert to the said Pierre H. Levasseur and Alice Levasseur or their heirs who shall enjoy thereafter the possession thereof as heretofore.

Being the same land, premises and rights conveyed and assigned by Pierre H. Levasseur and wife to the said Allan E. Hammond by Deed dated the 25th day of February A.D. 1927.

Together with all the buildings and improvements thereof and the privileges and appurtenances to the same belonging or in any manner appertaining and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and also all the estate, right, title, right and title, interest, use, possession, property, claims and demand either at law or in equity, of the said Grantor of, in, to or out of the same and every part and parcel thereof, with the appurtenances.

To have and to Hold the said lot, piece or parcel of land and premises hereby granted, bargained and sold, or meant, mentioned or intended so to be and every part and parcel thereof, with the appurtenances into the said Grantee to the only proper use, benefit and behoof of the said Grantee, its successors and assigns forever,

All that certain lot, piece or parcel of land and premises situate, lying and being in the Parish of Clair, in the County of Madawaska, in the Province of New Brunswick, described as follows:- Bounded on the south by the River Saint John, on the west by Fraser's line, land owned by Fraser Companies, Limited, on the north by the Temiscouata Company right-of-way and on the east by Levasseur Brook so called. Being a strip of land 1115 feet long more or less and containing 5.3 acres more or less.

BEING the same lands and premises as described in a Deed dated May 28, 1930 between Auguste Michaud et al as grantors and Fraser Companies, Limited as grantee, which Deed was duly registered in the Madawaska County Registry Office on June 5, 1930 in Book T-4 at Page 237 as Number 30161.

#87
PID 35001445

All that certain lot, pieces or parcels of land and premises situate, lying and being in the
Parish of Saint Francois in the County of Madawaska and Province of New Brunswick,
in the Dominion of Canada, bounded and described as follows – Being the whole of
Island number Eight (8) in the River Saint John, known as Kennedy Island, containing
twenty-eight acres more or less.

Being the same lands and premises conveyed by John B. Clair and wife to Fraser
Companies, Limited by Deed dated April 19, 1927 and registered in the Madawaska
County Registry Office on April 21, 1927, in Book C-4, at page 210, as number 26858.

118

#88 - 10079101
#89 - 10079119
#90 - 10079127
#95 - 10137891
#96 - 10079069

Parcel 10 – PIDs # 10079127, 10079119, 10079101, 10079069 and 10137891

All that certain lot, piece or parcel of land situate, lying and being in the Parish of Aberdeen, County of Carleton and Province of New Brunswick, bounded and described as follows:

Being all those portions of Lot 76 granted to James K. Flemming, Lot 78 granted to George F. Foster, Lot 80 granted to H.M. Foster and Lot 82 granted to A. Plummer as were conveyed to her Majesty the Queen in Right of the Province of New Brunswick as represented by the Minister of Natural Resources and Energy, all being a portion of Parcel No. 84 in Deed Number 150443 as registered in the Carleton County Registry Office in Book 352 at Page 503.

Together with, all those portions of Ungranted Crown Lots Numbered 84, 85 and 86 which are bounded, westerly, by the aforesaid Lot 82 granted to A. Plummer, northerly and easterly, by the bounds of the Second Tract, containing 14,601 acres, granted to The New Brunswick Railway Company, said bounds having been surveyed by H.M. Garden, Deputy Surveyor, in 1870; and, southerly, by the northern base line of the Workmen's Lots, so called, said bounds

having been surveyed by J.E. Patterson in 1937. The hereinbefore described parcel of land is estimated to contain an area of 190.2 hectares (470 acres ±), more or less.

Reserving to the Crown as represented by the Minister of Natural Resources and Energy:

(a) the beds of all brooks or streams below the normal high water mark;

(b) all rights of fishing and fishery;

(c) a right-of-way, ten metres in width measured horizontally from the normal high water mark, along the banks of all brooks or streams for the general public to freely pass and repass on foot and to stop and enjoy recreational activities; and

(d) all coals, also all gold and silver and other mines and minerals.

And being the same lands and premises as were conveyed by Her Majesty the Queen in Right of the Province of New Brunswick to Juniper Lumber Co. Ltd. by Deed dated April 16, 1997 and registered in the Carleton County Registry Office on the 15th day of May, 1997 in Book 662 at Page 195 as Number 191774.

119

#91
Parcel 6, #2 – PID # 10137917

All that portion of Grant Lot number seventy-six (76) Range 3, Beaufort Settlement bounded
on the North by N.B. Crownland; on the East by a parcel of land owned by Juniper Lumber
Ltd., on the South by the main highway leading from Glassville to Juniper Station; and on the
West by Grant Lot Number seventy-four (74);
Saving and Excepting all parcels previously deeded.

Containing approximately seven (7) hectares, and being a portion of lands deeded by North
Carleton Land Company Ltd. to Juniper Realties Ltd. by Deed dated December 6, 1968 and
registered in the Carleton County Records as No. 113588 on January 3, 1969.

Being a portion of lands deeded by Juniper Realties Ltd. to Aberdeen Investment Company
Ltd. by Deed dated August 29, 1984 and registered in the Carleton County Records as No.
151701 Book 358 Page 184 on September 5, 1984.

This Deed conveys and intends to convey all the remainder of Grant Lots Number seventy-four
(74) and seventy-six (76) owned by the Grantor.

Subject to a Right of Way as set out in a Deed between Juniper Realties Ltd., as grantor, and B.
Jerome Thompson and Kathleen Thompson, as grantee, dated November 15, 1976 and
registered in the Carleton County Registry Office in Book 268 at Page 873 as Number 129423.
The said Right of Way being shown on Juniper Realties Ltd. Subdivision Plan dated May 26,
1976, prepared by Ralph Vail, approved by F.J. McIntosh – For Development Officer Province
of New Brunswick on November 3, 1976 and registered in the Carleton County Registry Office
on November 3, 1976 in Book 268, Page 417, as Number 129301.

120

#92

**Parcel 6, #1 – PID # 10005718**

All that certain lot, piece or parcel of land situate, lying and being in Juniper, in the Parish of
Aberdeen, County of Carleton and Province of New Brunswick described as follows:

All that portion of Grant Lot number seventy-four (74) Range Three, Beaufort Settlement
bounded on the North by N.B. Crownland; on the East by Grant Lot Number seventy-six (76);
on the South by the main highway leading from Glassville to Juniper Station; and on the West
by a Crown Reserve Road running in a northerly direction along the Easterly side of Grant Lot
Number seventy-two (72);

Saving and Excepting all parcels previously deeded.

Containing approximately nine (9) hectares, and being a portion of lands deeded by Flemming
and Gibson Ltd. to Juniper Realties Ltd. by Deed dated December 6, 1968 and registered in the
Carleton County Records as No. 113584 Book 216 Page 684-686 on January 3, 1969.

Being a portion of lands deeded by Juniper Realties Ltd. to Aberdeen Investment Company
Ltd. by Deed dated August 29, 1984 and registered in the Carleton County Records as No.
151701 Book 358 Page 184 on September 5, 1984.

Saving and Excepting thereout and therefrom that portion of the herein described premises that
was conveyed to Glassville Logging Co. Ltd. by Deed No. 186890, recorded in Book 621, at
Page 311.

121

#93

Parcel 2 – PID # 10001717

ALL THAT CERTAIN LOT, PIECE OR PARCEL OF LAND AND PREMISES situate, lying and being in Juniper, in the Parish of Aberdeen, in the County of Carleton and Province of New Brunswick, bounded and described as follows:

BEGINNING at an iron post standing on the southern limits of the highway road leading from Juniper to Juniper Station, which iron post is the Northeast corner post of a lot of land owned and occupied (1978) by B. Jerome Thompson; thence from the place of beginning on an azimuth bearing of eighty-four degrees and thirty-nine minutes (84° 39'), following the southern limits of the highway road aforementioned, a distance of three hundred eighty-three and forty-five one hundredths feet (383.45') to a survey marker; thence on a bearing of one hundred forty-four degrees and fifteen minutes (144° 15') a distance of one hundred ninety-six and eighty-six one hundredths feet (196.86') to a survey marker; thence on a bearing of one hundred eighty-five degrees and twenty-two minutes (185° 22') a distance of one hundred thirteen and four tenths (113.4') to a survey marker; thence on a bearing of two hundred eighty-three degrees (283° 00') a distance of two hundred thirty-six and thirty-four one hundredths feet (236.34') to a survey marker; thence on a bearing of two hundred seventy-two degrees and fourteen minutes (272° 14') a distance of one hundred twelve and seventy-four one hundredths feet (112.74') to a survey marker; thence on a bearing of five degrees and thirty-three minutes (5° 33') a distance of forty-nine and ninety-seven one hundredths feet (49.97') to an iron rod; thence on a bearing of two hundred seventy-eight degrees and thirty three minutes (278° 33') a distance of one hundred fifty feet (150.0') to an iron rod; thence on a bearing of eight minutes (00 08') a distance of one hundred seven and three tenths feet (107.3') to the place of beginning, containing two and five one hundredths acres (2.05), be it slightly more or less.

The herein described parcel of land is a portion of the lands and premises conveyed to Juniper Realties by Deed No. 113584, recorded in Book 216, at Page 684, Carleton County Records.

The herein described parcel of land is shown on a Survey Plan prepared by Ralph S. Vail, N.B.L.S., on January 31, 1978, which Survey Plan is attached to and forms part of Deed registered in the Carleton County Record Office in Book 286 at Page 20 as Number 134074, which Deed was approved for registration on July 21, 1978, by F.J. MacIntosh for Development Officer, Province of New Brunswick.

The Grantor, B. Jerome Thompson, reserves to himself, the use of the barns and pastures on the lands to the extent as exists the date hereof, which barns and pastures are situated on the lands herein conveyed, for as long as he shall live or until such time as he shall cease to live in the Village of Juniper, New Brunswick.

122

#94 – 10137925
#99 – 10004588
#100 – 10206928
#101 – 10206902
#105 – 10206910

**Parcel 7 – PID #s 10206910, 10206902, 10206928, 10137925 and 10004588**

All that certain lot, piece or parcel of land situate, lying and being in the Village of Juniper, in the Parish of Aberdeen in the County of Carleton and Province of New Brunswick, being more particularly bounded and described as follows:

Beginning at a point on the northerly bank or shore of the Southwest Miramichi River distant westerly one hundred eighty metres (180.0m) from the westerly limits of Lewis Street, measured at right angles thereto; thence northerly, parallel to the easterly boundary of Lot No. 72 to the southwesterly limits of a road leading past a gravel pit on said Lot No. 72; thence southeasterly and southerly, along the said southwesterly and westerly limits of said road, to the northerly boundary of a lot conveyed by Flemming & Gibson Limited to Juniper Realties Ltd. on December 6, 1968; thence easterly, along said northerly boundary, to the westerly boundary of a lot conveyed by North Carleton Land Co. Ltd. to Juniper Realties Ltd. on December 6, 1968; thence northerly, along said westerly boundary, to the northwesterly angle of said lot; thence easterly, along the northerly boundary of said lot and its prolongation, to the westerly boundary of Lot No. 82, granted to Amasa Plummer; thence southerly, along said westerly boundary to the southerly limits of the road leading to Juniper Station; thence easterly, along said southerly limits, to the westerly boundary of Crown Lot No. 84; thence southerly, along said boundary, to the aforesaid northerly bank or shore of the Southwest Miramichi River and thence westerly, upstream, along said bank or shore, to the place of beginning.

