50

#5

PID # 35176882

All that certain piece, parcel or lot of land situate, lying and being in the Parish of St. Hilaire, in the County of Madawaska, in the Province of New Brunswick and bounded and described as follows: - On the south by the River St. John, on the east by line dividing lands between Filex Daigle and the said Domase Daigle, on the north by the right of way of the Canadian National Railway, on the west by the line dividing land owned by the estate of the late Hector Daigle.  Said piece of land comprising all the land owned by the grantor situate between the River St. John and the right-of-way of the Transcontinental Railway, and containing 1.72 acres more or less and being part of lot No. 64 conveyed to the said Damase Daigle by one Raphael Daigle by deed dated October 17, 1884, and recorded in Book O, Page 643, Madawaska County records, and conveyed to the said Raphael Daigle by one Augustin Daigle by deed dated July 17, 1868, and recorded in Book F, page 29 of the Victoria County records and conveyed to the said Augustin Daigle by one Henri Chasse by deed recorded in Book "A" Page 219 of the Victoria County records.

Also all that certain piece, parcel or lot of land known as the Sunail Island on the River St. John in front of lot No. 64 and containing 3 acres more or less.

Being the same lands and premises conveyed by Damase Daigle and wife to Fraser Companies, Limited by Deed dated the 20th day of December 1928 and registered in the Madawaska Registry Office on January 3, 1929, in Book K-4, at Page 765, as Number 28846.

51

#6

PID 35248392

All those certain portions, strips or parcels of land situated and being in the City of
Edmundston, in the County of Madawaska, in the Province of New Brunswick and
described as follows:

Being all those strips of shore frontage lying along the eastern bank or shore of the
Madawaska River between said river and a line running more or less parallel
thereto in a southerly direction or downstream and distant backward therefrom at
freshet height or high water mark the number of feet or distance in the first column
set opposite the respective names of the Grantors listed in a certain Deed of Shore
Rights on the Madawaska River, dated November 3, 1916 and made between
Maxime Martin et al as Grantors and Fraser Limited as Grantee, and registered in
the Madawaska County Registry Office on April 30th, 1917 in Book N-2 at Page
248 as No. 17474.

52

#48 35320852
#49 35320845
#7

PID #35126960

All that tract of land, situate in the town of Edmundston in the County of Madawaska, known as the first tract in Provincial, Grant no. 1861 to James Murchie, bearing date the fifth day of April A.D. 1882 and in said grant described as follows: -

"The first tract beginning at a point on the western bank or shore of the Madawaska River, distant fifty links measured across a reserved road rectangularly from the southern line of lot number one hundred and fourteen in Deputy Jack's survey in eighteen hundred and seventy-five, town plat of Edmundston, thence from aforesaid point running by the magnet along the southern side of said reserved road south seventy-two degrees and forty-five minutes west nine chains or to the eastern side of another reserved road, thence along the same south eight degrees and thirty minutes west thirteen chains and eighty links, thence north seventy-two degrees, and forty-five minutes east one chain and fifty links to the western bank or shore of the Madawaska River aforesaid and thence along the same following the several courses thereof, in a northerly direction up stream to the place of beginning, containing seven acres more or less, and distinguished as the first tract, lot Number One town plat of Edmundston." (Except, that part of the last above described tract of land conveyed by James Murchie and Levite Theriault to Joseph Martin à Theodore by deed bearing date the thirty-first day of August A.D. 1889 and registered in the office of the Registrar of Deeds in and for the County of Madawaska in Book "J" pages 26 and 27 by the number 3034 in the said Book.

All that certain tract of land, situate, lying and being in the town of Edmundston aforesaid, bounded as follows:- Beginning at a point on the western bank or shore of the Madawaska River where the southeastern side of a reserved road intersects the same, the said point being distant one chain measured in a south-easterly direction at right angles to the southeastern line of lot Number One Hundred and Forty-three granted to William Emmerson in the town plat of Edmundston, thence running by the magnet South Forty-nine degrees and thirty minutes west eight chains or to the northern angle of Lot Number One Hundred and One granted to Hilaire Pelletier, thence south Forty degrees and thirty minutes east three chains to a stake, thence south Forty-nine degrees and thirty minutes west one chain and twenty-five links to another stake, thence south thirty-three degrees west three chains and fifty links to another stake, thence south forty degrees and thirty minutes east fifteen links, thence south ten degrees west two chains and thirty links to the northern side of another reserved road, thence along the same north seventy-two degrees and forty-five minutes east nine chains and eighty links or to the western bank or shore of the Madawaska River aforesaid and thence along the same following the several courses thereof up stream, in a northerly direction to the place of beginning (excepting out of the above described tract the two reserved roads, fifty links wide shown on plan annexed to said grant) containing five and one half acres more or less and distinguished as Lots Number One Hundred and Two, One Hundred and Three, One Hundred and Four, One Hundred and Five, One Hundred and Six, One Hundred and Seven, One Hundred and Seven east, and lots from Number One Hundred and Eight to One Hundred and Twenty-Two both inclusive in Block M town plat of Edmundston, being granted to James Murchie by Provincial Grant bearing date the First day of December A.D. 1884, and numbered 20214, excepting all that part of the above described lands conveyed to William Tardif by said James Murchie's Sons Company by deed bearing date the thirty-first day of March A.D. 1910, bounded and described as follows:- Beginning at a post on the southeasterly side of Church Street so called on the northwesterly boundary of Lot number One Hundred and Seven (107) situate, one hundred and twenty-five (125) feet distant in a direction, south eighty-one (81) degrees east by the magnet of the year 1909 from the most westerly corner of the Public brick school house in the town of Edmundston, thence south, twenty (20) degrees east for the distance of one hundred (100) feet to another post, thence, north fifty (50) degrees east for the distance of fifty

53

(50) feet to another post, thence north twenty (20) degrees west for the distance of one
hundred (100) feet to another post standing on the southeasterly boundary of said
Church Street, thence south Fifty (50) degrees west along the said southeasterly
boundary of said Church Street for the distance of Fifty (50) feet to the place of
beginning and being part of Lots Number One Hundred and Seven (107) and One
Hundred and Seven B (107B) in the town plat of Edmundston, granted to James
Murchie; And subject to the leasehold interest of Frank S. Murchie in and to a certain
part of said lands on which is situate the dwelling house and out buildings belonging
to the said Frank S. Murchie and now occupied by Bruno Martin and subject to the
right of the said Frank S. Murchie to remove the said buildings therefrom at the
termination of said lease.

BEING the lands and premises described as the Third Parcel and Fourth Parcel in a
Deed dated April 6, 1911 between James Murchie's Sons Company as grantor and
Donald Fraser & Sons Limited as grantee, which Deed was duly registered in the
Madawaska County Registry Office on April 22, 1911 in Book T-1 at Page 8 as
Number 12429.

54

#8

PID #35181429

ALL that certain lot, piece or parcel of land and premises situate, lying and being in the City of Edmundston, in the County of Madawaska and Province of New Brunswick, bounded and described as follows:

"BEING Parcel "A", containing 209 sq.m., of Plan 4761."

BEING a portion of the lands and premises conveyed by Donald N. Doucet, Elizabeth-Ann Dorschner, and Gerard J. Noel to Noranda Forest Inc. by Deed dated October 24, 1996 and registered in the Madawaska County Registry Office on October 25, 1996 in Book 854 at Page 672 as Number 199176.

55

#9

### PID # 35181445

All that certain lot, piece or parcel of land and premises situate, lying and being in the City of Edmundston, in the County of Madawaska and Province of New Brunswick, bounded and described as follows: -

"BEING a lot of land designated as Parcel "B", containing 348 sq.m., as appears in subdivision plan of Fraser Inc. and Léo Pelletier subdivision surveyed by E.L. Howie, dated August 13, 1981 and approved on August 21, 1981 by A. Gagnon, development officer for the City of Edmundston. Said plan being filed in the registry office for the County of Madawaska under Official Plan File No. 4761."

BEING the same lands and premises as described in an Indenture dated September 3, 1981 between Léo Pelletier and Kathleen Pelletier of the first part and Fraser Inc of the second part, which Indenture was duly registered in the Madawaska Registry Office on September 8, 1981 in Book E-14 as Number 124989.

56

#10

**PID 35181562**

All that certain lot, piece or parcel of land and premises situate, lying and being in the Town of Edmundston, in the County of Madawaska and Province of New Brunswick, bounded and described as follows:

On the westerly side of the Highway leading to the Canadian Pacific Railway Station in the said Town, fronting on the said Highway fifty-two (52) feet and running back to the bank of the Madawaska River at highwater mark, maintaining an equal width of fifty-two (52) feet; the same beginning at a post on the western side of the said Highway on the dividing line of lands formerly owned by one Thaddee Hebert from the lot hereby conveyed. Being the same lands and premises conveyed to Paul Theriault by Adele Hedou by Deed dated February 17th 1944 and registered in the Madawaska County Registry Office in Book "L-5", Page 296 under official number 40488.

*51*

#11

PID #35181585

All that certain lot, piece or parcel of land situate, lying and being in the City of
Edmundston, in the County of Madawaska and Province of New Brunswick, bounded
and described as follows:

BEGINNING at a post being one hundred and twenty-five (125) feet distant from the
north side of Aqueduct Street along the line of Alex Angers; thence going west until it
strikes the land owned by Fraser Companies; thence going north along the land of
Fraser Companies until it strikes the Madawaska River at low tide until the land of
Alex Angers; thence along the side of land of Alex Angers going South until it strikes
the land of Freda Allain at the point of beginning.

Being the same lands conveyed to Gilberte Cyr by Donald Cyr and registered in the
Madawaska County Registry Office on April 4th, 1963, in Book H-7 at page 183, as
number 70036.

BEING the same lands and premises conveyed by Gilberte Cyr and Donald Cyr to
Fraser Inc. by Deed dated August 6, 1981 and registered in the Madawaska County
Registry Office on August 12, 1981 in Book C-14 at Page 888 as Number 124630.

58

#12
PID # 35135037

All that certain lot, piece or parcel of land and premises situate, lying and being in the
City of Edmundston, in the County of Madawaska and Province of New Brunswick
and being designated as Lot 6 on the "Plan of Survey of Real Estate properties owned
by Fraser Companies Limited in the City of Edmundston, Madawaska County, N.B."
prepared by C. M. Roy, N.B.L.S. under date of October 1964 – February, 1965, which
said Plan of Survey was approved by The Planning Commission of the City of
Edmundston on the 2nd day of September, 1965 and filed in the Office of the Registrar
of Deeds in and for the County of Madawaska on the 7th day of September, 1965, as
number 1507, the whole being hereinafter sometimes referred to as "the said
premises".

TOGETHER WITH the right to have the existing garage building as located on the
said premises encroach upon the lands of the Grantor to the west of the said premises
shown on the aforementioned Plan and to maintain the same but for so long only as it
remains on the said premises in its present location, the Grantee hereby covenanting to
maintain the same in a good and fit state of repair for so long as it remains in its
present location.

TOGETHER WITH the right to the Grantee, his servants, agents, employees and
workmen, to enter upon Lot 5 shown on the aforementioned Plan for the purposes of
repairing, painting, altering and maintaining the north side of the dwelling presently
located on the said premises and the eaves, roofs, and other projections thereof, and to
enter upon the lands of the Grantor to the west of the said premises shown on the
aforementioned Plan for the purpose of repairing, painting, altering and maintaining
the west side of the garage presently located on the said premises and the eaves, roofs,
and other projections thereof, and for such purposes to erect and have on the said Lot 5
and the lands of the Grantor to the west of the said premises, as there shall be
occasion, ladders, staging and equipment incidental to such operations.

SUBJECT to the right of the owner for the time being of Lot 7, shown on the
aforementioned Plan and his servants, agents, employees and workmen, to enter upon
the said premises for the purpose of repairing, painting, altering and maintaining the
north side of building or buildings presently located on the said Lot 7, and the eaves,
roofs and other projections thereof and for such purposes to erect and have on the said
premises, as there shall be occasion, ladders, staging and equipment incidental to such
operations.

BEING the same description as contained in Deed of Conveyance dated November 16,
1965, between Fraser Companies Limited, as Grantor, and Lucien Bernier, as Grantee,
and duly registered in the Madawaska County Registry Office on November 17, 1965,
as number 75161.

BEING the same lands and premises conveyed by Roland Bernier, Rachel Pelletier,
Lucien Bernier and Catherine Bernier to Noranda Forest Inc. by Deed dated
November 29, 1994 and registered in the Madawaska County Registry Office on
November 30, 1994 in Book 790 at Page 378 as Number 190939.

59

#13
PID # 35135003

ALL THAT certain lot, piece or parcel of land and premises situate, lying and being in
the City or Edmundston, in the County of Madawaska and Province of New
Brunswick, bounded and described as follows:

"Bounded on the North by the Right of Way of the Trans-Continental Railway; on
the East by the Madawaska River; on the South by the Saint John River; on the
West by the Ferry Road."

Being the same, land conveyed in Deed dated January 12, 1920, having Philippe
Chamberland and Joseph Emile Bard as Grantors and Louis Berube as Grantee and
registered in the Madawaska County Registry Office in Book X-2, at pages 409
and 419, as Number 20118 on April 30, 1920.

Being the same land as Deeded to Lucienne Ouellette, wide of Lucien Ouellette by
Anais Berube, widow of Louis Berube, by Deed dated September 15, 1977 and
registered in the Registry Office for the County of Madawaska on September 25,
1979 in Book W-12, at Pages 803, 805 as Number 116.674, the said Deed having
been approved for registration by Patrice Dube, Development_Officer for the City of
Edmundston on September 25, 1979.