<u>Saving and Excepting</u> thereout and therefrom all lands and premises previously conveyed. <u>And Further Saving and Excepting</u> thereout and therefrom those portions of the herein described premises that were conveyed to:

(a)  Michael J. Comeau and Trudy M. Comeau by Deed No. 186215, recorded in Book 615 at Page 540; and

(b)  Scott I. Rideout and Marie A. Rideout by Deed No. 187296, recorded in Book 625 at Page 173.

123

#97

**Parcel 4 – PID # 10001618**

ALL THAT CERTAIN LOT, PIECE OR PARCEL OF LAND AND PREMISES situate, lying and being in the Village of Juniper, in the County of Carleton and Province of New Brunswick, being more particularly bounded and described as follows:  to wit:-

BEGINNING at a stake standing on the southern limits of the Mill Road, so called, which stake is the North-East corner stake of a lot of land owned (1973) by one Mildred Matheson; thence from place of beginning, on an azimuth bearing of one hundred and fourteen degrees and forty minutes (114° 40') a distance of one hundred fifteen feet (115.0') to a stake; thence on a bearing of two hundred five degrees and twenty five minutes (205° 25') a distance of sixty feet (60.0') to a stake; thence on a bearing of two hundred ninety four degrees forty minutes (294° 40') a distance of one hundred fifteen feet (115.0') to a stake; thence on a bearing of twenty five degrees and twenty minutes (25° 20') a distance of sixty feet to the place of beginning. The herein described parcel of land is a portion of those lands and premises that were conveyed to Juniper Realties Ltd. by Flemming & Gibson Limited by deed bearing date the 6th day of December, A.D., 1968 and which deed has been duly recorded in the Carleton County Registry Office at Woodstock, N.B., in Book 216 at Page 684 under official number 113584. Be it noted that this parcel of land is shown on the Amending Subdivision Plan for the Juniper Realties Ltd. Subdivision No. 8, said plan having been prepared by Ralph S. Vail, N.B.L.S., dated August 16, 1973 and recorded in the Carleton County Registry Office at Woodstock, N.B., in Book 240 at page 524 under official number 121340. AND BEING the same lands and premises as conveyed by Juniper Realties Ltd. to Olys Brown and Wilma Brown as joint tenants by deed dated September 29, 1973 and registered in the Carleton County Registry Office as number 121677 at Page 647 in Book 241 after having been exempted for registration by F.J. McIntosh for Development Officer, Province of New Brunswick, on the 31st day of October, A.D., 1973.

BEING the same lands and premises as conveyed by Olys Brown, widower, to James P. Brown and Betty Phillips, as joint tenants, by deed dated the 13th day of January, A.D., 1982, and registered in the Carleton County Registry Office on the 13th day of January, A.D., 1982 in Book 325 at Page 30 as Number 143921.

BEING the same lands and premises conveyed by James Brown and Betty Phillips to Marvin R. Flemming and Winnifred L. Flemming by deed recorded in Carleton County Registry Office in Book 375 at Page 156 as Number 154548 on the 12th day of August 1985.

Marvin R. Flemming and Winnifred L. Flemming reserve unto themselves, their heirs and assigns, the right to take water from the well situated on the lands hereby conveyed and to lay down, maintain and repair a pipe line from the well to their property adjacent to the land hereinbefore described.

124

#98

Parcel 5 – PID # 10001584

ALL THAT CERTAIN LOT, PIECE OR PARCEL OF LAND AND PREMISES situate, lying and being in the Village of Juniper, in the Parish of Aberdeen, in the County of Carleton and Province of New Brunswick, being more particularly bounded and described as follows:

BEGINNING at a survey post standing on the southern limits of the highway road leading through the Village of Juniper to Juniper Station, which survey post is the northeast corner post of that lot of land occupied by the Juniper Post Office; thence from the place of beginning on an azimuth bearing of fifty-three degrees one minute and zero seconds (53° 01' 00") following the southern limits of the highway aforementioned a distance of one hundred ten and one tenths feet (110.1') to a survey post; thence on a bearing of one hundred seventy-one degrees twenty-nine minutes and forty-four seconds (171° 29' 44") a distance of one hundred three and five tenths feet (103.5') to a survey post; thence on a bearing of eighty-eight degrees thirty-nine minutes and twenty-three seconds (88° 39' 23") a distance of thirty-two and forty-one hundredths feet (32.41') to a survey post; thence on a bearing of one hundred sixty-six degrees fifty-six minutes and thirty-five seconds (166° 56' 35") a distance of ninety-two feet (92.0') to a survey post standing on the northern limits of the Mill Road, so called; thence on a bearing of two hundred seventy degrees three minutes and eighteen seconds (270° 03' 18") following said road limits a distance of one hundred and thirty-five and forty-one hundredths feet (135.41') to a survey post; thence on a bearing of three hundred two degrees fifty-two minutes and fifty-four seconds (302° 52' 54") a distance of one hundred eleven and five tenths feet (111.5') to a survey post standing on the southern limits of the first mentioned highway road; thence on a bearing of forty-eight degrees twenty-seven minutes and thirty seconds (48° 27'

30") following said road limits a distance of thirty-seven feet (37.0') to a survey post standing at the northwest corner of the Juniper Post Office lot aforementioned; thence on a bearing of one hundred thirty-eight degrees twenty-seven minutes and thirty seconds (138° 27' 30") a distance of seventy-five feet (75.0') to a survey post; thence on a bearing of forty-eight degrees twenty-seven minutes and thirty seconds (48° 27' 30") a distance of sixty feet (60.0') to a survey post; thence on a bearing of three hundred eighteen degrees twenty-seven minutes and thirty seconds (318° 27' 30") a distance of seventy-five feet (75.0') to the place of beginning, being a portion of those lands and premises that were conveyed to Juniper Realties Limited by Deed No. 113588 recorded in Book 216 at Page 690, Carleton County Records, transferred by North Carleton Land Co. Ltd.

The herein described lands and premises are shown as the Juniper Realties Limited property on the survey plan prepared by Ralph S. Vail, N.B.L.S., dated June 13, 1979.

AND BEING the same lands and premises described in a deed from Juniper Realties Limited to Paul Brooks and Shirley Brooks dated June 28, 1979, which was exempted by F.J. McIntosh for Development Officer, Province of New Brunswick, on August 29, 1979, and registered in the Carleton County Registry Office on September 19, 1979, in Book 298 at Page 851 as Number 137438.

Being the same lands and premises as conveyed by Paul Brooks and Shirley Brooks to Keith Brooks, by Deed dated the 3rd day of May, A.D., 1989 and registered in the Carleton County Registry Office on the 5th day of May, A.D., 1989 in Book 464 at Page 50 as No. 167220.

125

#102  65203705
#103  65203564
#104  65203556 being a portion of Parent PID #65019655

PID # 65019655

All that certain lot of land situate in the Parish of Gordon in the County of Victoria and Province of New Brunswick bounded as follows:

Beginning at a point on the northern line of lot No. 78, on the eastern side of the Tobique River at Plaster Rock which said point is four chains east from the northwest angle of said lot No. 78, thence running by the magnet east 71 chains to a maple tree standing at the north east angle of lot No. 78, thence south 15 degrees east eleven and one quarter chains, thence west 68 chains, thence in a northerly direction to the place of beginning, containing 70 acres, more or less, and being part of said lot No. 78 granted to Crawford M. Hutchinson, recorded in Book No. 37 page 274, No. 15381, August 1, 1911, in the Recording Office of the County of Victoria. Being the same lands as described in the deed from Maud R. Hawkes to Donald Fraser dated September 9, 1936, registered in Book No. 76, page 5. Being the same lands and premises described in the deed from the Estate of Donald Fraser to Alexander A. Fraser by deed dated January 2, 1946 and duly registered in the Victoria County Records in Book 88, page 326-327, under Official No. 35411.

And being a portion of the lands deeded by Alexander A. Fraser and Joan E.M. Fraser to Fraser Companies Limited by deed dated July 17, 1948 and registered in the Victoria County Registry Office July 23, 1948 in Book 94, at page 400, under No. 38259.

Also all that certain lot piece and parcel of land situate lying and being in the Parish of Gordon in the County of Victoria and bounded and described as follows:

Beginning at a post standing at the south east angle of lot number 80  granted to Lawrence T. Hawkes, east side of Tobique River above Plaster Rock, thence running by the magnet of the year 1914 north three degrees and 30 minutes east 15 chains, thence south 87 degrees east six chains and 91 links to another post, thence south 12 degrees east 15 chains and 56 links and thence north 86 degrees and 30 minutes west 10 chains and 90 links to the place of beginning; containing 13 acres, more or less, and distinguished as the rear part of lot number 80, east side of Tobique River above Plaster Rock.

Being a portion of the lands deeded by Restigouche Company Ltd. to Fraser Companies Ltd. by deed dated October 18, 1944 and registered in the Victoria County Registry Office December 12, 1944 in Book 86, at page 231, under No. 34507.

Also all that certain piece or parcel of land and premises situate, lying and being in the County of Victoria in the Province of New Brunswick and bounded and described as follows:

Part of lot 78 east side of Tobique River, 30 acres. Also all that tract of land situate in the Parish of Gordon in the said county of Victoria and bounded as follows: Beginning at the southwesterly angle of lot number 80 on the westerly bank of the Tobique River at Plaster Rock thence east 76 chains to a maple tree thence south 15 degrees east 15 chains thence west 72 chains or to the easterly bank of the said Tobique  River, thence along the bank of said river in a northerly direction following the various courses thereof to the place of beginning, containing 100 acres more or less and distinguished as lot number 78 on the east side of Tobique River aforesaid, granted by the Crown to Crawford M. Hutchinson. Being the same lands and premises conveyed by Mary B. Stewart to Donald Fraser, Donald Fraser Junior, and Archibald Fraser by deed bearing date the 27th day of June, 1908 and duly recorded in the

126

Victoria County records in book E no. 1 pages 664 and 665 under official number 13387 the 2nd day of July, 1908 and by the said Donald Fraser, Donald Fraser Junior, and Archibald Fraser conveyed to the Fraser Lumber Company Limited by deed bearing date the 3rd day of June, 1914, and duly recorded in Victoria County Records in book O no. 1, pages 251 to 256 under official number 16881 the 4th day of June, 1914, safe and except thereout and therefrom that portion thereof conveyed by the said Donald Fraser, Donald Fraser Junior and Archibald Fraser to Maud R. Hawkes by deed bearing date the 1st day of August, 1911, and duly recorded in the Victoria County Records in Book K no. 1 pages 274 to 276 under official number 15381 and therein described as follows: All that certain lot, piece or parcel of land situate, lying and being in the Parish of Gordon in the County of Victoria and Province of New Brunswick, bounded and described as follows: Beginning at a point on the northern line of lot number 78 on the eastern side of Tobique River at Plaster Rock which said point is four chains east from the northwest angle of said lot number 78, thence running by the magnet east 71 chains to a maple tree standing on the north east angle of said lot number 78, thence south 15 degrees east 11 ¼ chains, thence west 68 chains thence in a northerly direction to the place of beginning, containing 70 acres more or less and being part of said lot number 78 granted to Crawford M. Hutchinson and deeded to the said Grantors by Mary B. Stewart the 27th day of June, 1908.

And being a portion of the lands deeded by Fraser Lumber Co. Ltd. to Fraser Companies Ltd. by deed dated September 1, 1917 and registered in the Victoria County Records Office September 7, 1917 in book 46 at page 566 under no. 18892.