66

#14

<u>**PID #35134519**</u>

All that certain lot, piece or parcel of land and premises situate, lying and being in the Town of Edmundston, in the County of Madawaska and Province of New Brunswick, bounded and described as follows:

"BEGINNING at a point on the North side of Aqueduct Street where line of Grantors intersects line of Alex Angers; thence going North for 100 feet until lot of land owned by Donald Cyr; thence going West until a reserved road; thence going South for 100 feet alongside said reserved road until Aqueduct Street; thence going East alongside said Aqueduct Street until place of beginning."

This description is derived from Deed dated October 18, 1950 and registered in the Registry Office for the County of Madawaska on December 14, 1950, in Book C-6, at Page 420, under Number 50,785 and having Belonie R. Cyr and Annie Cyr as Grantors and Freda Allain as Grantee.

BEING a portion of the lands and premises conveyed by Freda Allain, Donald R. Cyr and Onell Cyr to Noranda Forest Inc. by Deed dated March 29, 1995 and registered in the Madawaska County Registry Office on April 28, 1995 in Book 800 at Page 458 as Number 192219.

61

#15

<u>PID # 35134501</u>

ALL that certain lot, piece or parcel of land and premises situate, lying and being in the
City of Edmundston, in the County of Madawaska and Province of New Brunswick,
bounded and described as follows:-

"BEGINNING at a post on the northeasterly side line of Aqueduct Street; said post
being the southwesterly angle of lot owned and occupied by Henri O. Gagnon; thence
in a direction of North fifty-one degrees and one minutes east (N51° 01' E) along the
westerly line of said Henri O. Gagnon lot the distance of one hundred (100) feet to
another post; thence in a direction north thirty-eight degrees and fifty-one minutes west,
(N 38° 51' W) the distance of fifty (50) feet to another post; thence in a direction south
fifty-one degrees and one minutes west (S 51° 01'W) for the distance of one hundred
(100) feet to a post on the northeasterly side line of Aqueduct Street; thence following
said street line in a direction south thirty-eight degrees fifty-one minutes east (S 38°
51'E) the distance of fifty (50) feet to the point of beginning." The directions are
magnetic for the year 1917 and taken from the town plan of Edmundston of the same
year.

This description is derived from a Mortgage dated December 20, 1971 and registered
in the Registry-Office for the County of Madawaska in Book V-8, at page 382, under
number 87514 on December 22, 1971.

APPROVED FOR REGISTRATION by Patrice Dubé, Development Officer, City of
Edmundston, on October 16, 1979.

BEING the same lands and premises as described in a Deed dated October 24, 1996
between Donald N. Doucet, Elizabeth-Ann Dorschner, and Gerard J. Noel as grantors
to Noranda Forest Inc. as grantee, which Deed was duly registered in the Madawaska
County Registry Office on October 25,1996 in Book 854 at Pages 672-678 as Number
199176.

62

#16
PID #35134493

All that certain lot, piece or parcel of land and premises, situate, lying and being in the
City of Edmundston, County of Madawaska and Province of New Brunswick,
bounded and described as follows:-

"Beginning at a point on the northeasterly side of Aqueduct Street in the said Town of
Edmundston where the dividing line between Lot No. 142 and Lot No. 143 intersects
the said northeasterly side line of the said street, thence north forty-nine degrees thirty
minutes (N. 49° 30' E.) east along the said dividing line between Lot No. 142 and Lot
No. 143, one hundred and one and three one-tenths (101.3') feet, to an iron post;
thence south thirty degrees thirty-two minutes (S. 30' 32' E.) east thirty-nine and
seven tenths (39.7') feet to another iron post; thence south nineteen degrees nineteen
minutes (S. 19° 19' E.) east twenty-nine and three tenths (29.3') feet to another iron
post; thence south forty-nine degrees thirty minutes (S. 49° 30' W.) west eighty-five
(85') feet to another iron post, or to the said northeasterly side line of the said
Aqueduct Street; thence north thirty-nine degrees eight minutes (N. 39° 8' W.) west
along the northeasterly side line of the said street, to the place of beginning, containing
six thousand, two hundred and forty-nine and four tenths (6,249.4) square feet, or
approximately fourteen one-hundredths (0.14) of an acre.

BEING the same lands and premises as described in a Deed dated July 8, 1983
between Rosalie Akerley as grantor and Fraser Inc. as grantee, which Deed was duly
registered in the Madawaska County Registry Office on July 15, 1983 in Book O-15 at
Page 170 as Number 133122.

63

#17
PID #35134485

"Beginning at an iron post situate on the easterly side of Aqueduct Street, said iron
post marking the intersection of the southerly side line of the lands conveyed by Fraser
Companies, Limited to Joseph D. Boucher under deed dated September 8th, 1938, with
the aforesaid easterly side line of Aqueduct Street; thence at right angles to the said
easterly side of Aqueduct Street in a northeasterly direction following the aforesaid
southerly side line of the Joseph D. Boucher Lot for a distance of seventy-five (75)
feet to a wooden stake; thence on an angle of seventy-four (74) degrees and forty-eight
(48) minutes for a distance of sixty-six and eight tenths (66.8) feet or to a wooden
stake on the northerly side line of Church Street; thence following the aforesaid
northerly side line of Church Street in a southwesterly direction a distance of fifty-
eight (58) feet or to its intersection with the easterly side line of Aqueduct Street;
thence following the said easterly side line of Aqueduct Street in a northwesterly
direction sixty-six (66) feet or to the point of beginning; excepting and reserving
thereout and therefrom a triangular piece of land situate at the intersection of Church
and Aqueduct Streets having a frontage of fifteen (15) feet on Aqueduct Street and a
similar frontage of fifteen (15) feet on Church Street."

The whole being a portion of Lot No. 143 as conveyed by James H. Lynch and wife to
Fraser Companies, Limited under deed dated December 4th, 1935 and registered in
Book "Z-4", pages 347 and 348, under Official Number 33624 in the Registry Office,
County of Madawaska and being the same as surveyed by Dy. R. L. Howie, August
30th, 1945.

Being the same lands and premises conveyed by Fraser Companies, Limited to Melvin
Louden by deed dated September 11, 1945 and registered in the Registry Office for
the County of Madawaska on September 12, 1945 in Book O-5, page 679 under
Official Number 42664.

BEING the lands described as First Parcel in a Deed dated August 5, 1983 between
Muriel Louden as grantor and Fraser Inc. as grantee, which Deed was duly registered
in the Madawaska County Registry Office on August 8, 1983 in Book P-15 at Page
570 as Number 133410.

64

#18

<u>PID 35131668</u>

ALL that certain lot, piece or parcel of land situate, lying and being in the City of
Edmundston, in the County of Madawaska and Province of New Brunswick, bounded
and described as follows: -

"BEGINNING at a survey marker set at the division line between Parcel "A"
and Parcel "B" herein described; thence Azimuth 169°44'36" for a distance of
18.63 meters to a survey marker; thence Azimuth 86°14'36" for a distance of
21.41 meters to a survey marker; thence Azimuth 86°14'36" for a distance of
12.98 meters more or less to the southerly shore of Madawaska River; thence
following the said southerly shore of Madawaska River in a westerly direction
for a distance of 18.64 meters more or less to the division line between Parcel
"A" and Parcel "B" herein described; thence Azimuth 87°ll'41" for a distance of
8.46 meters more or less to a survey marker; thence Azimuth 87°ll'41"' for a
distance of 23.16 meters to the survey marker being the point and place of
beginning." All Azimuth are N.B. Grid related to N.B. Grid Monuments no.
5440 and 5439.

Containing 601 square meters and being shown as Parcel B on Subdivison Plan
of the Joachim Bouchard Subdivision, in the City of Edmundston, in the County
of Madawaska and Province of New Brunswick, surveyed by Northern
Surveyors Ltd., certified by E.L. Howie, N.B.L.S., dated July 7, 1981, and filed
in the Registry Office of and for the County of Madawaska under <u>official plan
file no. 4752.</u>

Together with a Right of Way in common for Fraser Inc., City of Edmundston and the
Grantor, bounded and described as follows:-

"BEGINNING at point set on the division line between City of Edmundston
lands (Glove Factory) and lands of the Grantor; thence Azimuth 178°57'38" for
a distance of 6.70 meters to a point; thence Azimuth 88°07'55" for a distance of
4.27 meters to a point; thence Azimuth 349°44'36" for a distance of 6.77 meters
to the point; thence Azimuth 268°07'55" for a distance of 3.19 meters to the
point and place of beginning." All Azimuth are N.B. Grid related to N.B. Grid
Monuments no. 5440 and 5439.

Containing 25 square meters and shown inset on Subdivision Plan of the
Joachim Bouchard Subdivision, in the City of Edmundston, in the County of
Madawaska and Province of New Brunswick, surveyed by Northern Surveyors
Ltd., certified by E.L. Howie, N.L.L.S., dated July 7, 1981, and filed in the
Registry Office of and for the County of Madawaska under <u>official plan file no.
4752.</u>

Being the lands and premises described as Parcel 2 in a Deed to Fraser Inc. Limited
dated August 17, 1981 and registered in the Madawaska County Registry Office on
September 8, 1981, in Book B-14, at pages 407-411, as number 124996.

65

#19
PID #35181619

All that certain lot, piece or parcel of land and premises, situate, lying and being in the
City of Edmundston, in the County of Madawaska and Province of New Brunswick,
and being designated as Lot 5 on the "Plan of Survey of Real Estate Properties owned
by Fraser Companies, Limited in the City of Edmundston, Madawaska County, N.B."
prepared by C.M. Roy, N.B.L.S., under date of October, 1964 – February, 1965,
which said Plan of Survey was approved by The Planning Commission of the City of
Edmundston on the 2nd day of September, 1965, and filed in the Office of the Registrar
of Deeds in and for the County of Madawaska on the 7th day of September, 1965, as
Number 1507.

Being the same description contained in Deed Number 97,384, in Book "D-10", page
951, Adeline (Boucher) Albert to Adeline Albert.

Being the same lands and premises conveyed by Adéline Albert to Fraser Inc. by Deed
dated January 15, 1981 and registered in the Madawaska County Registry Office on
January 16, 1981 in Book T-13 at Page 33 as Number 122218.

66

#20

PID #35181577

All that certain lot, piece or parcel of land and premises situate, lying and being in the
City of Edmundston, in the County of Madawaska and Province of New Brunswick,
bounded and described as follows:

"BEGINNING at a point on the northeasterly side of a reserved road on the westerly
side of Madawaska River connecting Church Street and Rice Street in the said City of
Edmundston on the westerly angle of the lot of land conveyed by Thomas A.
Emmerson and Sophie, his wife, to one George Sirois by Deed bearing date the
Twenty-Second day of April, A.D. 1910, said point being fifty-six and sixty-four
hundredths feet distant from the southeasterly side of Rice Street; thence in a direction
south thirty-nine degrees and fifteen minutes east by the magnet of the year 1910,
along the northeasterly boundary of said reserved road for the distance of eighty feet;
thence in a direction north fifty degrees and forty-five minutes east about two hundred
and eighty feet; thence in a direction north fifty degrees and forty-five minutes east
about two hundred and eighty feet to the westerly bank or shore of the Madawaska
River; thence up along the said westerly bank or shore of the Madawaska River
following the various courses thereof up stream in a northerly direction to the
northwesterly boundary of the said lot of land conveyed by the said Thomas A.
Emmerson and Sophie, his wife, to the said George Sirois; thence following the
northwesterly boundary of said lot of land so conveyed to the said George Sirois to a
direction south fifty degrees and forty-five minutes west for a distance of three
hundred and thirty-five feet to the place of beginning."

Being the same land conveyed to Gabrielle Angers by Alex Angers estate and
registered in the Madawaska County Registry Office on May 26, 1967, in Book V-7 at
page 516 as number 78203.

BEING the same lands and premises conveyed by Gabrielle Angers to Fraser Inc. by
Deed dated August 6, 1981 and registered in the Madawaska County Registry Office
on August 12, 1981 in Book C-14 at Page 882 as Number 124629.

67

#21

PID 35186667

All those certain lots, pieces or parcels of land and premises situate, lying and being on the west side of Canada Road in the City of Edmundston, in the County of Madawaska and Province of New Brunswick, and being more particularly bounded and described as follows:

"Beginning at a point where the division line of Farm Lot No. 10 and Farm Lot No.11 meets the westerly sideline of Old Main Highway No. 2; thence from said point along said highway in a southerly direction for a distance of Four Hundred Ninety-Eight point six (498.6') until it strikes land owned by Antoine J. Albert; thence in a westerly direction for a distance of One Hundred and fifty (150') feet; thence in a southerly direction parallel with said highway for a distance of Three Hundred (300') feet until it strikes the northerly boundary line of Farm Lot No. 9 ; thence in a direction (N 79° 15' W) up to the rear line of said Farm Lot No. 10; thence at rear in a northerly direction until it strikes the boundary line of Farm Lot No.11 ; thence in a direction (S 79° 15' E) until it strikes line (N 67° 30' E); thence along said line (67° 30' E) for a distance of six Hundred and Fifty-Five (655') feet or to the place of beginning. Being part of Farm Lot No. 10 owned by Levite Theriault, Parish of St. Jacques, Madawaska County, N.B., as per plan surveyed by Leon C. Leger, N.B.L.S., dated December 1970."

BEING one of the parcels conveyed by Levite J. Theriault and Isabelle Theriault to Thruway Motor-Inn Ltd. by deed dated December 1970 and registered in the Madawaska County Registry Office on September 1, 1971 in Book S-8, at Page 754, as No. 86819.