Also all that certain piece or parcel of land and premises situate, lying and being in the Parish of Gordon, in the County of Victoria in the Province of New Brunswick and bounded and described as follows:

Beginning at a fir tree standing on the eastern bank or shore of the Tobique River at the north west angle of lot number 78 granted to Crawford M. Hutchinson at Plaster Rock, thence running by the magnet east 72 chains thence south 15 degrees east 15 chains, thence west 72 chains to the eastern bank or shore of the Tobique River aforesaid and thence along the same upstream to the place of beginning, containing 100 acres more or less, and distinguished as lot number 76. The said lot having been granted by the Crown to Robert W. Good and by the said Robert W. Good conveyed to one John E. Steward by deed dated February 17, 1886 and later conveyed by Eugene A. Holmes and wife to Donald Fraser Junior by deed bearing date the 10th day of March, 1910 and duly recorded in the Victoria County records in Book H no. 1 pages 426 and 427 under official number 14352 and later conveyed by the said Donald Fraser Junior to the Fraser Lumber Company, Limited by deed bearing date the 3rd day of June, 1914 and duly recorded in the Victoria County records in Book O no. 1 pages 243 to 251 under official no. 16880 the 4th day of June, 1914.

And being a portion of the lands deeded by Fraser Lumber Co. Ltd. to Fraser Companies Ltd. by deed dated September 1, 1917 and registered in the Victoria County Records Office September 7, 1917 in book 46 at page 566 under no. 18892.

Also all that certain piece or parcel of land and premises situate, lying and being in the Parish of Gordon, in the County of Victoria in the Province of New Brunswick and bounded and described as follows:

127

Beginning at a point distant one chain measured on a magnetic east course of the year 1855 from a pine tree standing on the eastern bank or shore of Tobique River at the southwest angle of lot number 76 granted to Robert W. Good at Plaster Rock, thence from said point and running east 99 chains to a west line of the Seventh Tract granted to the New Brunswick Railway Company, thence south 24 chains and 50 links or to the eastern prolongation of the northern line of lot letter A granted to Miles O'Leary, thence along said prolongation and then west one minute and two chains or to a point distant one chain easterly from a cedar tree standing on eastern bank or shore of Tobique River aforesaid and thence following parallel to the said bank or shore maintaining the distance of one chain therefrom in a northerly direction to the place of beginning, containing 200 acres more or less and distinguished as lo letter C, east Tobique River at Plaster Rock. Being the same lands and premises granted by the Crown to Donald Fraser, Donald Fraser Junior and Archibald Fraser by. Grant number 25108 dated September 15, 1904 and being the same lands and premises conveyed by Donald Fraser, Donald Fraser Junior and Archibald Fraser to Fraser Lumber Company Limited by deed bearing date 3rd day of June, 1914 and duly recorded in Victoria County Records in Book O no. 1 pages 251 to 256 under official no. 16881 the 4th day of June, 1914.

And being a portion of the lands deeded by Fraser Lumber Co. Ltd. to Fraser Companies Ltd. by deed dated September 1, 1917 and registered in the Victoria County Records Office September 7, 1917 in book 46 at page 566 under no. 18892.

Also all that certain piece or parcel of land and premises situate, lying and being in the Parish of Gordon, in the County of Victoria in the Province of New Brunswick and bounded and described as follows:

Known as lot letter A in Deputy Andrew Blair's survey at the Plaster rock so called, on the east side of the Tobique River between the Gulquac and Wapskehagan containing 100 acres more or less and granted by the Crown to said Miles O'Leary on the 14th day of February, 1839 under grant no. 1816.

And being a portion of the lands deeded by Fraser Lumber Co. Ltd. to Fraser Companies Ltd. by deed dated September 1, 1917 and registered in the Victoria County Records Office September 7, 1917 in book 46 at page 566 under no. 18892.

Also all those two tracts of land and premises situate, lying and being in the Parish of Gordon, in the County of Victoria in the Province of New Brunswick and bounded and described as follows:

First Tract: Beginning at a point on the southern line of lot letter A granted to Miles O'Leary on the eastern side of the Tobique River at Plaster Rock, intersected by the eastern line of the Tobique Valley Railway and reservation, the said point being distant south easterly 100 feet measured at right angles to the said railway track from the centre thereof, thence from the said point and running by the magnet of the year 1855 east 52 chains and 50 links thence south 13 chains thence west 66 chains or to the eastern line of the Tobique Valley Railway and reservation aforesaid and thence along the same following the various courses thereof in a northeasterly direction maintaining the distance of 100 feet therefrom to the place of beginning, containing 78 acres, more or less, and distinguished as lot letter D, east of the Tobique River at Plaster Rock, being the same lands and premises granted by the crown to The Tobique Manufacturing Company by grant number 24484 and dated the 16th day of December, 1901.

128

Second Tract: Beginning at a fir tree standing on the eastern bank or sore of the Tobique River at the north western angle of lot number 68 granted to Hezekiah Day below the Plaster Islands, thence running by the magnet of the year 1855 east 150 feet or to a point distant 100 feet measured easterly and at right angles from the centre of the track of the Tobique Valley Railway or the location made for the same in accordance with a plan filed in the Crown Land Office thence following parallel to the said Tobique Valley Railway tract or the location made for the same as aforesaid maintaining the distance of 100 feet therefrom in a north easterly direction with a rectangular distance of 13 chains or to the southern line of lot letter A granted to Miles O'Leary thence west 350 feet or to the eastern bank or shore of Tobique River aforesaid and thence along the same following the various courses thereof in a southwesterly direction down stream to the place of beginning containing 3 ½ acres more or less and being the front part of lot letter D eastern side of Tobique River at Plaster Rock, subject however to the right of the Tobique Valley Railway Company to use the said lands so granted to them as may be required for railway purposes, being the same lands and premises granted by the Crown to The Tobique Manufacturing Company by a supplementary grant numbered 24789, dated the 6th day of April, 1903 by authority of an order of the Lieutenant Governing Council, dated the 13th day of April, 1902.

The aforesaid two tracts of land being a portion of the lands deeded by Fraser Lumber Co. Ltd. to Fraser Companies Ltd. by deed dated September 1, 1917 and registered in the Victoria County Records Office September 7, 1917 in book 46 at page 566 under no. 18892.

Also all that certain piece or parcel of land and premises situate, lying and being in the Parish of Gordon, in the County of Victoria in the Province of New Brunswick and bounded and described as follows:

Beginning at a post standing at the north east angle of lot letter D granted to the Tobique Manufacturing Company, at Plaster Rock, thence running by the magnet of the year 1906 south 87 degrees east 62 chains and 50 links to another post thence 19 degrees east 11 chains to another post thence south 87 degrees east 5 chains thence south 3 degrees west 25 chains and 50 links to another post thence north 87 degrees west 69 chains and 50 links to the place of beginning, containing 97 acres more or less and distinguished as lot letter L at Plaster Rock. Being the same lands and premises granted by the Crown to Donald Fraser, Donald Fraser Junior, and Archibald Fraser by grant number 25623 and dated the 8th day of March, 1907 and conveyed by Archibald Fraser and Donald Fraser, both in their own right and heirs at law of Donald Fraser by indenture bearing date the 25th day of July, 1917 to the Fraser Lumber Company Limited.

And being a portion of the lands deeded by Fraser Lumber Co. Ltd. to Fraser Companies Ltd. by deed dated September 1, 1917 and registered in the Victoria County Records Office September 7, 1917 in book 46 at page 566 under no. 18892.

Also all that certain piece or parcel of land and premises situate, lying and being in the Parish of Gordon, in the County of Victoria in the Province of New Brunswick and bounded and described as follows:

Beginning on the easterly side of the Tobique River at the south west angle of lot D, thence running east by the magnet of the year 1855 70 chains, thence south 15 chains, thence west 74 chains to the easterly bank of the said Tobique River and thence northerly along the easterly bank of said Tobique River following the various courses thereof to the place of beginning, containing 108

129

acres more or less and distinguished as lot number 68 below Plaster Rock granted by the Crown to the said Hezekiah Day bounded on the north by lot D on the west by the Tobique River on the south by lot 66 granted to George T. Baird and on the east by the rear line of the front tier of lots. To be excepted from the last above described lot the portion thereof agreed to be conveyed to the Canadian Pacific Railway Company by Hale & Murchie in exchange for certain rights of the Canadian Pacific Railway Company in lot D at Plaster Rock, and also excepting from the above described lot one lot of land agreed to be conveyed to one George Henry being in size 100 feet long forty feet in width at the rear and 50 feet wide at the front, being a portion of the lands and premises conveyed by F. H. Hale and wife and George A. Murchie and wife to The Tobique Manufacturing Company by deed bearing date the 26th day of August, 1901 and duly recorded in Victoria County records.

And being a portion of the lands deeded by Fraser Lumber Co. Ltd. to Fraser Companies Ltd. by deed dated September 1, 1917 and registered in the Victoria County Records Office September 7, 1917 in book 46 at page 566 under no. 18892.

Also all that certain piece or parcel of land and premises situate, lying and being in the Parish of Gordon, in the County of Victoria in the Province of New Brunswick and bounded and described as follows:

Beginning at a fir tree on the easterly shore of Tobique River at the south westerly angle of lot number 68 at Plaster Rock granted to Hezekiah Day, thence running east along the dividing line between lots 66 and 68, 66 chains to the north easterly angle of lot number 66, thence south 15 chains, thence west 56 chains and 70 links thence north one chain and 75 links, thence west to the easterly shore of the Tobique River and thence northerly along the said shore of the Tobique River following the various courses thereof to the place of beginning containing 98 acres more or less and distinguished as lot number 66 at Plaster Rock, excepting about 2 acres reserved out of said lot at the south west corner of the same, being the same lands and premises granted by the Crown to the Hon. George T. Baird and conveyed by the said Hon. George T. Baird and wife to Donald Fraser, Donald Fraser Junior and Archibald Fraser in the name of Donald Fraser & Sons by deed dated the 29th day of March 1904 and duly recorded in Victoria County Records in book O no. 1 pages 251 to 256 under official number 16881 the 4th day of June, 1914.

And being a portion of the lands deeded by Fraser Lumber Co. Ltd. to Fraser Companies Ltd. by deed dated September 1, 1917 and registered in the Victoria County Records Office September 7, 1917 in book 46 at page 566 under no. 18892.

Also all that certain piece or parcel of land and premises situate, lying and being in the Parish of Gordon, in the County of Victoria in the Province of New Brunswick and bounded and described as follows:

Beginning at a post standing at the north east angle of lot number 66 granted to George T. Baird on the eastern side of Tobique River at Plaster Rock, thence running by the magnet of the year 1906 south 87 degrees east 13 chains and 50 links to another post, thence south 2 degrees west 15 chains to another post, thence north 87 degrees west 13 chains and 50 links to another post, thence north two degrees east 15 chains to the place of beginning, containing 20 acres more or less and distinguished as lot letter K at Plaster Rock, being the lands and premises granted by the Crown to Donald Fraser, Donald Fraser Junior and Archibald Fraser by grant no. 25553 and dated the 10th day of September, 1906 and conveyed by Donald Fraser, Donald Fraser Junior and Archibald Fraser by

130

indenture bearing date the 3rd day of June, 1914 and duly recorded in Victoria County Records in Book O no. 1 pages 251 to 256 under official number 16881 the 4th day of June, 1914.