SAVING AND EXCEPTING therefrom the following conveyances:

1. All that certain lot, piece or parcel of land and premises conveyed by Thruway Motor-Inn Ltd. to Levite J. Theriault by deed dated August 25, 1971 and registered in the Madawaska County Registry Office on September 1, 1971 in Book S-8, at Page 758, as No. 86820.

2. Also, all that certain lot, piece or parcel of land and premises conveyed by Wandlyn Inns Ltd./Les Auberges Wandlyn Ltee. to Her Majesty the Queen in Right of the Province of New Brunswick as represented by the Minister of Transportation, by deed dated September 24, 1987 and registered in the Madawaska County Registry Office on October 22, 1987 in Book V-19, at Page 217, as No. 155255, and being referred to therein as Parcel 85-2.

BEING the same lands and premises described as Parcel Two conveyed by Wandlyn Inns Ltd. to Fraser Inc. by Deed dated March 12, 1992 and registered in the Madawaska County Registry Office on March 13, 1992 in Book 685 at Page 21 as Number 178182.

68

#22

PID # 35186519

All those certain lots, pieces or parcels of land and premises situate, lying and being on the west side of Canada Road in the City of Edmundston, in the County of Madawaska and Province of New Brunswick, and being more particularly bounded and described as follows:

BEGINNING at a point where the division line between Grant Lot No. 9 and Grant Lot No. 10 intersects the western limit of Canada Road; then in a southeasterly direction along the western limit of Canada Road until it intersects the division line between Grant Lot No. 8 and Grant Lot No. 9; then in a southwesterly direction following the division line between Grant Lot No. 8 and Grant Lot No. 9 to the rear line of Grant Lot No. 9 in a northerly direction until it intersects the division line between Grant Lot No. 9 and Grant Lot No. 10; then following said division line in a northeasterly direction until it intersects the western limit of Canada Road, being the place of beginning.

SAVING AND EXCEPTING therefrom the following conveyances:

1. All that certain lot, piece or parcel of land conveyed by Charles H. Llewellyn and Wanda E. Llewellyn to Erno Deschenes by deed dated August 8, 1969 and registered in the Madawaska County Registry Office on August 28, 1969 in Book D-8, at Page 213, as No. 82545.

2. Also, all that certain lot, piece or parcel of land conveyed by Throughway Motor-Inn Ltd. to Gaston Guerrette by deed dated September 22, 1970 and registered in the Madawaska County Registry Office on October 14, 1970 in Book K-8, at Page 351, as No. 84796.

3. Also, all that certain lot, piece or parcel of land conveyed by Thruway Motor Inn Ltd. to Gaston Guerrette by deed dated October 20, 1972 and registered in the Madawaska County Registry Office on November 9, 1972 in Book D-9, at Page 598, as No. 89818.

4. Also, all that certain lot, piece or parcel of land conveyed by Thruway Motor Inn Ltd. to Gaston Guerrette by deed dated October 20, 1972 and registered in the Madawaska County Registry Office on November 9, 1972 in Book D-9, at Page 602, as No. 89819.

Being a portion of Grant Lot No. 9 conveyed by Kennedy Rentals Ltd. To Charles H. Llewellyn by deed dated August 8, 1969 and registered in the Madawaska County Registry Office on August 28, 1969 in book D-8, at Page 212, as No. 82544.

Being the same lands and premises described as Parcel One in a Deed conveyed to Fraser Inc. dated March 12, 1992 and registered in the Madawaska County Registry Office on March 13, 1992 in Book 685 at Page 21 as Number 178182.

69

#23

<u>PID 35147495</u>

ALL that certain lot, piece or parcel of land situate, lying and being in the City of
Edmundston, in the County of Madawaska and Province of New Brunswick, bounded
and described as follows: -

"BEGINNING at a survey marker set at the division line between lands of the
City of Edmundston, (Glove Factory) and lands of the Grantor; thence Azimuth
169°44'36" for a distance of 22.90 meters to a survey marker; thence Azimuth
87°11'41" for a distance of 23.16 meters to a survey marker; thence Azimuth'
87°11'41" for a distance of 8.44 meters more or less to the southerly shore of
Madawaska River; thence following said southerly shore of Madawaska River in
a westerly direction for a distance of 24.32 meters more or less to the corner of a
retaining wall; thence Azimuth 268°07'55" for a distance of 3.36 meters more or
less to a survey marker; thence Azimuth 268°07'55'" for a distance of 21.52
meters to the survey marker being the point and place of beginning." All
Azimuth are N.B. Grid related to N.B. Grid Monuments  no. 5440 and 5439.

Containing 635 square meters and being shown as <u>Parcel "A"</u> on Subdivison
Plan of the Joachim Bouchard Subdivision, in the City of Edmundston, in the·
County of Madawaska and Province of New Brunswick, surveyed by Northern
Surveyors Ltd., certified by B.L. Howie, N.B.L.S., dated July 07, 1981, and filed
in the Registry Office of and for the County of Madawaska under <u>official plan
file no. 4752.</u>

Being the lands and premises described as Parcel 1 in a Deed to Fraser Inc. Limited
dated August 17, 1981, and registered in the Madawaska County Registry Office on
September 8, 1981,  in Book E-14, at page 407, as number 124996.

70

#24

PID #35147065

All that certain lot, piece or parcel of land and premises situate, lying and being in the
Parish of Madawaska, in the County of Madawaska and Province of New Brunswick,
bounded as follows, to wit:-

"BEGINNING at an iron post standing in the northwestern limit of Aqueduct Street
and at the most western angle of Lot Number One Hundred and Thirty-Nine and One-
Half granted to T.A. Emmerson in the Town of Edmundston, thence running by the
magnet of 1929 north fifty-one degrees and fifty-four minutes east along the
northwestern limit of said Lot two chains and eighty three links or to a point distant
three chains from a post in the southwestern bank or shore of the Madawaska River
and measured on a course normal thereto, thence in a northwesterly and northeasterly
direction parallel to said bank or shore to a point in the southeastern limit of Lot
Number One granted to Francis Rice and distant three chains from a post on the
southwestern bank or shore of the Madawaska River and measured as heretofore,
thence south fifty-one degrees and fifty-four minutes west along the said southeastern
limit of Lot Number One granted to Francis Rice two chains and eighty three links to a
post standing at a point where the northwestern prolongation of the northeastern limit
of Aqueduct Street intersects the southeastern limit of said Lot Number One, thence
south thirty-eight degrees and six minutes east along said prolongation of said Street
eighty six links to the place of beginning.  Containing Twenty three Hundredths of an
Acre, more or less, and distinguished as the Northeast Part of Rice Street, within the
Town of Edmundston."

This description is derived from a Grant to the City of Edmundston which said grant is
dated the 1st day of February, A.D. 1930 and registered in the Registry Office for the
County of Madawaska in Book R-4, at page 526-527 under official number 19885 on
the 24th day of February, A.D. 1930.

BEING the same lands and premises conveyed by The City of Edmundston to Fraser
Inc. by Deed dated May 5, 1983 and registered in the Madawaska County Registry
Office on May 6, 1983 in Book I-15 at Page 236 as Number 131926.

71

#25

PID #35257476

All that certain lot, piece or parcel of land situate, lying and being in the City of Edmundston, in the County of Madawaska and Province of New Brunswick, bounded and described as follows:-

"BEGINNING at the intersection of the property line of Fraser Inc. (formerly Laure Marquis) and Guy Charest with the westerly limit of the new Trans Canada Highway; thence following said property line in a westerly direction to the northerly limit of a Crown Reserved Road (Chemin Rossignol); thence following said limit in a northerly direction to the property line between Guy Charest and Raymond Parent and Olive St. Onge; thence following said property line, along Raymond Parent and Olive St. Onge to the limit of the new Trans Canada Highway; thence following said limit in a southerly direction to the point of beginning.

Being part of Grant lot no. 13 and 14 and containing approximately 40 hectares.

And being part of the same lands conveyed to Guy Charest by Suzanne Dumont by deed dated April 3, 1973 and registered in the Madawaska County Registry Office on April 4, 1973 in Book H-9, at page 93 as number 90771, and by deed dated October 1, 1976 and registered in the Madawaska Registry Office on October 4, 1976 in Book Y-10, at Page 538 as Number 103223.

Same having been Approved for Registration by Maurice D'Amours, "agent d'aménagement Commission d'Urbanisme du Madawaska" on August 8, 1985 by an Agreement of Purchase and Sale dated August 8, 1985 and registered in the Registry Office for the County of Madawaska on August 9, 1985, in Book H-17, page 519, as number 142295.

Being the same lands and premises conveyed by Guy G. Charest and Blanche Charest to Fraser Inc. by Deed dated January 15, 1986 and registered in the Madawaska County Registry Office on January 24, 1986 in Book Number U-17 at Page 658 as Number 144383.

72

#26
PID # 35135060

All that certain lot, piece or parcel of land and premises situate, lying and being in the
City of Edmundston, in the County of Madawaska and Province of New Brunswick,
and being designated as Lot 9 on the "Plan of Survey of Real Estate Properties owned
by Fraser Companies, Limited in the City of Edmundston, Madawaska County, N.B."
prepared by C. M. Roy, N.B.L.S. under date of October, 1964 – February, 1965,
which said Plan of Survey was approved by the Planning Commission of the City of
Edmundston on the 2nd day of September, 1965, and filed in the Office of the Registrar
of Deeds in and for the County of Madawaska on the 7th day of September, 1965, as
number 1507, the whole being hereinafter sometimes referred to as "the said
premises".

BEING the same lands and premises conveyed by Georgette Ringuette to Noranda
Forest Inc. by Deed dated February 22, 1996 and registered in the Madawaska County
Registry Office on March 5, 1996 in Book 832 at page 353 as number 196137.

73

#27

PID # 35135052

All that certain lot, piece or parcel of land and premises situate, lying and being in the
City of Edmundston, in the County of Madawaska and Province of New Brunswick
and being designated as Lot 8 on the "Plan of Survey of Real Estate Properties owned
by Fraser Companies, Limited in the City of Edmundston, Madawaska County, N.B."
prepared by C.M. Roy, N.B.L.S., under date of October, 1964 – February 1965, which
said Plan of Survey was approved by The Planning Commission of the City of
Edmundston on the 2nd day of September, 1965 and filed in the Office of the Registrar
of Deeds in and for the County of Madawaska on the 7th day of September, 1965, as
Number 1507, the whole being hereinafter sometimes referred to as "the said
premises".

TOGETHER WITH the right to the Grantee, his servants, agents, employees and
workmen, to enter upon Lot 7 shown on the aforementioned Plan for the purpose of
repairing, painting, altering and maintaining the north side of the dwelling presently
located on the said premises and the eaves, roofs and other projections thereof, and to
enter upon lands of the Grantor located to the west of the said premises shown on the
aforementioned Plan for the purpose of repairing, painting, altering and maintaining
the west side of the garage presently located on the said premises and the eaves, roofs
and other projections thereof, and for such purposes to erect and have on the said Lot 7
and lands of the Grantor located to the west of the said premises, as there shall be
occasion, ladders, staging and equipment incidental to such operations.

SUBJECT TO the right of the owner for the time being of Lot 9, shown on the
aforementioned Plan and his servants, agents, employees and workmen, to enter upon
the said premises for the purpose of repairing, painting, altering and maintaining the
north side of the dwelling presently located on the said Lot 9, and the eaves, roof and
other projections thereof and for such purposes to erect and have on the said premises,
as there shall be occasion, ladders, staging and equipment incidental to such
operations.

BEING the same parcel of land already conveyed to Mike Bard and Diane Cyr by
Renaud Morel and his wife, Louise Morel, by Deed dated December 5, 1994 and said
Deed registered in the Madawaska County Records on December 5, 1994 in Book
790, at page 599, as number 190975.

BEING the same lands and premises conveyed by Mike Bard and Diane Cyr to
Noranda Forest Inc. by Deed dated September 15, 1995 and registered in the
Madawaska County Registry Office on September 22, 1995 in Book 817 at Page 671
as Number 194199.

74

#28

PID # 35135045

All that certain lot, piece or parcel of land and premises situate, lying and being in the
City of Edmundston, in the County of Madawaska and Province of New Brunswick,
and

BEING DESIGNATED as <u>Lot No. 7</u> on the Plan of Survey of Real Estate Properties
owned by Fraser Companies, Limited in the City of Edmundston, Madawaska County,
N.B., prepared by C.M. Roy, N.B.L.S., under date of October 1964 – February 1965,
which said Plan of Survey was approved by the Planning Commission of the City of
Edmundston on the 2nd day of September, 1965 and filed in the Office of the Registrar
of Deeds in and for the County of Madawaska on the 7th day of September, 1965, as
<u>Number 1507.</u>

TOGETHER WITH the right to the Grantee, his servants, agents, employees and
workmen to enter upon Lot 6 shown on the aforementioned Plan for the purpose of
repairing, painting, altering and maintaining the north side of the building or buildings
presently located on the said premises and the eaves, roofs and other projections
thereof and for such purposes to erect and have on the said Lot 6, as there shall be
occasion, ladders, staging and equipment incidental to such operations.

SUBJECT TO the right of the owner for the time being of Lot 8, shown on the
aforementioned Plan and his servants, agents, employees and workmen to enter upon
the said premises for the purpose of repairing, painting, altering and maintaining the
north side of the building or buildings presently located on the said Lot 8, and the
eaves, roof and other projections thereof and for such purposes to erect and have on
the said premises, as there shall be occasion, ladders, staging and equipment incidental
to such operations.

BEING the same as appear in Deed dated November 1st, 1965 between Fraser
Companies, Limited and George Dufour, registered on November 2nd, 1965 in Book
Q-7, at page 144, as number 75080.