And being a portion of the lands deeded by Fraser Lumber Co. Ltd. to Fraser Companies Ltd. by deed dated September 1, 1917 and registered in the Victoria County Records Office September 7, 1917 in book 46 at page 566 under no. 18892.

SAVING AND EXCEPTING the following lot, pieces or parcel of land and premises situate, lying and being in the Parish of Gordon, in the County of Victoria in the Province of New Brunswick and bounded and described as follows:

Beginning at a point on the southerly or lower sideline of lands owned by Vernon R. Briggs and Wellington Briggs, said point designated as Station 2+01.4, as shown on a survey plan of Tobique Valley School Site Property as surveyed by Roy E. Wilson, N.B.L.S., dated January 15, 1976, said point being the centre line of a service easement; thence along the said centre line, so described, on a bearing of two hundred seven degrees thirty six minutes [207-36] a distance of two hundred nineteen and five tenths [219.5] feet to the end of easement and designated as Station 4+20.9; taking a strip of land ten [10] feet wide lying to the left of or east of the above described centre line and taking a strip of land ten [10] feet wide lying to the right of or west of the said centre line from Station 2+01.4 to Station 4+20.9.

The hereinbefore described parcel of land containing by ad-measurement fourth thousand three hundred ninety (4,390) square feet and shown as Parcel "B" on the aforesaid survey plan of Tobique Valley School Site Property, said survey plan registered in the Victoria County records under Official Plan no. 2487 on January 29, 1976.

Being the same lands deeded by Fraser Companies, Limited to Her Majesty the Queen by deed dated April 28, 1976 and registered in the Victoria County Records Office May 12, 1976 in book 180 at page 16 under no. 69434.

AND SAVING AND EXCEPTING the following lot, pieces or parcel of land and premises situate, lying and being in the Parish of Gordon, in the County of Victoria in the Province of New Brunswick and bounded and described as follows:

All that certain lot shown as Parcel 90-A on the subdivision plan of Fraser Inc. Subdivision No. 2, Village of Plaster Rock, County of Victoria, Province of New Brunswick, surveyed by Jacques R. Grondin, N.B.L.S., dated October 16, 1990, approved by the Development Officer for the Village of Plaster Rock on December 11, 1990, and filed in the Victoria County Registry Office at the time of registration of the within deed the said parcel 90-A containing 196 square meters.

BEING a parcel of land to be added to and form part of the property of D. Camber Giberson and Theresa Giberson described in a deed registered in the Victoria County Registry Office in book 180, at page 440 as number 66875.

AND BEING the same lands and premises conveyed by Fraser Inc. to D. Camber Giberson and Theresa Giberson by deed dated July 3, 1991 and registered in the Victoria County Registry Office on July 18, 1991 in book 369 at page 362 as number 103971.

AND SAVING AND EXCEPTING the following lot, pieces or parcel of land and premises situate, lying and being in the Parish of Gordon, in the County of Victoria in the Province of New Brunswick and bounded and described as follows:

131

All that certain lot lying and being on Brook Street in the Village of Plaster
Rock, in the Parish of Gordon, County of Victoria, and Province of New
Brunswick, having an area of 1, 179 square meters and being shown as Parcel
91-A on the subdivision plan of FRASER INC. (FRASER CO. LTD.)
SUBDIVISION 91-A prepared by Scott H. Goodine, N.B.L.S., dated 1991-04-
08, approved by Barbara Wishart, Development Officer for the Village of
Plaster Rock, on November 5, 1991, and filed in conjunction with the
registration of the attached deed.

BEING a portion of the lands and premises conveyed to Fraser Companies,
Limited by deed no. 18892 registered in the Victoria County Registry Office in
book 46 at page 566.

AND BEING the same lands and premises conveyed by Noranda Forest Inc by
its attorney, Fraser Inc., to Douglas Rocky Giberson and Pamela Joy Giberson
by deed dated March 24, 1992 and registered in the Victoria County Registry
Office on April 6, 1992, in book 384 at page 44 as number 105664.

AND SAVING AND EXCEPTING the following lots, pieces or parcels of land and
premises situate, lying and being in the Parish of Gordon, in the County of Victoria in
the Province of New Brunswick and bounded and described as follows:

Parcel One: All that certain lot shown as Parcel 93-A on the Subdivision Plan
of Noranda Forest Inc. Village of Plaster Rock Subdivision 93-A, B, &C, Pond
Street, Village of Plaster Rock, surveyed by S.H. Goodine, N.B.L.S., dated
1991-02-04 and 1993-12-02, approved by the Development Officer for the
Village of Plaster Rock on February 17, 1994, and filed in the Victoria County
Registry Office under plan no. 200073, the said parcel 93-A containing 77
square meters.

Parcel Two: All that certain lot shown as Parcel 93-C on the Subdivision Plan
of Noranda Forest Inc. Village of Plaster Rock Subdivision 93-A, B, & C,
Pond Street, Village of Plaster Rock, surveyed by S.H. Goodine, N.B.L.S.,
dated 1991-02-04 and 1993-12-02, approved by the Development Officer for
the Village of Plaster Rock on February 17, 1994, and filed in the Victoria
County Registry Office under plan no. 200073, the said parcel 93-C containing
52 square meters.

Parcels 93-A and 93-C described above are to be added to and form part of the
property of Leonard A. Bradford and Patricia Bradford described in a deed
registered in the Victoria County Registry Office in book 362, at page 481, as
number 103189.

AND BEING a portion of the lands and premises conveyed by Noranda Forest
Inc by its attorney, Fraser Inc., and Village of Plaster Rock, to Leonard A.
Bradford and Patricia Bradford, his spouse, by deed dated April 14, 1994 and
registered in the Victoria County Registry Office on June 20, 1994, in book
428 at page 37 as number 110844.

AND SAVING AND EXCEPTING the following lot, piece or parcels of land and
premises situate, lying and being in the Parish of Gordon, in the County of Victoria in
the Province of New Brunswick and bounded and described as follows:

All that certain lot shown as Lot No. 90-1 on the subdivision Plan of Fraser
Inc. Subdivision No. 2, Village of Plaster Rock, surveyed by Jacques R.
Grondin, N.B.L.S., dated October 16, 1990 and filed in the Victoria County

132

Registry Office under plan number 5038, the said Lot No. 90-1 containing 7,562 square meters.

AND BEING a portion of the lands and premises conveyed by Fraser Inc. to the Village of Plaster Rock by deed dated July 3, 1991 and registered in the Victoria County Registry Office on July 18, 1991, in book 369 at page 374 as number 103793.

AND SAVING AND EXCEPTING the following lot, piece or parcel of land and premises situate, lying and being in the Parish of Gordon, in the County of Victoria in the Province of New Brunswick and bounded and described as follows:

Beginning at a standard survey marker located on the easterly side limits of Brook Street at a point, said point having New Brunswick Grid Coordinate values of 243 1957.126 meters East and 754 5923.622 meters North; THENCE from the place of beginning on the New Brunswick Grid North bearing azimuth 132 degrees 49 minutes 50 seconds a distance of 5.908 meters to another standard survey marker; THENCE on a bearing of 88 degrees 36 minutes 17 seconds a distance of 8.536 meters to another standard survey marker; THENCE on a bearing of 52 degrees 22 minutes 57 seconds a distance of 9.125 meters to another standard survey marker; THENCE on a bearing of 37 degrees 08 minutes 30 seconds a distance of 9.991 meters to another standard survey marker; THENCE on a bearing of 44 degrees 53 minutes 38 seconds a distance of 15.868 meters to another standard survey marker; THENCE on a bearing of 44 degrees 36 minutes 39 seconds a distance of 12.280 meters to a point; THENCE in an east southeasterly direction following the center line of a small brook a distance of 78 meters, more or less, to the shoreline of the Tobique River; THENCE in a downstream direction following the shoreline of the Tobique River to the point of intersection thereof and the center line of another small brook located downstream a distance of 63 meters, more or less, along the shoreline of the said Tobique River from the first mentioned small brook; THENCE in a northwesterly direction following the center line of the said small brook upstream a distance of 60 meters, more or less, to another standard survey marker; THENCE on a bearing of 326 degrees 25 minutes 40 seconds a distance of 16.288 meters to another standard survey marker; THENCE on a bearing of 98 degrees 10 minutes 56 seconds a distance of 8.688 meters to another standard survey marker located on the easterly side limits of Brook Street aforesaid; THENCE on a bearing of 15 degrees 25 minutes 43 seconds a distance of 6.826 meters to the place of beginning.

BEING Lot 99-1, containing 4900 square meters more or less, all as shown on the Nexfor Inc. (Fraser Companies Ltd.) Subdivision 99-1 plan of subdivision, filed in the Victoria County Registry Office on August 11 as Plan No. 11264992.

AND BEING the same lands and premises conveyed by Nexfor Inc. to the Village of Plaster Rock by deed dated September 19, 2000 and registered in the Victoria County Registry Office on September 28, 2000, in book 548 at page 152 as number 11403715.

AND SAVING AND EXCEPTING the following lot, piece or parcel of land and premises situate, lying and being in the Parish of Gordon, in the County of Victoria in the Province of New Brunswick and bounded and described as follows:

All that certain lot being a portion of granted lots 64 and 66 and being lot no. 84-1 on a subdivision plan of Fraser Inc. Subdivision prepared by Ralph S. Hail N.B.L.S. dated December 18, 1984, approved by the Development Officer

133

for the Province of New Brunswick on May 2, 1985, and having been duly registered in the Victoria county Records on May 21, 1985, as number 3980.

BEING a portion of the same lands and premises conveyed by Daniel F. Merrithew to Fraser Companies, Limited (Fraser Inc.) by deed dated June 28, 1973 and registered in the Victoria County Records on July 4, 1973 in book 160 at page 710 as number 64150, and being a portion of the same lands and premises conveyed by Fraser Lumber Company, Limited to Fraser Companies, Limited (Fraser Inc.) by deed dated September 1, 1917 and registered in the Victoria County Records on September 7, 1917 in book T-1 at page 566 as number 18892.

AND BEING the same lands and premises conveyed by Fraser Inc. to The Plaster Rock Golf and Curling Club Inc. by deed dated June 19, 1985 and registered in the Victoria County Registry Office on October 22, 1985, in book 267 at page 552 as number 90504.

AND SAVING AND EXCEPTING the following lot, piece or parcel of land and premises situate, lying and being in the Parish of Gordon, in the County of Victoria in the Province of New Brunswick and bounded and described as follows:

All that certain parcel of land being 33 feet by 53 feet, located adjacent to the Lessor's planer mill at its Plaster Rock sawmill facility, and being shown colour-outlined in red on a plan approved for registration on December 12, 1989 by Barbara Wishart, Development Officer for the Village of Plaster Rock.

The said parcel being a portion of the lands and premises conveyed by Donald Fraser, Donald Fraser Jr., and Archibald Fraser to Fraser Lumber Company, Limited by deed dated June 3, 1914 and registered in the Victoria County Registry Office on June 4, 1914 in Book O, No. 1, at pages 251 to 256 as number 16881, and later conveyed by Fraser Lumber Company, Limited to Fraser Companies, Limited (now Fraser Inc.) by deed dated September 1, 1917 in book T-1, at page 566, as number 18892.

AND BEING the same lands and premises leased by Fraser Inc. to Brunswick Animal Bedding Ltd. by lease dated December 4, 1989 and registered in the Victoria County Registry Office on December 12, 1989, in book 337 at page 166 as number 100032.