BEING the same lands and premises conveyed by Georgette Thibodeau and Ida
Dufour to Noranda Forest Inc. by Deed dated October 24, 1995 and registered in the
Madawaska County Registry Office on October 30, 1995 in Book 821 at page 557 as
number 194728.

75

#29

### PID #35181494

All that certain lot, piece or parcel of land and premises situate, lying and being in the
City of Edmundston in the County of Madawaska and Province of New Brunswick,
bounded and described as follows: BEGINNING at a post on the north side of
Aqueduct Street where the land of the Grantors meets the land of Alex Angers; thence
going north along the line of the said Alex Angers until the Madawaska River; thence
along the said Madawaska River until the land of Gilles Sirois; thence going south
along the line of the said Gilles Sirois for one hundred and seventeen (117) feet and
following afterwards a certain right of way until Aqueduct Street; thence going west
along the said Aqueduct Street until the place of beginning.

Being the same lands and premises conveyed to Noella Sirois by the Gilles Sirois
Estate (Last Will and Testament) registered in Book B-10, page 354 as #097510 on
May 6, 1975.

BEING the same lands and premises described as Parcel Three in Deed dated August
6, 1981 conveyed by Noella Sirois to Fraser Inc. and registered in the Madawaska
County Registry office on August 12, 1981 in Book C-14 at Page 893 as Number
124631.

76

**#30**

**PID #35273648**

ALL that certain lot, piece or parcel of land and premises situate, lying and being in the City of Edmundston, in the County of Madawaska and Province of New Brunswick, bounded and described as follows:

"BEGINNING at a post 100 feet distant from Aqueduct Street where the most northeastern corner of lot of land of Freda Allain meets the line of Alex Angers; thence going north along the line of the said Alex Angers for 25 feet until a post; thence going west until the land of Fraser Companies; thence going south for 25 feet along the land of Fraser Companies Ltd. until the land of Freda Allain; thence along the line of Freda Allain in a straight line until the land of Alex Angers or place of beginning."

This description is derived from Deed dated May 16, 1959 and registered in the Registry Office for the County of Madawaska on May 20, 1959, in Book W-6, at Page 297, under Number 63,283 and having Donald Cyr and Gilberte Cyr as Grantors and Freda Allain as Grantee.

TOGETHER with a right-of-way from Aqueduct Street on the reserved road on land of Freda Allain until it reaches the above described lot owned by Donald Cyr. This right-of-way is for the Grantees, heirs, executors and assigns.

This description is derived from Deed dated September 4, 1981 and registered in the Registry Office for the County of Madawaska on September 9, 1981, in Book B-14, at Page 556, under Number 125028 and having Gilberte Cyr as Grantor, Freda Allain as Grantee and Donald R. Cyr as Party of the Third Part.

BEING the same lands and premises conveyed by Freda Allain, Donald R. Cyr and Oneil Cyr to Noranda Forest Inc. by Deed dated March 29, 1995 and registered in the Madawaska County Registry Office on April 28, 1995 in Book 800 at Page 458 as Number 192219.

77

#31

PID #35160662

All that certain lot, piece or parcel of land and premises situate, lying and being in the Parish of Madawaska, in the County of Madawaska and Province of New Brunswick, bounded and described as follows:

"BEGINNING at the intersection of the property line between Roger Daigle and Kennedy Developments Ltd. with the limit of the new Trans-Canada Highway; thence following said property line in a westerly direction to Chemin Rossignol; thence following said Chemin Rossignol in a northerly direction to the property line between Antonio Toussaint and Laure Marquis; thence following said property line in an easterly direction to the limit of the new Trans-Canada Highway; thence following said limit in a southerly direction to the point of beginning."

Being Granted Lot No. 11 and containing approximately 50 hectares, more or less.

Being a consolidation of two parcels of land derived from deed of Sylvio Daigle to Antonio Toussaint and Lucille Daigle, registered as number 135709 in Book Z-15, at page 367, and registered on January 16, 1984 and from Deed of Roger Daigle registered as number 69817, in Book G-7, at page 639, dated February 6, 1963. Both Deeds filed in the Madawaska County Registry Office.

BEING the same lands and premises conveyed by Antonio Toussaint et al to Fraser Inc. by Deed dated July 25, 1985 and registered in the Madawaska County Registry Office on July 25, 1985 in Book G-17 at Page 562 as Number 142142.

SAVE AND EXCEPT all those lands and premises described in a Deed to Antonio Toussaint and Lucille Daigle registered in the Madawaska County Registry Office on January 16, 1984 in Book Z-15 at Page 367 as Number 135709.

78

#41 35320985
#32

PID #35173400

All that certain lot, piece or parcel of land and premises situate, lying and being in
the City of Edmundston in the County of Madawaska and Province of New
Brunswick, bounded and described as follows:

PARCEL ONE:   (Honoré Cyr Lot)

Beginning at the point on the easterly bank or shore of the Madawaska River where
the division line between the lands of the said Honoré Cyr and land of the James
Murchie's Sons Company meets the said River, thence in an easterly direction along
said division line between the lands of the said Honoré Cyr and land of the said
James Murchie's Sons Company to the westerly boundary of the land of the
Temiscouata Railway Company, thence in a northerly direction along the land of the
Temiscouata Railway Company to the division line between land of the said Honoré
Cyr and land of Xavier Hebert, thence in a westerly direction along said division line
to the easterly bank or shore of the Madawaska River, thence down along the
easterly bank or shore of the Madawaska River in a southerly direction to the place
of beginning, said lot of land being bounded on the westerly side by the Madawaska
River, on the southerly side by land conveyed to James Murchie's Sons Company by
Eloi Cyr and wife, on the easterly side by the land of the Temiscouata Railway
Company, and on the northerly side by land of Xavier Hebert.  Being the same lands
and premises conveyed by Honoré Cyr and wife to Donald Fraser & Sons, Limited,
by Indenture bearing date the 21st day of March, A.D. 1911, and duly recorded in
Madawaska County Records in Book J-1, pages 563 to 566 under official number
13767, the 12th day of December, A.D. 1912.  Being the tract described as the
Honoré Cyr Lot.

PARCEL TWO:   (Eighth Tract)

All that certain piece or parcel of land situate, lying and being in the Parish and
County of Madawaska and Province of New Brunswick bounded as follows:-  On the
front by the Madawaska River, on the rear by the Temiscouata Railway and on the
upper and lower sides by the sides of land now belonging to the said Eloi Cyr, being
part of lot Number Three.

Being the same lands and premises conveyed by Fraser Limited to Fraser
Companies, Limited by Deed dated September 1, 1917 and registered in the
Madawaska County Registry Office in Book O-2 at Pages 332-365 as Number
17821.

79

#33
PID #35165745

All that certain lot, piece or parcel of land and premises situate, lying and being in the
City of Edmundston, in the County of Madawaska and Province of New Brunswick,
bounded and described as follows:

"BEGINNING at the intersection of the property line between Fraser Inc. and Laure
Marquis with the westerly limit of the new Trans Canada Highway; thence following
said property line in a westerly direction to the northerly limit of a Crown Reserved
Road (Rossignol Road); thence following said limit in a northerly direction to the
property line between Laure Marquis and Guy Charest; thence following said property
line in an easterly direction to the limit of the new Trans Canada Highway; thence
following said limit in a southerly direction to the point of beginning."

BEING part of Granted Lot No. 12 and containing approximately 38 hectares, more or
less.

BEING the same lands and premises conveyed by Laura Mai Marquis and Louis
Marquis to Fraser Inc. by Deed dated August 8, 1985 and registered in the Madawaska
County Registry Office on August 8, 1985 in Book H-17 at Page 494 as Number
142288.

*80*

#42 35320944
#43 35320936
#44 35320928
#45 35320910
#46 35320902
#47 35320886

**Being a portion of PID 35147305**

That parcel of land and premises being in:

Place Name:  Edmundston
Parish / County: Madawaska/Masawaska
Province:  New Brunswick

Deed 17821 – Frank Rice Lot

"Beginning at a point on the northerly boundary of Rice Street 290 feet distant from the easterly boundary of Canada Road, measured easterly along said northerly boundary of Rice Street, thence northerly and parallel with Canada Road for a distance of 110 feet to a post; thence westerly and parallel with Rice Street for a distance of 125 feet to a post on the northwest corner of land conveyed to Lea Landry by the said J. Frank Rice by deed dated November 4[th], 1915 registered in the office of the Registrar of Deeds in and for the County of Madawaska in Book J-2 No. 16433; thence southerly along the westerly boundary of said land of Lea Landry for a distance of 10 feet to a post standing on the north east angle of land of conveyed to Annie Baker by the late Annie Rice by deed dated May 30[th], 1912 and registered in said Office in Book X-1 No. 13319 thence westerly and parallel with Rice Street to the easterly boundary of land conveyed to Ronald Belanger by the late Annie Rice by deed dated March 9[th], 1912 registered in said Office in Book W-1 No. 13144; thence northerly preserving a distance of 100 feet from the easterly boundary of Canada Road for a distance of 1816 feet to a post on the north east corner of land agreed to be sold to Louis Plant by Annie Rice by Agreement dated February 13[th], 1912, registered in said Office in Book W-1 No. 13136, thence easterly along the southerly boundary of land conveyed to Mathilde Perron by the said J. Frank Rice by deed dated September 23rd, 1914, registered in said office in Book G-2 No. 15830, for a distance of 36 feet to the southeast corner of said land of Mathilde Perron for a distance of 53 feet to the north east corner of her said land; thence westerly along the northerly boundary of her said land for a distance of 36 feet to the south east corner of land conveyed to Mathew Ouellette by the late J. Francis Rice by deed dated February 25th, 1902 registered in said office in Book X No. 7049, thence northerly preserving a distance of 100 feet as follows:

On the eastern side by the land of Tenuscouata Railway Company purchased from the said Florent Martin on the southerly side of land of said Tenuscouata Railway Company, purchased from one T. Medley Richards, on the west side of the Madawaska River and on the north by land owned by Maxine Martin.

Being the same lands and premises mentioned and described in the deed from Florent Martin and wife to the said Fraser Limited, by Indenture bearing date the 22nd day of March, A.D. 1917 and duly recorded in Madawaska County recorded in Book M-2, pages 696-698 under official number 17334 the twenty fourth day of March A.D. 1917.

BEING the same lands and premises conveyed by Fraser Limited to Fraser Companies Limited in a Deed dated September 1, 1917 and registered in the Office of the Registrar of Deeds in and for the County of Madawaska under date of September 7, 1917 in book 0-2 at Page 332 as Number 17821.

Deed 17821 – Leonie Fournier Lot

Leonie Fournier Lot –

ALSO all that certain lot, piece or parcel of land and premises situate, lying and being in the Town of Edmundston in the County of Madawaska aforesaid, bounded and described in the conveyance thereof from Francis Fournier and Catherine his wife, Florent Fournier and Annie his wife, Cecile Fournier, Delia Fournier, Michel Fournier, Maxine Cyr and Mary Elizabeth his wife to the said Leonie Fournier, bearing date the fifteenth day of October, A.D. 1910, registered in the Office of the Registrar of Deeds in and for said County of Madawaska in Book O, pages 683-686, and numbered 6609 in said Book, as follows: namely –

On the front or south by the highway road leading from Edmundston to Riviere du Loup known as Canada Road, on the north by the river Madawaska, on the west by land occupied by Joseph L. Hebert and on the east by land owned and occupied by J. Francois Rice, being a portion of the residue of lot number two (2) granted to Michel Lighe lying on the northeast side of said Canada Road and containing forty five acres, more or less, as by reference to said conveyance or to the said registry thereof will appear.

BEING the same lands and premises mentioned and described in the deed thereof from Leonie Fournier and Michel Fournier her husband, to the said Fraser Limited, bearing date the twelfth day of March, A.D. 1917 and duly recorded in Madawaska County records in Book M-2, pages 645-647 under official number 17315 the fifteenth day of March, A.D., 1917.

TOGETHER WITH THE BENEFIT of all the flowage and other rights and easements, given, granted, sold, conveyed and released by Maxine Martin and others to the said Fraser Limited by Indenture bearing date the third day of November, A.D. 1916, and duly recorded in Madawaska County records in Book N-2, pages 248 to 256 under official number 17474, the seventh day of May, A.D. 1917.

TOGETHER WITH THE BENEFIT of all the flowage and other rights and easements, given, granted, sold, conveyed and released by Antoine Levesque to the said Fraser Limited by Indenture bearing date the 29th day of January, A.D. 1917, and duly recorded in Madawaska County records in Book N-2, pages 236 to 238 under official number 17470, the fourth day of May, A.D. 1917.

TOGETHER WITH THE BENEFIT of all the flowage and other rights and easements, given, granted, sold, conveyed and released by Lea Paradis to the said Fraser Limited by Indenture bearing date the fourth day of January, A.D. 1917, and duly recorded in Madawaska County records in Book M-2, pages 466 to 468 under official number 17242, the second day of February, A.D. 1917.

BEING the same lands and premises conveyed by Fraser Limited to Fraser Companies Limited in Deed dated September 1, 1917 and registered in the Office of the Registrar of Deeds in and for the County of Madawaska under date of September 7, 1917 in Book O-2 at Page 332 as Number 17821.

SAVE AND EXCEPT Lot 2004-A as shown on a Plan Lotissement Fraser Papers Inc., registered in the Madawaska County Registry Office on April 22, 2005 as Plan #20149531.