134

**JUNIPER**

135

**Schedule A | Annexe A**

**PID | NID :** 10004885

**Apparent Parcel Access | Accès apparent à la parcelle :** Public Access | Accès public

**Status | État de la demande :** Current | Courant

**Effective Date/Time | Date et heure de prise d'effet :**    2008-03-18 14:31:39

**Legal Description | Description officielle :**

Municipality: Community of Juniper
Parish: Aberdeen
County: Carleton
Description: Lot No. 2
Plan: 131586A
Book: 276
Page: 873
County Registered: Carleton
Date Registered: 1977-09-02
Name of Plan: Subdivision Plan Flemming-Gibson Industries Ltd. Juniper Realties Ltd. North
Carleton Land Company Limited Subdivision

136

**Schedule A | Annexe A**

**PID | NID :** 10001600

**Apparent Parcel Access | Accès apparent à la parcelle :** Public Access | Accès public

**Status | État de la demande :** Current | Courant

**Effective Date/Time | Date et heure de prise d'effet :**  2008-03-19 15:18:41

**Legal Description | Description officielle :**

Municipality: Community of Juniper
Parish: Aberdeen
County: Carleton
Description: Lot 26
Plan: 121072
Book: 239
Page: 631
County Registered: Carleton
Date Registered: 1973-08-03
Name of Plan: Subdivision Plan Juniper Realties Ltd. Subdivision No. 8, Juniper, Carleton County,
N.B.

Municipality: Community of Juniper
Parish: Aberdeen
County: Carleton
Description: Parcel A
Plan: 123177
Book: 246
Page: 648
County Registered: Carleton
Date Registered: 1974-06-24
Name of Plan: Subdivision Plan Juniper Realties Subdivision No. 14, Parish of Aberdeen, Carleton
County, N.B.

137

#88 - 10079101
#89 - 10079119
#90 - 10079127
#95 - 10137891
#96 - 10079069

**Parcel 10 – PIDs # 10079127, 10079119, 10079101, 10079069 and 10137891**

All that certain lot, piece or parcel of land situate, lying and being in the Parish of Aberdeen, County of Carleton and Province of New Brunswick, bounded and described as follows:

Being all those portions of Lot 76 granted to James K. Flemming, Lot 78 granted to George F. Foster, Lot 80 granted to H.M. Foster and Lot 82 granted to A. Plummer as were conveyed to her Majesty the Queen in Right of the Province of New Brunswick as represented by the Minister of Natural Resources and Energy, all being a portion of Parcel No. 84 in Deed Number 150443 as registered in the Carleton County Registry Office in Book 352 at Page 503.

Together with, all those portions of Ungranted Crown Lots Numbered 84, 85 and 86 which are bounded, westerly, by the aforesaid Lot 82 granted to A. Plummer, northerly and easterly, by the bounds of the Second Tract, containing 14,601 acres, granted to The New Brunswick Railway Company, said bounds having been surveyed by H.M. Garden, Deputy Surveyor, in 1870; and, southerly, by the northern base line of the Workmen's Lots, so called, said bounds having been surveyed by J.E. Patterson in 1937. The hereinbefore described parcel of land is estimated to contain an area of 190.2 hectares (470 acres ±), more or less.

Reserving to the Crown as represented by the Minister of Natural Resources and Energy:

(a) the beds of all brooks or streams below the normal high water mark;

(b) all rights of fishing and fishery;

(c) a right-of-way, ten metres in width measured horizontally from the normal high water mark, along the banks of all brooks or streams for the general public to freely pass and repass on foot and to stop and enjoy recreational activities; and

(d) all coals, also all gold and silver and other mines and minerals.

And being the same lands and premises as were conveyed by Her Majesty the Queen in Right of the Province of New Brunswick to Juniper Lumber Co. Ltd. by Deed dated April 16, 1997 and registered in the Carleton County Registry Office on the 15th day of May, 1997 in Book 662 at Page 195 as Number 191774.

137

#91
Parcel 6, #2 – PID # 10137917

All that portion of Grant Lot number seventy-six (76) Range 3, Beaufort Settlement bounded on the North by N.B. Crownland; on the East by a parcel of land owned by Juniper Lumber Ltd., on the South by the main highway leading from Glassville to Juniper Station; and on the West by Grant Lot Number seventy-four (74);

Saving and Excepting all parcels previously deeded.

Containing approximately seven (7) hectares, and being a portion of lands deeded by North Carleton Land Company Ltd. to Juniper Realties Ltd. by Deed dated December 6, 1968 and registered in the Carleton County Records as No. 113588 on January 3, 1969.

Being a portion of lands deeded by Juniper Realties Ltd. to Aberdeen Investment Company Ltd. by Deed dated August 29, 1984 and registered in the Carleton County Records as No. 151701 Book 358 Page 184 on September 5, 1984.

This Deed conveys and intends to convey all the remainder of Grant Lots Number seventy-four (74) and seventy-six (76) owned by the Grantor.

Subject to a Right of Way as set out in a Deed between Juniper Realties Ltd., as grantor, and B. Jerome Thompson and Kathleen Thompson, as grantee, dated November 15, 1976 and registered in the Carleton County Registry Office in Book 268 at Page 873 as Number 129423. The said Right of Way being shown on Juniper Realties Ltd. Subdivision Plan dated May 26, 1976, prepared by Ralph Vail, approved by F.J. McIntosh -- For Development Officer Province of New Brunswick on November 3, 1976 and registered in the Carleton County Registry Office on November 3, 1976 in Book 268, Page 417, as Number 129301.

138

#92

Parcel 6, #1 -- PID # 10005718

All that certain lot, piece or parcel of land situate, lying and being in Juniper, in the Parish of Aberdeen, County of Carleton and Province of New Brunswick described as follows:

All that portion of Grant Lot number seventy-four (74) Range Three, Beaufort Settlement bounded on the North by N.B. Crownland; on the East by Grant Lot Number seventy-six (76); on the South by the main highway leading from Glassville to Juniper Station; and on the West by a Crown Reserve Road running in a northerly direction along the Easterly side of Grant Lot Number seventy-two (72);

Saving and Excepting all parcels previously deeded.

Containing approximately nine (9) hectares, and being a portion of lands deeded by Flemming and Gibson Ltd. to Juniper Realties Ltd. by Deed dated December 6, 1968 and registered in the Carleton County Records as No. 113584 Book 216 Page 684-686 on January 3, 1969.

Being a portion of lands deeded by Juniper Realties Ltd. to Aberdeen Investment Company Ltd. by Deed dated August 29, 1984 and registered in the Carleton County Records as No. 151701 Book 358 Page 184 on September 5, 1984.

Saving and Excepting thereout and therefrom that portion of the herein described premises that was conveyed to Glassville Logging Co. Ltd. by Deed No. 186890, recorded in Book 621, at Page 311.

139

#93

Parcel 2 – PID # 10001717

ALL THAT CERTAIN LOT, PIECE OR PARCEL OF LAND AND PREMISES situate, lying and being in Juniper, in the Parish of Aberdeen, in the County of Carleton and Province of New Brunswick, bounded and described as follows:

BEGINNING at an iron post standing on the southern limits of the highway road leading from Juniper to Juniper Station, which iron post is the Northeast corner post of a lot of land owned and occupied (1978) by B. Jerome Thompson; thence from the place of beginning on an azimuth bearing of eighty-four degrees and thirty-nine minutes (84° 39'), following the southern limits of the highway road aforementioned, a distance of three hundred eighty-three and forty-five one hundredths feet (383.45') to a survey marker; thence on a bearing of one hundred forty-four degrees and fifteen minutes (144° 15') a distance of one hundred ninety-six and eighty-six one hundredths feet (196.86') to a survey marker; thence on a bearing of one hundred eighty-five degrees and twenty-two minutes (185° 22') a distance of one hundred thirteen and four tenths (113.4') to a survey marker; thence on a bearing of two hundred eighty-three degrees (283° 00') a distance of two hundred thirty-six and thirty-four one hundredths feet (236.34') to a survey marker; thence on a bearing of two hundred seventy-two degrees and fourteen minutes (272° 14') a distance of one hundred twelve and seventy-four one hundredths feet (112.74') to a survey marker; thence on a bearing of five degrees and thirty-three minutes (5° 33') a distance of forty-nine and ninety-seven one hundredths feet (49.97') to an iron rod; thence on a bearing of two hundred seventy-eight degrees and thirty three minutes (278° 33') a distance of one hundred fifty feet (150.0') to an iron rod; thence on a bearing of eight minutes (00 08') a distance of one hundred seven and three tenths feet (107.3') to the place of beginning, containing two and five one hundredths acres (2.05), be it slightly more or less.

The herein described parcel of land is a portion of the lands and premises conveyed to Juniper Realties by Deed No. 113584, recorded in Book 216, at Page 684, Carleton County Records.

The herein described parcel of land is shown on a Survey Plan prepared by Ralph S. Vail, N.B.L.S., on January 31, 1978, which Survey Plan is attached to and forms part of Deed registered in the Carleton County Record Office in Book 286 at Page 20 as Number 134074, which Deed was approved for registration on July 21, 1978, by F.J. MacIntosh for Development Officer, Province of New Brunswick.

The Grantor, B. Jerome Thompson, reserves to himself, the use of the barns and pastures on the lands to the extent as exists the date hereof, which barns and pastures are situated on the lands herein conveyed, for as long as he shall live or until such time as he shall cease to live in the Village of Juniper, New Brunswick.

140

#94 - 10137925
#99 - 10004588
#100 – 10206928
#101 – 10206902
#105 - 10206910

Parcel 7 – PID #s 10206910, 10206902, 10206928, 10137925 and 10004588

All that certain lot, piece or parcel of land situate, lying and being in the Village of Juniper, in the Parish of Aberdeen in the County of Carleton and Province of New Brunswick, being more particularly bounded and described as follows:

Beginning at a point on the northerly bank or shore of the Southwest Miramichi River distant westerly one hundred eighty metres (180.0m) from the westerly limits of Lewis Street, measured at right angles thereto; thence northerly, parallel to the easterly boundary of Lot No. 72 to the southwesterly limits of a road leading past a gravel pit on said Lot No. 72; thence southeasterly and southerly, along the said southwesterly and westerly limits of said road, to the northerly boundary of a lot conveyed by Flemming & Gibson Limited to Juniper Realties Ltd. on December 6, 1968; thence easterly, along said northerly boundary, to the westerly boundary of a lot conveyed by North Carleton Land Co. Ltd. to Juniper Realties Ltd. on December 6, 1968; thence northerly, along said westerly boundary, to the northwesterly angle of said lot; thence easterly, along the northerly boundary of said lot and its prolongation, to the westerly boundary of Lot No. 82, granted to Amasa Plummer; thence southerly, along said westerly boundary to the southerly limits of the road leading to Juniper Station; thence easterly, along said southerly limits, to the westerly boundary of Crown Lot No. 84; thence southerly, along said boundary, to the aforesaid northerly bank or shore of the Southwest Miramichi River and thence westerly, upstream, along said bank or shore, to the place of beginning.

Saving and Excepting thereout and therefrom all lands and premises previously conveyed. And Further Saving and Excepting thereout and therefrom those portions of the herein described premises that were conveyed to:

(a)  Michael J. Comeau and Trudy M. Comeau by Deed No. 186215, recorded in Book 615 at Page 540; and

(b)  Scott I. Rideout and Marie A. Rideout by Deed No. 187296, recorded in Book 625 at Page 173.