82

#34 35321058
#35 35321041
#36 35321033
#37 35321025
#38 35321017
#39 35321009
#40 35320993
#51

PID #35265651

PARCEL ONE:

All that certain piece, parcel or lot of land situate, lying and being in the City of
Edmundston, County of Madawaska and Province of New Brunswick, on the
eastern side of Madawaska River, described as follows:- Beginning at a point on
the western side of Victoria Street where the division line between lands owned by
Florent Martin and land owned by Florent Fournier intersects the western side of
Victoria Street; thence south 75 degrees 45 minutes west for a distance of 135 feet
to the eastern boundary of the Temiscouata Railway right-of-way; thence
following said boundary in a southeasterly direction for a distance of 50 feet;
thence north 75 degrees 45 minutes east for a distance of 130 feet to the western
boundary of Victoria Street; thence along the western boundary of said Victoria
Street north 10 degrees 75 minutes west for the distance of 50 feet to the place of
beginning, as will more fully appear by reference to the plan hereto annexed, and
made by John Emmerson, D.L.S., which said plan forms part of this conveyance.

Being the same lands and premises conveyed by Florent Fournier & wife to Fraser
Companies Ltd. by Deed dated May 10, 1929 and registered in the Madawaska
County Registry Office in Book L-4 at Pages 139-141 as Number 29189.

PARCEL TWO:

All that certain piece, parcel or lot of land and premises situate, lying and being in
the City of Edmundston, in the County of Madawaska, in the Province of New
Brunswick, bounded and described as follows:-  Beginning at a point on the
western boundary of Victoria Street where the line dividing land formerly owned
by Florent Fournier and Florent Martin intersects the said western boundary of
said Victoria Street; thence north 10 degrees 57 minutes west for a distance of 40
feet; thence south 75 degrees 45 minutes west for the distance of 138 ft. more or
less to the eastern boundary of the Temiscouata Railway right of way; thence south
following said boundary of said Temiscouata Railway for a distance of 40 feet;
thence north 75 degrees 45 minutes east for a distance of 135 feet to the place of
beginning.  The same being part of lot owned by said Florent Martin on the eastern
side of Victoria Street, and the same being the land over which the wires of the
Hydro Electric Transmission line of Fraser Companies, Limited have been strung.

Being the same lands and premises conveyed by Florent Martin to Fraser
Companies, Limited by Deed dated August 26, 1929 and registered in the
Madawaska County Registry Office in Book L-4 at Pages 175-177 as Number
29457.

83

**PARCEL THREE:**    (Ninth Tract)

Also all that certain piece or parcel of land and premises situate, lying and being in
the City of Edmundston aforesaid, conveyed by Joseph Martin (Menock) and
Oliva his wife, to James Murchie's Sons Company by deed bearing date the
fifteenth day of July A.D. 1910, registered in the Office of the Registrar of Deeds
in and for the County of Madawaska in Book P-1, pages 503, 504, 505, 506 and
507 by the number 11874 and in said deed and subject to the provisos therein
contained described as follows, to wit:- Beginning at a post standing on the
division line between said lot of land owned by said Joseph Martin (Menock) and
land owned and occupied by one Eloi P. Cyr at a point where the Temiscouata
Railway Company lands cross said division line, thence from said post in a
southerly direction following said division line till it strikes the Madawaska River
at a post, thence in an easterly direction following said Madawaska River down
stream till it strikes the division line between said lot of land owned and occupied
by Joseph Martin (Menock) and lot of land owned and occupied by one Joseph M.
Martin to a post, thence in a northerly direction following said division line last
above mentioned till it strikes land owned and occupied by the Temiscouata
Railway Co. to a post, thence in a westerly direction following said land owned
and occupied by Temiscouata Railway Co. to the place of beginning.

Being referred to as the Ninth Tract in Deed dated September 1, 1917, Fraser
Limited to Fraser Companies, Limited, registered in the Madawaska County
Registry Office in Book O-2 at Page 332 as Number 17821.

**PARCEL FOUR:**    (Maxime Martin Lot)

All that certain lot, piece or parcel of land and premises situate, lying and being in
the City of Edmundston in the County of Madawaska and Province of New
Brunswick, bounded and described as follows: On the front by the Madawaska
River, on the rear by the right of way land of the Temiscouata Railway Company,
and on the upper and lower sides by lands owned by the said Fraser Companies,
Limited, said lot, piece or parcel of land hereby conveyed or intended so to be
being designated as lot number two (2) on the north east side of the Madawaska
River aforesaid, on the plan filed with the Lieutenant Governor in Council,
pursuant of Chapter 66 of 8 George V 1918.

Being the same lands and premises conveyed by Maxime Martin to Fraser
Companies, Limited by Deed dated July 24, 1920 and registered September 9,
1920 in the Madawaska County Registry Office in Book A-3 at Pages 636-638 as
Number 20890.

84

PARCEL FIVE:    (Florent Martin Lot)

Also all that certain lot, piece or parcel of land and premises situate, lying and
being in the City of Edmundston aforesaid, bounded and described as follows:-
On the eastern side by the land of Temiscouata Railway Company purchased from
the said Florent Martin, on the southerly side by land of said Temiscouata Railway
Company, purchased from one Medley Richards, on the west side of the
Madawaska River, and on the north by land owned by Maxime Martin.  Being the
same lands and premises mentioned and described in the deed from Florent Martin
and wife to the said Fraser Limited, by Indenture bearing date the 22nd day of
March A.D. 1917, and duly recorded in Madawaska County Records in Book M-2,
pages 696 to 698 under official number 17334 the twenty-fourth day of March,
A.D. 1917.

Being referred to as Florent Martin Lot in Deed dated September 1, 1917, Fraser
Limited to Fraser Companies Limited, registered in the Madawaska County
Registry Office in Book O-2 at Page 332 as Number 17821.

PARCEL SIX:    (Temiscouata Railway Company Lot)

Also all that certain lot of land situate in the City of Edmundston in the County of
Madawaska and described in a certain Indenture bearing date the fourth day of
March, A.D. 1917, made between the said Fraser Limited of the one part, and the
Temiscouata Railway Company, and duly recorded in Madawaska County records
in Book N-2, pages 242 to 247 under official number 17473 the 5th day of May
A.D. 1917, as follows:-  Beginning at a point on the easterly bank or shore of the
Madawaska River where the division line between the lands belonging to Fraser
Limited conveyed by Xavier Hebert and Marguerite Hebert his wife to John G.
Murchie by deed dated August 14th, 1885 and by James Murchie's Sons Company
to said Fraser Limited, and the lands belonging to the Temiscouata Railway
Company conveyed to it by Xavier Hebert and Marguerite his wife, and Pani
Hebert and Annie his wife, meets the said Madawaska River, thence up along the
easterly bank or shore of the Madawaska River in a northerly direction following
the various courses of said River to the division line between the land of the
Temiscouata Railway Company and land belonging to Florent Martin, thence
along said division line to a point distant ten feet from the top of the bank along
said easterly side of the Madawaska River, thence in a southerly direction and
maintaining a distance of ten feet from the top of said bank along said river to a
point twenty five feet distant at right angles northerly from the centre line of the
proposed railway of Fraser Limited, leading to the proposed railway bridge of
Fraser Limited across the Madawaska River all as shown on the said plan drawn
by John T. Emmerson hereinbefore mentioned, thence in an easterly direction
passing a point ten feet distant southerly from the southerly corner of the coal shed
of the said Temiscouata Railway Company to a point ten feet distant at right
angles westerly from the centre of the main line track of the Temiscouata Railway,
thence in a southerly direction in a line parallel with the centre of said main line
track to the northerly boundary of said lands belonging to said Fraser Limited,
thence along the northerly boundary of said land of Fraser Limited to the place of
beginning. Saving and excepting out of the lands and premises hereby conveyed or
agreed to be conveyed by the said Fraser Limited to the Temiscouata Railway
Company by way of exchange a lot of land situate in the City of Edmundston
aforesaid, and bounded and described in the said Indenture made between the said
Fraser Limited and the Temiscouata Railway Company, and dated the fourth day
of March A.D. 1917 as hereinbefore set forth.

85

Being referred to as Temiscouata Railway Company Lot in Deed dated September 1, 1917 Fraser Limited to Fraser Companies Limited registered in the Madawaska County Registry Office in Book O-2 at Page 332 as Number 17821.


PARCEL SEVEN:

ALSO ALL our right, title and interest as Heirs of Marguerite Sarlabous in and to four (4) rods in width of that part of Lot No. 1, of the "Sarlabous Estate" which fronts on the Madawaska River, together with all riparian rights thereto attached.

Being a portion of the lands and premises conveyed by Delvina Sarlabous et al to Fraser Companies, Limited by Deed dated June 15, 1945 and registered in the Madawaska County Registry Office in Book O-5 at Pages 283-285 as Number 42,303.

86

#52

**PID #35233964**

All those certain lots, pieces or parcels of land situate, lying and being in the Town of
Edmundston, in the County of Madawaska and Province of New Brunswick, and
being parts of the Sarlabous Estate in parts of Lot No. 1, granted to Joseph Hebert and
bounded and described as follows:

BEGINNING at the intersection of the northwesterly limit of 31st Avenue and the
southerly limit of Hebert Boulevard as shown on a certain plan showing subdivision of
Sarlabous Estate, filed in the Madawaska County Registry Office as Plan #334; thence
south 52° 35' West along the northwestern boundary or limits of said 31st Avenue for a
distance of two hundred sixty-nine and seven tenths (269.7') feet to a wooden post at
the northeastern corner of lot sold to Adelard Levesque; thence northwesterly along
the northeastern boundary of said Adelard Levesque's lot for a distance of one
hundred two and two tenths (102.2') feet to a point at a rectangular distance of one
hundred (100') feet from the northwestern boundary of 31st Avenue; thence south 52°
35' West along the rear boundary of said Adelard Levesque's lot for a distance of fifty
(50') feet to a point on the northeastern boundary of the Transmission Line right-of-
way of Fraser Companies, Limited (now Nexfor Inc.); thence in a southeasterly
direction following along the northern boundary of said Transmission Line right-of-
way to a wooden post at its intersection with the northwest boundary of 31st Avenue
aforesaid; thence south 52° 35' West along the northwest boundary of said 31st
Avenue until it intersects the northeastern limit of Martin Street; thence in a
northwesterly direction along the said northeastern limit of Martin Street until it
intersects the southern limit of Hebert Boulevard; thence along the southern limit of
said Hebert Boulevard in an easterly direction to the place of beginning.

Being a remnant of the Third Parcel of land described in Deed dated June 15, 1945
from Delvina Sarlabous et al to Fraser Companies, Limited and registered in the
Madawaska County Registry Office in Book O-5 at pages 283-285 as Number 42,303.

87

#53

<u>PID 35231901</u>

All that certain lot, piece or parcel of land and premises situate, lying and being in the Town of Edmundston, in the County of Madawaska and Province of New Brunswick, more particularly bounded and described as follows:

BEGINNING at a point where the northerly boundary line of lot Letter B intersects the easterly limits of the proposed street running from Hall Street to Canada Road as shown on the Plan of Lands prepared by John T. Emmerson of part of the property of the Late Michel Tighe, dated September 8th, 1925; thence from the point thus established following along the aforementioned northerly boundary line of Lot Letter B in a northeasterly direction a distance of 38 feet, more or less, or to the point of intersection with the rear division line boundary of Lot No. 5; thence following the said rear division line boundary of Lot No. 5, in a north westerly direction a distance of 50 feet, more or less or to the point of intersection with the southerly boundary line of Lot No. 7, thence at right angles to the rear division line boundary of lot No. 5 in a south westerly direction a distance of 12 feet, more or less or to the point of intersection with the easterly limits of the proposed street, running from Hall Street to Canada Road; thence following along the said easterly limits of the aforementioned proposed street in an southerly direction a distance of 58.7 feet, more or less, or to the point of beginning. Distinguished as part of Lot No. 6, on the said Plan of Lands prepared by John T. Emmerson of part of the property of the late Michel Tighe.  The whole as shown coloured red on the plan attached hereto.

Being the same lands and premises conveyed by Joseph Deschenes, Maxime Bellefleur, Lucienne Bellefleur to Fraser Companies Limited by Deed dated the 23rd day of October, 1950 and registered in the Madawaska County Registry Office as Document 50602 in Book C6, at Page 214

88

#50 35320837
#54

PID #35144088

1.    All that certain lot, piece or parcel of land and premises situate, lying and being in the City of Edmundston, in the County of Madawaska and Province of New Brunswick, bounded and described as follows:-

"BEGINNING at a point in the divisional line of lot owned and occupied by Philomene Gagnon and lot herein conveyed on the northerly side of Aqueduc Street, thence following said Aqueduc Street in a westerly direction for a distance of fifty-nine feet to a point; thence from said point by a straight line running in a northerly direction and parallel with the said divisional line of lot owned and occupied by the said Philomene Gagnon and lot herein conveyed to the Madawaska River, to a point as would appear in a certain deed made between Thomas A. Emmerson and wife and George Sirois dated the 22nd day of April, A.D., 1910, and recorded in Book U-1, pages 495 to 498 both inclusive of the Madawaska County Records, thence from said point following the said various courses along the west bank or shore of the Madawaska River as per description described in the said deed of Thomas A. Emmerson to George Sirois down stream in a southerly direction to the said divisional line between lot owned by Philomene Gagnon and lot herein conveyed to a point, thence following said divisional line in a southerly direction for a distance of one hundred and seventy-one (171) feet to the place of beginning and being part of the same lot deeded by the said George Sirois and wife to the said Elizabeth Hebert by Deed dated the 10th day of November, A.D. 1911 and registered in Book W-1, pages 628 to 631 both inclusive of the Madawaska County Records.