141

#97

**Parcel 4 – PID # 10001618**

ALL THAT CERTAIN LOT, PIECE OR PARCEL OF LAND AND PREMISES situate, lying and being in the Village of Juniper, in the County of Carleton and Province of New Brunswick, being more particularly bounded and described as follows:  to wit:-

BEGINNING at a stake standing on the southern limits of the Mill Road, so called, which stake is the North-East corner stake of a lot of land owned (1973) by one Mildred Matheson; thence from place of beginning, on an azimuth bearing of one hundred and fourteen degrees and forty minutes (114° 40') a distance of one hundred fifteen feet (115.0') to a stake; thence on a bearing of two hundred five degrees and twenty five minutes (205° 25') a distance of sixty feet (60.0') to a stake; thence on a bearing of two hundred ninety four degrees forty minutes (294° 40') a distance of one hundred fifteen feet (115.0') to a stake; thence on a bearing of twenty five degrees and twenty minutes (25° 20') a distance of sixty feet to the place of beginning.  The herein described parcel of land is a portion of those lands and premises that were conveyed to Juniper Realties Ltd. by Flemming & Gibson Limited by deed bearing date the 6th day of December, A.D., 1968 and which deed has been duly recorded in the Carleton County Registry Office at Woodstock, N.B., in Book 216 at Page 684 under official number 113584.  Be it noted that this parcel of land is shown on the Amending Subdivision Plan for the Juniper Realties Ltd. Subdivision No. 8, said plan having been prepared by Ralph S. Vail, N.B.L.S., dated August 16, 1973 and recorded in the Carleton County Registry Office at Woodstock, N.B., in Book 240 at page 524 under official number 121340.  AND BEING the same lands and premises as conveyed by Juniper Realties Ltd. to Olys Brown and Wilma Brown as joint tenants by deed dated September 29, 1973 and registered in the Carleton County Registry Office as number 121677 at Page 647 in Book 241 after having been exempted for registration by F.J. McIntosh for Development Officer, Province of New Brunswick, on the 31st day of October, A.D., 1973.

BEING the same lands and premises as conveyed by Olys Brown, widower, to James P. Brown and Betty Phillips, as joint tenants, by deed dated the 13th day of January, A.D., 1982, and registered in the Carleton County Registry Office on the 13th day of January, A.D., 1982 in Book 325 at Page 30 as Number 143921.

BEING the same lands and premises conveyed by James Brown and Betty Phillips to Marvin R. Flemming and Winnifred L. Flemming by deed recorded in Carleton County Registry Office in Book 375 at Page 156 as Number 154548 on the 12th day of August 1985.

Marvin R. Flemming and Winnifred L. Flemming reserve unto themselves, their heirs and assigns, the right to take water from the well situated on the lands hereby conveyed and to lay down, maintain and repair a pipe line from the well to their property adjacent to the land hereinbefore described.

142

#98

**Parcel 5 – PID # 10001584**

ALL THAT CERTAIN LOT, PIECE OR PARCEL OF LAND AND PREMISES situate, lying and being in the Village of Juniper, in the Parish of Aberdeen, in the County of Carleton and Province of New Brunswick, being more particularly bounded and described as follows:

BEGINNING at a survey post standing on the southern limits of the highway road leading through the Village of Juniper to Juniper Station, which survey post is the northeast corner post of that lot of land occupied by the Juniper Post Office; thence from the place of beginning on an azimuth bearing of fifty-three degrees one minute and zero seconds (53' 01' 00") following the southern limits of the highway aforementioned a distance of one hundred ten and one tenths feet (110.1') to a survey post; thence on a bearing of one hundred seventy-one degrees twenty-nine minutes and forty-four seconds (171° 29' 44") a distance of one hundred three and five tenths feet (103.5') to a survey post; thence on a bearing of eighty-eight degrees thirty-nine minutes and twenty-three seconds (88° 39' 23") a distance of thirty-two and forty-one one hundredths feet (32.41') to a survey post; thence on a bearing of one hundred sixty-six degrees fifty-six minutes and thirty-five seconds (166° 56' 35") a distance of ninety-two feet (92.0') to a survey post standing on the northern limits of the Mill Road, so called; thence on a bearing of two hundred seventy degrees three minutes and eighteen seconds (270° 03' 18") following said road limits a distance of one hundred and thirty-five and forty-one one hundredths feet (135.41') to a survey post; thence on a bearing of three hundred two degrees fifty-two minutes and fifty-four seconds (302° 52' 54") a distance of one hundred eleven and five tenths feet (111.5') to a survey post standing on the southern limits of the first mentioned highway road; thence on a bearing of forty-eight degrees twenty-seven minutes and thirty seconds (48° 27'

30") following said road limits a distance of thirty-seven feet (37.0') to a survey post standing at the northwest corner of the Juniper Post Office lot aforementioned; thence on a bearing of one hundred thirty-eight degrees twenty-seven minutes and thirty seconds (138° 27' 30") a distance of seventy-five feet (75.0') to a survey post; thence on a bearing of forty-eight degrees twenty-seven minutes and thirty seconds (48° 27' 30") a distance of sixty feet (60.0') to a survey post; thence on a bearing of three hundred eighteen degrees twenty-seven minutes and thirty seconds (318° 27' 30") a distance of seventy-five feet (75.0') to the place of beginning, being a portion of those lands and premises that were conveyed to Juniper Realties Limited by Deed No. 113588 recorded in Book 216 at Page 690, Carleton County Records, transferred by North Carleton Land Co. Ltd.

The herein described lands and premises are shown as the Juniper Realties Limited property on the survey plan prepared by Ralph S. Vail, N.B.L.S., dated June 13, 1979.

AND BEING the same lands and premises described in a deed from Juniper Realties Limited to Paul Brooks and Shirley Brooks dated June 28, 1979, which was exempted by F.J. McIntosh for Development Officer, Province of New Brunswick, on August 29, 1979, and registered in the Carleton County Registry Office on September 19, 1979, in Book 298 at Page 851 as Number 137438.

Being the same lands and premises as conveyed by Paul Brooks and Shirley Brooks to Keith Brooks, by Deed dated the 3rd day of May, A.D., 1989 and registered in the Carleton County Registry Office on the 5th day of May, A.D., 1989 in Book 464 at Page 50 as No. 167220.

143

#102  65203705
#103  65203564
#104  65203556 being a portion of Parent PID #65019655

<u>PID # 65019655</u>

All that certain lot of land situate in the Parish of Gordon in the County of Victoria
and Province of New Brunswick bounded as follows:

> Beginning at a point on the northern line of lot No. 78, on the eastern side of
> the Tobique River at Plaster Rock which said point is four chains east from the
> northwest angle of said lot No. 78, thence running by the magnet east 71
> chains to a maple tree standing at the north east angle of lot No. 78, thence
> south 15 degrees east eleven and one quarter chains, thence west 68 chains,
> thence in a northerly direction to the place of beginning, containing 70 acres,
> more or less, and being part of said lot No. 78 granted to Crawford M.
> Hutchinson, recorded in Book No. 37 page 274, No. 15381, August 1, 1911, in
> the Recording Office of the County of Victoria. Being the same lands as
> described in the deed from Maud R. Hawkes to Donald Fraser dated September
> 9, 1936, registered in Book No. 76, page 5. Being the same lands and premises
> described in the deed from the Estate of Donald Fraser to Alexander A. Fraser
> by deed dated January 2, 1946 and duly registered in the Victoria County
> Records in Book 88, page 326-327, under Official No. 35411.

> And being a portion of the lands deeded by Alexander A. Fraser and Joan E.M.
> Fraser to Fraser Companies Limited by deed dated July 17, 1948 and registered
> in the Victoria County Registry Office July 23, 1948 in Book 94, at page 400,
> under No. 38259.

Also all that certain lot piece and parcel of land situate lying and being in the Parish of
Gordon in the County of Victoria and bounded and described as follows:

> Beginning at a post standing at the south east angle of lot number 80  granted
> to Lawrence T. Hawkes, east side of Tobique River above Plaster Rock, thence
> running by the magnet of the year 1914 north three degrees and 30 minutes
> east 15 chains, thence south 87 degrees east six chains and 91 links to another
> post, thence south 12 degrees east 15 chains and 56 links and thence north 86
> degrees and 30 minutes west 10 chains and 90 links to the place of beginning;
> containing 13 acres, more or less, and distinguished as the rear part of lot
> number 80, east side of Tobique River above Plaster Rock.

> Being a portion of the lands deeded by Restigouche Company Ltd. to Fraser
> Companies Ltd. by deed dated October 18, 1944 and registered in the Victoria
> County Registry Office December 12, 1944 in Book 86, at page 231, under No.
> 34507.

Also all that certain piece or parcel of land and premises situate, lying and being in the
County of Victoria in the Province of New Brunswick and bounded and described as
follows:

> Part of lot 78 east side of Tobique River, 30 acres. Also all that tract of land
> situate in the Parish of Gordon in the said county of Victoria and bounded as
> follows: Beginning at the southwesterly angle of lot number 80 on the easterly
> bank of the Tobique River at Plaster Rock thence east 76 chains to a maple tree
> thence south 15 degrees east 15 chains thence west 72 chains or to the easterly
> bank of the said Tobique River, thence along the bank of said river in a
> northerly direction following the various courses thereof to the place of
> beginning, containing 100 acres more or less and distinguished as lot number
> 78 on the east side of Tobique River aforesaid, granted by the Crown to
> Crawford M. Hutchinson. Being the same lands and premises conveyed by
> Mary B. Stewart to Donald Fraser, Donald Fraser Junior, and Archibald Fraser
> by deed bearing date the 27th day of June, 1908 and duly recorded in the

144

Victoria County records in book E no. 1 pages 664 and 665 under official
number 13387 the 2ⁿᵈ day of July, 1908 and by the said Donald Fraser, Donald
Fraser Junior, and Archibald Fraser conveyed to the Fraser Lumber Company
Limited by deed bearing date the 3ʳᵈ day of June, 1914, and duly recorded in
Victoria County Records in book O no. 1, pages 251 to 256 under official
number 16881 the 4ᵗʰ day of June, 1914, safe and except thereout and
therefrom that portion thereof conveyed by the said Donald Fraser, Donald
Fraser Junior and Archibald Fraser to Maud R. Hawkes by deed bearing date
the 1ˢᵗ day of August, 1911, and duly recorded in the Victoria County Records
in Book K no. 1 pages 274 to 276 under official number 15381 and therein
described as follows: All that certain lot, piece or parcel of land situate, lying
and being in the Parish of Gordon in the County of Victoria and Province of
New Brunswick, bounded and described as follows: Beginning at a point on
the northern line of lot number 78 on the eastern side of Tobique River at
Plaster Rock which said point is four chains east from the northwest angle of
said lot number 78, thence running by the magnet east 71 chains to a maple
tree standing on the north east angle of said lot number 78, thence south 15
degrees east 11 ¼ chains, thence west 68 chains thence in a northerly direction
to the place of beginning, containing 70 acres more or less and being part of
said lot number 78 granted to Crawford M. Hutchinson and deeded to the said
Grantors by Mary B. Stewart the 27ᵗʰ day of June, 1908.

And being a portion of the lands deeded by Fraser Lumber Co. Ltd. to Fraser
Companies Ltd. by deed dated September 1, 1917 and registered in the
Victoria County Records Office September 7, 1917 in book 46 at page 566
under no. 18892.