AND BEING the same lands and premises that were conveyed by Elizabeth Hebert to Henry Gagnon by Deed dated August 25th, 1919 and registered in the Office of the Registrar of Deeds for the County of Madawaska on August 25th, 1919 in Book V-2, page 697 as No. 19719."

2.    ALL that certain lot, piece or parcel of land and premises situate, lying and being in the City of Edmundston, in the County of Madawaska and Province of New Brunswick, bounded and described as follows:  To wit:

"BEGINNING at a post standing at the southwestern corner of Lot owned and occupied by one Fortunat Gagnon at a point where it strikes a reserved road, thence in a westerly direction following said reserved road for the distance of ninety-nine feet to a post, thence at a right angle in a northerly direction for the distance of two hundred and eighteen feet to the bank or shore of the Madawaska River to a post, thence in an easterly direction following said Madawaska River down stream for the distance of ninety-nine feet to the division line of lot owned and occupied by Fortunat Gagnon to a post, thence in a southerly direction following said divisional line above-mentioned, for the distance of one hundred and seventy-eight feet (178 ft.) to above-mentioned reserved road and place of beginning."

The same being part of Lot No. 142 granted to Thomas Emmerson on the western side of the Madawaska River.

AND BEING the same lands and premises that were conveyed by Sophie Emmerson to Philomene Gagnon by Deed dated May 14th, 1908 and registered in the office of the Registrar of Deeds for the County of Madawaska on May 14th, 1908 in Book J-1, page 344 as No. 10143.

AND ALSO BEING the same lands and premises that were conveyed by Philomene Gagnon to Henry Gagnon by Last Will and Testament dated July 21st, 1941. The said Last Will and Testament and necessary Affidavits were registered in the office of the

89

Registrar of Deeds for the County of Madawaska in Book H-5, page 468 as Number 38042 on July 21st, 1941.

EXCEPTING AND RESERVING THEREFROM that part of the said lands and premises that were conveyed by Henry Gagnon and wife, Delina Gagnon to Gerard Michaud by Deed dated March 19th, 1951 and registered in the office of the Registrar of Deeds for the County of Madawaska on December 5th, 1951 in Book E-6, page 440 as number 52137 and bounded and described as follows:-

"ALL that certain lot, piece or parcel of land and premises situate, lying and being in the City of Edmundston, in the County of Madawaska and Province of New Brunswick, bounded and described as follows:

"BEGINNING at a post on the northeasterly side line of Aqueduc Street, said post being the southwesterly angle of lot owned and occupied by Henri O. Gagnon; thence in a direction north, fifty-one degrees and one minute east, along the westerly line of said Henri O. Gagnon lot, the distance of One Hundred feet to another post; thence in a direction north, thirty-eight degrees, fifty-one minutes west, the distance of fifty feet to another post; thence in a direction south, fifty-one degrees one minute west for the distance of One Hundred feet to a post on the northeasterly side line of Aqueduc Street; thence following said street line in a direction south, thirty-eight degrees, fifty-one minutes east, the distance of fifty feet to the point of beginning. The directions are magnetic for the year 1917 and taken from the City Plan of Edmundston of the same year."

AND ALSO EXCEPTING AND RESERVING from the said lands and premises that part of the said lands and premises that were conveyed by Henry Gagnon and wife, Delina Gagnon, to Aline Michaud by Deed dated May 28th, 1952 and registered in the office of the Registrar of Deeds for the County of Madawaska in Book G-6, page 482 as Number 53485 on November 21st, 1952, and bounded and described as follows:-

"ALL that certain lot, piece or parcel of land and premises situate, lying and being in the City of Edmundston, in the County of Madawaska and Province of New Brunswick, bounded and described as follows:

"BEGINNING at a post One Hundred feet distant from the north side of Aqueduc Street where the line of Grantors meets line of George Sirois; thence going north along the land of the said George Sirois until the shore of the Madawaska River; thence along the shore of the said Madawaska River going east, for fifty feet; thence going south, in a line parallel to the line of George Sirois until land now owned by Gerard Michaud; thence going west along the line of Gerard Michaud until place of beginning."

This Deed means to convey the said land perfectly without any encroachments and reserve, with the riparian rights to the Madawaska River for the said portion of land."

Together with full riparian rights of ownership appurtenant to or connected with the hereinbefore described lands and the waters of the Madawaska River adjacent or contiguous thereto.

BEING the same lands and premises as described in a Deed dated December 12, 1981 between George H. Gagnon and Joyce Alice Gagnon as grantors and Fraser Inc. as grantee, which Deed was duly registered in the Madawaska County Registry Office on December 14, 1981 in Book I-14 at Page 908 as Number 126099.

90

#55

<u>PID #35290915</u>

All that certain lot, piece or parcel of land and premises situate, lying and being in the City of Edmundston, in the County of Madawaska and Province of New Brunswick, bounded and described as follows:

"BEGINNING at a post on the western limits of the Edmundston-St. Jacques highway on the eastern side of the Madawaska River where the division line boundary between the southeastern half of Lot No. 5, belonging to the Edmundston Golf Club Ltd., and the northwestern half of said lot No. 5 intersects the said highway; thence north 6° 45' west, by the magnet for the year 1945, along the western limits of said highway for the distance of one hundred seventy-five (175) feet to a post at the southeastern corner of a parcel of land conveyed by Levite H. Morneault and wife to the Directors of the Veterans Land Act by deed dated Sept. 21, 1944; thence following the boundaries of said parcel of land, north 82° 15' west for the distance of four hundred seventeen and four tenths (417.4') feet to a post; north 1° 00' west for the distance of one hundred four (104') feet to a post, north 4° 01' east for the distance of one hundred nine and three tenths (109.3') feet to a post, north 7° 38' east for the distance of one hundred one (101') feet to a post, north 7° 38' east for the distance of three hundred twelve and five tenths (312.5') feet to a post; thence following a direction Az345°-46'10" for a distance of 220.01 feet; thence following a direction Az76°-20'-00" for a distance of 402.69 feet to the westerly limit of Victoria Street; thence following said limit in a direction Az342°-05'-30" for a distance of 118.57 feet; thence continuing along the western limits of the said Edmundston-St. Jacques highway north 0° 18' east for the distance of four hundred fifty-seven (457') feet to a point and north 4° 54' west for the distance of twenty-six and six tenths (26.6') feet or to another post on the western limits of said highway at its intersection with the division line boundary between Lots No. 6 and No. 7; thence in a general direction south, 58° 47' west along said division line boundary between Lots No. 6 and 7 for the distance of one thousand eight hundred seventy (1870') feet to a squared cedar tree at the northeastern corner of parcels of land conveyed by the said Levite H. Morneault and wife to Fraser Companies, Limited by Deed dated Oct. 17, 1945; thence along the eastern and northern boundaries of the said parcels of land of Fraser Companies, Limited, south 21° east for the distance of one thousand four hundred fifty-eight and seven tenths (1458.7') feet to a post, said post being twenty-five (25') feet distant on the prolongation of the last mentioned bearing from a white birch tree on the first mentioned division line boundary between the southeastern and northwestern halves of Lot No. 5, north 53° 15' east parallel to the said division line boundary and distant twenty-four (24') feet therefrom for the distance of five hundred forty-five (545') feet to a stake; and thence southerly at right angle for the distance of twenty-four (24') feet or to a point on the said division line boundary at the southeastern corner of the second parcel of land conveyed in the above mentioned deed to Fraser Companies, Limited; and thence in a general direction north, 53° 15' east along the aforesaid division line boundary between the southeastern and northwestern halves of Lot No. 5 for the distance of six hundred eighty-eight and nine tenths (688.9') feet, more or less to the point of beginning."

BEING a consolidation of the land and premises of Noranda Forest Inc. described in a deed registered in the Madawaska County Registry Office on November 2, 1945, in Book P-5, at Page 218, as Number 42887 with Parcel 97-A shown on the Subdivision Plan entitled "Subdivision Plan Noranda Forest Inc. Subdivision, Victoria Street, City of Edmundston, Madawaska County, New Brunswick", prepared by Pierre J.M. Picard, N.B.L.S., dated September 10, 1997, approved by Jacques Desjardins, Development Officer for the Madawaska Planning Commission, on September 26, 1997, and filed in the Madawaska County Registry Office in conjunction with the present deed.

91

SAVING AND EXCEPTING from the above-described land and premises all lands,
easements and rights previously conveyed, as more fully appears in the records of the
Madawaska County Registry Office.

The aforesaid subdivision plan filed in conjunction with the present deed has been
reapproved by Jacques Desjardins, Development Officer for La Commission
d'Urbanisme du Madawaska, on March 2, 1998.

Being the same lands and premises conveyed by Noranda Forest Inc. by its attorney,
Fraser Papers Inc. (Canada) to Noranda Forest Inc. by Deed dated January 21, 1998
and registered in the Madawaska County Registry Office on March 27, 1998 in Book
902 at Page 133 as Number 205522.

92

#56

<u>PID # 35181437</u>

All that certain lot, piece or parcel of land and premises situate, lying and being in the City of Edmundston, in the County of Madawaska and Province of New Brunswick, bounded and described as follows:-

"BEGINNING at the post One Hundred feet distant from the North side of Aqueduct Street where the line of Grantors meets the line of George Sirois; THENCE going North along the land of the said George Sirois until the shore of the Madawaska River; THENCE along the sore of the said Madawaska River going East for Fifty feet; THENCE going South in a line parallel to the line of George Sirois until land owned by Gérard Michaud; THENCE going west along the line of Gérard Michaud until place of beginning." Being the same land described in deed number 89,109.

BEING the same as appear in Deed Juliette Riley to Léo Pelletier and Kathleen Pelletier, dated June 2nd, 1980 and registered in the Madawaska County Registry Office on July 4th, 1980 in Book A-13, at page 172, as number 119803.

SAVE AND EXCEPT Parcel "B" of Plan 4761, transferred to Fraser Inc. on September 3, 1981.

BEING the same lands and premises as described in a Deed dated October 24, 1996 between Donald N. Doucet, Elizabeth-Ann Dorschner, and Gerard J. Noel as grantors to Noranda Forest Inc. as grantee, which Deed was duly registered in the Madawaska County Registry Office on October 25, 1996 in Book 854 at Pages 672-678 as Number 199176.

93

#57

PID #35181411

"Beginning at a point on the northeastern side line of Aqueduct Street, said point being distant fifty-one feet (51') measured in a southeasterly direction along the northeastern side line of Aqueduct Street from an iron post marking the intersection of the northeastern side line of Aqueduct Street with the division line boundary between the lands conveyed by Fraser Companies, Limited to Joseph D. Boucher by deed dated September 8, 1938, and the lands conveyed by Fraser Companies, Limited to Melvin Louden by deed dated September 11, 1945; thence from the point of begining thus established in a southeasterly direction along the northeastern side line of Aqueduct Street a distance of fifteen feet (15') or to its intersection with the northwestern side line of Church Street; thence in a northeasterly direction along the northwestern side line of Church Street a distance of fifteen feet (15'); thence in a westerly direction making an angle of forty-five degrees (45°) with the said Church Street a distance of twenty-one feet (21'), more or less, or to the place or point of beginning. The whole being a triangular piece of land situate at the intersection of Church and Aqueduct Streets, having a frontage of fifteen feet (15') on Church Street and a frontage of fifteen feet (15') on Aqueduct Street

Being part of the same lands and premises conveyed by James H. Lynch and wife to Fraser Companies, Limited by Indenture of Deed bearing date the 4th day of December, A.D. 1935, and registered in Book "Z-4", pages 347-348, under Official Number 33624.

And being the same lands and premises conveyed by Fraser Companies, Limited to Melvin Louden by deed dated February 3, 1955, registered in the Registry Office for the County of Madawaska on February 5, 1955 in Book L-6, page 476, under Official Number 56522.

AND BEING the lands described as Second Parcel in a Deed dated August 5, 1983 between Muriel Louden as grantor and Fraser Inc. as grantee, which Deed was duly registered in the Madawaska County Registry Office on August 8, 1983 in Book P-15 at Page 570 as Number 133410.

94

#58

PID #35064492

Also that other piece of land described in Deed from Willie I. Albert to Walter
Pelletier 1952, (Number 63,153 page 161 W-6) as follows:

Beginning at a wooden post at the southwesterly corner of lot of land No. 34 as per
plan of subdivision of a parcel of land into building lots of Willie I. Albert situate on
the south of main highway at Iroquois in the Parish of St. Basile aforesaid, in the
division line between the lands of Archie Levesque and the grantor's land and
following the said division line in a southwesterly direction until it reaches the St.
John River; thence following the contours of the St. John River in a northwesterly
direction to the division line of the land previously owned and occupied by Emely
Bernier; thence following said last mentioned division line of lot of land owned by
Robert Milling and Emile T. Cyr; thence running in a southeasterly direction along the
southwesterly end of lot numbers 38, 37, 35 and 34 to the place of beginning.

BEING the lands and premises described as Parcel 3 in a Deed dated April 23, 1971
between Gabriel Uzada as grantor and Fraser Companies, Limited as grantee, which
Deed was duly registered in the Madawaska County Registry Office on May 6, 1971
in Book P-8 at Page 34 as Number 085883.