Also all that certain piece or parcel of land and premises situate, lying and being in the
Parish of Gordon, in the County of Victoria in the Province of New Brunswick and
bounded and described as follows:

Beginning at a fir tree standing on the eastern bank or shore of the Tobique
River at the north west angle of lot number 78 granted to Crawford M.
Hutchinson at Plaster Rock, thence running by the magnet east 72 chains
thence south 15 degrees east 15 chains, thence west 72 chains to the eastern
bank or shore of the Tobique River aforesaid and thence along the same
upstream to the place of beginning, containing 100 acres more or less, and
distinguished as lot number 76. The said lot having been granted by the Crown
to Robert W. Good and by the said Robert W. Good conveyed to one John E.
Steward by deed dated February 17, 1886 and later conveyed by Eugene A.
Holmes and wife to Donald Fraser Junior by deed bearing date the 10ᵗʰ day of
March, 1910 and duly recorded in the Victoria County records in Book H no. 1
pages 426 and 427 under official number 14352 and later conveyed by the said
Donald Fraser Junior to the Fraser Lumber Company, Limited by deed bearing
date the 3ʳᵈ day of June, 1914 and duly recorded in the Victoria County records
in Book O no. 1 pages 243 to 251 under official no. 16880 the 4ᵗʰ day of June,
1914.

And being a portion of the lands deeded by Fraser Lumber Co. Ltd. to Fraser
Companies Ltd. by deed dated September 1, 1917 and registered in the
Victoria County Records Office September 7, 1917 in book 46 at page 566
under no. 18892.

Also all that certain piece or parcel of land and premises situate, lying and being in the
Parish of Gordon, in the County of Victoria in the Province of New Brunswick and
bounded and described as follows:

145

Beginning at a point distant one chain measured on a magnetic east course of the year 1855 from a pine tree standing on the eastern bank or shore of Tobique River at the southwest angle of lot number 76 granted to Robert W. Good at Plaster Rock, thence from said point and running east 99 chains to a west line of the Seventh Tract granted to the New Brunswick Railway Company, thence south 24 chains and 50 links or to the eastern prolongation of the northern line of lot letter A granted to Miles O'Leary, thence along said prolongation and then west one minute and two chains or to a point distant one chain easterly from a cedar tree standing on eastern bank or shore of Tobique River aforesaid and thence following parallel to the said bank or shore maintaining the distance of one chain therefrom in a northerly direction to the place of beginning, containing 200 acres more or less and distinguished as lo letter C, east Tobique River at Plaster Rock. Being the same lands and premises granted by the Crown to Donald Fraser, Donald Fraser Junior and Archibald Fraser by Grant number 25108 dated September 15, 1904 and being the same lands and premises conveyed by Donald Fraser, Donald Fraser Junior and Archibald Fraser to Fraser Lumber Company Limited by deed bearing date 3rd day of June, 1914 and duly recorded in Victoria County Records in Book O no. 1 pages 251 to 256 under official no. 16881 the 4th day of June, 1914.

And being a portion of the lands deeded by Fraser Lumber Co. Ltd. to Fraser Companies Ltd. by deed dated September 1, 1917 and registered in the Victoria County Records Office September 7, 1917 in book 46 at page 566 under no. 18892.

Also all that certain piece or parcel of land and premises situate, lying and being in the Parish of Gordon, in the County of Victoria in the Province of New Brunswick and bounded and described as follows:

Known as lot letter A in Deputy Andrew Blair's survey at the Plaster rock so called, on the east side of the Tobique River between the Gulquac and Wapskehagan containing 100 acres more or less and granted by the Crown to said Miles O'Leary on the 14th day of February, 1839 under grant no. 1816.

And being a portion of the lands deeded by Fraser Lumber Co. Ltd. to Fraser Companies Ltd. by deed dated September 1, 1917 and registered in the Victoria County Records Office September 7, 1917 in book 46 at page 566 under no. 18892.

Also all those two tracts of land and premises situate, lying and being in the Parish of Gordon, in the County of Victoria in the Province of New Brunswick and bounded and described as follows:

First Tract: Beginning at a point on the southern line of lot letter A granted to Miles O'Leary on the eastern side of the Tobique River at Plaster Rock, intersected by the eastern line of the Tobique Valley Railway and reservation, the said point being distant south easterly 100 feet measured at right angles to the said railway track from the centre thereof, thence from the said point and running by the magnet of the year 1855 east 52 chains and 50 links thence south 13 chains thence west 66 chains or to the eastern line of the Tobique Valley Railway and reservation aforesaid and thence along the same following the various courses thereof in a northeasterly direction maintaining the distance of 100 feet therefrom to the place of beginning, containing 78 acres, more or less, and distinguished as lot letter D, east of the Tobique River at Plaster Rock, being the same lands and premises granted by the crown to The Tobique Manufacturing Company by grant number 24484 and dated the 16th day of December, 1901.

146

Second Tract: Beginning at a fir tree standing on the eastern bank or sore of the
Tobique River at the north western angle of lot number 68 granted to Hezekiah
Day below the Plaster Islands, thence running by the magnet of the year 1855
east 150 feet or to a point distant 100 feet measured easterly and at right angles
from the centre of the track of the Tobique Valley Railway or the location
made for the same in accordance with a plan filed in the Crown Land Office
thence following parallel to the said Tobique Valley Railway tract or the
location made for the same as aforesaid maintaining the distance of 100 feet
therefrom in a north easterly direction with a rectangular distance of 13 chains
or to the southern line of lot letter A granted to Miles O'Leary thence west 350
feet or to the eastern bank or shore of Tobique River aforesaid and thence
along the same following the various courses thereof in a southwesterly
direction down stream to the place of beginning containing 3 ½ acres more or
less and being the front part of lot letter D eastern side of Tobique River at
Plaster Rock, subject however to the right of the Tobique Valley Railway
Company to use the said lands so granted to them as may be required for
railway purposes, being the same lands and premises granted by the Crown to
The Tobique Manufacturing Company by a supplementary grant numbered
24789, dated the 6th day of April, 1903 by authority of an order of the
Lieutenant Governing Council, dated the 13th day of April, 1902.

The aforesaid two tracts of land being a portion of the lands deeded by Fraser
Lumber Co. Ltd. to Fraser Companies Ltd. by deed dated September 1, 1917
and registered in the Victoria County Records Office September 7, 1917 in
book 46 at page 566 under no. 18892.

Also all that certain piece or parcel of land and premises situate, lying and being in the
Parish of Gordon, in the County of Victoria in the Province of New Brunswick and
bounded and described as follows:

Beginning at a post standing at the north east angle of lot letter D granted to
the Tobique Manufacturing Company, at Plaster Rock, thence running by the
magnet of the year 1906 south 87 degrees east 62 chains and 50 links to
another post thence 19 degrees east 11 chains to another post thence south 87
degrees east 5 chains thence south 3 degrees west 25 chains and 50 links to
another post thence north 87 degrees west 69 chains and 50 links to the place
of beginning, containing 97 acres more or less and distinguished as lot letter L
at Plaster Rock. Being the same lands and premises granted by the Crown to
Donald Fraser, Donald Fraser Junior, and Archibald Fraser by grant number
25623 and dated the 8th day of March, 1907 and conveyed by Archibald Fraser
and Donald Fraser, both in their own right and heirs at law of Donald Fraser by
indenture bearing date the 25th day of July, 1917 to the Fraser Lumber
Company Limited.

And being a portion of the lands deeded by Fraser Lumber Co. Ltd. to Fraser
Companies Ltd. by deed dated September 1, 1917 and registered in the
Victoria County Records Office September 7, 1917 in book 46 at page 566
under no. 18892.

Also all that certain piece or parcel of land and premises situate, lying and being in the
Parish of Gordon, in the County of Victoria in the Province of New Brunswick and
bounded and described as follows:

Beginning on the easterly side of the Tobique River at the south west angle of
lot D, thence running east by the magnet of the year 1855 70 chains, thence
south 15 chains, thence west 74 chains to the easterly bank of the said Tobique
River and thence northerly along the easterly bank of said Tobique River
following the various courses thereof to the place of beginning, containing 108

147

acres more or less and distinguished as lot number 68 below Plaster Rock granted by the Crown to the said Hezekiah Day bounded on the north by lot D on the west by the Tobique River on the south by lot 66 granted to George T. Baird and on the east by the rear line of the front tier of lots. To be excepted from the last above described lot the portion thereof agreed to be conveyed to the Canadian Pacific Railway Company by Hale & Murchie in exchange for certain rights of the Canadian Pacific Railway Company in lot D at Plaster Rock, and also excepting from the above described lot one lot of land agreed to be conveyed to one George Henry being in size 100 feet long forty feet in width at the rear and 50 feet wide at the front, being a portion of the lands and premises conveyed by E. H. Hale and wife and George A. Murchie and wife to The Tobique Manufacturing Company by deed bearing date the 26th day of August, 1901 and duly recorded in Victoria County records.

And being a portion of the lands deeded by Fraser Lumber Co. Ltd. to Fraser Companies Ltd. by deed dated September 1, 1917 and registered in the Victoria County Records Office September 7, 1917 in book 46 at page 566 under no. 18892.

Also all that certain piece or parcel of land and premises situate, lying and being in the Parish of Gordon, in the County of Victoria in the Province of New Brunswick and bounded and described as follows:

Beginning at a fir tree on the easterly shore of Tobique River at the south westerly angle of lot number 68 at Plaster Rock granted to Hezekiah Day, thence running east along the dividing line between lots 66 and 68, 66 chains to the north easterly angle of lot number 66, thence south 15 chains, thence west 56 chains and 70 links thence north one chain and 75 links, thence west to the easterly shore of the Tobique River and thence northerly along the said shore of Tobique River following the various courses thereof to the place of beginning containing 98 acres more or less and distinguished as lot number 66 at Plaster Rock, excepting about 2 acres reserved out of said lot at the south west corner of the same, being the same lands and premises granted by the Crown to the Hon. George T. Baird and conveyed by the said Hon. George T. Baird and wife to Donald Fraser, Donald Fraser Junior and Archibald Fraser in the name of Donald Fraser & Sons by deed dated the 29th day of March 1904 and duly recorded in Victoria County Records in book O no. 1 pages 251 to 256 under official number 16881 the 4th day of June, 1914.

And being a portion of the lands deeded by Fraser Lumber Co. Ltd. to Fraser Companies Ltd. by deed dated September 1, 1917 and registered in the Victoria County Records Office September 7, 1917 in book 46 at page 566 under no. 18892.

Also all that certain piece or parcel of land and premises situate, lying and being in the Parish of Gordon, in the County of Victoria in the Province of New Brunswick and bounded and described as follows:

Beginning at a post standing at the north east angle of lot number 66 granted to George T. Baird on the eastern side of Tobique River at Plaster Rock, thence running by the magnet of the year 1906 south 87 degrees east 13 chains and 50 links to another post, thence south 2 degrees west 15 chains to another post, thence north 87 degrees west 13 chains and 50 links to another post, thence north two degrees east 15 chains to the place of beginning, containing 20 acres more or less and distinguished as lot letter K at Plaster Rock, being the lands and premises granted by the Crown to Donald Fraser, Donald Fraser Junior and Archibald Fraser by grant no. 25553 and dated the 10th day of September, 1906 and conveyed by Donald Fraser, Donald Fraser Junior and Archibald Fraser by

148

indenture bearing date the 3rd day of June, 1914 and duly recorded in Victoria County Records in Book O no. 1 pages 251 to 256 under official number 16881 the 4th day of June, 1914.