95

#59

## PID #35194125

All that certain lot, piece or parcel of land and premises situate, lying and being in the Parish of Saint Basile, in the County of Madawaska and Province of New Brunswick, bounded and described as follows:

Beginning at a point, said point being at the intersection of the division line between lots Three hundred and twelve (312) and Three hundred and thirteen (313) with the northerly limit of the Canadian National Railway right-of-way; thence from the point of beginning thus established north fifty-two degrees forty-three minutes east (N 52° 43' E) a distance of four (4) feet more or less, to an iron post; thence north thirty-four degrees fifty minutes west (N 34° 50' W) a distance of one hundred thirty-three point five (133.5) feet more or less, to an iron post; thence north fifty-two degrees twenty-two minutes west (N 52° 22' W) a distance of seventy point five (70.5) feet, more or less, to an iron post; thence north fifty-two degrees thirty-six minutes west (N 52° 36' W) a distance of one hundred and twenty-seven (127) feet more or less, to an iron post; thence south fifty-two degrees fifty minutes west (S 52° 50' W) along the easterly side of a twelve (12) foot reserved right-of-way to the southerly bank of the brook; thence westerly along the southerly side of the brook to the division line between Lots Three hundred and thirteen (313) and Three hundred and Fourteen (314); thence south fifty-two degrees fifty minutes west (S 52° 50' W) along the said division line to the Canadian National Railway right-of-way; thence following said right-of-way in an easterly direction to the place or point of beginning.

The whole as shown border outlined on the attached plan of survey prepared by Léo Ward, N.B.L.S., dated the Twenty-first day of May 1960, being duly recorded in the Madawaska County Registry Office as Number 849.

SUBJECT TO the right of The Director, The Veterans' Land Act, his successors and assigns to cross the above described parcel of land to the farm crossing as shown located on the attached plan.

ALSO SUBJECT TO sewage drainage for a sewer line presently in place and extending westwardly from the dwelling on lands being retained by The Director, The Veterans' Land Act, to the said brook together with the right to enter upon the said lands for the purpose of maintaining, repairing or replacing this said sewage drain.

The land being conveyed or intended to be conveyed being part of lands conveyed by Archie Levesque and Emily Levesque to The Director, The Veterans' Land Act, by deed dated the Eighth day of August 1960 and recorded in the Registry Office for Madawaska County on the Ninth day of August 1960 as Number 65265 in Book Z-6, Pages 422-423.

Being the same lands and premises conveyed by The Director, The Veterans' Land Act, to Fraser Companies, Limited by Deed dated May 26, 1971 and registered in the Madawaska County Registry Office in Book Q-8 at Pages 363-365 as Number 086224.

96

#60
PID #35194489

All that certain lot, piece or parcel of land and premises, lying and being in the Parish of St. Basile, in the County of Madawaska and Province of New Brunswick, and being more particularly bounded and described as follows:

Beginning at the intersection of the northeastern bank or shore of the St. John River with the division line between lands owned by Raoul Lee and Gerald Dupont at Iroquois, in the Parish of St. Basile; thence following said division line in a direction North fifty-one degrees East (N51°00'E) to the southerly limits of the Canadian National Railway right-of-way; thence following the southerly limits of the Canadian National Railway right-of-way in an easterly direction to the division line between lands owned by Gerald Dupont and Raoul Jalbert; thence following said division line in a direction South fifty-one degrees twenty minutes West (S51°20'W) to the northeastern bank or shore of the St. John River; thence following the bank or shore of the St. John River upstream to the place or point of beginning.

Being part of the same lands and premises conveyed to Gerald Dupont by Willie O. Dupont and wife by Deed dated February 20, 1958, being duly recorded in the Madawaska County Records in Book T-6, Page 196 as No. 61,249.

Together with a right-of-way upon and across the lands of Felix Cormier, extending from the public highway to connect with and form part of the roadway approach to the joint farm crossing at Mile 109.7 of the Grand Falls sub-division of the Canadian National Railway as described in agreement dated June 10, 1942 between Felix Cormier et al and the Canadian National Railway, being duly recorded in the Madawaska County Records in Book J-5, Page 239, No. 39,111.

Being a portion of Lot No. 2, granted to Francis Gaudin and a portion of Lot No. 33 granted to Joseph L. Mercure in Tier one, Parish of St. Basile.

Being the same lands and premises conveyed by Gerald Dupont and wife to Fraser Companies, Limited by Deed dated December 8, 1970 and registered in the Madawaska County Registry Office on December 10, 1970 in Book L-8 at page 522 as Number 085103.

91

#61

<u>PID # 35270644</u>

ALL that certain lot, piece or parcel of land and premises, situate, lying and being in the Parish of Saint-Basile, in the County of Madawaska and Province of New Brunswick, bounded and described as follows:-

BEGINNING at a point on the northerly side of Highway No. 2 now "rue Principale in Ville de St-Basile" said point being in a direction south 76° 15' east and a distance of three hundred and fifty-seven (357') feet from the intersection of the said limit of the said Highway and the southeastern side line of the Indian Reserve, the said point being better shown on a plan filed at the Registry Office for the County of Madawaska as <u>number 412</u>; thence from said point of beginning and following the division line of the property being now described and the property of Robert Therrien in a northerly direction to a point situated on the southern boundary line of the F. Pettigrew lot shown on said plan 412, the said point being the most northeastern corner of lot owned by the said Robert Therrien; thence in a northwestern direction following the boundary line of the lot herein described and the lot owned by Robert Therrien for a distance of thirty-two (32') feet or at the intersection of a reserved street owned by "Ville de St-Basile"; thence in a northeasterly direction following the said reserved street for a distance of fifty-nine (59') feet more or less or to the land owned by Jean-Pierre Angers; thence following the division line between the land herein described and the land of Jean-Pierre Angers in a southeasterly direction for a distance of ninety-six (96') feet more or less to a point; thence in a southwesterly direction along the division line of the land herein described and the land owned by Jean-Pierre Angers for a distance of seventy-four (74') feet more or less to a point; thence in a southeastern direction following the division line between land herein described and part of the land owned by Jean-Pierre Angers for a distance of fifty (50') feet to a point; thence in a southwesterly direction following the division line between the lot herein described and the land of Jean-Pierre Angers for a distance of one hundred (100') feet to the main highway leading from St-Basile to Edmundston now "rue Principale – in Ville de St-Basile"; thence in a northwesterly direction following the said rue principale a distance of fifty (50') feet to the place of beginning.

BEING the same lands and premises as described in a Deed dated April 14, 1994 between Noranda Forest Inc. as grantor and Noranda Forest Inc. as grantee, which Deed was duly registered in the Madawaska County Registry Office on September 15, 1994 in Book 782 at Pages 128-132 as Number 189930.

98

#62

**PID #35198597**

All that certain lot, piece or parcel of land and premises lying and being in the Parish of Saint Basile, in the County of Madawaska and Province of New Brunswick, and being more particularly bounded and described as follows:

Beginning at the intersection of the northerly bank or shore of the Saint John River with the division line between lands owned by Edgar Fournier and lands owned by Ronald Bois; thence following said division line in a northerly direction to the southerly limits of the Canadian National Railway right-of-way; thence following the southerly limits of the Canadian National Railway right-of-way in an easterly direction to the division line between lands owned by Ronald Bois and lands owned by Leonide Soucy; thence following said division line in a southerly direction to the northerly bank or shore of the Saint John River; thence following the bank or shore of the Saint John River upstream to the place or point of beginning.

**TOGETHER** with a road right-of-way, in common with others, being sixty feet (60") in width, leading from the public highway No. 2 and following the top of the western embankment of Bois Brook, so-called, (Lavoie Brook), to the northerly limit of the Canadian National Railway right-of-way.

Being a portion of the lands and premises conveyed by Ronald Bois and wife to Fraser Companies, Limited by Deed dated December 7, 1970 and registered in the Madawaska County Registry Office on December 10, 1970 in Book L-8 at Page 502 as Number 085097.

99

#63

PID #35198589

All that certain lot, piece or parcel of land and premises, lying and being in the Parish of Saint Basile, in the County of Madawaska and Province of New Brunswick, and being more particularly bounded and described as follows:

Beginning at the intersection of the northerly bank or shore of the Saint John River with the division line between lands owned by Alfred Lejoie and lands owned by Olive Fournier; thence following said division line in a northerly direction for a distance of 40 rods to a point; thence easterly and parallel to the bank or shore of the Saint John River for a distance of 10 rods to a point on the division line between lands owned by Alfred Lejole and Olive Fournier; thence northerly along said division line to the southerly limit of the Canadian National Railway right-of-way; thence following the southerly limits of the Canadian National Railway right-of-way in an easterly direction to the division line between the lands owned by Olive Fournier and lands owned by Edgar Fournier; thence following said division line in a southerly direction to the northerly bank or shore of the Saint John River; thence following the bank or shore of the Saint John River upstream to the place or point of beginning.

Being a portion of Lot No. 30, Tier one, Parish of Saint Basile, conveyed to Olive Fournier by Edward Ned Fournier by deed dated July 21, 1948, recorded in the County of Madawaska Records in book W-5, page 414 as No. 47,283.

Being the same lands and premises conveyed by Mrs. Olive Fournier to Fraser Companies, Limited by Deed dated December 7, 1970 and registered in the Madawaska County Registry Office on December 10, 1970 in Book L-8 at Page 506 as Number 085098.

100

#64

<u>PID #35198571</u>

All that certain lot, piece or parcel of land and premises, lying and being in the Parish of Saint Basile, in the County of Madawaska and Province of New Brunswick, and being more particularly bounded and described as follows:

Beginning at the intersection of the northerly bank or shore of the Saint John River with the division line between lands owned by Olive Fournier and lands owned by Edgar Fournier; thence following said division line in a northerly direction to the southerly limits of the Canadian National Railway right-of-way; thence following the southerly limits of the Canadian National Railway right-of-way in an easterly direction to the division line between lands owned by Edgar Fournier and lands owned by Ronald Bois; thence following said division line in a southerly direction to the northerly bank or shore of the Saint John River; thence following the bank or shore of the Saint John River upstream to the place or point of beginning.

Being a portion of the lower part of Lot No. 30, Tier one, Parish of Saint Basile conveyed by Irenee (Ernest) Fournier and wife to Edgar Fournier by deed dated March 24, 1969, recorded in the County of Madawaska records in book No. B-8, page 424 as No. 81,598.

Being a portion of the lands and premises conveyed by Hon. Edgar E. Fournier and wife to Fraser Companies, Limited by Deed dated December 10, 1970 and registered in the Madawaska County Registry Office on December 17, 1970 in Book L-8 at Page 635 as Number 085130.

101

#65
PID #35194539

All that certain lot, piece or parcel of land and premises, lying and being in the Parish
of Saint Basile, in the County of Madawaska and Province of New Brunswick, and
being more particularly bounded and described as follows:

Beginning at the intersection of the northerly bank or shore of the Saint John River
with the division line between lands owned by Oneil Comeau and lands owned by
Alcide Bouchard; thence following said division line in a northerly direction to the
southerly limits of the Canadian National Railway right-of-way; thence following the
southerly limits of the Canadian National Railway right-of-way in an easterly direction
to the division line between lands owned by Alcide Bouchard and lands owned by
Alfred Lajoie; thence following said division line in a southerly direction to the
northerly bank or shore of the Saint John River; thence following the bank or shore of
the Saint John River upstream to the place or point of beginning.

Being a portion of the lower half of Lot 31, Tier one, Parish of Saint Basile conveyed
to Alcide Bouchard and wife by deed dated April 1, 1953 by Alma H. Cyr, recorded in
the Madawaska County Records in book H-6, page 182, as No. 53,867.

Being a portion of the lands and premises conveyed to Fraser Companies, Limited by
Alcide Bouchard and wife, Grantors, and Severine Martin, widow of Napoleon
Martin, Releasor, by Deed dated December 8, 1970 and registered in the Madawaska
County Registry Office on December 10, 1970 in Book L-8 at Page 515 as Number
085101.

102

#66
PID #35194521

All that certain lot, piece or parcel of land and premises, lying and being in the Parish
of Saint Basile, in the County of Madawaska and Province of New Brunswick, and
being more particularly bounded and described as follows:

Beginning at the intersection of the northerly bank or shore of the Saint John River
with the division line between lands owned by Isidore Cyr and lands owned by Oneil
Comeau, thence following said division line in a northerly direction to the southerly
limits of the Canadian National Railway right-of-way; thence following the southerly
limits of said right-of-way in an easterly direction to the division line between lands
owned by Oneil Comeau and lands owned by Alcide Bouchard; thence following said
division line in a southerly direction to the northerly bank or shore of the Saint John
River; thence following the bank or shore of the Saint John River upstream to the
place or point of beginning.

Being a portion of the upper half of Lot No. 31, tier one, Parish of Saint Basile devised
to Oneil Comeau by the Last Will and Testament of Donat Comeau dated July 10,
1949.

Being the same lands and premises conveyed by Oneil Comeau and wife to Fraser
Companies, Limited by Deed dated December 8, 1970 and registered in the
Madawaska County Registry Office on December 10, 1970 in Book L-8 at Page 509
as Number 085099.

103

#67
PID #35194513

All that certain lot, piece or parcel of land and premises, lying and being in the Parish of Saint Basile, in the County of Madawaska and Province of New Brunswick, and being more particularly bounded and described as follows:

Beginning at the intersection of the northerly bank or shore of the Saint John River with the division line between lands owned by Dube Construction Co. Ltd. and Isidore Cyr; thence in a northerly direction following the division line between lands owned by Dube Construction Co. Ltd. and Isidore Cyr for a distance of four hundred feet (400'), more or less, thence continuing in the same direction along the line dividing the lands of Raoul Jalbert and Isidore Cyr to the southern limits of the Public Highway (Route No. 2); thence following the southern limits of the Public Highway (Route No. 2) in an easterly direction to the division line between lands owned by Isidore Cyr and Oneil Cornean; thence following said division line in a southerly direction to the northerly bank or shore of the Saint John River; thence following the bank or shore of the Saint John River upstream to the place or point of beginning.