And being a portion of the lands deeded by Fraser Lumber Co. Ltd. to Fraser Companies Ltd. by deed dated September 1, 1917 and registered in the Victoria County Records Office September 7, 1917 in book 46 at page 566 under no. 18892.

SAVING AND EXCEPTING the following lot, pieces or parcel of land and premises situate, lying and being in the Parish of Gordon, in the County of Victoria in the Province of New Brunswick and bounded and described as follows:

Beginning at a point on the southerly or lower sideline of lands owned by Vernon R. Briggs and Wellington Briggs, said point designated as Station 2+01.4, as shown on a survey plan of Tobique Valley School Site Property as surveyed by Roy E. Wilson, N.B.L.S., dated January 15, 1976, said point being the centre line of a service easement; thence along the said centre line, so described, on a bearing of two hundred seven degrees thirty six minutes [207-36] a distance of two hundred nineteen and five tenths [219.5] feet to the end of easement and designated as Station 4+20.9; taking a strip of land ten [10] feet wide lying to the left of or east of the above described centre line and taking a strip of land ten [10] feet wide lying to the right of or west of the said centre line from Station 2+01.4 to Station 4+20.9.

The hereinbefore described parcel of land containing by ad-measurement fourth thousand three hundred ninety (4,390) square feet and shown as Parcel "B" on the aforesaid survey plan of Tobique Valley School Site Property, said survey plan registered in the Victoria County records under Official Plan no. 2487 on January 29, 1976.

Being the same lands deeded by Fraser Companies, Limited to Her Majesty the Queen by deed dated April 28, 1976 and registered in the Victoria County Records Office May 12, 1976 in book 180 at page 16 under no. 69434.

AND SAVING AND EXCEPTING the following lot, pieces or parcel of land and premises situate, lying and being in the Parish of Gordon, in the County of Victoria in the Province of New Brunswick and bounded and described as follows:

All that certain lot shown as Parcel 90-A on the subdivision plan of Fraser Inc. Subdivision No. 2, Village of Plaster Rock, County of Victoria, Province of New Brunswick, surveyed by Jacques R. Grondin, N.B.L.S., dated October 16, 1990, approved by the Development Officer for the Village of Plaster Rock on December 11, 1990, and filed in the Victoria County Registry Office at the time of registration of the within deed the said parcel 90-A containing 196 square meters.

BEING a parcel of land to be added to and form part of the property of D. Camber Giberson and Theresa Giberson described in a deed registered in the Victoria County Registry Office in book 180, at page 440 as number 66875.

AND BEING the same lands and premises conveyed by Fraser Inc. to D. Camber Giberson and Theresa Giberson by deed dated July 3, 1991 and registered in the Victoria County Registry Office on July 18, 1991 in book 369 at page 362 as number 103971.

AND SAVING AND EXCEPTING the following lot, pieces or parcel of land and premises situate, lying and being in the Parish of Gordon, in the County of Victoria in the Province of New Brunswick and bounded and described as follows:

149

All that certain lot lying and being on Brook Street in the Village of Plaster
Rock, in the Parish of Gordon, County of Victoria, and Province of New
Brunswick, having an area of 1, 179 square meters and being shown as Parcel
91-A on the subdivision plan of FRASER INC. (FRASER CO. LTD.)
SUBDIVISION 91-A prepared by Scott H. Goodine, N.B.L.S., dated 1991-04-
08, approved by Barbara Wishart, Development Officer for the Village of
Plaster Rock, on November 5, 1991, and filed in conjunction with the
registration of the attached deed.

BEING a portion of the lands and premises conveyed to Fraser Companies,
Limited by deed no. 18892 registered in the Victoria County Registry Office in
book 46 at page 566.

AND BEING the same lands and premises conveyed by Noranda Forest Inc by
its attorney, Fraser Inc., to Douglas Rocky Giberson and Pamela Joy Giberson
by deed dated March 24, 1992 and registered in the Victoria County Registry
Office on April 6, 1992, in book 384 at page 44 as number 105664.

AND SAVING AND EXCEPTING the following lots, pieces or parcels of land and
premises situate, lying and being in the Parish of Gordon, in the County of Victoria in
the Province of New Brunswick and bounded and described as follows:

Parcel One: All that certain lot shown as Parcel 93-A on the Subdivision Plan
of Noranda Forest Inc. Village of Plaster Rock Subdivision 93-A, B, &C, Pond
Street, Village of Plaster Rock, surveyed by S.H. Goodine, N.B.L.S., dated
1991-02-04 and 1993-12-02, approved by the Development Officer for the
Village of Plaster Rock on February 17, 1994, and filed in the Victoria County
Registry Office under plan no. 200073, the said parcel 93-A containing 77
square meters.

Parcel Two: All that certain lot shown as Parcel 93-C on the Subdivision Plan
of Noranda Forest Inc. Village of Plaster Rock Subdivision 93-A, B, & C,
Pond Street, Village of Plaster Rock, surveyed by S.H. Goodine, N.B.L.S.,
dated 1991-02-04 and 1993-12-02, approved by the Development Officer for
the Village of Plaster Rock on February 17, 1994, and filed in the Victoria
County Registry Office under plan no. 200073, the said parcel 93-C containing
52 square meters.

Parcels 93-A and 93-C described above are to be added to and form part of the
property of Leonard A. Bradford and Patricia Bradford described in a deed
registered in the Victoria County Registry Office in book 362, at page 481, as
number 103189.

AND BEING a portion of the lands and premises conveyed by Noranda Forest
Inc by its attorney, Fraser Inc., and Village of Plaster Rock, to Leonard A.
Bradford and Patricia Bradford, his spouse, by deed dated April 14, 1994 and
registered in the Victoria County Registry Office on June 20, 1994, in book
428 at page 37 as number 110844.

AND SAVING AND EXCEPTING the following lot, piece or parcels of land and
premises situate, lying and being in the Parish of Gordon, in the County of Victoria in
the Province of New Brunswick and bounded and described as follows:

All that certain lot shown as Lot No. 90-1 on the subdivision Plan of Fraser
Inc. Subdivision No. 2, Village of Plaster Rock, surveyed by Jacques R.
Grondin, N.B.L.S., dated October 16, 1990 and filed in the Victoria County

150

Registry Office under plan number 5038, the said Lot No. 90-1 containing 7,562 square meters.

AND BEING a portion of the lands and premises conveyed by Fraser Inc. to the Village of Plaster Rock by deed dated July 3, 1991 and registered in the Victoria County Registry Office on July 18, 1991, in book 369 at page 374 as number 103793.

AND SAVING AND EXCEPTING the following lot, piece or parcel of land and premises situate, lying and being in the Parish of Gordon, in the County of Victoria in the Province of New Brunswick and bounded and described as follows:

Beginning at a standard survey marker located on the easterly side limits of Brook Street at a point, said point having New Brunswick Grid Coordinate values of 243 1957.126 meters East and 754 5923.622 meters North; THENCE from the place of beginning on the New Brunswick Grid North bearing azimuth 132 degrees 49 minutes 50 seconds a distance of 5.908 meters to another standard survey marker; THENCE on a bearing of 88 degrees 36 minutes 17 seconds a distance of 8.536 meters to another standard survey marker; THENCE on a bearing of 52 degrees 22 minutes 57 seconds a distance of 9.125 meters to another standard survey marker; THENCE on a bearing of 37 degrees 08 minutes 30 seconds a distance of 9.991 meters to another standard survey marker; THENCE on a bearing of 44 degrees 53 minutes 38 seconds a distance of 15.868 meters to another standard survey marker; THENCE on a bearing of 44 degrees 36 minutes 39 seconds a distance of 12.280 meters to a point; THENCE in an east southeasterly direction following the center line of a small brook a distance of 78 meters, more or less, to the shoreline of the Tobique River; THENCE in a downstream direction following the shoreline of the Tobique River to the point of intersection thereof and the center line of another small brook located downstream a distance of 63 meters, more or less, along the shoreline of the said Tobique River from the first mentioned small brook; THENCE in a northwesterly direction following the center line of the said small brook upstream a distance of 60 meters, more or less, to another standard survey marker; THENCE on a bearing of 326 degrees 25 minutes 40 seconds a distance of 16.288 meters to another standard survey marker; THENCE on a bearing of 98 degrees 10 minutes 56 seconds a distance of 8.688 meters to another standard survey marker located on the easterly side limits of Brook Street aforesaid; THENCE on a bearing of 15 degrees 25 minutes 43 seconds a distance of 6.826 meters to the place of beginning.

BEING Lot 99-1, containing 4900 square meters more or less, all as shown on the Nexfor Inc. (Fraser Companies Ltd.) Subdivision 99-1 plan of subdivision, filed in the Victoria County Registry Office on August 11 as Plan No. 11264992.

AND BEING the same lands and premises conveyed by Nexfor Inc. to the Village of Plaster Rock by deed dated September 19, 2000 and registered in the Victoria County Registry Office on September 28, 2000, in book 548 at page 152 as number 11403715.

AND SAVING AND EXCEPTING the following lot, piece or parcel of land and premises situate, lying and being in the Parish of Gordon, in the County of Victoria in the Province of New Brunswick and bounded and described as follows:

All that certain lot being a portion of granted lots 64 and 66 and being lot no. 84-1 on a subdivision plan of Fraser Inc. Subdivision prepared by Ralph S. Hall N.B.L.S. dated December 18, 1984, approved by the Development Officer

151

for the Province of New Brunswick on May 2, 1985, and having been duly registered in the Victoria county Records on May 21, 1985, as number 3980.

BEING a portion of the same lands and premises conveyed by Daniel F. Merrithew to Fraser Companies, Limited (Fraser Inc.) by deed dated June 28, 1973 and registered in the Victoria County Records on July 4, 1973 in book 160 at page 710 as number 64150, and being a portion of the same lands and premises conveyed by Fraser Lumber Company, Limited to Fraser Companies, Limited (Fraser Inc.) by deed dated September 1, 1917 and registered in the Victoria County Records on September 7, 1917 in book T-1 at page 566 as number 18892.

AND BEING the same lands and premises conveyed by Fraser Inc. to The Plaster Rock Golf and Curling Club Inc. by deed dated June 19, 1985 and registered in the Victoria County Registry Office on October 22, 1985, in book 267 at page 552 as number 90504.

AND SAVING AND EXCEPTING the following lot, piece or parcel of land and premises situate, lying and being in the Parish of Gordon, in the County of Victoria in the Province of New Brunswick and bounded and described as follows:

All that certain parcel of land being 33 feet by 53 feet, located adjacent to the Lessor's planer mill at its Plaster Rock sawmill facility, and being shown colour-outlined in red on a plan approved for registration on December 12, 1989 by Barbara Wishart, Development Officer for the Village of Plaster Rock.

The said parcel being a portion of the lands and premises conveyed by Donald Fraser, Donald Fraser Jr., and Archibald Fraser to Fraser Lumber Company, Limited by deed dated June 3, 1914 and registered in the Victoria County Registry Office on June 4, 1914 in Book O, No. 1, at pages 251 to 256 as number 16881, and later conveyed by Fraser Lumber Company, Limited to Fraser Companies, Limited (now Fraser Inc.) by deed dated September 1, 1917 in book T-1, at page 566, as number 18892.

AND BEING the same lands and premises leased by Fraser Inc. to Brunswick Animal Bedding Ltd. by lease dated December 4, 1989 and registered in the Victoria County Registry Office on December 12, 1989, in book 337 at page 166 as number 100032.