SAVING AND EXCEPTING THEREOUT AND THEREFROM that certain right-of-way for a railway conveyed to the Commissioners of the Transcontinental Railway by Alexis B. Cyr by deed dated June 1, 1910 recorded in the Madawaska County records in book M-1, page 533 as No. 11789.

Being a portion of the lower one third of Lot No. 32, Tier one, Parish of Saint Basile, granted to Alexis Cere (Cyr).

Being the same lands and premises conveyed by Isidore Cyr to Fraser Companies, Limited by Deed dated December 7, 1970 and registered in the Madawaska County Registry Office on December 10, 1970 in Book L-8 at Page 512 as Number 085100.

104

#68
PID #35194505

All that certain lot, piece or parcel of land and premises, lying and being in the Parish of Saint Basile, in the County of Madawaska and Province of New Brunswick, and being more particularly bounded and described as follows:

Beginning at the intersection of the northerly bank or shore of the Saint John River with the division line between lands owned by Gerald Dupont and Martin Ready Mix Ltd., at Iroquois in the Parish of Saint Basile, thence following said division line in a northerly direction for a distance of two hundred feet (200') more or less, to a point, thence in an easterly direction parallel to the Saint John River and maintaining a distance of two hundred feet (200') therefrom, to the division line between lands owned by Dubé Construction Co. Ltd. and Martin Ready Mix Ltd., thence following said division line in a southerly direction for a distance of two hundred feet (200') more or less, to the northerly bank or shore of the Saint John River, thence following the various courses of the northerly bank or shore of the Saint John River upstream to the place or point of beginning.

Being a portion of the lower half of Lot No. 33, tier one, in the Parish of St. Basile conveyed to Martin Ready Mix Ltd. by Raoul Jalbert by Deed dated October 2, 1969, recorded in the Madawaska County Records in Book D-8, Page 452, as No. 82739.

Also all that certain right-of-way excepted and reserved unto Martin Ready Mix Ltd. described in Deed dated October 2, 1969 from Martin Ready Mix Ltd. to Raoul Jalbert, recorded in the Madawaska County Records in Book D-8, Page 453, as No. 82740.

Being the same lands and premises conveyed by Martin Ready Mix Ltd. to Fraser Companies, Limited by Deed dated December 14, 1970 and registered December 17, 1970 in the Madawaska County Registry Office in Book L-8 at Page 632 as Number 085129.

105

#69
PID #35194497

All that certain lot, piece or parcel of land and premises, lying and being in the Parish of Saint Basile, in the County of Madawaska and Province of New Brunswick, and being more particularly bounded and described as follows:

Beginning at the intersection of the northerly bank or shore of the Saint John River with the division line of land owned by Martin Ready Mix Ltd. with land owned by Dube Construction Co. Ltd. at Iroquois in the Parish of Saint Basile, thence following said division line in a northerly direction for a distance of four hundred feet (400") more or less, to a point, thence in an easterly direction parallel to the Saint John River and maintaining a distance of four hundred feet (400") therefrom for a distance of seven hundred feet (700"), more or less, to the division line between lands owned by Isidore Cyr and Dube Construction Co. Ltd., thence following said division line in a southerly direction for a distance of four hundred feet (400"), more or less, to the northerly bank or shore of the Saint John River, thence following the various courses of the bank or shore of the Saint John River upstream to the place or point of beginning.

<u>TOGETHER WITH</u> a right-of-way to the Grantor, its servants, employees or agents or others with authority to enter upon and over the lands herein described from the Highway Road following an existing road leading to the River aforesaid with truck or other vehicles at all times for all purposes.  Said right-of-way being given to the Grantee, its successors and assigns.

Being a portion of the upper two-thirds of Lot No. 32, tier one, in the Parish of Saint Basile, conveyed to Dube Construction Co. Ltd. by Raoul Jalbert by deed dated December 8, 1970, recorded in the Madawaska County Records in book L-8, page 627 as No. 85127.

Being the same lands and premises conveyed by Dube Construction Co. Ltd. to Fraser Companies, Limited by Deed dated December 8, 1970 and registered in the Madawaska County Registry Office on December 17, 1970 in Book L-8 at page 629 as Number 85128.

106

#70

**PID # 35194133**

Beginning at a post on the southwestern angle or corner of Lot No. 7 owned and
occupied by Maurice Poitras, on a plan of lots surveyed for Willie I. Albert in the year
1945 by Yvon Nadeau, thence running in a northwesterly direction at right angle to
said lot of Maurice Potras, 50 feet to a post or to a by-road owned by Willie I. Albert
and leading to the St. John River; thence in a southwestern direction along a line
running parallel to the northwestern boundary of the land of Aurele Violette (Lot 8
owned and occupied by Aurele Violette and originally bought by Levi St. Pierre) 50
feet to a post; thence in a southern direction in a line with the southwestern boundary
of said Lot No. 8, 52 feet to the western angle or corner of said Lot No. 8, thence in a
northeastern direction along said land of Aurele Violette (No. 8) 50 feet to the place of
beginning.   Being the land described in Deed 63,625 W-6 Page 678 Madawaska
County Records.

BEING the same lands and premises as described in a Deed dated April 23, 1971
between Gabriel Uzada as grantor to Fraser Companies Limited as grantee, which
Deed was duly registered in the Madawaska County Registry Office on May 6, 1971 in
Book P8 at Page 34 as Number 085883.

107

#71

PID #35198613

All that certain lot, piece or parcel of land and premises, lying and being in the Parish of Saint Basile, in the County of Madawaska and Province of New Brunswick, and being more particularly bounded and described as follows:

Beginning at the intersection of the northerly bank or shore of the Saint John River with the division line between lands owned by Alcide Bouchard and lands owned by Alfred Lajoie; thence following said division line in a northerly direction to the southerly limits of the Canadian National Railway right-of-way; thence following the southerly limits of the Canadian National Railway right-of-way in an easterly direction to the division line between lands owned by Alfred Lajoie and lands owned by Olive Fournier; thence following said division line in a southerly direction to a point, said point being distant forty (40) rods from the northerly bank or shore of the Saint John River; thence westerly and parallel to the said Saint John River ten (10) rods to a point; thence southerly parallel to the division line of lands owned by Alfred Lajoie and Olive Fournier forty (40) rods or to the northerly bank or shore of the Saint John River; thence following the bank or shore of the Saint John River upstream to the place or point of beginning.

Being a portion of the upper half of Lot No. 30, tier one, Parish of Saint Basile, conveyed to Alfred Lajoie by Euphemie Lajoie by deed dated July 16, 1932, recorded in the Madawaska County Records in book W-4, page 88, as No. 31,802.

Being the same lands and premises conveyed by Alfred Lajoie and wife to Fraser Companies, Limited by Deed dated December 8, 1970 and registered in the Madawaska County Registry Office on December 10, 1970 in Book L-8 at Page 519 as Number 085102.

108

#72

PID #35198605

All that certain lot, piece or parcel of land and premises situate, lying and being in the Parish of Saint Basile, County of Madawaska and Province of New Brunswick and being more particularly bounded and described as follows:

A lot of land containing fifty-five acres, more or less, bounded on the south by the Saint John River; on the north by the 470 foot elevation or contour of the northern bank of Lavoie Brook, said contour being southerly of the Canadian National Railways right-of-way; on the upper or westerly side by land owned and occupied by Fraser Companies, Limited (former Ronald Bois property); on the lower or easterly side by land owned and occupied by Damaso Theriault. Being portions of Lot Nos. 28 and 29, First Tier, Parish of Saint Basile.

Being a portion of the same lands and premises conveyed by Leonide Soucy to Conrad Soucy by Deed dated September 8, 1968 recorded in the Madawaska County Registry Office on September 10, 1968 in Book A-8, pages 84/85, as Number 80766.

Also being a portion of the same lands and premises conveyed by Honore R. Cyr to Conrad Soucy by Deed dated July 12, 1952, recorded in the Madawaska County Registry Office on January 16, 1953, in Book G-6, page 647, as Number 53634.

Also being a portion of the same lands and premises conveyed by the Farm Settlement Board to Conrad Soucy by Deed dated June 25, 1964, recorded in the Madawaska County Registry Office on February 7, 1966 in Book R-7, page 174 as Number 75633.

Being the same lands and premises conveyed by Conrad Soucy and wife to Fraser Companies, Limited by Deed dated July 29, 1971 and registered in the Madawaska County Registry Office on August 6, 1971 in Book S-8 at Page 151 as Number 086632.

109

#73

<u>PID #35064930</u>

All that certain lot, piece or parcel of land and premises, lying and being in the Parish of St. Basile, in the County of Madawaska and Province of New Brunswick, and being more particularly bounded and described as follows:

Beginning at the intersection of the northerly bank or shore of the St. John River with the easterly property line of lands owned by Gerald Dupont at Iroquois, in the Parish of St. Basile, thence following said property line in a northerly direction to the southerly limits of the Canadian National Railway right-of-way; thence following said limits of the Canadian National Railway right-of-way in an easterly direction to the property line of lands owned by Isidore Cyr; thence in a southerly direction along the said property line to the bank or shore of the St. John River; thence following the bank or shore of the St. John River upstream to the place or point of beginning.

<u>EXCEPTING THEREOUT AND THEREFROM,</u> a strip of land two hundred feet (200') in width bordering the St. John River sold to Martin Ready-Mix Limited by Raoul Jalbert by Deed dated October 2, 1969, being duly recorded in the Madawaska County Records in Book D-8, Page 452 as No. 82739.

<u>ALSO EXCEPTING THEREOUT AND THEREFROM,</u> a strip of land four hundred feet (400') in width bordering the St. John River sold to Dube Construction Co., Ltd. by Raoul Jalbert by Deed dated August 4, 1970, being duly recorded in the Madawaska County Records in Book I-8, Page 883 as No. 84458.

Being a portion of the same lands and premises conveyed to Raoul Jalbert by the following deeds:

1)    Laurent Jalbert -- Deed dated March 27, 1941, recorded in the Madawaska County Records in Book H-5, Page 150 as No. 37756.

2)    The Farm Adjustment Board -- Deed dated November 14, 1967, recorded in the Madawaska County Records in Book X-7, Page 335 as No. 79184.

Being a portion of the lower half of Lot No. 33, granted to Joseph Mercure and of portion of the upper two-thirds of Lot No. 32, granted to Alexis Cere, in Tier One, Parish of St. Basile.

Being one of the Parcels conveyed by Raoul Jalbert and wife to Fraser Companies, Limited by Deed dated December 7, 1970 and registered in the Madawaska County Registry Office on December 10, 1970 in Book L-8 at Page 525 as Number 85104.

110

#74 35321496
#75 35321512
#76 35321520
#77 35321504
#78 35321488
Infants to Parent PID 35188242. (not on our list)

## PID # 35188242

ALL THAT CERTAIN lot of land situate in the Parish of St. Anne, in the County of Madawaska and Province of New Brunswick, described as follows:

Being a lot on Quisibis Island bounded on the northern side by lot of land owned by one Maxime Theriault and on the other sides by the St. John River, and being the upper end of said Island.

Being the same lands and premises as described in a Deed dated November 28, 1923 between Cavier Parent and wife as grantor and The Fraser Companies, Ltd. as grantee, which Deed was duly registered in the Madawaska County Registry Office on December 10, 1923 in Book Q3, at Page 214 as Number 24281.

AND ALSO:

ALL THAT CERTAIN lot of land situate in the Parish of St. Anne in the County of Madawaska and Province of New Brunswick, described as follows:

Being a lot on Quisibis Island bounded on the northern side by lot of land owned by Cavier Parent and on the northern side by land owned by Mital Martin and on the other sides by the St. John River.

Being the same lands and premises as described in a Deed dated November 28, 1923 between Maxime Theriault and wife as grantor and The Fraser Companies Ltd. as grantee, which Deed was duly registered in the Madawaska County Registry Office on December 10, 1923 in Book Q3, at Page 216 as Number 24282.

AND ALSO:

ALL THAT CERTAIN lot of land situate in the Parish of St. Anne in the County of Madawaska and Province of New Brunswick bounded and described as follows:

Being a parcel of land on Quisibis Island bounded on the south by land owned by Jos. Parent, on the north by land owned by Maxinci Theriault and on the other sides by the St. John River.

Being the same lands and premises as described in a Deed dated November 29, 1923 between Mital Christine Martin as grantor to The Fraser Companies Ltd. as grantee, which Deed was duly registered in the Madawaska County Registry Office on December 10, 1923 in Book Q3, at Page 219 as Number 24283.

AND ALSO:

ALL THAT CERTAIN lot of land situate in the Parish of St. Anne in the County of Madawaska and Province of New Brunswick, described as follows:

Being the lower or southern end of Quisibis Island bounded on the northern side by land owned by one Jos. Parent and on the other sides by the St. John River.

Being the same lands and premises as described in a Deed dated December 8, 1923 between Charles J. Bourgoin and wife as grantor to The Fraser Companies Ltd. as grantee, which Deed was duly registered in the Madawaska County Registry Office on December 13, 1923 in Book Q3, at Page 255, as Number 24294.

*lll*

AND ALSO:

ALL THAT CERTAIN lot of land situate on Quisibis Island in the Parish of St. Anne in the County of Madawaska and Province of New Brunswick, bounded as follows:

Bounded on the northern side by lot of land formerly owned or occupied by Vital Martin, on the eastern side by the branch of the St. John River, on the southern side by lot of land formerly owned or occupied by Charles Bourgoin, and on the western side by the St. John River.

Being the same lands and premises as described in a Deed dated September 26, 1924 between Joseph H. Parent and wife as grantor and Fraser Companies, Ltd. as grantee, which Deed was duly registered in the Madawaska County Registry Office on September 26, 1924 in Book S3, at Page 721 as Number 24878.