112

#80

<u>PID # 35194950</u>

ALL those certain lots, pieces or parcels of land, situate, lying and being partly in the Parish of Clair and partly in the Parish of St. Francois all in the County of Madawaska, Province of New Brunswick, and being those portions of the abandoned Connors Subdivision of Canadian National Railway Company shown as Parcels "9A", "9B", "9C" and "10" on Plan No. 12269-3, dated at Moncton, N. B., March 19, 1964, and deposited in the Registry of Deeds Office for the County aforesaid on March 25, 1964, and more particularly described as follows:

BEING a strip of land sixty-six (66.0) feet in width and two thousand seven hundred sixty five and six-tenths (2765.6) feet, more or less, in length; bounded northerly partially by lands of the Grantee and partially by lands of Claude Levasseur; southerly by lands of the Grantee; easterly by lands of Claude Levasseur and westerly by lands of Adelard St. Jean and comprising that portion of the aforesaid abandoned Connors Subdivision extending through – Parcel "9A" lands of Claude Levasseur; Parcel "9B" lands of the Grantee; Parcel "9C" lands of Claude Levasseur; and Parcel "10" lands of the Grantee.

CONTAINING a total area of four and nineteen hundredths (4.19) acres, more or less.

SAVE AND EXCEPTING, and reserving from the said Parcels "9A" and "9B", the portion thereof lying between the extensions across the said parcels of the easterly and westerly boundaries of an unopened road allowance shown lying between Lots 122 and Commons on the Canadian Government Railways Expropriation Plan of Lands of the former Temiscouata Railway Company in the County of Madawaska dated October 27, 1950 and registered on November 28, 1952 as No. 531.

BEING the same lands and premises as described in a Quit Claim Deed dated February 4, 1965 between Canadian National Railway Company as grantor and Fraser Companies Limited as grantee, which Quit Claim Deed was duly registered in the Madawaska County Registry Office on March 24, 1965 in Book N-7 at Page 625-626 as Number 73,811.

113

#79 35200815
#81 35200823
#82 35321082
#83 35321074
#84 35321066
#85 35200807
#86 35200799

1. Kennedy Island Mill Property

(a)

All that certain lot, piece or parcel of land and premises, situate, lying and being in the Parish of Saint Francis, in the County of Madawaska and Province of New Brunswick, mentioned in the conveyance thereof, by Edward D. Roswell, Thomas Crockett and Elizabeth S. Crockett his wife, to the Kennedy Island Mill Company, Limited bearing date the 30th day of April, A.D. 1896, and registered in the Office of the Registry of Deeds in and for the County of Madawaska aforesaid, in Book "R" pages 68 et al and numbered 5377 in said Book, and therein described as follows:-

All that certain piece or parcel of land and premises situate, lying and being in the Parish of Saint Francis in the County of Madawaska and Province of New Brunswick referred to in the plan hereto annexed and bounded as follows:- Commencing at a point on the Saint John River distant seven hundred feet easterly from a cedar post standing on the western side line of land formerly owned by the said Edward Levasseur Senior but now belonging to Charles Saint Jean, thence north twenty-six degrees west to the Temiscouata Railway, thence easterly along the said railway eight hundred and sixty feet, thence south twenty-six degrees west to the said Saint John River, thence up stream following the different courses of said River to the place of beginning, containing two acres and fifty-eight hundredths of an acre.

All that certain other lot of land situate in the Parish of St. Francis in the County of Madawaska and Province of New Brunswick described as follows:- Being bounded on the southern side by the St. John River , on the western side by the land of said Allan E. Hammond, on the northern side by the right of way of the Temiscouata Railway Company and on the eastern side by land occupied by one Theophile Tardif. Being the same land, premises and rights conveyed and assigned by Joseph St. Jean and wife to the said Allan E. Hammond by Deed dated the 11th day of September, A.D. 1924 and registered in Book S-3 at pages 562-564 of the Madawaska County records.

Also a certain road along the eastern side line of the land belonging to the said party of the first part twenty-five feet belonging to the said parties of the first part, twenty-five feet in width from the said railway to the highway road, said eastern side line being the division line between said lands and Antoine Levasseur's farm, which road and piece of land hereby conveyed are to be fenced at the sole expense of the said Edward D. Boswell and Thomas Crockett, said land and premises above described being the property conveyed to the said Kennedy Island Mill Company Limited from Edward Levasseur Senior and Perpetue his wife and Alexis Levasseur and Philome his wife by Deed thereof, dated the tenth day of April A.D. 1896.

b)

All that certain other piece or parcel of land situate, lying and being in the Parish of Saint Francis in the County of Madawaska aforesaid, mentioned in a conveyance thereof from Edward Levasseur Senior, and Perpetue his wife, and Alexis Levasseur and Philomene his wife, to the said Kennedy Island Mill Company bearing date the 2nd day of April A.D. 1897 and registered in the said Registry Office in Book "R" pages 184 et al and numbered 5423 in said Book, and therein described as follows – All that certain piece or parcel of land situate in the Parish of Saint Francis in the said County of Madawaska being part of lot number One hundred and twenty-three in the first tier of lots on the Saint John River bounded as follows – Commencing at an iron rod or

114

post on the northerly side of the Temiscouata Railway lands and distant ten rods
therefrom, thence easterly on a parallel line with the said Temiscouata Railway lands
and distant therefrom ten rods until it strikes lands belonging to the said Kennedy
Island Mill Company, thence southerly along the same to the said Temiscouata
Railway lands, thence along the same westerly to a point opposite the said iron rod or
post, thence northerly to the said iron rod or post being the place of beginning;

Reserving to the said Kennedy Island Mill Company Ltd. the right of way over
and along the road now leading from the highway to the mills of the said Kennedy
Island Mill Company.

o)

All that other certain lot of lands situate, lying and being in the Parish of Saint Francis, in
the County of Madawaska and Province of New Brunswick, mentioned in the
conveyance therein, from the James E. Clair to the said Kennedy Island Mill Company
bearing date the 16th day of January A.D. 1900 and registered in the Registry Office in
book "U" page 658 et al, and number 6322 in said book and therein described as follows
-- that certain lot of land situate lying and being in the Parish of Saint Francis, in the
county of Madawaska aforesaid bounded as follows:-- Commencing at a post standing
fifteen feet westerly of the road leading to the Mill of the Kennedy Island Mill Company,
thence at right angels with the said road westerly to a small brook or stream of water,
thence down said stream to another post standing on the division line of lands leased to
one Ferdinand Morin and one Arcade Plourde. Thence easterly along said division line to
a point fifteen feet from said road leading to the mill, thence northerly or up said road to
the place of beginning, being the same lands conveyed to the said James E. Clair by
Edward Levasseur, senior, and others by deed dated the 22nd day of September, A.D.,
1899.

Together will all mills, plant, machinery and tools, houses, barns, buildings, edifices,
fences, piers, booms, chains, water rights, shore rights, flowage rights, profits, privileges
and appurtenances to the same belonging or in any use appertaining, and the reversion
and reversions remainder and remainders, rents, issues and profits thereof, and all the
powers, rights and privileges conferred upon the said Company by its Letters Patent
under the Great seal of the said Province, or character, and all after property real and
personal, acquired in the exercise of such power rights and privileges and now owned or
controlled or possessed and enjoyed by the said Company and also all the estate, right,
title, interest use, possession, property, alarm and demand either at law or in equity of it
the said Company, of, in, to or out of the same, and every part and force thereof, with the
appurtenances.

Being the same land property and rights conveyed and assigned by the Kennedy Island
Mill Company Limited to the said Allan E. Hammond by deed dated the 19th day of
September, 1919, and registered in Book W-2 at pages 169-173 of the Madawaska
County records.

2.        Edward Boulay and others property

a)

All that certain other lot or parcel of land situate in the Parish of Francis, in the County of
Madawaska and Province of New Brunswick, bounded as follows:

Being all the shore of an Island situate in the St. John River apposite the land of the said
Edward Boulay and known as Kennedy Island, up to where the land is now under
cultivation, except on the southern side a piece of land which can be cultivated and which
grantors reserves.

115

This deed to include the shore of said Kennedy Island but no cultivated land. The said Edward Boulay, for himself, his heirs and assigns, reserving the right of way or passage to the said Kennedy Island.

Being the same land, property and rights conveyed and assigned by Edward Boulay and others to the said Allan E. Hammond by Deed dated the 10th day of September A.D. 1924 and registered in Book S-3 at pages 564-566 of the Madawaska County records.

3.    Theophile Tardif and others property.

a)

All that certain other parcel of land situate in the Parish of St. Francis, in the County of Madawaska and Province of New Brunswick, described as follows – Bounded on the southern side by the Saint John River, on the western side by land owned and occupied by Joseph St. Jean, bounded on the northern side by the right of way of the Temiscouata Railway Company, and on the eastern side by land owned and occupied by one Benjamin Levasseur. Being the same land, premises and rights conveyed and assigned by Theophile Tardif and others to the said Allan E. Hammond by Deed dated the 11th day of September A.D. 1924 and registered in Book S-3 at pages 556-558 of the Madawaska County Records.

4.    Joseph St. Jean and others property.

a)

All that certain other lot of land situate in the Parish of St. Francis, in the County of Madawaska, and Province of New Brunswick described as follows: Being bounded on the southern side by the Saint John River, on the western side by the land of said Allan E. Hammond, on the northern side by the right of way of the Temiscouata Railway Company and on the eastern side by land occupied by the Theophilo Tardif. Being the same land, premises and rights, conveyed and assigned by Joseph St. Jean and wife to the said Allan E. Hammond by Deed dated the 11th day of September A.D., 1924 and registered in Book S-3 at pages 562-564 of the Madawaska County records.

5.    Damas Lizotte and others property

a)

Also all that other certain lot, piece or parcel of land and premises situate, lying and being in the Parish of Saint Francis aforesaid, and bounded as follows, to with: All that part of the lot owned and occupied by the said Damas Lizotte in the First Tier fronting on the River Saint John included and bounded between and by the low water mark in the said River on one side and the lower margin of the cultivated land on the other side, following the various course of the River bank and of the said margin of the cultivated land aforesaid. Provided always that if no lumber mill is built and put into operation at or near Brackett, in the said County of Madawaska by the said A. E. Hammond, his heirs or assigns within five years from the date hereof, then the above described land shall revert to the said Damas Lizotte or to his heirs who shall thereafter enjoy the possession thereof as heretofore. Being the same same land premises and rights conveyed and assigned by Damas Lizotte and wife to the said A.E. Hammond by Deed dated the 25th day of February, A.D., 1927

6.    Médée Anctil's Property

a)

Also all that other certain lot, piece or parcel of land and premises situate, lying and being in the Parish of Saint Francis aforesaid, and bounded and described as follows, to wit:

116

All that part of the lot owned and occupied by the said Médée Anctil in the first tier
fronting on the River Saint John included and bounded between, by the low water mark
in the said River on one side and the lower margin of the cultivated land on the other
side, following all the various courses of the River bank and of the said margin of the
cultivated land aforesaid.

Provided always that if no lumber mill is built and put into operation at or near Brockett,
in the said County of Madawaska by the said A.E. Hammond his heirs or assigns within
five years from the date hereof, then the above described land shall revert to the said
Médée Anctil or his heirs who shall thereafter enjoy the possession thereof is heretofore.

Being the same land, premises and rights conveyed and assigned by Médée Anctil to the
said Allan E. Hammond by Deed dated the 25th day of February A.D., 1925.

7.    Pierre H. Levasseur properties

a)

Also all that certain other lot, piece or parcel of lands and premises situate, lying and
being in the Parish of Saint Francis aforesaid, and bounded as follows to wit:

All that part of the lot owned and occupied by the said Pierre H. Levasseur and Alice
Levasseur in the First tier of lots fronting on the River Saint John included and bounded
between and by the low water mark in the said river on one side and the lower margin of
the cultivated land on the other side following all the various courses of the Riverbank
and of the said margin of the cultivated land aforesaid.

Provided always that if no lumber mill is built and put into operation at or near Brockett,
in the said County of Madawaska, by the said A: E. Hammond, his heirs or assigns,
within five years from the date hereof, then the above described land shall revert to the
said Pierre H. Levasseur and Alice Levasseur or their heirs who shall enjoy thereafter the
possession thereof as heretofore.

Being the same land, premises and rights conveyed and assigned by Pierre H. Levasseur
and wife to the said Allan E. Hammond by Deed dated the 25th day of February A.D.
1927.

Together with all the buildings and improvements thereof and the privileges and
appurtenances to the same belonging or in any manner appertaining and the reversion and
reversions, remainder and remainders, rents, issues and profits thereof, and also all the
estate, right, title, right and title, interest, use, possession, property, claims and demand
either at law or in equity, of the said Grantor of, in, to or out of the same and every part
and parcel thereof, with the appurtenances.

To have and to Hold the said lot, piece or parcel of land and premises hereby granted,
bargained and sold, or meant, mentioned or intended so to be and every part and parcel
thereof, with the appurtenances into the said Grantee to the only proper use, benefit and
behoof of the said Grantee, its successors and assigns forever,

All that certain lot, piece or parcel of land and premises situate, lying and being in the
Parish of Clair, in the County of Madawaska, in the Province of New Brunswick,
described as follows:- Bounded on the south by the River Saint John, on the west by
Fraser's line, land owned by Fraser Companies, Limited, on the north by the
Temiscouata Company right-of-way and on the east by Levasseur Brook so called.
Being a strip of land 1115 feet long more or less and containing 5.3 acres more or less.

BEING the same lands and premises as described in a Deed dated May 28, 1930
between Auguste Michaud et al as grantors and Fraser Companies, Limited as grantee,
which Deed was duly registered in the Madawaska County Registry Office on June 5,
1930 in Book T-4 at Page 237 as Number 30161.

117

#87
PID 35001445

All that certain lot, pieces or parcels of land and premises situate, lying and being in the
Parish of Saint Francois in the County of Madawaska and Province of New Brunswick,
in the Dominion of Canada, bounded and described as follows – Being the whole of
Island number Eight (8) in the River Saint John, known as Kennedy Island, containing
twenty-eight acres more or less.

Being the same lands and premises conveyed by John B. Clair and wife to Fraser
Companies, Limited by Deed dated April 19, 1927 and registered in the Madawaska
County Registry Office on April 21, 1927, in Book C-4, at page 210, as number 26858.

118

#88 - 10079101
#89 - 10079119
#90 - 10079127
#95 - 10137891
#96 - 10079069

**Parcel 10 – PIDs # 10079127, 10079119, 10079101, 10079069 and 10137891**

All that certain lot, piece or parcel of land situate, lying and being in the Parish of Aberdeen, County of Carleton and Province of New Brunswick, bounded and described as follows:

Being all those portions of Lot 76 granted to James K. Flemming, Lot 78 granted to George F. Foster, Lot 80 granted to H.M. Foster and Lot 82 granted to A. Plummer as were conveyed to her Majesty the Queen in Right of the Province of New Brunswick as represented by the Minister of Natural Resources and Energy, all being a portion of Parcel No. 84 in Deed Number 150443 as registered in the Carleton County Registry Office in Book 352 at Page 503.

Together with, all those portions of Ungranted Crown Lots Numbered 84, 85 and 86 which are bounded, westerly, by the aforesaid Lot 82 granted to A. Plummer, northerly and easterly, by the bounds of the Second Tract, containing 14,601 acres, granted to The New Brunswick Railway Company, said bounds having been surveyed by H.M. Garden, Deputy Surveyor, in 1870; and, southerly, by the northern base line of the Workmen's Lots, so called, said bounds

having been surveyed by J.H. Patterson in 1937. The hereinbefore described parcel of land is estimated to contain an area of 190.2 hectares (470 acres ±), more or less.

Reserving to the Crown as represented by the Minister of Natural Resources and Energy:

(a) the beds of all brooks or streams below the normal high water mark;

(b) all rights of fishing and fishery;

(c) a right-of-way, ten metres in width measured horizontally from the normal high water mark, along the banks of all brooks or streams for the general public to freely pass and repass on foot and to stop and enjoy recreational activities; and

(d) all coals, also all gold and silver and other mines and minerals.

And being the same lands and premises as were conveyed by Her Majesty the Queen in Right of the Province of New Brunswick to Juniper Lumber Co. Ltd. by Deed dated April 16, 1997 and registered in the Carleton County Registry Office on the 15th day of May, 1997 in Book 662 at Page 195 as Number 191774.

119

#91
### Parcel 6, #2 – PID # 10137917

All that portion of Grant Lot number seventy-six (76) Range 3, Beaufort Settlement bounded
on the North by N.B. Crownland; on the East by a parcel of land owned by Juniper Lumber
Ltd., on the South by the main highway leading from Glassville to Juniper Station; and on the
West by Grant Lot Number seventy-four (74);

Saving and Excepting all parcels previously deeded.

Containing approximately seven (7) hectares, and being a portion of lands deeded by North
Carleton Land Company Ltd. to Juniper Realties Ltd. by Deed dated December 6, 1968 and
registered in the Carleton County Records as No. 113588 on January 3, 1969.

Being a portion of lands deeded by Juniper Realties Ltd. to Aberdeen Investment Company
Ltd. by Deed dated August 29, 1984 and registered in the Carleton County Records as No.
151701 Book 358 Page 184 on September 5, 1984.

This Deed conveys and intends to convey all the remainder of Grant Lots Number seventy-four
(74) and seventy-six (76) owned by the Grantor.

Subject to a Right of Way as set out in a Deed between Juniper Realties Ltd., as grantor, and B.
Jerome Thompson and Kathleen Thompson, as grantee, dated November 15, 1976 and
registered in the Carleton County Registry Office in Book 268 at Page 873 as Number 129423.
The said Right of Way being shown on Juniper Realties Ltd. Subdivision Plan dated May 26,
1976, prepared by Ralph Vail, approved by F.J. McIntosh – For Development Officer Province
of New Brunswick on November 3, 1976 and registered in the Carleton County Registry Office
on November 3, 1976 in Book 268, Page 417, as Number 129301.

120

#92
**Parcel 6, #1 – PID # 10005718**

All that certain lot, piece or parcel of land situate, lying and being in Juniper, in the Parish of
Aberdeen, County of Carleton and Province of New Brunswick described as follows:

All that portion of Grant Lot number seventy-four (74) Range Three, Beaufort Settlement
bounded on the North by N.B. Crownland; on the East by Grant Lot Number seventy-six (76);
on the South by the main highway leading from Glassville to Juniper Station; and on the West
by a Crown Reserve Road running in a northerly direction along the Easterly side of Grant Lot
Number seventy-two (72);

Saving and Excepting all parcels previously deeded.

Containing approximately nine (9) hectares, and being a portion of lands deeded by Flemming
and Gibson Ltd. to Juniper Realties Ltd. by Deed dated December 6, 1968 and registered in the
Carleton County Records as No. 113584 Book 216 Page 684-686 on January 3, 1969.

Being a portion of lands deeded by Juniper Realties Ltd. to Aberdeen Investment Company
Ltd. by Deed dated August 29, 1984 and registered in the Carleton County Records as No.
151701 Book 358 Page 184 on September 5, 1984.

Saving and Excepting thereout and therefrom that portion of the herein described premises that
was conveyed to Glassville Logging Co. Ltd. by Deed No. 186890, recorded in Book 621, at
Page 311.

121

#93

**Parcel 2 – PID # 10001717**

ALL THAT CERTAIN LOT, PIECE OR PARCEL OF LAND AND PREMISES situate, lying and being in Juniper, in the Parish of Aberdeen, in the County of Carleton and Province of New Brunswick, bounded and described as follows:

BEGINNING at an iron post standing on the southern limits of the highway road leading from Juniper to Juniper Station, which iron post is the Northeast corner post of a lot of land owned and occupied (1978) by B. Jerome Thompson; thence from the place of beginning on an azimuth bearing of eighty-four degrees and thirty-nine minutes (84° 39'), following the southern limits of the highway road aforementioned, a distance of three hundred eighty-three and forty-five one hundredths feet (383.45') to a survey marker; thence on a bearing of one hundred forty-four degrees and fifteen minutes (144° 15') a distance of one hundred ninety-six and eighty-six one hundredths feet (196.86') to a survey marker; thence on a bearing of one hundred eighty-five degrees and twenty-two minutes (185° 22') a distance of one hundred thirteen and four tenths (113.4') to a survey marker; thence on a bearing of two hundred eighty-three degrees (283° 00') a distance of two hundred thirty-six and thirty-four one hundredths feet (236.34') to a survey marker; thence on a bearing of two hundred seventy-two degrees and fourteen minutes (272° 14') a distance of one hundred twelve and seventy-four one hundredths feet (112.74') to a survey marker; thence on a bearing of five degrees and thirty-three minutes (5° 33') a distance of forty-nine and ninety-seven one hundredths feet (49.97') to an iron rod; thence on a bearing of two hundred seventy-eight degrees and thirty three minutes (278° 33') a distance of one hundred fifty feet (150.0') to an iron rod; thence on a bearing of eight minutes (00 08') a distance of one hundred seven and three tenths feet (107.3') to the place of beginning, containing two and five one hundredths acres (2.05), be it slightly more or less.

The herein described parcel of land is a portion of the lands and premises conveyed to Juniper Realties by Deed No. 113584, recorded in Book 216, at Page 684, Carleton County Records.

The herein described parcel of land is shown on a Survey Plan prepared by Ralph S. Vail, N.B.L.S., on January 31, 1978, which Survey Plan is attached to and forms part of Deed registered in the Carleton County Record Office in Book 286 at Page 20 as Number 134074, which Deed was approved for registration on July 21, 1978, by F.J. Macintosh for Development Officer, Province of New Brunswick.

The Grantor, B. Jerome Thompson, reserves to himself, the use of the barns and pastures on the lands to the extent as exists the date hereof, which barns and pastures are situated on the lands herein conveyed, for as long as he shall live or until such time as he shall cease to live in the Village of Juniper, New Brunswick.

122

#94 - 10137925
#99 - 10004588
#100 - 10206928
#101 - 10206902
#105 - 10206910

Parcel 7 -- PID #s 10206910, 10206902, 10206928, 10137925 and 10004588

All that certain lot, piece or parcel of land situate, lying and being in the Village of Juniper, in the Parish of Aberdeen in the County of Carleton and Province of New Brunswick, being more particularly bounded and described as follows:

Beginning at a point on the northerly bank or shore of the Southwest Miramichi River distant westerly one hundred eighty metres (180.0m) from the westerly limits of Lewis Street, measured at right angles thereto; thence northerly, parallel to the easterly boundary of Lot No. 72 to the southwesterly limits of a road leading past a gravel pit on said Lot No. 72; thence southeasterly and southerly, along the said southwesterly and westerly limits of said road, to the northerly boundary of a lot conveyed by Flemming & Gibson Limited to Juniper Realties Ltd. on December 6, 1968; thence easterly, along said northerly boundary, to the westerly boundary of a lot conveyed by North Carleton Land Co. Ltd. to Juniper Realties Ltd. on December 6, 1968; thence northerly, along said westerly boundary, to the northwesterly angle of said lot; thence easterly, along the northerly boundary of said lot and its prolongation, to the westerly boundary of Lot No. 82, granted to Amasa Plummer; thence southerly, along said westerly boundary to the southerly limits of the road leading to Juniper Station; thence easterly, along said southerly limits, to the westerly boundary of Crown Lot No. 84; thence southerly, along said boundary, to the aforesaid northerly bank or shore of the Southwest Miramichi River and thence westerly, upstream, along said bank or shore, to the place of beginning.

Saving and Excepting thereout and therefrom all lands and premises previously conveyed. And Further Saving and Excepting thereout and therefrom those portions of the herein described premises that were conveyed to:

(a) Michael J. Comeau and Trudy M. Comeau by Deed No. 186215, recorded in Book 615 at Page 540; and

(b) Scott L. Rideout and Marie A. Rideout by Deed No. 187296, recorded in Book 625 at Page 173.

123

#97

**Parcel 4 – PID # 10001618**

ALL THAT CERTAIN LOT, PIECE OR PARCEL OF LAND AND PREMISES situate, lying and being in the Village of Juniper, in the County of Carleton and Province of New Brunswick, being more particularly bounded and described as follows: to wit:-

BEGINNING at a stake standing on the southern limits of the Mill Road, so called, which stake is the North-East corner stake of a lot of land owned (1973) by one Mildred Matheson; thence from place of beginning, on an azimuth bearing of one hundred and fourteen degrees and forty minutes (114° 40') a distance of one hundred fifteen feet (115.0') to a stake; thence on a bearing of two hundred five degrees and twenty five minutes (205° 25') a distance of sixty feet (60.0') to a stake; thence on a bearing of two hundred ninety four degrees forty minutes (294° 40') a distance of one hundred fifteen feet (115.0') to a stake; thence on a bearing of twenty five degrees and twenty minutes (25° 20') a distance of sixty feet to the place of beginning. The herein described parcel of land is a portion of those lands and premises that were conveyed to Juniper Realties Ltd. by Flemming & Gibson Limited by deed bearing date the 6th day of December, A.D., 1968 and which deed has been duly recorded in the Carleton County Registry Office at Woodstock, N.B., in Book 216 at Page 684 under official number 113584. Be it noted that this parcel of land is shown on the Amending Subdivision Plan for the Juniper Realties Ltd. Subdivision No. 8, said plan having been prepared by Ralph S. Vail, N.B.L.S., dated August 16, 1973 and recorded in the Carleton County Registry Office at Woodstock, N.B., in Book 240 at page 524 under official number 121340. AND BEING the same lands and premises as conveyed by Juniper Realties Ltd. to Olys Brown and Wilma Brown as joint tenants by deed dated September 29, 1973 and registered in the Carleton County Registry Office as number 121677 at Page 647 in Book 241 after having been exempted for registration by F.J. McIntosh for Development Officer, Province of New Brunswick, on the 31st day of October, A.D., 1973.

BEING the same lands and premises as conveyed by Olys Brown, widower, to James P. Brown and Betty Phillips, as joint tenants, by deed dated the 13th day of January, A.D., 1982, and registered in the Carleton County Registry Office on the 13th day of January, A.D., 1982 in Book 325 at Page 30 as Number 143921.

BEING the same lands and premises conveyed by James Brown and Betty Phillips to Marvin R. Flemming and Winnifred L. Flemming by deed recorded in Carleton County Registry Office in Book 375 at Page 156 as Number 154548 on the 12th day of August 1985.

Marvin R. Flemming and Winnifred L. Flemming reserve unto themselves, their heirs and assigns, the right to take water from the well situated on the lands hereby conveyed and to lay down, maintain and repair a pipe line from the well to their property adjacent to the land hereinbefore described.

124

#98

Parcel 5 -- PID # 10001584

ALL THAT CERTAIN LOT, PIECE OR PARCEL OF LAND AND PREMISES situate, lying and being in the Village of Juniper, in the Parish of Aberdeen, in the County of Carleton and Province of New Brunswick, being more particularly bounded and described as follows:

BEGINNING at a survey post standing on the southern limits of the highway road leading through the Village of Juniper to Juniper Station, which survey post is the northeast corner post of that lot of land occupied by the Juniper Post Office; thence from the place of beginning on an azimuth bearing of fifty-three degrees one minute and zero seconds (53° 01' 00") following the southern limits of the highway aforementioned a distance of one hundred ten and one tenths feet (110.1") to a survey post; thence on a bearing of one hundred seventy-one degrees twenty-nine minutes and forty-four seconds (171° 29' 44") a distance of one hundred three and five tenths feet (103.5") to a survey post; thence on a bearing of eighty-eight degrees thirty-nine minutes and twenty-three seconds (88° 39' 23") a distance of thirty-two and forty-one one hundredths feet (32.41") to a survey post; thence on a bearing of one hundred sixty-six degrees fifty-six minutes and thirty-five seconds (166° 56' 35") a distance of ninety-two feet (92.0") to a survey post standing on the northern limits of the Mill Road, so called; thence on a bearing of two hundred seventy degrees three minutes and eighteen seconds (270° 03' 18") following said road limits a distance of one hundred and thirty-five and forty-one one hundredths feet (135.41") to a survey post; thence on a bearing of three hundred two degrees fifty-two minutes and fifty-four seconds (302° 52' 54") a distance of one hundred eleven and five tenths feet (111.5") to a survey post standing on the southern limits of the first mentioned highway road; thence on a bearing of forty-eight degrees twenty-seven minutes and thirty seconds (48° 27'

30") following said road limits a distance of thirty-seven feet (37.0") to a survey post standing at the northwest corner of the Juniper Post Office lot aforementioned; thence on a bearing of one hundred thirty-eight degrees twenty-seven minutes and thirty seconds (138° 27' 30") a distance of seventy-five feet (75.0") to a survey post; thence on a bearing of forty-eight degrees twenty-seven minutes and thirty seconds (48° 27' 30") a distance of sixty feet (60.0") to a survey post; thence on a bearing of three hundred eighteen degrees twenty-seven minutes and thirty seconds (318° 27' 30") a distance of seventy-five feet (75.0") to the place of beginning, being a portion of those lands and premises that were conveyed to Juniper Realties Limited by Deed No. 113588 recorded in Book 216 at Page 690, Carleton County Records, transferred by North Carleton Land Co. Ltd.

The herein described lands and premises are shown as the Juniper Realties Limited property on the survey plan prepared by Ralph S. Vail, N.B.L.S., dated June 13, 1979.

AND BEING the same lands and premises described in a deed from Juniper Realties Limited to Paul Brooks and Shirley Brooks dated June 28, 1979, which was exempted by P.I. McIntosh for Development Officer, Province of New Brunswick, on August 29, 1979, and registered in the Carleton County Registry Office on September 19, 1979, in Book 298 at Page 851 as Number 137438.

Being the same lands and premises as conveyed by Paul Brooks and Shirley Brooks to Keith Brooks, by Deed dated the 3rd day of May, A.D., 1989 and registered in the Carleton County Registry Office on the 5th day of May, A.D., 1989 in Book 464 at Page 50 as No. 167220.

125

#102 65203705
#103 65203564
#104 65203556 being a portion of Parent PID #65019655

**PID # 65019655**

All that certain lot of land situate in the Parish of Gordon in the County of Victoria
and Province of New Brunswick bounded as follows:

Beginning at a point on the northern line of lot No. 78, on the eastern side of
the Tobique River at Plaster Rock which said point is four chains east from the
northwest angle of said lot No. 78, thence running by the magnet east 71
chains to a maple tree standing at the north east angle of lot No. 78, thence
south 15 degrees east eleven and one quarter chains, thence west 68 chains,
thence in a northerly direction to the place of beginning, containing 70 acres,
more or less, and being part of said lot No. 78 granted to Crawford M.
Hutchinson, recorded in Book No. 37 page 274, No. 15381, August 1, 1911, in
the Recording Office of the County of Victoria. Being the same lands as
described in the deed from Maud R. Hawkes to Donald Fraser dated September
9, 1936, registered in Book No. 76, page 5. Being the same lands and premises
described in the deed from the Estate of Donald Fraser to Alexander A. Fraser
by deed dated January 2, 1946 and duly registered in the Victoria County
Records in Book 88, page 326-327, under Official No. 35411.

And being a portion of the lands deeded by Alexander A. Fraser and Joan E.M.
Fraser to Fraser Companies Limited by deed dated July 17, 1948 and registered
in the Victoria County Registry Office July 23, 1948 in Book 94, at page 400,
under No. 38259.

Also all that certain lot piece and parcel of land situate lying and being in the Parish of
Gordon in the County of Victoria and bounded and described as follows:

Beginning at a post standing at the south east angle of lot number 80 granted
to Lawrence T. Hawkes, east side of Tobique River above Plaster Rock, thence
running by the magnet of the year 1914 north three degrees and 30 minutes
east 15 chains, thence south 87 degrees east six chains and 91 links to another
post, thence south 12 degrees east 15 chains and 56 links and thence north 86
degrees and 30 minutes west 10 chains and 90 links to the place of beginning;
containing 13 acres, more or less, and distinguished as the rear part of lot
number 80, east side of Tobique River above Plaster Rock.

Being a portion of the lands deeded by Restigouche Company Ltd. to Fraser
Companies Ltd. by deed dated October 18, 1944 and registered in the Victoria
County Registry Office December 12, 1944 in Book 86, at page 231, under No.
34507.

Also all that certain piece or parcel of land and premises situate, lying and being in the
County of Victoria in the Province of New Brunswick and bounded and described as
follows:

Part of lot 78 east side of Tobique River, 30 acres. Also all that tract of land
situate in the Parish of Gordon in the said county of Victoria and bounded as
follows: Beginning at the southwesterly angle of lot number 80 on the easterly
bank of the Tobique River at Plaster Rock thence east 76 chains to a maple tree
thence south 15 degrees east 15 chains thence west 72 chains or to the easterly
bank of the said Tobique River, thence along the bank of said river in a
northerly direction following the various courses thereof to the place of
beginning, containing 100 acres more or less and distinguished as lot number
78 on the east side of Tobique River aforesaid, granted by the Crown to
Crawford M. Hutchinson. Being the same lands and premises conveyed by
Mary B. Stewart to Donald Fraser, Donald Fraser Junior, and Archibald Fraser
by deed bearing date the 27th day of June, 1908 and duly recorded in the

126

Victoria County records in book B no. 1 pages 664 and 665 under official number 13387 the 2ⁿᵈ day of July, 1908 and by the said Donald Fraser, Donald Fraser Junior, and Archibald Fraser conveyed to the Fraser Lumber Company Limited by deed bearing date the 3ʳᵈ day of June, 1914, and duly recorded in Victoria County Records in book O no. 1, pages 251 to 256 under official number 16881 the 4ᵗʰ day of June, 1914, save and except thereout and therefrom that portion thereof conveyed by the said Donald Fraser, Donald Fraser Junior and Archibald Fraser to Maud R. Hawkes by deed bearing date the 1ˢᵗ day of August, 1911, and duly recorded in the Victoria County Records in Book K no. 1 pages 274 to 276 under official number 15381 and therein described as follows: All that certain lot, piece or parcel of land situate, lying and being in the Parish of Gordon in the County of Victoria and Province of New Brunswick, bounded and described as follows: Beginning at a point on the northern line of lot number 78 on the eastern side of Tobique River at Plaster Rock which said point is four chains east from the northwest angle of said lot number 78, thence running by the magnet east 71 chains to a maple tree standing on the north east angle of said lot number 78, thence south 15 degrees east 11 ¼ chains, thence west 68 chains thence in a northerly direction to the place of beginning, containing 70 acres more or less and being part of said lot number 78 granted to Crawford M. Hutchinson and deeded to the said Grantors by Mary B. Stewart the 27ᵗʰ day of June, 1908.

And being a portion of the lands deeded by Fraser Lumber Co. Ltd. to Fraser Companies Ltd. by deed dated September 1, 1917 and registered in the Victoria County Records Office September 7, 1917 in book 46 at page 566 under no. 18892.

Also all that certain piece or parcel of land and premises situate, lying and being in the Parish of Gordon, in the County of Victoria in the Province of New Brunswick and bounded and described as follows:

Beginning at a fir tree standing on the eastern bank or shore of the Tobique River at the north west angle of lot number 78 granted to Crawford M. Hutchinson at Plaster Rock, thence running by the magnet east 72 chains thence south 15 degrees east 15 chains, thence west 72 chains to the eastern bank or shore of the Tobique River aforesaid and thence along the same upstream to the place of beginning, containing 100 acres more or less, and distinguished as lot number 76. The said lot having been granted by the Crown to Robert W. Good and by the said Robert W. Good conveyed to one John E. Steward by deed dated February 17, 1886 and later conveyed by Eugene A. Holmes and wife to Donald Fraser Junior by deed bearing date the 10ᵗʰ day of March, 1910 and duly recorded in the Victoria County records in Book H no. 1 pages 426 and 427 under official number 14352 and later conveyed by the said Donald Fraser Junior to the Fraser Lumber Company, Limited by deed bearing date the 3ʳᵈ day of June, 1914 and duly recorded in the Victoria County records in Book O no. 1 pages 243 to 251 under official no. 16880 the 4ᵗʰ day of June, 1914.

And being a portion of the lands deeded by Fraser Lumber Co. Ltd. to Fraser Companies Ltd. by deed dated September 1, 1917 and registered in the Victoria County Records Office September 7, 1917 in book 46 at page 566 under no. 18892.

Also all that certain piece or parcel of land and premises situate, lying and being in the Parish of Gordon, in the County of Victoria in the Province of New Brunswick and bounded and described as follows:

127

Beginning at a point distant one chain measured on a magnetic east course of the year 1855 from a pine tree standing on the eastern bank or shore of Tobique River at the southwest angle of lot number 76 granted to Robert W. Good at Plaster Rock, thence from said point and running east 99 chains to a west line of the Seventh Tract granted to the New Brunswick Railway Company, thence south 24 chains and 50 links or to the eastern prolongation of the northern line of lot letter A granted to Miles O'Leary, thence along said prolongation and then west one minute and two chains or to a point distant one chain easterly from a cedar tree standing on eastern bank or shore of Tobique River aforesaid and thence following parallel to the said bank or shore maintaining the distance of one chain therefrom in a northerly direction to the place of beginning, containing 200 acres more or less and distinguished as lo letter C, east Tobique River at Plaster Rock. Being the same lands and premises granted by the Crown to Donald Fraser, Donald Fraser Junior and Archibald Fraser by Grant number 25108 dated September 15, 1904 and being the same lands and premises conveyed by Donald Fraser, Donald Fraser Junior and Archibald Fraser to Fraser Lumber Company Limited by deed bearing date 3rd day of June, 1914 and duly recorded in Victoria County Records in Book O no. 1 pages 251 to 256 under official no. 16881 the 4th day of June, 1914.

And being a portion of the lands deeded by Fraser Lumber Co. Ltd. to Fraser Companies Ltd. by deed dated September 1, 1917 and registered in the Victoria County Records Office September 7, 1917 in book 46 at page 566 under no. 18892.

Also all that certain piece or parcel of land and premises situate, lying and being in the Parish of Gordon, in the County of Victoria in the Province of New Brunswick and bounded and described as follows;

Known as lot letter A in Deputy Andrew Blair's survey at the Plaster rock so called, on the east side of the Tobique River between the Gulquac and Wapskehagan containing 100 acres more or less and granted by the Crown to said Miles O'Leary on the 14th day of February, 1839 under grant no. 1816.

And being a portion of the lands deeded by Fraser Lumber Co. Ltd. to Fraser Companies Ltd. by deed dated September 1, 1917 and registered in the Victoria County Records Office September 7, 1917 in book 46 at page 566 under no. 18892.

Also all those two tracts of land and premises situate, lying and being in the Parish of Gordon, in the County of Victoria in the Province of New Brunswick and bounded and described as follows:

First Tract: Beginning at a point on the southern line of lot letter A granted to Miles O'Leary on the eastern side of the Tobique River at Plaster Rock, intersected by the eastern line of the Tobique Valley Railway and reservation, the said point being distant south easterly 100 feet measured at right angles to the said railway track from the centre thereof, thence from the said point and running by the magnet of the year 1855 east 52 chains and 50 links thence south 13 chains thence west 66 chains or to the eastern line of the Tobique Valley Railway and reservation aforesaid and thence along the same following the various courses thereof in a northeasterly direction maintaining the distance of 100 feet therefrom to the place of beginning, containing 78 acres, more or less, and distinguished as lot letter D, east of the Tobique River at Plaster Rock, being the same lands and premises granted by the crown to The Tobique Manufacturing Company by grant number 24484 and dated the 16th day of December, 1901.

128

Second Tract: Beginning at a fir tree standing on the eastern bank or sore of the
Tobique River at the north western angle of lot number 68 granted to Hezekiah
Day below the Plaster Islands, thence running by the magnet of the year 1855
east 150 feet or to a point distant 100 feet measured easterly and at right angles
from the centre of the track of the Tobique Valley Railway or the location
made for the same in accordance with a plan filed in the Crown Land Office
thence following parallel to the said Tobique Valley Railway tract or the
location made for the same as aforesaid maintaining the distance of 100 feet
therefrom in a north easterly direction with a rectangular distance of 13 chains
or to the southern line of lot letter A granted to Miles O'Leary thence west 350
feet or to the eastern bank or shore of Tobique River aforesaid and thence
along the same following the various courses thereof in a southwesterly
direction down stream to the place of beginning containing 3 ½ acres more or
less and being the front part of lot letter D eastern side of Tobique River at
Plaster Rock, subject however to the right of the Tobique Valley Railway
Company to use the said lands so granted to them as may be required for
railway purposes, being the same lands and premises granted by the Crown to
The Tobique Manufacturing Company by a supplementary grant numbered
24789, dated the 6th day of April, 1903 by authority of an order of the
Lieutenant Governing Council, dated the 13th day of April, 1902.

The aforesaid two tracts of land being a portion of the lands deeded by Fraser
Lumber Co. Ltd. to Fraser Companies Ltd. by deed dated September 1, 1917
and registered in the Victoria County Records Office September 7, 1917 in
book 46 at page 566 under no. 18892.

Also all that certain piece or parcel of land and premises situate, lying and being in the
Parish of Gordon, in the County of Victoria in the Province of New Brunswick and
bounded and described as follows:

Beginning at a post standing at the north east angle of lot letter D granted to
the Tobique Manufacturing Company, at Plaster Rock, thence running by the
magnet of the year 1906 south 87 degrees east 62 chains and 50 links to
another post thence 19 degrees east 13 chains to another post thence south 87
degrees east 5 chains thence south 3 degrees west 25 chains and 50 links to
another post thence north 87 degrees west 69 chains and 50 links to the place
of beginning, containing 97 acres more or less and distinguished as lot letter L.
at Plaster Rock. Being the same lands and premises granted by the Crown to
Donald Fraser, Donald Fraser Junior, and Archibald Fraser by grant number
25623 and dated the 8th day of March, 1907 and conveyed by Archibald Fraser
and Donald Fraser, both in their own right and heirs at law of Donald Fraser by
indenture bearing date the 25th day of July, 1917 to the Fraser Lumber
Company Limited.

And being a portion of the lands deeded by Fraser Lumber Co. Ltd. to Fraser
Companies Ltd. by deed dated September 1, 1917 and registered in the
Victoria County Records Office September 7, 1917 in book 46 at page 566
under no. 18892.

Also all that certain piece or parcel of land and premises situate, lying and being in the
Parish of Gordon, in the County of Victoria in the Province of New Brunswick and
bounded and described as follows:

Beginning on the easterly side of the Tobique River at the south west angle of
lot D, thence running east by the magnet of the year 1855 70 chains, thence
south 15 chains, thence west 74 chains to the easterly bank of the said Tobique
River and thence northerly along the easterly bank of said Tobique River
following the various courses thereof to the place of beginning, containing 108


130

indenture bearing date the 3rd day of June, 1914 and duly recorded in Victoria County Records in Book O no. 1 pages 251 to 256 under official number 16881 the 4th day of June, 1914.

And being a portion of the lands deeded by Fraser Lumber Co. Ltd. to Fraser Companies Ltd. by deed dated September 1, 1917 and registered in the Victoria County Records Office September 7, 1917 in book 46 at page 566 under no. 18892.

SAVING AND EXCEPTING the following lot, pieces or parcel of land and premises situate, lying and being in the Parish of Gordon, in the County of Victoria in the Province of New Brunswick and bounded and described as follows:

Beginning at a point on the southerly or lower sideline of lands owned by Vernon R. Briggs and Wellington Briggs, said point designated as Station 2+01.4, as shown on a survey plan of Tobique Valley School Site Property as surveyed by Roy E. Wilson, N.B.L.S., dated January 15, 1976, said point being the centre line of a service easement; thence along the said centre line, so described, on a bearing of two hundred seven degrees thirty six minutes [207-36] a distance of two hundred nineteen and five tenths [219.5] feet to the end of easement and designated as Station 4+20.9; taking a strip of land ten [10] feet wide lying to the left of or east of the above described centre line and taking a strip of land ten [10] feet wide lying to the right of or west of the said centre line from Station 2+01.4 to Station 4+20.9.

The hereinbefore described parcel of land containing by ad-measurement fourth thousand three hundred ninety (4,390) square feet and shown as Parcel "B" on the aforesaid survey plan of Tobique Valley School Site Property, said survey plan registered in the Victoria County records under Official Plan no. 2487 on January 29, 1976.

Being the same lands deeded by Fraser Companies, Limited to Her Majesty the Queen by deed dated April 28, 1976 and registered in the Victoria County Records Office May 12, 1976 in book 180 at page 16 under no. 69434.

AND SAVING AND EXCEPTING the following lot, pieces or parcel of land and premises situate, lying and being in the Parish of Gordon, in the County of Victoria in the Province of New Brunswick and bounded and described as follows:

All that certain lot shown as Parcel 90-A on the subdivision plan of Fraser Inc. Subdivision No. 2, Village of Plaster Rock, County of Victoria, Province of New Brunswick, surveyed by Jacques R. Grondin, N.B.L.S., dated October 16, 1990, approved by the Development Officer for the Village of Plaster Rock on December 11, 1990, and filed in the Victoria County Registry Office at the time of registration of the within deed the said parcel 90-A containing 196 square meters.

BEING a parcel of land to be added to and form part of the property of D. Camber Giberson and Theresa Giberson described in a deed registered in the Victoria County Registry Office in book 180, at page 440 as number 66875.

AND BEING the same lands and premises conveyed by Fraser Inc. to D. Camber Giberson and Theresa Giberson by deed dated July 3, 1991 and registered in the Victoria County Registry Office on July 18, 1991 in book 369 at page 362 as number 103971.

AND SAVING AND EXCEPTING the following lot, pieces or parcel of land and premises situate, lying and being in the Parish of Gordon, in the County of Victoria in the Province of New Brunswick and bounded and described as follows:

131

All that certain lot lying and being on Brook Street in the Village of Plaster
Rock, in the Parish of Gordon, County of Victoria, and Province of New
Brunswick, having an area of 1, 179 square meters and being shown as Parcel
91-A on the subdivision plan of FRASER INC. (FRASER CO. LTD.)
SUBDIVISION 91-A prepared by Scott H. Goodine, N.B.L.S., dated 1991-04-
08, approved by Barbara Wishart, Development Officer for the Village of
Plaster Rock, on November 5, 1991, and filed in conjunction with the
registration of the attached deed.

BEING a portion of the lands and premises conveyed to Fraser Companies,
Limited by deed no. 18892 registered in the Victoria County Registry Office in
book 46 at page 566.

AND BEING the same lands and premises conveyed by Noranda Forest Inc by
its attorney, Fraser Inc., to Douglas Rocky Giberson and Pamela Joy Giberson
by deed dated March 24, 1992 and registered in the Victoria County Registry
Office on April 6, 1992, in book 384 at page 44 as number 105664.

AND SAVING AND EXCEPTING the following lots, pieces or parcels of land and
premises situate, lying and being in the Parish of Gordon, in the County of Victoria in
the Province of New Brunswick and bounded and described as follows:

Parcel One: All that certain lot shown as Parcel 93-A on the Subdivision Plan
of Noranda Forest Inc. Village of Plaster Rock Subdivision 93-A, B, &C, Pond
Street, Village of Plaster Rock, surveyed by S.H. Goodine, N.B.L.S., dated
1991-02-04 and 1993-12-02, approved by the Development Officer for the
Village of Plaster Rock on February 17, 1994, and filed in the Victoria County
Registry Office under plan no. 200073, the said parcel 93-A containing 77
square meters.

Parcel Two: All that certain lot shown as Parcel 93-C on the Subdivision Plan
of Noranda Forest Inc. Village of Plaster Rock Subdivision 93-A, B, & C,
Pond Street, Village of Plaster Rock, surveyed by S.H. Goodine, N.B.L.S.,
dated 1991-02-04 and 1993-12-02, approved by the Development Officer for
the Village of Plaster Rock on February 17, 1994, and filed in the Victoria
County Registry Office under plan no. 200073, the said parcel 93-C containing
52 square meters.

Parcels 93-A and 93-C described above are to be added to and form part of the
property of Leonard A. Bradford and Patricia Bradford described in a deed
registered in the Victoria County Registry Office in book 362, at page 481, as
number 103189.

AND BEING a portion of the lands and premises conveyed by Noranda Forest
Inc by its attorney, Fraser Inc., and Village of Plaster Rock, to Leonard A.
Bradford and Patricia Bradford, his spouse, by deed dated April 14, 1994 and
registered in the Victoria County Registry Office on June 20, 1994, in book
428 at page 37 as number 110844.

AND SAVING AND EXCEPTING the following lot, piece or parcels of land and
premises situate, lying and being in the Parish of Gordon, in the County of Victoria in
the Province of New Brunswick and bounded and described as follows:

All that certain lot shown as Lot No. 90-1 on the subdivision Plan of Fraser
Inc. Subdivision No. 2, Village of Plaster Rock, surveyed by Jacques R.
Grondin, N.B.L.S., dated October 16, 1990 and filed in the Victoria County

132

Registry Office under plan number 5038, the said Lot No. 90-1 containing 7,562 square meters.

AND BEING a portion of the lands and premises conveyed by Fraser Inc. to the Village of Plaster Rock by deed dated July 3, 1991 and registered in the Victoria County Registry Office on July 18, 1991, in book 369 at page 374 as number 103793.

AND SAVING AND EXCEPTING the following lot, piece or parcel of land and premises situate, lying and being in the Parish of Gordon, in the County of Victoria in the Province of New Brunswick and bounded and described as follows:

Beginning at a standard survey marker located on the easterly side limits of Brook Street at a point, said point having New Brunswick Grid Coordinate values of 243 1957.126 meters East and 754 5923.622 meters North; THENCE from the place of beginning on the New Brunswick Grid North bearing azimuth 132 degrees 49 minutes 50 seconds a distance of 5.908 meters to another standard survey marker; THENCE on a bearing of 88 degrees 36 minutes 17 seconds a distance of 8.536 meters to another standard survey marker; THENCE on a bearing of 52 degrees 22 minutes 57 seconds a distance of 9.125 meters to another standard survey marker; THENCE on a bearing of 37 degrees 08 minutes 30 seconds a distance of 9.591 meters to another standard survey marker; THENCE on a bearing of 44 degrees 53 minutes 38 seconds a distance of 15.868 meters to another standard survey marker; THENCE on a bearing of 44 degrees 36 minutes 39 seconds a distance of 12.280 meters to a point; THENCE in an east southeasterly direction following the center line of a small brook a distance of 78 meters, more or less, to the shoreline of the Tobique River; THENCE in a downstream direction following the shoreline of the Tobique River to the point of intersection thereof and the center line of another small brook located downstream a distance of 63 meters, more or less, along the shoreline of the said Tobique River from the first mentioned small brook; THENCE in a northwesterly direction following the center line of the said small brook upstream a distance of 60 meters, more or less, to another standard survey marker; THENCE on a bearing of 326 degrees 25 minutes 40 seconds a distance of 16.288 meters to another standard survey marker; THENCE on a bearing of 98 degrees 10 minutes 56 seconds a distance of 8.688 meters to another standard survey marker located on the easterly side limits of Brook Street aforesaid; THENCE on a bearing of 15 degrees 25 minutes 43 seconds a distance of 6.826 meters to the place of beginning.

BEING Lot 99-1, containing 4900 square meters more or less, all as shown on the Nexfor Inc. (Fraser Companies Ltd.) Subdivision 99-1 plan of subdivision, filed in the Victoria County Registry Office on August 11 as Plan No. 11264992.

AND BEING the same lands and premises conveyed by Nexfor Inc. to the Village of Plaster Rock by deed dated September 19, 2000 and registered in the Victoria County Registry Office on September 28, 2000, in book 548 at page 152 as number 11403715.

AND SAVING AND EXCEPTING the following lot, piece or parcel of land and premises situate, lying and being in the Parish of Gordon, in the County of Victoria in the Province of New Brunswick and bounded and described as follows:

All that certain lot being a portion of granted lots 64 and 66 and being lot no. 84-1 on a subdivision plan of Fraser Inc. Subdivision prepared by Ralph S. Hall N.B.L.S. dated December 18, 1984, approved by the Development Officer

for the Province of New Brunswick on May 2, 1985, and having been duly
registered in the Victoria county Records on May 21, 1985, as number 3980.

BEING a portion of the same lands and premises conveyed by Daniel F.
Merrithew to Fraser Companies, Limited (Fraser Inc.) by deed dated June 28,
1973 and registered in the Victoria County Records on July 4, 1973 in book
160 at page 730 as number 64150, and being a portion of the same lands and
premises conveyed by Fraser Lumber Company, Limited to Fraser Companies,
Limited (Fraser Inc.) by deed dated September 1, 1917 and registered in the
Victoria County Records on September 7, 1917 in book T-1 at page 566 as
number 18892.

AND BEING the same lands and premises conveyed by Fraser Inc. to The
Plaster Rock Golf and Curling Club Inc. by deed dated June 19, 1985 and
registered in the Victoria County Registry Office on October 22, 1985, in book
267 at page 552 as number 90504.

AND SAVING AND EXCEPTING the following lot, piece or parcel of land and
premises situate, lying and being in the Parish of Gordon, in the County of Victoria in
the Province of New Brunswick and bounded and described as follows:

All that certain parcel of land being 33 feet by 53 feet, located adjacent to the
Lessor's planer mill at its Plaster Rock sawmill facility, and being shown
colour-outlined in red on a plan approved for registration on December 12,
1989 by Barbara Wishart, Development Officer for the Village of Plaster
Rock.

The said parcel being a portion of the lands and premises conveyed by Donald
Fraser, Donald Fraser Jr., and Archibald Fraser to Fraser Lumber Company,
Limited by deed dated June 3, 1914 and registered in the Victoria County
Registry Office on June 4, 1914 in Book O, No. I, at pages 251 to 256 as
number 16881, and later conveyed by Fraser Lumber Company, Limited to
Fraser Companies, Limited (now Fraser Inc.) by deed dated September 1, 1917
in book T-1, at page 566, as number 18892.

AND BEING the same lands and premises leased by Fraser Inc. to Brunswick
Animal Bedding Ltd. by lease dated December 4, 1989 and registered in the
Victoria County Registry Office on December 12, 1989, in book 337 at page
166 as number 100032.

134

**JUNIPER**

135

### Schedule A | Annexe A

PID | NID : 10004885

Apparent Parcel Access | Accès apparent à la parcelle : Public Access | Accès public

Status | État de la demande : Current | Courant

Effective Date/Time | Date et heure de prise d'effet :   2008-03-18 14:31:39

Legal Description | Description officielle :

Municipality: Community of Juniper
Parish: Aberdeen
County: Carleton
Description: Lot No. 2
Plan: 131586A
Book: 276
Page: 873
County Registered: Carleton
Date Registered: 1977-09-02
Name of Plan: Subdivision Plan Flemming-Gibson Industries Ltd. Juniper Realties Ltd. North
Carleton Land Company Limited Subdivision

136

Schedule A | Annexe A

PID | NID : 10001600

Apparent Parcel Access | Accès apparent à la parcelle : Public Access | Accès public

Status | État de la demande : Current | Courant

Effective Date/Time | Date et heure de prise d'effet :    2008-03-19 15:18:41

Legal Description | Description officielle :

Municipality: Community of Juniper
Parish: Aberdeen
County: Carleton
Description: Lot 26
Plan: 121072
Book: 238
Page: 631
County Registered: Carleton
Date Registered: 1973-08-03
Name of Plan: Subdivision Plan Juniper Realties Ltd. Subdivision No. 8, Juniper, Carleton County,
N.B.

Municipality: Community of Juniper
Parish: Aberdeen
County: Carleton
Description: Parcel A
Plan: 123177
Book: 246
Page: 648
County Registered: Carleton
Date Registered: 1974-06-24
Name of Plan: Subdivision Plan Juniper Realties Subdivision No. 14, Parish of Aberdeen, Carleton
County, N.B.

137

#88 - 10079101
#89 - 10079119
#90 - 10079127
#95 - 10137891
#96 - 10079069

**Parcel 10 -- FIDs # 10079127, 10079119, 10079101, 10079069 and 10137891**

All that certain lot, piece or parcel of land situate, lying and being in the Parish of Aberdeen,
County of Carleton and Province of New Brunswick, bounded and described as follows:

Being all those portions of Lot 76 granted to James K. Flemming, Lot 78 granted to George F.
Foster, Lot 80 granted to H.M. Foster and Lot 82 granted to A. Plummer as were conveyed to
her Majesty the Queen in Right of the Province of New Brunswick as represented by the
Minister of Natural Resources and Energy, all being a portion of Parcel No. 84 in Deed
Number 150443 as registered in the Carleton County Registry Office in Book 352 at Page 503.

Together with, all those portions of Ungranted Crown Lots Numbered 84, 85 and 86 which are
bounded, westerly, by the aforesaid Lot 82 granted to A. Plummer, northerly and easterly, by
the bounds of the Second Tract, containing 14,601 acres, granted to The New Brunswick
Railway Company, said bounds having been surveyed by H.M. Garden, Deputy Surveyor, in
1870; and, southerly, by the northern base line of the Workmen's Lots, so called, said bounds
having been surveyed by J.B. Patterson in 1937.  The hereinbefore described parcel of land is
estimated to contain an area of 190.2 hectares (470 acres ±), more or less.

Reserving to the Crown as represented by the Minister of Natural Resources and Energy:

(a)  the beds of all brooks or streams below the normal high water mark;

(b)  all rights of fishing and fishery;

(c)  a right-of-way, ten metres in width measured horizontally from the normal high water
mark, along the banks of all brooks or streams for the general public to freely pass and repass
on foot and to stop and enjoy recreational activities; and

(d)  all coals, also all gold and silver and other mines and minerals.

And being the same lands and premises as were conveyed by Her Majesty the Queen in Right
of the Province of New Brunswick to Juniper Lumber Co. Ltd. by Deed dated April 16, 1997
and registered in the Carleton County Registry Office on the 15th day of May, 1997 in Book
662 at Page 195 as Number 191774.

137

#91
Parcel 6, #2 – PID # 10137917

All that portion of Grant Lot number seventy-six (76) Range 3, Beaufort Settlement bounded on the North by N.B. Crownland; on the East by a parcel of land owned by Juniper Lumber Ltd., on the South by the main highway leading from Glassville to Juniper Station; and on the West by Grant Lot Number seventy-four (74);

Saving and Excepting all parcels previously deeded.

Containing approximately seven (7) hectares, and being a portion of lands deeded by North Carleton Land Company Ltd. to Juniper Realties Ltd. by Deed dated December 6, 1968 and registered in the Carleton County Records as No. 113588 on January 3, 1969.

Being a portion of lands deeded by Juniper Realties Ltd. to Aberdeen Investment Company Ltd. by Deed dated August 29, 1984 and registered in the Carleton County Records as No. 151701 Book 358 Page 184 on September 5, 1984.

This Deed conveys and intends to convey all the remainder of Grant Lots Number seventy-four (74) and seventy-six (76) owned by the Grantor.

Subject to a Right of Way as set out in a Deed between Juniper Realties Ltd., as grantor, and B. Jerome Thompson and Kathleen Thompson, as grantee, dated November 15, 1976 and registered in the Carleton County Registry Office in Book 268 at Page 873 as Number 129423. The said Right of Way being shown on Juniper Realties Ltd. Subdivision Plan dated May 26, 1976, prepared by Ralph Veil, approved by F.J. McIntosh – For Development Officer Province of New Brunswick on November 3, 1976 and registered in the Carleton County Registry Office on November 3, 1976 in Book 268, Page 417, as Number 129301.

138

#92
### Parcel 6, 81 – PID # 10985718

All that certain lot, piece or parcel of land situate, lying and being in Juniper, in the Parish of Aberdeen, County of Carleton and Province of New Brunswick described as follows:

All that portion of Grant Lot number seventy-four (74) Range Three, Beanfort Settlement bounded on the North by N.B. Crownland; on the East by Grant Lot Number seventy-six (76); on the South by the main highway leading from Glassville to Juniper Station; and on the West by a Crown Reserve Road running in a northerly direction along the Easterly side of Grant Lot Number seventy-two (72);

Saving and Excepting all parcels previously deeded.

Containing approximately nine (9) hectares, and being a portion of lands deeded by Flemming and Gibson Ltd. to Juniper Realties Ltd. by Deed dated December 6, 1968 and registered in the Carleton County Records as No. 113584 Book 216 Page 684-686 on January 3, 1969.

Being a portion of lands deeded by Juniper Realties Ltd. to Aberdeen Investment Company Ltd. by Deed dated August 29, 1984 and registered in the Carleton County Records as No. 151701 Book 358 Page 184 on September 5, 1984.

Saving and Excepting thereout and therefrom that portion of the herein described premises that was conveyed to Glassville Logging Co. Ltd. by Deed No. 186890, recorded in Book 621, at Page 311.

139

#93

**Parcel 2 -- PID # 10001717**

ALL THAT CERTAIN LOT, PIECE OR PARCEL OF LAND AND PREMISES situate, lying
and being in Juniper, in the Parish of Aberdeen, in the County of Carleton and Province of
New Brunswick, bounded and described as follows:

BEGINNING at an iron post standing on the southern limits of the highway road leading from
Juniper to Juniper Station, which iron post is the Northeast corner post of a lot of land owned
and occupied (1978) by B. Jerome Thompson; thence from the place of beginning on an
azimuth bearing of eighty-four degrees and thirty-nine minutes (84° 39'), following the
southern limits of the highway road aforementioned, a distance of three hundred eighty-three
and forty-five one hundredths feet (383.45') to a survey marker; thence on a bearing of one
hundred forty-four degrees and fifteen minutes (144° 15') a distance of one hundred ninety-six
and eighty-six one hundredths feet (196.86') to a survey marker; thence on a bearing of one
hundred eighty-five degrees and twenty-two minutes (185° 22') a distance of one hundred
thirteen and four tenths (113.4') to a survey marker; thence on a bearing of two hundred
eighty-three degrees (283° 00') a distance of two hundred thirty-six and thirty-four one
hundredths feet (236.34') to a survey marker; thence on a bearing of two hundred seventy-two
degrees and fourteen minutes (272° 14') a distance of one hundred twelve and seventy-four one
hundredths feet (112.74') to a survey marker; thence on a bearing of five degrees and thirty-
three minutes (5° 33') a distance of forty-nine and ninety-seven one hundredths feet (49.97') to
an iron rod; thence on a bearing of two hundred seventy-eight degrees and thirty three minutes
(278° 33') a distance of one hundred fifty feet (150.0') to an iron rod; thence on a bearing of
eight minutes (00 08") a distance of one hundred seven and three tenths feet (107.3') to the
place of beginning, containing two and five one hundredths acres (2.05), be it slightly more or
less.

The herein described parcel of land is a portion of the lands and premises conveyed to Juniper
Realties by Deed No. 113584, recorded in Book 216, at Page 684, Carleton County Records.

The herein described parcel of land is shown on a Survey Plan prepared by Ralph S. Vail,
N.B.L.S., on January 31, 1978, which Survey Plan is attached to and forms part of Deed
registered in the Carleton County Record Office in Book 286 at Page 20 as Number 134074,
which Deed was approved for registration on July 21, 1978, by F.J. MacIntosh for
Development Officer, Province of New Brunswick.

The Grantor, B. Jerome Thompson, reserves to himself, the use of the barns and pastures on
the lands to the extent as exists the date hereof, which barns and pastures are situated on the
lands herein conveyed, for as long as he shall live or until such time as he shall cease to live in
the Village of Juniper, New Brunswick.

140

#94 - 10137925
#99 - 10004588
#100 - 10206928
#101 – 10206902
#105 - 10206910

Parcel 7 – PID #s 10206910, 10206902, 10206928, 10137925 and 10004588

All that certain lot, piece or parcel of land situate, lying and being in the Village of Juniper, in the Parish of Aberdeen in the County of Carleton and Province of New Brunswick, being more particularly bounded and described as follows:

Beginning at a point on the northerly bank or shore of the Southwest Miramichi River distant westerly one hundred eighty metres (180.0m) from the westerly limits of Lewis Street, measured at right angles thereto; thence northerly, parallel to the easterly boundary of Lot No. 72 to the southwesterly limits of a road leading past a gravel pit on said Lot No. 72; thence southeasterly and southerly, along the said southwesterly and westerly limits of said road, to the northerly boundary of a lot conveyed by Flemming & Gibson Limited to Juniper Realties Ltd. on December 6, 1968; thence easterly, along said northerly boundary, to the westerly boundary of a lot conveyed by North Carleton Land Co. Ltd. to Juniper Realties Ltd. on December 6, 1968; thence northerly, along said westerly boundary, to the northwesterly angle of said lot; thence easterly, along the northerly boundary of said lot and its prolongation, to the westerly boundary of Lot No. 82, granted to Amasa Plummer; thence southerly, along said westerly boundary to the southerly limits of the road leading to Juniper Station; thence easterly, along said southerly limits, to the westerly boundary of Crown Lot No. 84; thence southerly, along said boundary, to the aforesaid northerly bank or shore of the Southwest Miramichi River and thence westerly, upstream, along said bank or shore, to the place of beginning.

Saving and Excepting thereout and therefrom all lands and premises previously conveyed. And Further Saving and Excepting thereout and therefrom those portions of the herein described premises that were conveyed to:

(a) Michael J. Comeau and Trudy M. Comeau by Deed No. 186215, recorded in Book 615 at Page 540; and

(b) Scott I. Rideout and Marie A. Rideout by Deed No. 187296, recorded in Book 625 at Page 173.

141

#97

**Parcel 4 – PID # 30001618**

ALL THAT CERTAIN LOT, PIECE OR PARCEL OF LAND AND PREMISES situate, lying and being in the Village of Juniper, in the County of Carleton and Province of New Brunswick, being more particularly bounded and described as follows:  to wit:-

BEGINNING at a stake standing on the southern limits of the Mill Road, so called, which stake is the North-East corner stake of a lot of land owned (1973) by one Mildred Matheson; thence from place of beginning, on an azimuth bearing of one hundred and fourteen degrees and forty minutes (114° 40') a distance of one hundred fifteen feet (115.0') to a stake; thence on a bearing of two hundred five degrees and twenty five minutes (205° 25') a distance of sixty feet (60.0') to a stake; thence on a bearing of two hundred ninety four degrees forty minutes (294° 40') a distance of one hundred fifteen feet (115.0') to a stake; thence on a bearing of twenty five degrees and twenty minutes (25° 20') a distance of sixty feet to the place of beginning.  The herein described parcel of land is a portion of those lands and premises that were conveyed to Juniper Realties Ltd. by Flemming & Gibson Limited by deed bearing date the 6th day of December, A.D., 1968 and which deed has been duly recorded in the Carleton County Registry Office at Woodstock, N.B., in Book 216 at Page 684 under official number 113584.  Be it noted that this parcel of land is shown on the Amending Subdivision Plan for the Juniper Realties Ltd. Subdivision No. 8, said plan having been prepared by Ralph S. Vail, N.B.L.S., dated August 16, 1973 and recorded in the Carleton County Registry Office at Woodstock, N.B., in Book 240 at page 524 under official number 121340.  AND BEING the same lands and premises as conveyed by Juniper Realties Ltd. to Olye Brown and Wilma Brown as joint tenants by deed dated September 29, 1973 and registered in the Carleton County Registry Office as number 121677 at Page 647 in Book 241 after having been exempted for registration by F.J. McIntosh for Development Officer, Province of New Brunswick, on the 31st day of October, A.D., 1973.

BEING the same lands and premises as conveyed by Olye Brown, widower, to James P. Brown and Betty Phillips, as joint tenants, by deed dated the 13th day of January, A.D., 1982, and registered in the Carleton County Registry Office on the 13th day of January, A.D., 1982 in Book 325 at Page 30 as Number 143921.

BEING the same lands and premises conveyed by James Brown and Betty Phillips to Marvin R. Flemming and Winnifred L. Flemming by deed recorded in Carleton County Registry Office in Book 375 at Page 156 as Number 154548 on the 12th day of August 1985.

Marvin R. Flemming and Winnifred L. Flemming reserve unto themselves, their heirs and assigns, the right to take water from the well situated on the lands hereby conveyed and to lay down, maintain and repair a pipe line from the well to their property adjacent to the land hereinbefore described.

142

#98
Parcel 5 – PID # 10001584

ALL THAT CERTAIN LOT, PIECE OR PARCEL OF LAND AND PREMISES situate, lying and being in the Village of Juniper, in the Parish of Aberdeen, in the County of Carleton and Province of New Brunswick, being more particularly bounded and described as follows:

BEGINNING at a survey post standing on the southern limits of the highway road leading through the Village of Juniper to Juniper Station, which survey post is the northeast corner post of that lot of land occupied by the Juniper Post Office; thence from the place of beginning on an azimuth bearing of fifty-three degrees one minute and zero seconds (53° 01' 00") following the southern limits of the highway aforementioned a distance of one hundred ten and one tenths feet (110.1') to a survey post; thence on a bearing of one hundred seventy-one degrees twenty-nine minutes and forty-four seconds (171° 29' 44") a distance of one hundred three and five tenths feet (103.5') to a survey post; thence on a bearing of eighty-eight degrees thirty-nine minutes and twenty-three seconds (88° 39' 23") a distance of thirty-two and forty-one one hundredths feet (32.41') to a survey post; thence on a bearing of one hundred sixty-six degrees fifty-six minutes and thirty-five seconds (166° 56' 35") a distance of ninety-two feet (92.0') to a survey post standing on the northern limits of the Mill Road, so called; thence on a bearing of two hundred seventy degrees three minutes and eighteen seconds (270° 03' 18") following said road limits a distance of one hundred and thirty-five and forty-one one hundredths feet (135.41') to a survey post; thence on a bearing of three hundred two degrees fifty-two minutes and fifty-four seconds (302° 52' 54") a distance of one hundred eleven and five tenths feet (111.5') to a survey post standing on the southern limits of the first mentioned highway road; thence on a bearing of forty-eight degrees twenty-seven minutes and thirty seconds (48° 27'

30") following said road limits a distance of thirty-seven feet (37.0') to a survey post standing at the northwest corner of the Juniper Post Office lot aforementioned; thence on a bearing of one hundred thirty-eight degrees twenty-seven minutes and thirty seconds (138° 27' 30") a distance of seventy-five feet (75.0') to a survey post; thence on a bearing of forty-eight degrees twenty-seven minutes and thirty seconds (48° 27' 30") a distance of sixty feet (60.0') to a survey post; thence on a bearing of three hundred eighteen degrees twenty-seven minutes and thirty seconds (318° 27' 30") a distance of seventy-five feet (75.0') to the place of beginning, being a portion of those lands and premises that were conveyed to Juniper Realties Limited by Deed No. 113588 recorded in Book 216 at Page 690, Carleton County Records, transferred by North Carleton Land Co. Ltd.

The herein described lands and premises are shown as the Juniper Realties Limited property on the survey plan prepared by Ralph S. Vail, N.B.L.S., dated June 13, 1979.

AND BEING the same lands and premises described in a deed from Juniper Realties Limited to Paul Brooks and Shirley Brooks dated June 28, 1979, which was exempted by F.J. McIntosh for Development Officer, Province of New Brunswick, on August 29, 1979, and registered in the Carleton County Registry Office on September 19, 1979, in Book 298 at Page 851 as Number 137438.

Being the same lands and premises as conveyed by Paul Brooks and Shirley Brooks to Keith Brooks, by Deed dated the 3rd day of May, A.D., 1989 and registered in the Carleton County Registry Office on the 5th day of May, A.D., 1989 in Book 464 at Page 50 as No. 167220.

143

#102 65203705
#103 65203564
#104 65203556 being a portion of Parent PID #65019655

PID # 65019655

All that certain lot of land situate in the Parish of Gordon in the County of Victoria and Province of New Brunswick bounded as follows:

Beginning at a point on the northern line of lot No. 78, on the eastern side of the Tobique River at Plaster Rock which said point is four chains east from the northwest angle of said lot No. 78, thence running by the magnet east 71 chains to a maple tree standing at the north east angle of lot No. 78, thence south 15 degrees east eleven and one quarter chains, thence west 68 chains, thence in a northerly direction to the place of beginning, containing 70 acres, more or less, and being part of said lot No. 78 granted to Crawford M. Hutchinson, recorded in Book No. 37 page 274, No. 15381, August 1, 1911, in the Recording Office of the County of Victoria. Being the same lands as described in the deed from Maud R. Hawkes to Donald Fraser dated September 9, 1936, registered in Book No. 76, page 5. Being the same lands and premises described in the deed from the Estate of Donald Fraser to Alexander A. Fraser by deed dated January 2, 1946 and duly registered in the Victoria County Records in Book 88, page 326-327, under Official No. 35411.

And being a portion of the lands deeded by Alexander A. Fraser and Joan E.M. Fraser to Fraser Companies Limited by deed dated July 17, 1948 and registered in the Victoria County Registry Office July 23, 1948 in Book 94, at page 400, under No. 38259.

Also all that certain lot piece and parcel of land situate lying and being in the Parish of Gordon in the County of Victoria and bounded and described as follows:

Beginning at a post standing at the south east angle of lot number 80 granted to Lawrence T. Hawkes, east side of Tobique River above Plaster Rock, thence running by the magnet of the year 1914 north three degrees and 30 minutes east 15 chains, thence south 87 degrees east six chains and 91 links to another post, thence south 12 degrees east 15 chains and 56 links and thence north 86 degrees and 30 minutes west 10 chains and 90 links to the place of beginning; containing 13 acres, more or less, and distinguished as the rear part of lot number 80, east side of Tobique River above Plaster Rock.

Being a portion of the lands deeded by Restigouche Company Ltd. to Fraser Companies Ltd. by deed dated October 18, 1944 and registered in the Victoria County Registry Office December 12, 1944 in Book 86, at page 231, under No. 34507.

Also all that certain piece or parcel of land and premises situate, lying and being in the County of Victoria in the Province of New Brunswick and bounded and described as follows:

Part of lot 78 east side of Tobique River, 30 acres. Also all that tract of land situate in the Parish of Gordon in the said county of Victoria and bounded as follows: Beginning at the southwesterly angle of lot number 80 on the easterly bank of the Tobique River at Plaster Rock thence east 76 chains to a maple tree thence south 15 degrees east 15 chains thence west 72 chains or to the easterly bank of the said Tobique River, thence along the bank of said river in a northerly direction following the various courses thereof to the place of beginning, containing 100 acres more or less and distinguished as lot number 78 on the east side of Tobique River aforesaid, granted by the Crown to Crawford M. Hutchinson. Being the same lands and premises conveyed by Mary B. Stewart to Donald Fraser, Donald Fraser Junior, and Archibald Fraser by deed bearing date the 27th day of June, 1908 and duly recorded in the

144

Victoria County records in book E no. 1 pages 664 and 665 under official number 13387 the 2nd day of July, 1908 and by the said Donald Fraser, Donald Fraser Junior, and Archibald Fraser conveyed to the Fraser Lumber Company Limited by deed bearing date the 3rd day of June, 1914, and duly recorded in Victoria County Records in book O no. 1, pages 251 to 256 under official number 16881 the 4th day of June, 1914, safe and except thereout and therefrom that portion thereof conveyed by the said Donald Fraser, Donald Fraser Junior and Archibald Fraser to Maud R. Hawkes by deed bearing date the 1st day of August, 1911, and duly recorded in the Victoria County Records in Book K no. 1 pages 274 to 276 under official number 15381 and therein described as follows: All that certain lot, piece or parcel of land situate, lying and being in the Parish of Gordon in the County of Victoria and Province of New Brunswick, bounded and described as follows: Beginning at a point on the northern line of lot number 78 on the eastern side of Tobique River at Plaster Rock which said point is four chains east from the northwest angle of said lot number 78, thence running by the magnet east 71 chains to a maple tree standing on the north east angle of said lot number 78, thence south 15 degrees east 11 ¼ chains, thence west 68 chains thence in a northerly direction to the place of beginning, containing 70 acres more or less and being part of said lot number 78 granted to Crawford M. Hutchinson and deeded to the said Grantors by Mary B. Stewart the 27th day of June, 1908.

And being a portion of the lands deeded by Fraser Lumber Co. Ltd. to Fraser Companies Ltd. by deed dated September 1, 1917 and registered in the Victoria County Records Office September 7, 1917 in book 46 at page 566 under no. 18892.

Also all that certain piece or parcel of land and premises situate, lying and being in the Parish of Gordon, in the County of Victoria in the Province of New Brunswick and bounded and described as follows:

Beginning at a fir tree standing on the eastern bank or shore of the Tobique River at the north west angle of lot number 78 granted to Crawford M. Hutchinson at Plaster Rock, thence running by the magnet east 72 chains thence south 15 degrees east 15 chains, thence west 72 chains to the eastern bank or shore of the Tobique River aforesaid and thence along the same upstream to the place of beginning, containing 100 acres more or less, and distinguished as lot number 76. The said lot having been granted by the Crown to Robert W. Good and by the said Robert W. Good conveyed to one John E. Steward by deed dated February 17, 1886 and later conveyed by Eugene A. Holmes and wife to Donald Fraser Junior by deed bearing date the 10th day of March, 1910 and duly recorded in the Victoria County records in Book H no. 1 pages 426 and 427 under official number 14352 and later conveyed by the said Donald Fraser Junior to the Fraser Lumber Company, Limited by deed bearing date the 3rd day of June, 1914 and duly recorded in the Victoria County records in Book O no. 1 pages 243 to 251 under official no. 16880 the 4th day of June, 1914.

And being a portion of the lands deeded by Fraser Lumber Co. Ltd. to Fraser Companies Ltd. by deed dated September 1, 1917 and registered in the Victoria County Records Office September 7, 1917 in book 46 at page 566 under no. 18892.

Also all that certain piece or parcel of land and premises situate, lying and being in the Parish of Gordon, in the County of Victoria in the Province of New Brunswick and bounded and described as follows:

145

Beginning at a point distant one chain measured on a magnetic east course of
the year 1855 from a pine tree standing on the eastern bank or shore of
Tobique River at the southwest angle of lot number 76 granted to Robert W.
Good at Plaster Rock, thence from said point and running east 99 chains to a
west line of the Seventh Tract granted to the New Brunswick Railway
Company, thence south 24 chains and 50 links or to the eastern prolongation of
the northern line of lot letter A granted to Miles O'Leary, thence along said
prolongation and then west one minute and two chains or to a point distant one
chain easterly from a cedar tree standing on eastern bank or shore of Tobique
River aforesaid and thence following parallel to the said bank or shore
maintaining the distance of one chain therefrom in a northerly direction to the
place of beginning, containing 200 acres more or less and distinguished as lo
letter C, east Tobique River at Plaster Rock. Being the same lands and
premises granted by the Crown to Donald Fraser, Donald Fraser Junior and
Archibald Fraser by Grant number 25108 dated September 15, 1904 and being
the same lands and premises conveyed by Donald Fraser, Donald Fraser Junior
and Archibald Fraser to Fraser Lumber Company Limited by deed bearing date
3rd day of June, 1914 and duly recorded in Victoria County Records in Book O
no. 1 pages 251 to 256 under official no. 16881 the 4th day of June, 1914.

And being a portion of the lands deeded by Fraser Lumber Co. Ltd. to Fraser
Companies Ltd. by deed dated September 1, 1917 and registered in the
Victoria County Records Office September 7, 1917 in book 46 at page 566
under no. 18892.

Also all that certain piece or parcel of land and premises situate, lying and being in the
Parish of Gordon, in the County of Victoria in the Province of New Brunswick and
bounded and described as follows:

Known as lot letter A in Deputy Andrew Blair's survey at the Plaster rock so
called, on the east side of the Tobique River between the Gulquac and
Wapskehagan containing 100 acres more or less and granted by the Crown to
said Miles O'Leary on the 14th day of February, 1839 under grant no. 1816.

And being a portion of the lands deeded by Fraser Lumber Co. Ltd. to Fraser
Companies Ltd. by deed dated September 1, 1917 and registered in the
Victoria County Records Office September 7, 1917 in book 46 at page 566
under no. 18892.

Also all those two tracts of land and premises situate, lying and being in the Parish of
Gordon, in the County of Victoria in the Province of New Brunswick and bounded and
described as follows:

First Tract: Beginning at a point on the southern line of lot letter A granted to
Miles O'Leary on the eastern side of the Tobique River at Plaster Rock,
intersected by the eastern line of the Tobique Valley Railway and reservation,
the said point being distant south easterly 100 feet measured at right angles to
the said railway track from the centre thereof, thence from the said point and
running by the magnet of the year 1855 east 52 chains and 50 links thence
south 13 chains thence west 66 chains or to the eastern line of the Tobique
Valley Railway and reservation aforesaid and thence along the same following
the various courses thereof in a northeasterly direction maintaining the distance
of 100 feet therefrom to the place of beginning, containing 78 acres, more or
less, and distinguished as lot letter D, east of the Tobique River at Plaster
Rock, being the same lands and premises granted by the crown to The Tobique
Manufacturing Company by grant number 24484 and dated the 16th day of
December, 1901.

146

Second Tract: Beginning at a fir tree standing on the eastern bank or sore of the Tobique River at the north western angle of lot number 68 granted to Hezekiah Day below the Plaster Islands, thence running by the magnet of the year 1855 east 150 feet or to a point distant 100 feet measured easterly and at right angles from the centre of the track of the Tobique Valley Railway or the location made for the same in accordance with a plan filed in the Crown Land Office thence following parallel to the said Tobique Valley Railway tract or the location made for the same as aforesaid maintaining the distance of 100 feet therefrom in a north easterly direction with a rectangular distance of 13 chains or to the southern line of lot letter A granted to Miles O'Leary thence west 350 feet or to the eastern bank or shore of Tobique River aforesaid and thence along the same following the various courses thereof in a southwesterly direction down stream to the place of beginning containing 3 ½ acres more or less and being the front part of lot letter D eastern side of Tobique River at Plaster Rock, subject however to the right of the Tobique Valley Railway Company to use the said lands so granted to them as may be required for railway purposes, being the same lands and premises granted by the Crown to The Tobique Manufacturing Company by a supplementary grant numbered 24789, dated the 6th day of April, 1903 by authority of an order of the Lieutenant Governing Council, dated the 13th day of April, 1902.

The aforesaid two tracts of land being a portion of the lands deeded by Fraser Lumber Co. Ltd. to Fraser Companies Ltd. by deed dated September 1, 1917 and registered in the Victoria County Records Office September 7, 1917 in book 46 at page 566 under no. 18892.

Also all that certain piece or parcel of land and premises situate, lying and being in the Parish of Gordon, in the County of Victoria in the Province of New Brunswick and bounded and described as follows:

Beginning at a post standing at the north east angle of lot letter D granted to the Tobique Manufacturing Company, at Plaster Rock, thence running by the magnet of the year 1906 south 87 degrees east 62 chains and 50 links to another post thence 19 degrees east 11 chains to another post thence south 87 degrees east 5 chains thence south 3 degrees west 25 chains and 50 links to another post thence north 87 degrees west 69 chains and 50 links to the place of beginning, containing 97 acres more or less and distinguished as lot letter L at Plaster Rock. Being the same lands and premises granted by the Crown to Donald Fraser, Donald Fraser Junior, and Archibald Fraser by grant number 25623 and dated the 8th day of March, 1907 and conveyed by Archibald Fraser and Donald Fraser, both in their own right and heirs at law of Donald Fraser by indenture bearing date the 25th day of July, 1917 to the Fraser Lumber Company Limited.

And being a portion of the lands deeded by Fraser Lumber Co. Ltd. to Fraser Companies Ltd. by deed dated September 1, 1917 and registered in the Victoria County Records Office September 7, 1917 in book 46 at page 566 under no. 18892.

Also all that certain piece or parcel of land and premises situate, lying and being in the Parish of Gordon, in the County of Victoria in the Province of New Brunswick and bounded and described as follows:

Beginning on the easterly side of the Tobique River at the south west angle of lot D, thence running east by the magnet of the year 1855 70 chains, thence south 15 chains, thence west 74 chains to the easterly bank of the said Tobique River and thence northerly along the easterly bank of said Tobique River following the various courses thereof to the place of beginning, containing 108

147

acres more or less and distinguished as lot number 68 below Plaster Rock
granted by the Crown to the said Hezekiah Day bounded on the north by lot D
on the west by the Tobique River on the south by lot 66 granted to George T.
Baird and on the east by the rear line of the front tier of lots. To be excepted
from the last above described lot the portion thereof agreed to be conveyed to
the Canadian Pacific Railway Company by Hale & Murchie in exchange for
certain rights of the Canadian Pacific Railway Company in lot D at Plaster
Rock, and also excepting from the above described lot one lot of land agreed to
be conveyed to one George Henry being in size 100 feet long forty feet in
width at the rear and 50 feet wide at the front, being a portion of the lands and
premises conveyed by E. H. Hale and wife and George A. Murchie and wife to
The Tobique Manufacturing Company by deed bearing date the 26th day of
August, 1901 and duly recorded in Victoria County records.

And being a portion of the lands deeded by Fraser Lumber Co. Ltd. to Fraser
Companies Ltd. by deed dated September 1, 1917 and registered in the
Victoria County Records Office September 7, 1917 in book 46 at page 566
under no. 18892.

Also all that certain piece or parcel of land and premises situate, lying and being in the
Parish of Gordon, in the County of Victoria in the Province of New Brunswick and
bounded and described as follows:

Beginning at a fir tree on the easterly shore of Tobique River at the south
westerly angle of lot number 68 at Plaster Rock granted to Hezekiah Day,
thence running east along the dividing line between lots 66 and 68, 66 chains
to the north easterly angle of lot number 66, thence south 15 chains, thence
west 56 chains and 70 links thence north one chain and 75 links, thence west to
the easterly shore of the Tobique River and thence northerly along the said
shore of Tobique River following the various courses thereof to the place of
beginning containing 98 acres more or less and distinguished as lot number 66
at Plaster Rock, excepting about 2 acres reserved out of said lot at the south
west corner of the same, being the same lands and premises granted by the
Crown to the Hon. George T. Baird and conveyed by the said Hon. George T.
Baird and wife to Donald Fraser, Donald Fraser Junior and Archibald Fraser in
the name of Donald Fraser & Sons by deed dated the 29th day of March 1904
and duly recorded in Victoria County Records in book O no. 1 pages 251 to
256 under official number 16881 the 4th day of June, 1914.

And being a portion of the lands deeded by Fraser Lumber Co. Ltd. to Fraser
Companies Ltd. by deed dated September 1, 1917 and registered in the
Victoria County Records Office September 7, 1917 in book 46 at page 566
under no. 18892.

Also all that certain piece or parcel of land and premises situate, lying and being in the
Parish of Gordon, in the County of Victoria in the Province of New Brunswick and
bounded and described as follows:

Beginning at a post standing at the north east angle of lot number 66 granted to
George T. Baird on the eastern side of Tobique River at Plaster Rock, thence
running by the magnet of the year 1906 south 87 degrees east 13 chains and 50
links to another post, thence south 2 degrees west 15 chains to another post,
thence north 87 degrees west 13 chains and 50 links to another post, thence
north two degrees east 15 chains to the place of beginning, containing 20 acres
more or less and distinguished as lot letter K at Plaster Rock, being the lands
and premises granted by the Crown to Donald Fraser, Donald Fraser Junior and
Archibald Fraser by grant no. 25553 and dated the 10th day of September, 1906
and conveyed by Donald Fraser, Donald Fraser Junior and Archibald Fraser by

148

indenture bearing date the 3rd day of June, 1914 and duly recorded in Victoria County Records in Book O no. 1 pages 251 to 256 under official number 16881 the 4th day of June, 1914.

And being a portion of the lands deeded by Fraser Lumber Co. Ltd. to Fraser Companies Ltd. by deed dated September 1, 1917 and registered in the Victoria County Records Office September 7, 1917 in book 46 at page 566 under no. 18392.

SAVING AND EXCEPTING the following lot, pieces or parcel of land and premises situate, lying and being in the Parish of Gordon, in the County of Victoria in the Province of New Brunswick and bounded and described as follows:

Beginning at a point on the southerly or lower sideline of lands owned by Vernon R. Briggs and Wellington Briggs, said point designated as Station 2+01.4, as shown on a survey plan of Tobique Valley School Site Property as surveyed by Roy E. Wilson, N.B.L.S., dated January 15, 1976, said point being the centre line of a service easement; thence along the said centre line, so described, on a bearing of two hundred seven degrees thirty six minutes [207-36] a distance of two hundred nineteen and five tenths [219.5] feet to the end of easement and designated as Station 4+20.9; taking a strip of land ten [10] feet wide lying to the left of or east of the above described centre line and taking a strip of land ten [10] feet wide lying to the right of or west of the said centre line from Station 2+01.4 to Station 4+20.9.

The hereinbefore described parcel of land containing by ad-measurement fourth thousand three hundred ninety (4,390) square feet and shown as Parcel "B" on the aforesaid survey plan of Tobique Valley School Site Property, said survey plan registered in the Victoria County records under Official Plan no. 2487 on January 29, 1976.

Being the same lands deeded by Fraser Companies, Limited to Her Majesty the Queen by deed dated April 28, 1976 and registered in the Victoria County Records Office May 12, 1976 in book 180 at page 16 under no. 69434.

AND SAVING AND EXCEPTING the following lot, pieces or parcel of land and premises situate, lying and being in the Parish of Gordon, in the County of Victoria in the Province of New Brunswick and bounded and described as follows:

All that certain lot shown as Parcel 90-A on the subdivision plan of Fraser Inc. Subdivision No. 2, Village of Plaster Rock, County of Victoria, Province of New Brunswick, surveyed by Jacques R. Grondin, N.B.L.S., dated October 16, 1990, approved by the Development Officer for the Village of Plaster Rock on December 11, 1990, and filed in the Victoria County Registry Office at the time of registration of the within deed the said parcel 90-A containing 196 square meters.

BEING a parcel of land to be added to and form part of the property of D. Camber Giberson and Theresa Giberson described in a deed registered in the Victoria County Registry Office in book 180, at page 440 as number 66875.

AND BEING the same lands and premises conveyed by Fraser Inc. to D. Camber Giberson and Theresa Giberson by deed dated July 3, 1991 and registered in the Victoria County Registry Office on July 18, 1991 in book 369 at page 362 as number 103971.

AND SAVING AND EXCEPTING the following lot, pieces or parcel of land and premises situate, lying and being in the Parish of Gordon, in the County of Victoria in the Province of New Brunswick and bounded and described as follows:

149

All that certain lot lying and being on Brook Street in the Village of Plaster
Rock, in the Parish of Gordon, County of Victoria, and Province of New
Brunswick, having an area of 1, 179 square meters and being shown as Parcel
91-A on the subdivision plan of FRASER INC. (FRASER CO. LTD.)
SUBDIVISION 91-A prepared by Scott H. Goodine, N.B.L.S., dated 1991-04-
08, approved by Barbara Wishart, Development Officer for the Village of
Plaster Rock, on November 5, 1991, and filed in conjunction with the
registration of the attached deed.

BEING a portion of the lands and premises conveyed to Fraser Companies,
Limited by deed no. 18892 registered in the Victoria County Registry Office in
book 46 at page 566.

AND BEING the same lands and premises conveyed by Noranda Forest Inc by
its attorney, Fraser Inc., to Douglas Rocky Giberson and Pamela Joy Giberson
by deed dated March 24, 1992 and registered in the Victoria County Registry
Office on April 6, 1992, in book 384 at page 44 as number 105664.

AND SAVING AND EXCEPTING the following lots, pieces or parcels of land and
premises situate, lying and being in the Parish of Gordon, in the County of Victoria in
the Province of New Brunswick and bounded and described as follows:

Parcel One: All that certain lot shown as Parcel 93-A on the Subdivision Plan
of Noranda Forest Inc. Village of Plaster Rock Subdivision 93-A, B, &C, Pond
Street, Village of Plaster Rock, surveyed by S.H. Goodine, N.B.L.S., dated
1991-02-04 and 1993-12-02, approved by the Development Officer for the
Village of Plaster Rock on February 17, 1994, and filed in the Victoria County
Registry Office under plan no. 200073, the said parcel 93-A containing 77
square meters.

Parcel Two: All that certain lot shown as Parcel 93-C on the Subdivision Plan
of Noranda Forest Inc. Village of Plaster Rock Subdivision 93-A, B, & C,
Pond Street, Village of Plaster Rock, surveyed by S.H. Goodine, N.B.L.S.,
dated 1991-02-04 and 1993-12-02, approved by the Development Officer for
the Village of Plaster Rock on February 17, 1994, and filed in the Victoria
County Registry Office under plan no. 200073, the said parcel 93-C containing
52 square meters.

Parcels 93-A and 93-C described above are to be added to and form part of the
property of Leonard A. Bradford and Patricia Bradford described in a deed
registered in the Victoria County Registry Office in book 362, at page 481, as
number 103189.

AND BEING a portion of the lands and premises conveyed by Noranda Forest
Inc by its attorney, Fraser Inc., and Village of Plaster Rock, to Leonard A.
Bradford and Patricia Bradford, his spouse, by deed dated April 14, 1994 and
registered in the Victoria County Registry Office on June 20, 1994, in book
428 at page 37 as number 110844.

AND SAVING AND EXCEPTING the following lot, piece or parcels of land and
premises situate, lying and being in the Parish of Gordon, in the County of Victoria in
the Province of New Brunswick and bounded and described as follows:

All that certain lot shown as Lot No. 90-1 on the subdivision Plan of Fraser
Inc. Subdivision No. 2, Village of Plaster Rock, surveyed by Jacques R.
Grondin, N.B.L.S., dated October 16, 1990 and filed in the Victoria County

150

Registry Office under plan number 503E, the said Lot No. 90-1 containing 7,562 square meters.

AND BEING a portion of the lands and premises conveyed by Fraser Inc. to the Village of Plaster Rock by deed dated July 3, 1991 and registered in the Victoria County Registry Office on July 18, 1991, in book 369 at page 374 as number 103793.

AND SAVING AND EXCEPTING the following lot, piece or parcel of land and premises situate, lying and being in the Parish of Gordon, in the County of Victoria in the Province of New Brunswick and bounded and described as follows:

Beginning at a standard survey marker located on the easterly side limits of Brook Street at a point, said point having New Brunswick Grid Coordinate values of 243 1957.126 meters East and 754 5923.622 meters North; THENCE from the place of beginning on the New Brunswick Grid North bearing azimuth 132 degrees 49 minutes 50 seconds a distance of 5.908 meters to another standard survey marker; THENCE on a bearing of 88 degrees 36 minutes 17 seconds a distance of 8.536 meters to another standard survey marker; THENCE on a bearing of 52 degrees 22 minutes 57 seconds a distance of 9.125 meters to another standard survey marker; THENCE on a bearing of 37 degrees 08 minutes 30 seconds a distance of 9.991 meters to another standard survey marker; THENCE on a bearing of 44 degrees 53 minutes 38 seconds a distance of 15.868 meters to another standard survey marker; THENCE on a bearing of 44 degrees 36 minutes 39 seconds a distance of 12.280 meters to a point; THENCE in an east southeasterly direction following the center line of a small brook a distance of 78 meters, more or less, to the shoreline of the Tobique River; THENCE in a downstream direction following the shoreline of the Tobique River to the point of intersection thereof and the center line of another small brook located downstream a distance of 63 meters, more or less, along the shoreline of the said Tobique River from the first mentioned small brook; THENCE in a northwesterly direction following the center line of the said small brook upstream a distance of 60 meters, more or less, to another standard survey marker; THENCE on a bearing of 326 degrees 25 minutes 40 seconds a distance of 16.288 meters to another standard survey marker; THENCE on a bearing of 98 degrees 10 minutes 56 seconds a distance of 8.688 meters to another standard survey marker located on the easterly side limits of Brook Street aforesaid; THENCE on a bearing of 15 degrees 25 minutes 43 seconds a distance of 6.826 meters to the place of beginning.

BEING Lot 99-1, containing 4900 square meters more or less, all as shown on the Nexfor Inc. (Fraser Companies Ltd.) Subdivision 99-1 plan of subdivision, filed in the Victoria County Registry Office on August 11 as Plan No. 11264992.

AND BEING the same lands and premises conveyed by Nexfor Inc. to the Village of Plaster Rock by deed dated September 19, 2000 and registered in the Victoria County Registry Office on September 28, 2000, in book 548 at page 152 as number 11403715.

AND SAVING AND EXCEPTING the following lot, piece or parcel of land and premises situate, lying and being in the Parish of Gordon, in the County of Victoria in the Province of New Brunswick and bounded and described as follows:

All that certain lot being a portion of granted lots 64 and 66 and being lot no. 84-1 on a subdivision plan of Fraser Inc. Subdivision prepared by Ralph S. Hail N.B.L.S. dated December 18, 1984, approved by the Development Officer

151

for the Province of New Brunswick on May 2, 1985, and having been duly
registered in the Victoria county Records on May 21, 1985, as number 3980.

BEING a portion of the same lands and premises conveyed by Daniel F.
Merrithew to Fraser Companies, Limited (Fraser Inc.) by deed dated June 28,
1973 and registered in the Victoria County Records on July 4, 1973 in book
160 at page 710 as number 64150, and being a portion of the same lands and
premises conveyed by Fraser Lumber Company, Limited to Fraser Companies,
Limited (Fraser Inc.) by deed dated September 1, 1917 and registered in the
Victoria County Records on September 7, 1917 in book T-1 at page 566 as
number 18892.

AND BEING the same lands and premises conveyed by Fraser Inc. to The
Plaster Rock Golf and Curling Club Inc. by deed dated June 19, 1985 and
registered in the Victoria County Registry Office on October 22, 1985, in book
267 at page 552 as number 90504.

AND SAVING AND EXCEPTING the following lot, piece or parcel of land and
premises situate, lying and being in the Parish of Gordon, in the County of Victoria in
the Province of New Brunswick and bounded and described as follows:

All that certain parcel of land being 33 feet by 53 feet, located adjacent to the
Lessor's planer mill at its Plaster Rock sawmill facility, and being shown
colour-outlined in red on a plan approved for registration on December 12,
1989 by Barbara Wishart, Development Officer for the Village of Plaster
Rock.

The said parcel being a portion of the lands and premises conveyed by Donald
Fraser, Donald Fraser Jr., and Archibald Fraser to Fraser Lumber Company,
Limited by deed dated June 3, 1914 and registered in the Victoria County
Registry Office on June 4, 1914 in Book O, No. 1, at pages 251 to 256 as
number 16881, and later conveyed by Fraser Lumber Company, Limited to
Fraser Companies, Limited (now Fraser Inc.) by deed dated September 1, 1917
in book T-1, at page 566, as number 18892.

AND BEING the same lands and premises leased by Fraser Inc. to Brunswick
Animal Bedding Ltd. by lease dated December 4, 1989 and registered in the
Victoria County Registry Office on December 12, 1989, in book 337 at page
166 as number 100032.

152

**PLASTER ROCK**

153

**Schedule A | Annexe A**

**PID | NID :** 65203549

**Apparent Parcel Access | Accès apparent à la parcelle :** Public Access | Accès public

**Status | État de la demande :** Current | Courant

**Effective Date/Time | Date et heure de prise d'effet :** 2006-03-20 11:03:50

**Legal Description | Description officielle :**

Municipality: Village of Plaster Rock
Parish: Gordon
County: Victoria
Description: Lot 2006-2
Plan: 21849109
County Registered: Victoria
Date Registered: 2006-01-30
Name of Plan: Subdivision Plan Showing Fraser Papers Inc. Papiers Fraser Inc. Subdivision - Lot
2006-2, Parish of Gordon, Village of Plaster Rock, County of Victoria, Province of New Brunswick

154

#102  65203705
#103 65203564
#104 65203556 being a portion of Parent PID #65019655

PID # 65019655

All that certain lot of land situate in the Parish of Gordon in the County of Victoria
and Province of New Brunswick bounded as follows:

Beginning at a point on the northern line of lot No. 78, on the eastern side of
the Tobique River at Plaster Rock which said point is four chains east from the
northwest angle of said lot No. 78, thence running by the magnet east 71
chains to a maple tree standing at the north east angle of lot No. 78, thence
south 15 degrees east eleven and one quarter chains, thence west 68 chains,
thence in a northerly direction to the place of beginning, containing 70 acres,
more or less, and being part of said lot No. 78 granted to Crawford M.
Hutchinson, recorded in Book No. 37 page 274, No. 15381, August 1, 1911, in
the Recording Office of the County of Victoria. Being the same lands as
described in the deed from Maud R. Hawkes to Donald Fraser dated September
9, 1936, registered in Book No. 76, page 5. Being the same lands and premises
described in the deed from the Estate of Donald Fraser to Alexander A. Fraser
by deed dated January 2, 1946 and duly registered in the Victoria County
Records in Book 88, page 326-327, under Official No. 35411.

And being a portion of the lands deeded by Alexander A. Fraser and Joan E.M.
Fraser to Fraser Companies Limited by deed dated July 17, 1948 and registered
in the Victoria County Registry Office July 23, 1948 in Book 94, at page 400,
under No. 38259.

Also all that certain lot piece and parcel of land situate lying and being in the Parish of
Gordon in the County of Victoria and bounded and described as follows:

Beginning at a post standing at the south east angle of lot number 80  granted
to Lawrence T. Hawkes, east side of Tobique River above Plaster Rock, thence
running by the magnet of the year 1914 north three degrees and 30 minutes
east 15 chains, thence south 87 degrees east six chains and 91 links to another
post, thence south 12 degrees east 15 chains and 56 links and thence north 86
degrees and 30 minutes west 10 chains and 90 links to the place of beginning;
containing 13 acres, more or less, and distinguished as the rear part of lot
number 80, east side of Tobique River above Plaster Rock.

Being a portion of the lands deeded by Restigouche Company Ltd. to Fraser
Companies Ltd. by deed dated October 18, 1944 and registered in the Victoria
County Registry Office December 12, 1944 in Book 86, at page 231, under No.
34507.

Also all that certain piece or parcel of land and premises situate, lying and being in the
County of Victoria in the Province of New Brunswick and bounded and described as
follows:

Part of lot 78 east side of Tobique River, 30 acres. Also all that tract of land
situate in the Parish of Gordon in the said county of Victoria and bounded as
follows: Beginning at the southwesterly angle of lot number 80 on the easterly
bank of the Tobique River at Plaster Rock thence east 76 chains to a maple tree
thence south 15 degrees east 15 chains thence west 72 chains or to the easterly
bank of the said Tobique River, thence along the bank of said river in a
northerly direction following the various courses thereof to the place of
beginning, containing 100 acres more or less and distinguished as lot number
78 on the east side of Tobique River aforesaid, granted by the Crown to
Crawford M. Hutchinson. Being the same lands and premises conveyed by
Mary B. Stewart to Donald Fraser, Donald Fraser Junior, and Archibald Fraser
by deed bearing date the 27th day of June, 1908 and duly recorded in the

155

Victoria County records in book E no. 1 pages 664 and 665 under official number 13387 the 2nd day of July, 1908 and by the said Donald Fraser, Donald Fraser Junior, and Archibald Fraser conveyed to the Fraser Lumber Company Limited by deed bearing date the 3rd day of June, 1914, and duly recorded in Victoria County Records in book O no. 1, pages 251 to 256 under official number 16881 the 4th day of June, 1914, safe and except thereout and therefrom that portion thereof conveyed by the said Donald Fraser, Donald Fraser Junior and Archibald Fraser to Maud R. Hawkes by deed bearing date the 1st day of August, 1911, and duly recorded in the Victoria County Records in Book R no. 1 pages 274 to 276 under official number 15381 and therein described as follows: All that certain lot, piece or parcel of land situate, lying and being in the Parish of Gordon in the County of Victoria and Province of New Brunswick, bounded and described as follows: Beginning at a point on the northern line of lot number 78 on the eastern side of Tobique River at Plaster Rock which said point is four chains east from the northwest angle of said lot number 78, thence running by the magnet east 71 chains to a maple tree standing on the north east angle of said lot number 78, thence south 15 degrees east 11 ¼ chains, thence west 68 chains thence in a northerly direction to the place of beginning, containing 70 acres more or less and being part of said lot number 78 granted to Crawford M. Hutchinson and deeded to the said Grantors by Mary B. Stewart the 27th day of June, 1908.

And being a portion of the lands deeded by Fraser Lumber Co. Ltd. to Fraser Companies Ltd. by deed dated September 1, 1917 and registered in the Victoria County Records Office September 7, 1917 in book 46 at page 566 under no. 18892.

Also all that certain piece or parcel of land and premises situate, lying and being in the Parish of Gordon, in the County of Victoria in the Province of New Brunswick and bounded and described as follows:

Beginning at a fir tree standing on the eastern bank or shore of the Tobique River at the north west angle of lot number 78 granted to Crawford M. Hutchinson at Plaster Rock, thence running by the magnet east 72 chains thence south 15 degrees east 15 chains, thence west 72 chains to the eastern bank or shore of the Tobique River aforesaid and thence along the same upstream to the place of beginning, containing 100 acres more or less, and distinguished as lot number 76. The said lot having been granted by the Crown to Robert W. Good and by the said Robert W. Good conveyed to one John E. Steward by deed dated February 17, 1886 and later conveyed by Eugene A. Holmes and wife to Donald Fraser Junior by deed bearing date the 10th day of March, 1910 and duly recorded in the Victoria County records in Book H no. 1 pages 426 and 427 under official number 14352 and later conveyed by the said Donald Fraser Junior to the Fraser Lumber Company, Limited by deed bearing date the 3rd day of June, 1914 and duly recorded in the Victoria County records in Book O no. 1 pages 243 to 251 under official no. 16880 the 4th day of June, 1914.

And being a portion of the lands deeded by Fraser Lumber Co. Ltd. to Fraser Companies Ltd. by deed dated September 1, 1917 and registered in the Victoria County Records Office September 7, 1917 in book 46 at page 566 under no. 18892.

Also all that certain piece or parcel of land and premises situate, lying and being in the Parish of Gordon, in the County of Victoria in the Province of New Brunswick and bounded and described as follows:

156

Beginning at a point distant one chain measured on a magnetic east course of the year 1855 from a pine tree standing on the eastern bank or shore of Tobique River at the southwest angle of lot number 76 granted to Robert W. Good at Plaster Rock, thence from said point and running east 99 chains to a west line of the Seventh Tract granted to the New Brunswick Railway Company, thence south 24 chains and 50 links or to the eastern prolongation of the northern line of lot letter A granted to Miles O'Leary, thence along said prolongation and then west one minute and two chains or to a point distant one chain easterly from a cedar tree standing on eastern bank or shore of Tobique River aforesaid and thence following parallel to the said bank or shore maintaining the distance of one chain therefrom in a northerly direction to the place of beginning, containing 200 acres more or less and distinguished as lo letter C, east Tobique River at Plaster Rock. Being the same lands and premises granted by the Crown to Donald Fraser, Donald Fraser Junior and Archibald Fraser by Grant number 25108 dated September 15, 1904 and being the same lands and premises conveyed by Donald Fraser, Donald Fraser Junior and Archibald Fraser to Fraser Lumber Company Limited by deed bearing date 3rd day of June, 1914 and duly recorded in Victoria County Records in Book O no. 1 pages 251 to 256 under official no. 16881 the 4th day of June, 1914.

And being a portion of the lands deeded by Fraser Lumber Co. Ltd. to Fraser Companies Ltd. by deed dated September 1, 1917 and registered in the Victoria County Records Office September 7, 1917 in book 46 at page 566 under no. 18892.

Also all that certain piece or parcel of land and premises situate, lying and being in the Parish of Gordon, in the County of Victoria in the Province of New Brunswick and bounded and described as follows:

Known as lot letter A in Deputy Andrew Blair's survey at the Plaster rock so called, on the east side of the Tobique River between the Gulquac and Wapskehagan containing 100 acres more or less and granted by the Crown to said Miles O'Leary on the 14th day of February, 1839 under grant no. 1816.

And being a portion of the lands deeded by Fraser Lumber Co. Ltd. to Fraser Companies Ltd. by deed dated September 1, 1917 and registered in the Victoria County Records Office September 7, 1917 in book 46 at page 566 under no. 18892.

Also all those two tracts of land and premises situate, lying and being in the Parish of Gordon, in the County of Victoria in the Province of New Brunswick and bounded and described as follows:

First Tract: Beginning at a point on the southern line of lot letter A granted to Miles O'Leary on the eastern side of the Tobique River at Plaster Rock, intersected by the eastern line of the Tobique Valley Railway and reservation, the said point being distant south easterly 100 feet measured at right angles to the said railway track from the centre thereof, thence from the said point and running by the magnet of the year 1855 east 52 chains and 50 links thence south 13 chains thence west 66 chains or to the eastern line of the Tobique Valley Railway and reservation aforesaid and thence along the same following the various courses thereof in a northeasterly direction maintaining the distance of 100 feet therefrom to the place of beginning, containing 78 acres, more or less, and distinguished as lot letter D, east of the Tobique River at Plaster Rock, being the same lands and premises granted by the crown to The Tobique Manufacturing Company by grant number 24484 and dated the 16th day of December, 1901.

157

Second Tract: Beginning at a fir tree standing on the eastern bank or sore of the Tobique River at the north western angle of lot number 68 granted to Hezekiah Day below the Plaster Islands, thence running by the magnet of the year 1855 east 150 feet or to a point distant 100 feet measured easterly and at right angles from the centre of the track of the Tobique Valley Railway or the location made for the same in accordance with a plan filed in the Crown Land Office thence following parallel to the said Tobique Valley Railway tract or the location made for the same as aforesaid maintaining the distance of 100 feet therefrom in a north easterly direction with a rectangular distance of 13 chains or to the southern line of lot letter A granted to Miles O'Leary thence west 350 feet or to the eastern bank or shore of Tobique River aforesaid and thence along the same following the various courses thereof in a southwesterly direction down stream to the place of beginning containing 3 ½ acres more or less and being the front part of lot letter D eastern side of Tobique River at Plaster Rock, subject however to the right of the Tobique Valley Railway Company to use the said lands so granted to them as may be required for railway purposes, being the same lands and premises granted by the Crown to The Tobique Manufacturing Company by a supplementary grant numbered 24789, dated the 6th day of April, 1903 by authority of an order of the Lieutenant Governing Council, dated the 13th day of April, 1902.

The aforesaid two tracts of land being a portion of the lands deeded by Fraser Lumber Co. Ltd. to Fraser Companies Ltd. by deed dated September 1, 1917 and registered in the Victoria County Records Office September 7, 1917 in book 46 at page 566 under no. 18892.

Also all that certain piece or parcel of land and premises situate, lying and being in the Parish of Gordon, in the County of Victoria in the Province of New Brunswick and bounded and described as follows:

Beginning at a post standing at the north east angle of lot letter D granted to the Tobique Manufacturing Company, at Plaster Rock, thence running by the magnet of the year 1906 south 87 degrees east 62 chains and 50 links to another post thence 19 degrees east 11 chains to another post thence south 87 degrees east 5 chains thence south 3 degrees west 25 chains and 50 links to another post thence north 87 degrees west 69 chains and 50 links to the place of beginning, containing 97 acres more or less and distinguished as lot letter L at Plaster Rock. Being the same lands and premises granted by the Crown to Donald Fraser, Donald Fraser Junior, and Archibald Fraser by grant number 25623 and dated the 8th day of March, 1907 and conveyed by Archibald Fraser and Donald Fraser, both in their own right and heirs at law of Donald Fraser by indenture bearing date the 25th day of July, 1917 to the Fraser Lumber Company Limited.

And being a portion of the lands deeded by Fraser Lumber Co. Ltd. to Fraser Companies Ltd. by deed dated September 1, 1917 and registered in the Victoria County Records Office September 7, 1917 in book 46 at page 566 under no. 18892.

Also all that certain piece or parcel of land and premises situate, lying and being in the Parish of Gordon, in the County of Victoria in the Province of New Brunswick and bounded and described as follows:

Beginning on the easterly side of the Tobique River at the south west angle of lot D, thence running east by the magnet of the year 1855 70 chains, thence south 15 chains, thence west 74 chains to the easterly bank of the said Tobique River and thence northerly along the easterly bank of said Tobique River following the various courses thereof to the place of beginning, containing 108

158

acres more or less and distinguished as lot number 68 below Plaster Rock
granted by the Crown to the said Hezekiah Day bounded on the north by lot D
on the west by the Tobique River on the south by lot 66 granted to George T.
Baird and on the east by the rear line of the front tier of lots. To be excepted
from the last above described lot the portion thereof agreed to be conveyed to
the Canadian Pacific Railway Company by Hale & Murchie in exchange for
certain rights of the Canadian Pacific Railway Company in lot D at Plaster
Rock, and also excepting from the above described lot one lot of land agreed to
be conveyed to one George Henry being in size 100 feet long forty feet in
width at the rear and 50 feet wide at the front, being a portion of the lands and
premises conveyed by E. H. Hale and wife and George A. Murchie and wife to
The Tobique Manufacturing Company by deed bearing date the 26th day of
August, 1901 and duly recorded in Victoria County records.

And being a portion of the lands deeded by Fraser Lumber Co. Ltd. to Fraser
Companies Ltd. by deed dated September 1, 1917 and registered in the
Victoria County Records Office September 7, 1917 in book 46 at page 566
under no. 18892.

Also all that certain piece or parcel of land and premises situate, lying and being in the
Parish of Gordon, in the County of Victoria in the Province of New Brunswick and ·
bounded and described as follows:

Beginning at a fir tree on the easterly shore of Tobique River at the south
westerly angle of lot number 68 at Plaster Rock granted to Hezekiah Day,
thence running east along the dividing line between lots 66 and 68, 66 chains
to the north easterly angle of lot number 66, thence south 15 chains, thence
west 56 chains and 70 links thence north one chain and 75 links, thence west to
the easterly shore of the Tobique River and thence northerly along the said
shore of Tobique River following the various courses thereof to the place of
beginning containing 98 acres more or less and distinguished as lot number 66
at Plaster Rock, excepting about 2 acres reserved out of said lot at the south
west corner of the same, being the same lands and premises granted by the
Crown to the Hon. George T. Baird and conveyed by the said Hon. George T.
Baird and wife to Donald Fraser, Donald Fraser Junior and Archibald Fraser in
the name of Donald Fraser & Sons by deed dated the 29th day of March 1904
and duly recorded in Victoria County Records in book O no. 1 pages 251 to
256 under official number 16881 the 4th day of June, 1914.

And being a portion of the lands deeded by Fraser Lumber Co. Ltd. to Fraser
Companies Ltd. by deed dated September 1, 1917 and registered in the
Victoria County Records Office September 7, 1917 in book 46 at page 566
under no. 18892.

Also all that certain piece or parcel of land and premises situate, lying and being in the
Parish of Gordon, in the County of Victoria in the Province of New Brunswick and
bounded and described as follows:

Beginning at a post standing at the north east angle of lot number 66 granted to
George T. Baird on the eastern side of Tobique River at Plaster Rock, thence
running by the magnet of the year 1906 south 87 degrees east 13 chains and 50
links to another post, thence south 2 degrees west 15 chains to another post,
thence north 87 degrees west 13 chains and 50 links to another post, thence
north two degrees east 15 chains to the place of beginning, containing 20 acres
more or less and distinguished as lot letter K at Plaster Rock, being the lands
and premises granted by the Crown to Donald Fraser, Donald Fraser Junior and
Archibald Fraser by grant no. 25553 and dated the 10th day of September, 1906
and conveyed by Donald Fraser, Donald Fraser Junior and Archibald Fraser by

159

indenture bearing date the 3rd day of June, 1914 and duly recorded in Victoria
County Records in Book O no. 1 pages 251 to 256 under official number
16881 the 4th day of June, 1914.

And being a portion of the lands deeded by Fraser Lumber Co. Ltd. to Fraser
Companies Ltd. by deed dated September 1, 1917 and registered in the
Victoria County Records Office September 7, 1917 in book 46 at page 566
under no. 18892.

SAVING AND EXCEPTING the following lot, pieces or parcel of land and premises
situate, lying and being in the Parish of Gordon, in the County of Victoria in the
Province of New Brunswick and bounded and described as follows:

Beginning at a point on the southerly or lower sideline of lands owned by
Vernon R. Briggs and Wellington Briggs, said point designated as Station
2+01.4, as shown on a survey plan of Tobique Valley School Site Property as
surveyed by Roy E. Wilson, N.B.L.S., dated January 15, 1976, said point being
the centre line of a service easement; thence along the said centre line, so
described, on a bearing of two hundred seven degrees thirty six minutes [207-
36] a distance of two hundred nineteen and five tenths [219.5] feet to the end
of easement and designated as Station 4+20.9; taking a strip of land ten [10]
feet wide lying to the left of or east of the above described centre line and
taking a strip of land ten [10] feet wide lying to the right of or west of the said
centre line from Station 2+01.4 to Station 4+20.9.

The hereinbefore described parcel of land containing by ad-measurement
fourth thousand three hundred ninety (4,390) square feet and shown as Parcel
"B" on the aforesaid survey plan of Tobique Valley School Site Property, said
survey plan registered in the Victoria County records under Official Plan no.
2487 on January 29, 1976.

Being the same lands deeded by Fraser Companies, Limited to Her Majesty the
Queen by deed dated April 28, 1976 and registered in the Victoria County
Records Office May 12, 1976 in book 180 at page 16 under no. 69434.

AND SAVING AND EXCEPTING the following lot, pieces or parcel of land and
premises situate, lying and being in the Parish of Gordon, in the County of Victoria in
the Province of New Brunswick and bounded and described as follows:
All that certain lot shown as Parcel 90-A on the subdivision plan of Fraser Inc.
Subdivision No. 2, Village of Plaster Rock, County of Victoria, Province of
New Brunswick, surveyed by Jacques R. Grondin, N.B.L.S., dated October 16,
1990, approved by the Development Officer for the Village of Plaster Rock on
December 11, 1990, and filed in the Victoria County Registry Office at the
time of registration of the within deed the said parcel 90-A containing 196
square meters.

BEING a parcel of land to be added to and form part of the property of D.
Camber Giberson and Theresa Giberson described in a deed registered in the
Victoria County Registry Office in book 180, at page 440 as number 66875.

AND BEING the same lands and premises conveyed by Fraser Inc. to D.
Camber Giberson and Theresa Giberson by deed dated July 3, 1991 and
registered in the Victoria County Registry Office on July 18, 1991 in book 369
at page 362 as number 103971.

AND SAVING AND EXCEPTING the following lot, pieces or parcel of land and
premises situate, lying and being in the Parish of Gordon, in the County of Victoria in
the Province of New Brunswick and bounded and described as follows:

160

All that certain lot lying and being on Brook Street in the Village of Plaster Rock, in the Parish of Gordon, County of Victoria, and Province of New Brunswick, having an area of 1, 179 square meters and being shown as Parcel 91-A on the subdivision plan of FRASER INC. (FRASER CO. LTD.) SUBDIVISION 91-A prepared by Scott H. Goodine, N.B.L.S., dated 1991-04-08, approved by Barbara Wishart, Development Officer for the Village of Plaster Rock, on November 5, 1991, and filed in conjunction with the registration of the attached deed.

BEING a portion of the lands and premises conveyed to Fraser Companies, Limited by deed no. 18892 registered in the Victoria County Registry Office in book 46 at page 566.

AND BEING the same lands and premises conveyed by Noranda Forest Inc by its attorney, Fraser Inc., to Douglas Rocky Giberson and Pamela Joy Giberson by deed dated March 24, 1992 and registered in the Victoria County Registry Office on April 6, 1992, in book 384 at page 44 as number 105664.

AND SAVING AND EXCEPTING the following lots, pieces or parcels of land and premises situate, lying and being in the Parish of Gordon, in the County of Victoria in the Province of New Brunswick and bounded and described as follows:

Parcel One: All that certain lot shown as Parcel 93-A on the Subdivision Plan of Noranda Forest Inc. Village of Plaster Rock Subdivision 93-A, B, &C, Pond Street, Village of Plaster Rock, surveyed by S.H. Goodine, N.B.L.S., dated 1991-02-04 and 1993-12-02, approved by the Development Officer for the Village of Plaster Rock on February 17, 1994, and filed in the Victoria County Registry Office under plan no. 200073, the said parcel 93-A containing 77 square meters.

Parcel Two: All that certain lot shown as Parcel 93-C on the Subdivision Plan of Noranda Forest Inc. Village of Plaster Rock Subdivision 93-A, B, & C, Pond Street, Village of Plaster Rock, surveyed by S.H. Goodine, N.B.L.S., dated 1991-02-04 and 1993-12-02, approved by the Development Officer for the Village of Plaster Rock on February 17, 1994, and filed in the Victoria County Registry Office under plan no. 200073, the said parcel 93-C containing 52 square meters.

Parcels 93-A and 93-C described above are to be added to and form part of the property of Leonard A. Bradford and Patricia Bradford described in a deed registered in the Victoria County Registry Office in book 362, at page 481, as number 103189.

AND BEING a portion of the lands and premises conveyed by Noranda Forest Inc by its attorney, Fraser Inc., and Village of Plaster Rock, to Leonard A. Bradford and Patricia Bradford, his spouse, by deed dated April 14, 1994 and registered in the Victoria County Registry Office on June 20, 1994, in book 428 at page 37 as number 110844.

AND SAVING AND EXCEPTING the following lot, piece or parcels of land and premises situate, lying and being in the Parish of Gordon, in the County of Victoria in the Province of New Brunswick and bounded and described as follows:

All that certain lot shown as Lot No. 90-1 on the subdivision Plan of Fraser Inc. Subdivision No. 2, Village of Plaster Rock, surveyed by Jacques R. Grondin, N.B.L.S., dated October 16, 1990 and filed in the Victoria County

161

Registry Office under plan number 5038, the said Lot No. 90-1 containing
7,562 square meters.

AND BEING a portion of the lands and premises conveyed by Fraser Inc. to
the Village of Plaster Rock by deed dated July 3, 1991 and registered in the
Victoria County Registry Office on July 18, 1991, in book 369 at page 374 as
number 103793.

AND SAVING AND EXCEPTING the following lot, piece or parcel of land and
premises situate, lying and being in the Parish of Gordon, in the County of Victoria in
the Province of New Brunswick and bounded and described as follows:

Beginning at a standard survey marker located on the easterly side limits of
Brook Street at a point, said point having New Brunswick Grid Coordinate
values of 243 1957.126 meters East and 754 5923.622 meters North; THENCE
from the place of beginning on the New Brunswick Grid North bearing
azimuth 132 degrees 49 minutes 50 seconds a distance of 5.908 meters to
another standard survey marker; THENCE on a bearing of 88 degrees 36
minutes 17 seconds a distance of 8.536 meters to another standard survey
marker; THENCE on a bearing of 52 degrees 22 minutes 57 seconds a distance
of 9.125 meters to another standard survey marker; THENCE on a bearing of
37 degrees 08 minutes 30 seconds a distance of 9.991 meters to another
standard survey marker; THENCE on a bearing of 44 degrees 53 minutes 38
seconds a distance of 15.868 meters to another standard survey marker;
THENCE on a bearing of 44 degrees 36 minutes 39 seconds a distance of
12.280 meters to a point; THENCE in an east southeasterly direction following
the center line of a small brook a distance of 78 meters, more or less, to the
shoreline of the Tobique River; THENCE in a downstream direction following
the shoreline of the Tobique River to the point of intersection thereof and the
center line of another small brook located downstream a distance of 63 meters,
more or less, along the shoreline of the said Tobique River from the first
mentioned small brook; THENCE in a northwesterly direction following the
center line of the said small brook upstream a distance of 60 meters, more or
less, to another standard survey marker; THENCE on a bearing of 326 degrees
25 minutes 40 seconds a distance of 16.288 meters to another standard survey
marker; THENCE on a bearing of 98 degrees 10 minutes 56 seconds a distance
of 8.688 meters to another standard survey marker located on the easterly side
limits of Brook Street aforesaid; THENCE on a bearing of 15 degrees 25
minutes 43 seconds a distance of 6.826 meters to the place of beginning.

BEING Lot 99-1, containing 4900 square meters more or less, all as shown on
the Nexfor Inc. (Fraser Companies Ltd.) Subdivision 99-1 plan of subdivision,
filed in the Victoria County Registry Office on August 11 as Plan No.
11264992.

AND BEING the same lands and premises conveyed by Nexfor Inc. to the
Village of Plaster Rock by deed dated September 19, 2000 and registered in
the Victoria County Registry Office on September 28, 2000, in book 548 at
page 152 as number 11403715.

AND SAVING AND EXCEPTING the following lot, piece or parcel of land and
premises situate, lying and being in the Parish of Gordon, in the County of Victoria in
the Province of New Brunswick and bounded and described as follows:

All that certain lot being a portion of granted lots 64 and 66 and being lot no.
84-1 on a subdivision plan of Fraser Inc. Subdivision prepared by Ralph S.
Hall N.B.L.S. dated December 18, 1984, approved by the Development Officer

162

for the Province of New Brunswick on May 2, 1985, and having been duly
registered in the Victoria county Records on May 21, 1985, as number 3980.

BEING a portion of the same lands and premises conveyed by Daniel F.
Merrithew to Fraser Companies, Limited (Fraser Inc.) by deed dated June 28,
1973 and registered in the Victoria County Records on July 4, 1973 in book
160 at page 710 as number 64150, and being a portion of the same lands and
premises conveyed by Fraser Lumber Company, Limited to Fraser Companies,
Limited (Fraser Inc.) by deed dated September 1, 1917 and registered in the
Victoria County Records on September 7, 1917 in book T-1 at page 566 as
number 18892.

AND BEING the same lands and premises conveyed by Fraser Inc. to The
Plaster Rock Golf and Curling Club Inc. by deed dated June 19, 1985 and
registered in the Victoria County Registry Office on October 22, 1985, in book
267 at page 552 as number 90504.

AND SAVING AND EXCEPTING the following lot, piece or parcel of land and
premises situate, lying and being in the Parish of Gordon, in the County of Victoria in
the Province of New Brunswick and bounded and described as follows:

All that certain parcel of land being 33 feet by 53 feet, located adjacent to the
Lessor's planer mill at its Plaster Rock sawmill facility, and being shown
colour-outlined in red on a plan approved for registration on December 12,
1989 by Barbara Wishart, Development Officer for the Village of Plaster
Rock.

The said parcel being a portion of the lands and premises conveyed by Donald
Fraser, Donald Fraser Jr., and Archibald Fraser to Fraser Lumber Company,
Limited by deed dated June 3, 1914 and registered in the Victoria County
Registry Office on June 4, 1914 in Book O, No. 1, at pages 251 to 256 as
number 16881, and later conveyed by Fraser Lumber Company, Limited to
Fraser Companies, Limited (now Fraser Inc.) by deed dated September 1, 1917
in book T-1, at page 566, as number 18892.

AND BEING the same lands and premises leased by Fraser Inc. to Brunswick
Animal Bedding Ltd. by lease dated December 4, 1989 and registered in the
Victoria County Registry Office on December 12, 1989, in book 337 at page
166 as number 100032.

163

**Appendix "2"**

**Contracts - Canadian Purchased Assets**

164

| Vendor Name | Product/Service | Mill Location | Contract Date | Expiry Date |
|---|---|---|---|---|
| Allant | Dedicated Internet | Plaster Rock | 23/05/2007 | |
| Allant | Line contract | Plaster Rock | 07/02/2005 | |
| Caterpillar Financial Services | Loader leases | Plaster Rock | 09/04/2007 | 08/04/2010 |
| Energy Efficiency and Conservation Agency of NB | GNB Incentive program to improve efficiency | Plaster Rock | 08/04/2009 | |
| Inglesund tools | Partner chip | Plaster Rock | Sept 01,08 | Aug 31,08 |
| Irving Oil Limited | Irving gas bar lease at Plaster Rock mill | Plaster Rock | 01/05/2005 | 30/04/2006 |
| Jeff Deleavey | Freight contract | Plaster Rock | 12/09/2006 | N/A |
| Maritime Lumber Bureau | Grading Inspection services | Plaster Rock | | |
| NB Power | Power Purchase Agreement | Plaster Rock | | |
| Norman Jensens | Brokerage | Plaster Rock | | |
| TELUS | cell phones | Plaster Rock | 28/03/2008 | 27/09/2011 |
| ACOA | | Montreal | | |
| Norbord Industries | Lease agreement FTC in Montreal | Montreal | | |
| University of New Brunswick | Connected with ACOA | Montreal | | |
| Allant | Allegiance Program Loyalty | Juniper, Plaster Rock | 09/07/2009 | 08/07/2012 |
| I-beam International | Land agreement | Juniper | 27/06/2004 | 24/06/2104 |
| Allant | Dedicated internet | Juniper | 23/05/2007 | |
| Allant | Managed service contract | Juniper | 03/05/2007 | 02/05/2010 |
| NB Power | Power Purchase Agreement | Juniper | 14/07/2004 | 13/07/2005 |
| Highline Corp | Canadian Payroll software maintenance | Edmundston, Juniper, Plaster Rock | | |
| Xerox | Multiple copiers and maintenance | Edmundston, Plaster Rock | 16/04/2008 | 15/04/2011 |
| Bell Mobility | Cell phones | Edmundston, Juniper, Plaster Rock | | |
| No Global Borders | Customs software - CDN | Edmundston, Juniper, Plaster Rock | | |
| CN | Rail Siding Agreements and Rail Freight agreements | Edmundston, Juniper | | |
| Acadian Timber | Crown Lands Services Agreement - AT Limited Partnership and Fraser Papers Inc | Edmundston | | 31/01/2031 |
| Acadian Timber | Fiber Contract Cogen - AT - Big John Green River Freehold | Edmundston | | 30-Jun-10 |
| Acadian Timber | Fiber Contract Cogen - AT - Big John Plaster Rock Freehold | Edmundston | | 30-Jun-10 |

165

| Vendor Name | Product/Service | Mill Location | Contract Date | Expiry Date |
|---|---|---|---|---|
| Acadian Timber | Fiber Contract: Cogen - AT - Harding Plaster Rock Freehold | Edmundston | | 30-Jun-10 |
| Acadian Timber | Fiber Contract: Cogen - AT - Linton Plaster Rock Freehold | Edmundston | | 30-Jun-10 |
| Acadian Timber | Fiber Contract: Cogen - AT & Big John Green River Crown | Edmundston | | 31-Mar-10 |
| Acadian Timber | Fiber Contract: Cogen - AT & Harding Plaster Rock Crown | Edmundston | | 31-Mar-10 |
| Acadian Timber | Fiber Contract: Cogen - AT & HE Juniper Crown | Edmundston | | 31-Mar-10 |
| Acadian Timber | Fiber Contract: Cogen - AT & Linton Plaster Rock Crown | Edmundston | | 31-Mar-10 |
| Acadian Timber | Fiber Contract: ED Pulpwood - Acadian Timber Green River | Edmundston | | 31-Mar-10 |
| Acadian Timber | Fiber Contract: NAFP Chip Deal - Acadian Timber Freehold | Edmundston | | 28-Feb-10 |
| Acadian Timber | Fiber Contract: NAFP Chip Deal - Acadian Timber Lic 09 | Edmundston | | 28-Feb-10 |
| Acadian Timber | Fiber Contract: NAFP Chip Deal - AT TL Crown Lic 09 | Edmundston | | 28-Feb-10 |
| Acadian Timber | Fiber Contract: NAFP Chip Deal - AT TL Freehold | Edmundston | | 28-Feb-10 |
| Acadian Timber | Fiber Contract: PR - Acadian Timber Freehold (Mass) | Edmundston | | 30-Jun-10 |
| Acadian Timber | Fiber Contract: PR - Acadian Timber Unit 09, Lic 09 (Mass) | Edmundston | | 31-Mar-10 |
| Acadian Timber | Fiber Contract: PR - EDM Logs Acadian Timber License 09 (M3) | Edmundston | | 31-Mar-10 |
| Acadian Timber | Fiber Supply Agreement - AT Limited Partnership and Fraser Papers Inc | Edmundston | | 23/01/2026 |
| Aliant | Line contract | Edmundston | | |
| Atlantic Renewable Energy Corporation | Fiber Contract: Cogen - Atlantic Renewable Energy Corporation | Edmundston | | 30-Jun-10 |
| Atlas Copco Compressors | Mill air compressor maintenance agreement | Edmundston | | |
| Baymag | MgO | Edmundston | 01/01/2009 | 31/12/2011 |
| Bell Canada | Long Distance | Edmundston | 01/12/2008 | 01/12/2011 |
| Bois Transport | Fiber Contract: ED Chips - Gino Bois Transport | Edmundston | | 28-Aug-10 |
| Brenntag | Methanol | Edmundston | 30/06/2008 | 30/06/2009 |

166

| Vendor Name | Product/Service | Mill Location | Contract Date | Expiry Date |
|---|---|---|---|---|
| Broyage Industriel Saint Laurent Inc | Fiber Contract: Cogen - Broyage Industriel Saint Laurent Inc | Edmundston | | 27-Feb-10 |
| C.F. Morin Transport | Fiber Contract: ED Chips - C.F. Morin Transport | Edmundston | | 28-Aug-10 |
| Canexus | Sodium Chlorate | Edmundston | 20/04/2009 | 31/12/2011 |
| Carleton-Victoria Marketing Board | Fiber Contract: Cogen - CVMB (Carleton) | Edmundston | | 31-Mar-10 |
| Carleton-Victoria Marketing Board | Fiber Contract: Cogen - CVMB (Victoria) | Edmundston | | 31-Mar-10 |
| Carleton-Victoria Marketing Board | Fiber Contract: PR - Carlton-Victoria Mrkt. Board (Bangor) | Edmundston | | 31-Mar-10 |
| Carleton-Victoria Marketing Board | Fiber Contract: PR - Carlton-Victoria Mrkt. Board (Mass) | Edmundston | | 31-Mar-10 |
| Copeaux de la Vallee | Fiber Contract: Cogen - Copeaux de la Vallee PQ/Godbout | Edmundston | | 31-Mar-10 |
| Copeaux de la Vallee | Fiber Contract: ED Chips - Copeaux de la Vallee/Fraser | Edmundston | | 01-Feb-10 |
| Copeaux de la Vallee | Fiber Contract: ED Chips - Copeaux de la Vallee/Gino Bois | Edmundston | | 01-Feb-10 |
| DBA | Process improvement consultants | Edmundston | | |
| Deniso Lebel Inc | Fiber Contract: Cogen - Deniso Lebel Degelis | Edmundston | | 28-Aug-10 |
| Deniso Lebel Inc | Fiber Contract: Cogen - Deniso Lebel Squateck PQ | Edmundston | | 28-Aug-10 |
| Deniso Lebel Inc | Fiber Contract: Cogen - Deniso Lebel St Joseph PQ | Edmundston | | 31-Mar-10 |
| Deniso Lebel Inc | Fiber Contract: ED Chips - DENISO LEBEL CAP-CHAT | Edmundston | | 28-Aug-10 |
| Deniso Lebel Inc | Fiber Contract: ED Chips - Deniso Lebel Inc Degelis | Edmundston | | 28-Aug-10 |
| Deniso Lebel Inc | Fiber Contract: ED Chips - Deniso Lebel Inc Price | Edmundston | | 28-Aug-10 |
| Deniso Lebel Inc | Fiber Contract: ED Chips - Deniso Lebel Inc. Squateck | Edmundston | | 28-Aug-10 |
| Dynamic Transport | Fiber Contract: ED Chips - Dynamic Transport | Edmundston | | 31-Aug-10 |
| E.T. Transport Inc. | Fiber Contract: ED Chips - E.T. Transport Inc. | Edmundston | | 30-Jun-10 |
| Envirem Tech | Fly-ash composting | Edmundston | | |
| Fornebu Lumber | Fiber Contract: Cogen - Fornebu Lumber/Godbout | Edmundston | | 28-Aug-10 |
| Fornebu Lumber | Fiber Contract: ED Chips - Fornebu Lumber | Edmundston | | 28-Aug-10 |

167

| Vendor Name | Product/Service | Mill Location | Contract Date | Expiry Date |
|---|---|---|---|---|
| Fomebu Lumber | Fiber Contract: ED Stacked - Fomebu Lumber/Fraser Allocation | Edmundston | | 31-Mar-10 |
| Fomebu Lumber | Fiber Contract: NAFP Chip Deal - Fomebu - Burnt Church | Edmundston | | 29-Aug-10 |
| Fomebu Lumber | Fiber Contract: NAFP Chip Deal - Fomebu Lic 03 | Edmundston | | 29-Aug-10 |
| Fomebu Lumber | Fiber Contract: PR - Fomebu Lumber/Fraser Allocation(M3) | Edmundston | | 31-Mar-10 |
| Fraser Papers Juniper Lumbermill | Fiber Contract: Cogen - Fraser Papers Juniper Lbr | Edmundston | | 30-Jun-10 |
| Fraser Papers Juniper Lumbermill | Fiber Contract: ED Chips - Fraser Juniper Lumber | Edmundston | | 30-Jun-10 |
| Fraser Papers Plaster Rock Lumbermill | Fiber Contract: Cogen - Fraser Papers Plaster Rock | Edmundston | | 30-Jun-10 |
| Fraser Papers Plaster Rock Lumbermill | Fiber Contract: ED Chips - Fraser Plaster Rock | Edmundston | | 30-Jun-10 |
| Fraser Timber Ashland | Fiber Contract: Cogen - Fraser Timbers Ashland | Edmundston | | 30-Jun-10 |
| Fraser Timber Ashland | Fiber Contract: ED Chips - Fraser Timbers Ashland | Edmundston | | 30-Jun-10 |
| Fraser Timber Limited | Fiber Contract: ED Pulpwood - Fraser Timber Limited | Edmundston | | 31-Mar-10 |
| Fraser Timber Masardis | Fiber Contract: Cogen - Fraser Timbers Masardis | Edmundston | | 30-Jun-10 |
| Fraser Timber Masardis | Fiber Contract: ED Chips - Fraser Timbers Masardis | Edmundston | | 30-Jun-10 |
| Fraser Timber Mill 3 | Fiber Contract: Cogen - Fraser Timbers Mill # 3 | Edmundston | | 30-Jun-10 |
| Fraser Timber Mill 3 | Fiber Contract: ED Chips - Fraser Timbers Mill 3 | Edmundston | | 30-Jun-10 |
| G.A. Levesque | Fiber Contract: PR - G.A. Levesque - CVMB (Mass) | Edmundston | | 31-Mar-10 |
| G.A. Levesque | Fiber Contract: PR - G.A. Levesque - MMB (Mass) | Edmundston | | 31-Mar-10 |
| G.A. Levesque | Fiber Contract: PR - G.A. Levesque - Northshore (Bangor | Edmundston | | 31-Mar-10 |
| G.A. Levesque | Fiber Contract: PR - G.A. Levesque - NSFP(Mass) | Edmundston | | 31-Mar-10 |
| G.A. Levesque | Fiber Contract: PR - G.A. Levesque -CVMB (Bangor) | Edmundston | | 31-Mar-10 |

168

| Vendor Name | Product/Service | Mill Location | Contract Date | Expiry Date |
|---|---|---|---|---|
| J.D. Irving Limited | Fiber Contract: Cogen - J.D. Irving Chip Plant | Edmundston | | 30-Aug-10 |
| J.D. Irving Limited | Fiber Contract: Cogen - J.D. Irving Deersdale | Edmundston | | 30-Aug-10 |
| J.D. Irving Limited | Fiber Contract: Cogen - J.D. Irving Fort Kent ME | Edmundston | | 30-Aug-10 |
| J.D. Irving Limited | Fiber Contract: Cogen - J.D. Irving Kedgwick | Edmundston | | 30-Aug-10 |
| J.D. Irving Limited | Fiber Contract: Cogen - J.D. Irving St Leonard | Edmundston | | 30-Aug-10 |
| J.D. Irving Limited | Fiber Contract: Cogen - J.D. Irving Veneer | Edmundston | | 25-Sep-10 |
| J.D. Irving Limited | Fiber Contract: Cogen - J.D. Irving Woods Hwd Chips Freehold | Edmundston | | 30-Aug-10 |
| J.D. Irving Limited | Fiber Contract: ED Chips - J.D. Irving Chip Pile Down (St.Leonard) | Edmundston | | 27-Mar-10 |
| J.D. Irving Limited | Fiber Contract: ED Chips - J.D. Irving Chip Pile Down (Veneer) | Edmundston | | 27-Mar-10 |
| J.D. Irving Limited | Fiber Contract: ED Chips - J.D. Irving Chip Plant | Edmundston | | 15-Sep-10 |
| J.D. Irving Limited | Fiber Contract: ED Chips - J.D. Irving Kedgwick | Edmundston | | 15-Sep-10 |
| J.D. Irving Limited | Fiber Contract: ED Chips - J.D. Irving St. Leonard | Edmundston | | 15-Sep-10 |
| J.D. Irving Limited | Fiber Contract: ED Chips - J.D.Irving Deersdale | Edmundston | | 15-Sep-10 |
| J.D. Irving Limited | Fiber Contract: ED Sale - EDM Logs to Irving | Edmundston | | 31-Dec-10 |
| J.D. Irving Limited | Fiber Contract: ED Sale - EDM Stud to Irving | Edmundston | | 31-Dec-10 |
| J.D. Irving Limited | Fiber Contract: ED Stacked - J.D. Irving Saint Leonard | Edmundston | | 31-Mar-10 |
| J.D. Irving Limited | Fiber Contract: NAFP Chip Deal - Irving Crown Pile Down | Edmundston | | 27-Mar-10 |
| J.D. Irving Limited | Fiber Contract: NAFP Chip Deal - Irving Freehold | Edmundston | | 29-Aug-10 |
| J.D. Irving Limited | Fiber Contract: NAFP Chip Deal - Irving Freehold Pile Down | Edmundston | | 27-Mar-10 |
| J.D. Irving Limited | Fiber Contract: NAFP Chip Deal - Irving Lic 01 | Edmundston | | 31-Mar-10 |
| J.D. Irving Limited | Fiber Contract: NAFP Chip Deal - Irving Lic 09 | Edmundston | | 29-Aug-10 |

169

| Vendor Name | Product/Service | Mill Location | Contract Date | Expiry Date |
|---|---|---|---|---|
| JD Raymond | Fiber Contract: Cogen - JD Raymond | Edmundston | | 31-Mar-10 |
| Kinecor | 3-year agreement with Kinecor on our SKF bearing supply | Edmundston | | |
| Laurentide Controls | "GUARDIAN" SUPPORT FOR BLEACHERY DCS | Edmundston | | |
| Madawaska Marketing Board | Fiber Contract: Cogen - Madawaska Mrk Board | Edmundston | | 30-May-10 |
| Madawaska Marketing Board | Fiber Contract: ED Stacked - Madawaska Marketing Board | Edmundston | | 31-Mar-10 |
| Maine Timber Masardis | Fiber Contract: Boiler#4 - Maine Timbers Masardis | Edmundston | | 30-Jun-10 |
| Merle Wallace | Fiber Contract: PR - Merle Wallace - CVMB (Bangor) | Edmundston | | 31-Mar-10 |
| Merle Wallace | Fiber Contract: PR - Merle Wallace - Northumberland (Bangor) | Edmundston | | 31-Mar-10 |
| Merle Wallace | Fiber Contract: PR - Merle Wallace -YSC (Mass) | Edmundston | | 31-Mar-10 |
| NB Power | COGEN Power Sale Agreement and Power Purchase Agreement | Edmundston | | |
| Noel Godbout | Fiber Contract: ED Small Chips - Noel Godbout | Edmundston | | 31-Dec-10 |
| North American Forest Products | Fiber Contract: Cogen - NAFP St Quentin Chip Plant | Edmundston | | 30-Aug-10 |
| North American Forest Products | Fiber Contract: NAFP Chip Deal - NAFP CHIP PLANT SERVICE CONTRACT | Edmundston | | 29-Aug-10 |
| North American Forest Products | Fiber Contract: NAFP Chip Deal - NAFP Hauling | Edmundston | | 29-Aug-10 |
| Pitney Bowes | Postage Meter | Edmundston | | |
| Praxair | Oxygen/Nitrogen | Edmundston | | 01/02/2014 |
| Province of New Brunswick | Forest Management Agreements - License # 09 | Edmundston | | 31/03/2022 |
| Province of New Brunswick | Forest Management Agreements - License # 10 | Edmundston | | 31/03/2017 |
| Savoie Grinders | Fiber Contract: Cogen - Groupe Savoie Grinders | Edmundston | | 30-Jun-10 |
| Scierie Chaleur | Fiber Contract: Cogen - Scierie Chaleur Sawmills | Edmundston | | 28-Aug-10 |
| Scierie Chaleur | Fiber Contract: ED Chips - Drum Scierie Chaleur | Edmundston | | 28-Aug-10 |
| Scierie Chaleur | Fiber Contract: NAFP Chip Deal - Chaleur Lic 01 | Edmundston | | 28-Feb-10 |

170

| Vendor Name | Product/Service | Mill Location | Contract Date | Expiry Date |
|---|---|---|---|---|
| Scierie Chaleur | Fiber Contract: NAFP Chip Deal - Chaleur Lic 03 | Edmundston | | 29-Aug-10 |
| Scierie Chaleur Sawmill | Fiber Contract: ED Chips - Scierie Chaleur Sawmill | Edmundston | | 28-Aug-10 |
| Scierie St. Elzear Inc. | Fiber Contract: ED Chips - Scierie St. Elzear Inc. | Edmundston | | 30-Aug-10 |
| Sunbury Transport | Fiber Contract: ED Biomass - Sunbury (Hauling) | Edmundston | | 30-Jan-10 |
| Sunbury Transport | Fiber Contract: ED Chips - Sunbury Transport B Train | Edmundston | | 19-Nov-11 |
| Sunbury Transport | Fiber Contract: ED Chips - Sunbury Transport Triaxle | Edmundston | | 19-Nov-11 |
| Temrex Nouvelle | Fiber Contract: Cogen - Temrex Nouvelle PQ | Edmundston | | 30-Jun-10 |
| Temrex Nouvelle | Fiber Contract: ED Chips - Temrex Nouvelle | Edmundston | | 28-Aug-10 |
| TNT Road Company | Fiber Contract: Cogen - TNT Road Company Zone 1 | Edmundston | | 31-Dec-10 |
| TNT Road Company | Fiber Contract: Cogen - TNT Road Company Zone 2 | Edmundston | | 31-Dec-10 |
| TNT Road Company | Fiber Contract: Cogen - TNT Road Company Zone 3 | Edmundston | | 31-Dec-10 |
| Transport FL | Fiber Contract: ED Chips - TRANSPORT FL | Edmundston | | 28-Aug-10 |
| Uniboard Exchange | Fiber Contract: Cogen - Fraser / Uniboard Exchange | Edmundston | | 31-Mar-10 |
| Warren Transport | Fiber Contract: ED Chips - Warren Transport | Edmundston | | 28-Aug-10 |
| William Parker | Fly-ash land spreading program (Cogen) | Edmundston | | |
| Buckman | Chemicals | Edmundston | 01/01/2009 | 31/12/2009 |
| Cascades Enviropak | Risers Dunnage | Edmundston | 01/04/2009 | 01/04/2011 |
| Dunn & Bradstreet | Credit Reports | Edmundston, Juniper, Plaster Rock | | |
| Hercules | Chemicals | Edmundston | | |
| Kemira | H2O2 & Chemicals | Edmundston | | |
| Motion Industries | MRO | Edmundston, Juniper, Plaster Rock | 01/05/2009 | 30/04/2011 |
| Nalco | Specialty Chemicals | Edmundston | | 31/12/2009 |
| Norfalco | Sulfuric Acid | Edmundston | 01/07/2009 | 30/06/2010 |

171

| Vendor Name | Product/Service | Mill Location | Contract Date | Expiry Date |
|---|---|---|---|---|
| Olin (PCI) | Caustic/Chlorine | Edmundston | 01/01/2007 | 31/12/2009 |
| P-Cards | Purchasing cards | Edmundston | | |

172

**Appendix "3"**

**Fixed Assets - Canadian Purchased Assets**

173

# **Fraser**Papers

Edmundston Reconciliation FAS Encor Software versus Khalix & GL

| | Gross | Acc Depreciation |
|---|---|---|
| Beginning balance as of Sept 2009 | 490,678,287.28 | 322,839,283.98 |
| Less addition 2009 | (222,302.40) | (10,534,500.16) |
| Balance as of Dec 2008 | 490,455,984.88 | 312,304,768.82 |
| | | |
| Less Acc ITC | (55,918,240.40) | (31,553,587.28) |
| Landfill | 1,803,298.13 | 869,404.01 |
| EM-008-231 Hypo Washer | 184,191.32 | |
| EM-002-163 Chip Slicer | 41,488.85 | |
| EM-002-161 Chip Deflector | 1,059.88 | |
| Spare Parts | 2,515,257.41 | 784,516.89 |
| | | |
| Balance Dec 2008 | 409,183,043.85 | 282,395,000.46 |
| | | |
| Add 2009 | 438,793.20 | 14,052,516.86 |
| ITC | (42,482.05) | (2,418,800.92) |
| Cip 2009 | 731,831.03 | |
| Spare parts | 883,134.84 | 327,021.00 |
| Landfill | (239,995.64) | 333,343.26 |
| Class 2 | (172,538.72) | (172,538.72) |
| Variance | 0.07 | 0.13 |
| Balance December 2009 | 410,581,807.58 | 294,516,541.07 |
| | | |
| Add 2010 | | 2,314,088.02 |
| ITC | | (361,764.54) |
| Cip 2010 | 199,177.80 | |
| Spare parts | 109,531.94 | 64,833.80 |
| Landfill | | 53,045.30 |
| | | |
| Balance December 2010 | 410,890,517.32 | 286,586,643.65 |
| | | |
| **Per FAS Encore** | | |
| Beginning balance 2008 | 490,455,984.88 | 312,304,768.82 |
| Add 2009 | 438,793.20 | 14,052,516.86 |
| Class 2 | (172,538.72) | (172,538.72) |
| ITC | (55,980,702.45) | (35,982,488.18) |
| EM-002-163 Chip Slicer | | |
| EM-002-163 Chip Slicer | 41,488.85 | |
| EM-008-231 Hypo Washer | 184,191.32 | |
| EM-002-161 Chip Deflector | | |
| EM-002-161 Chip Deflector | 1,059.88 | |
| Cip 2009 | | |
| EM-016-434 Recovery Complex Control Modernization Phase 1 | 362,059.32 | |
| EM-015-428 138 T1 Main Transformer & Electrical Equipment Tie | 11,895.17 | |
| EM-015-456 Overall Recovery Boiler Feedwater Pump Turbine | 207,547.50 | |
| EM-018-058 Bleachery/Digester MCC Replacement | 1,469.00 | |
| EM-008-186 Digester Low Pressure SO2 Gas Header Replacement | 39,237.85 | |
| EM-005-188 Replace Siding Digester Bldg | 15,242.00 | |
| EM-008-237 Bleachery/Digester Structural Upgrade | 637.90 | |
| EM-018-051 Mill Breaker Overhaul | 13,413.79 | |
| EM-026-107 Inspect/Replace 30 Deg Elbow Eff Line to Lagoon | 1,506.82 | |
| EM-029-112 Improve Mill Effluent Upset Detection | 81,924.55 | |
| Landfill | 1,363,300.49 | 1,202,747.27 |
| Spare parts | 3,198,402.25 | 1,111,537.59 |
| Variance | 0.07 | 0.13 |
| Balance December 2009 | 410,581,807.58 | 294,516,541.07 |
| | | |
| Add 2010 | 0 | 2314088.02 |
| ITC | | (361,764.54) |
| Cip 2010 | 199,177.80 | |
| Spare parts | 109,531.94 | 64,833.80 |
| Landfill | | 53,045.30 |
| Balance February 2010 | 410,890,517.32 | 286,586,643.65 |

174

175

FPS CANADA - EDMONTON OPERATIONS
CONTINUITY OF FIXED ASSETS - YEAR 2008

FIXED ASSETS AT COST

3/22/2010   11:33 AM

176

**FPS CANADA - EDMUNDSTON OPERATIONS**
**CONTINUITY OF FIXED ASSETS - YEAR 2009**

| | PER SAGE SOFTWARE EXCLUDING ITC BALANCE AS AT DECEMBER 31 2008 | CURRENT YEAR DEPRECIATION | DISPOSALS | DEDUCTIONS RE DEPN JOBS | BALANCE AS AT DECEMBER 31 2009 |
|---|---|---|---|---|---|
| **ACCUMULATED DEPRECATION AT COST** | | | | | |
| Pulpmill General Mill Equipment | 418,696.88 | 87,126.16 | | 0.00 | 505,823.04 |
| Pulpmill Sulphite Equipment | 46,040,780.23 | 2,074,849.12 | | (28,728.99) | 48,091,899.56 |
| Pulpmill Groundwood Equipment | 43,042,328.84 | 747,680.51 | | (52,913.61) | 43,737,105.74 |
| Pulpmill Steam Plant Recovery Equipment | 107,976,230.35 | 2,903,463.49 | | (67,932.14) | 110,811,761.70 |
| | 197,478,036.30 | 5,813,149.28 | 0.00 | (144,595.44) | 203,146,590.14 |
| Pulpmill General Mill Building | (1,560,699.96) | 87,040.91 | | 0.00 | (1,473,653.05) |
| Pulpmill Sulphite Building | 4,423,433.91 | 230,849.83 | | (4,783.70) | 4,649,490.04 |
| Pulpmill Groundwood Building | 4,714,047.40 | 196,066.43 | | 0.00 | 4,910,113.83 |
| Pulpmill Steam Plant Recovery Building | 11,995,246.08 | 512,943.80 | | 0.00 | 12,508,189.88 |
| | 19,572,033.43 | 1,026,900.97 | 0.00 | (4,783.70) | 20,694,140.70 |
| Pulpmill General Mill Equipment & Building | 217,050,069.73 | 6,840,050.25 | 0.00 | (149,389.14) | 223,740,730.84 |
| Cogen Equipment | 65,425,382.34 | 6,353,405.78 | | 104.12 | 71,778,892.24 |
| Cogen Building | 4,098,396.56 | 365,589.35 | | 0.00 | 4,463,985.91 |
| Cogen Mobile Equipment | 1,705,907.00 | 0.00 | | 0.00 | 1,705,907.00 |
| Cogen Office & Furniture | 60,919.00 | 0.00 | | 0.00 | 60,919.00 |
| Cogen Start-up Cost | 1,846,039.17 | 0.00 | | 0.00 | 1,846,039.17 |
| | 73,136,644.07 | 6,708,995.13 | 0.00 | 104.12 | 79,845,743.32 |
| Mobile Equipment | 1,984,686.89 | 12,448.30 | | 0.00 | 1,997,135.19 |
| Garage | 499,309.00 | 0.00 | | 0.00 | 499,309.00 |
| Unallocated | 0.00 | 0.00 | | | |
| | 282,670,709.69 | 13,561,493.68 | 0.00 | (149,285.02) | 305,082,918.35 |
| Environmental Control Facilities | 12,799,605.56 | 491,023.16 | | (23,254.70) | 13,267,374.04 |
| Office Furniture & Equipment | 6,834,451.61 | 0.00 | | 0.00 | 6,834,451.61 |
| Real Estate Property | 0.00 | 0.00 | | 0.00 | 0.00 |
| Aircraft (Airport) | 0.00 | 0.00 | | | 0.00 |
| **ACCUM. DEPRECATION - GROSS** | 312,304,766.86 | 14,052,516.66 | 0.00 | (172,539.72) (10) | 326,184,744.00 |
| Spare Parts | 784,516.89 | | | | (83,962,488.18) |
| Less ITC | (31,563,687.28) x3 | | | | 1,111,557.89 |
| Plus Landfill | 869,404.01 | | | | 1,202,747.27 |
| | 282,395,000.50 | | | | 284,516,540.98 |

177

FRASER PAPERS LTD - EDMUNDSTON OPERATIONS
INVESTMENT TAX CREDIT

| | Beg. Balance I.T.C. | Add 2006 | End. Bal. I.T.C. | Add 2007 | End. Bal. I.T.C. | Add 2008 | End. Bal. I.T.C. | Add 2009 | End. Bal. I.T.C. |
|---|---|---|---|---|---|---|---|---|---|
| Pulpmill General Mill Equipment | 78,498.51 | (87.23) | 78,411.28 | | 78,411.28 | | 78,411.28 | 0.00 | 78,411.28 |
| Pulpmill Sulphite Equipment | 3,614,421.99 | 23,543.62 | 3,636,965.75 | 14,878.99 | 3,594,638.96 | 22,483.19 | 3,567,072.13 | 14,494.69 | 3,623,428.82 |
| Pulpmill Groundwood Equipment | 7,820,484.59 | 6,600.00 | 7,826,984.59 | 184,483.38 | 2,991,478.56 | 44,783.88 | 2,036,234.27 | 17,911.94 | 2,764,145.91 |
| Pulpmill Steam Plant Recovery Equipment | 3,573,798.80 | 344.74 | 3,573,701.54 | 851,024.13 | 7,234,138.77 | 235,158.90 | 8,265,232.85 | 676.85 | 8,266,008.48 |
| | 15,014,131.65 | 32,031.23 | 15,046,164.19 | 1,049,363.62 | 14,069,669.08 | 898,436.43 | 14,864,904.81 | 34,688.76 | 14,719,690.29 |
| | | | | | | | | | |
| Pulpmill General Mill Building | 22,628.40 | | 22,628.40 | 8,244.63 | 28,273.58 | | 28,773.65 | 0.00 | 28,773.65 |
| Pulpmill Sulphite Building | 426,648.97 | 20,187.90 | 446,707.87 | | 446,707.87 | | 443,707.87 | 0.00 | 443,707.87 |
| Pulpmill Groundwood Building | 288,004.88 | | 268,004.88 | | 268,004.88 | | 268,004.88 | 0.00 | 268,004.88 |
| Pulpmill Steam Plant Recovery Building | 937,392.37 | | 937,392.37 | | 937,392.37 | 8,406.86 | 943,793.22 | 6.00 | 943,793.22 |
| | 1,706,467.00 | 20,187.90 | 1,760,654.80 | 8,244.54 | 1,765,678.18 | 8,400.85 | 1,773,280.03 | 0.00 | 1,772,280.03 |
| | | | | | | | | | |
| Pulpmill General Mill Equipment & Building | (4,783,598.63) | 52,108.93 | 14,606,787.78 | 1,049,843.50 | 15,862,438.29 | 904,858.29 | 16,467,824.64 | 54,865.78 | 16,482,170.32 |
| | | | | | | | | | |
| Cogen Equipment | 31,887,693.00 | 11,713.98 | 31,896,508.86 | 38,387.00 | 31,938,073.88 | 590,228.23 | 32,828,303.09 | (34.77) | 32,628,268.38 |
| Cogen Building | 4,227,800.00 | | 4,227,800.00 | | 4,227,800.00 | | 4,227,800.00 | 0.00 | 4,227,800.00 |
| Cogen Mobile Equipment | 628,981.00 | | 628,981.00 | | 628,981.00 | | 628,981.00 | 0.00 | 628,981.00 |
| Cogen Office & Furniture | 18,278.00 | | 18,278.00 | | 18,278.00 | | 18,278.00 | 0.00 | 18,278.00 |
| Cogen Startup Cost | 853,812.00 | | 853,812.00 | | 853,812.00 | | 853,812.00 | 0.00 | 853,812.00 |
| | 37,213,362.00 | 11,713.98 | 37,226,078.86 | 38,787.00 | 37,263,842.96 | 804,228.23 | 37,862,072.09 | (34.77) | 37,857,607.38 |
| | | | | | | | | | |
| Mobile Equipment | 100,438.00 | | 100,438.00 | | 100,438.00 | | 100,438.00 | 0.00 | 100,438.00 |
| Garage | 0.00 | | 0.00 | | 0.00 | | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | |
| Environmental Control Facilities | 1,066,467.50 | | 1,066,467.00 | 8,072.12 | 1,074,539.12 | 33,825.65 | 1,108,487.77 | 7,600.68 | 1,116,052.28 |
| Office Furniture & Equipment | 0.00 | | 0.00 | | 0.00 | | 0.00 | | |
| Real Estate Property | | | | | | | | | |
| Aircraft (Airport) | | | | | | | | | |
| Land - Mill Site | | | | | | | | | |
| - Brynn Line to Madawaska | | | | | | | | | |
| - Environmental Control | | | | | | | | | |
| - Real Estate | | | | | | | | | |
| | | | | | | | | | |
| Investment Tax Credit on Fixed Asset | 53,135,633.53 | 83,812.89 | 53,196,786.52 | 1,083,478.62 | 54,283,248.24 | 1,834,964.16 | 55,818,240.40 | 42,462.85 | 55,960,762.45 |
| Acquisition - Before Amortization | | | | | | | | 0.00 | |

Environmental Lease Adj. & Transfer

TOTAL FIXED ASSETS


FPS CANADA - EDMUNDSTON OPERATIONS
CONTINUITY OF FIXED ASSETS - YEAR 2007

| ACCUMULATED DEPRECIATION AT O | Pre 2005 | Add 2006 | Year 2006 | Add 2007 | Adjustment | Year 2007 | Add 2008 | Year 2008 | Add 2009 | Year 2009 |
|---|---|---|---|---|---|---|---|---|---|---|
| Pulpmill General Mill Equipment | 45,030.28 | 3,167.91 | 48,197.19 | 2,945.97 | | 51,143.10 | 2,823.75 | 53,909.91 | 2,591.59 | 53,558.47 |
| Pulpmill Sulphite Equipment | 2,087,830.61 | 147,370.94 | 2,234,701.55 | 138,319.32 | 152.12 | 2,373,148.99 | 133,724.76 | 2,506,874.79 | 129,866.48 | 2,603,968.23 |
| Pulpmill Groundwood Equipment | 1,484,841.31 | 104,237.78 | 1,689,289.06 | 101,833.71 | (23,716.90) | 1,897,358.90 | 162,933.72 | 1,796,682.57 | 90,074.98 | 1,889,717.19 |
| Pulpmill Steam Plant Recovery Equipment | 4,347,683.01 | 283,360.55 | 4,531,843.58 | 290,364.84 | 118.62 | 4,922,452.82 | 318,248.09 | 4,946,876.80 | 318,669.89 | 5,357,291.80 |
| | 536,457.18 | 538,487.18 | 8,300,883.39 | 633,290.84 | (2,484.18) | 8,734,687.97 | 657,739.21 | 9,392,219.06 | 645,281.49 | 9,837,497.47 |
| | | | | | | | | | | |
| Pulpmill General Mill Building | 7,866.73 | 1,378.37 | 9,274.16 | 1,201.33 | 599.04 | 11,674.63 | 1,278.38 | 12,363.82 | 1,239.38 | 13,663.31 |
| Pulpmill Sulphite Building | 147,441.16 | 20,857.44 | 188,496.52 | 21,411.63 | (504.19) | 189,326.00 | 21,471.93 | 210,947.89 | 21,840.38 | 232,338.67 |
| Pulpmill Groundwood Building | 124,866.67 | 17,896.88 | 143,765.28 | 17,966.57 | | 161,666.82 | 17,866.38 | 179,588.00 | 17,899.36 | 197,494.38 |
| Pulpmill Steam Plant Recovery Building | 328,949.18 | 48,738.81 | 376,255.07 | 48,730.61 | | 423,122.73 | 40,818.81 | 466,936.80 | 48,999.85 | 516,936.42 |
| | 609,588.00 | 88,872.09 | 695,800.90 | 97,308.14 | 91.85 | 784,238.96 | 87,487.21 | 871,708.20 | 87,068.96 | 958,972.18 |
| | | | | | | | | | | |
| Pulpmill General Mill Equipment & Building | 9,276,683.21 | 524,486.18 | 9,900,621.39 | 629,889.78 | (2,369.51) | 9,818,721.88 | 646,200.42 | 10,183,022.28 | 632,347.47 | 10,796,869.75 |
| | | | | | | | | | | |
| Cogen Equipment | 13,349,921.00 | 1,604,873.04 | 14,854,794.04 | 1,604,734.81 | 104,823.89 | 16,858,468.30 | 1,818,806.43 | 18,286,364.73 | 1,831,214.26 | 19,860,678.02 |
| Cogen Building | 661,628.00 | 106,602.00 | 1,067,223.00 | 104,896.00 | (106,896.00) | 1,067,223.00 | 106,896.00 | 1,172,918.00 | 106,896.00 | 1,278,912.00 |
| Cogen Mobile Equipment | 626,981.00 | | 626,981.00 | | | 626,981.00 | | 638,891.00 | | 628,881.00 |
| Cogen Office & Furniture | 18,278.00 | | 18,278.00 | | | 18,278.00 | | 18,278.00 | | 18,278.00 |
| Cogen Startup Cost | 853,812.00 | | 853,812.00 | | | 853,812.00 | | 853,812.00 | | 853,812.00 |
| | 14,608,416.00 | 1,710,658.34 | 17,118,888.04 | 1,701,629.81 | (783.15) | 98,920,947.30 | 1,718,804.43 | 20,640,261.73 | 1,937,030.26 | 22,227,891.02 |
| | | | | | | | | | | |
| Mobile Equipment | 89,374.00 | 4,943.25 | 94,238.25 | 4,143.36 | | 98,383.59 | 2,071.63 | 100,436.15 | 0.00 | 100,436.15 |
| Garage | 0.00 | | 0.00 | | | 0.00 | | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | | |
| Environmental Control Facilities | 810,824.00 | 49,388.10 | 860,192.18 | 49,357.10 | | 709,649.20 | 49,819.92 | 789,079.12 | 48,944.16 | 887,923.28 |
| Office Furniture & Equipment | 0.00 | | 0.00 | | | 0.00 | | 0.00 | | 0.00 |
| | | | | | | | | | | |
| ACCUM. DEPRECIATION - GROSS | 24,384,697.21 | 2,390,349.47 | 28,774,920.86 | 2,378,808.94 | (3,138.46) | 29,147,291.86 | 2,418,396.40 | 31,693,887.28 | 2,618,803.92 | 33,982,493.19 |
| Amortization Of Investment Tax Credit on Fixed Asset Acquisitions | | | | | | | | | | |
| ACCUM. DEPRECIATION - NET | 24,761,231.72 | (2,326,436.58) | 28,454,813.64 | (1,292,050.32) | | 25,136,064.36 | (1,691,401.24) | 24,064,863.14 | (2,278,338.87) | 21,678,214.27 |

178



179

# EDMUNDSTON FIXED ASSETS
## Depreciation Expense Report
### As of February 28, 2010



ok = Internal
E Month = December

| Sys No | Ext | P T | In Svc Date | Depr Meth | Est Life | Acquired Value | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation | Pct Allo | Key Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 000765 | 000 | D | 01/01/09 | SLHY | 20 00 | 176,578.71 | 01/31/10 | 4,409.47 | 784.91 | 1,469.82 | 5,879.29 | 100.000 | |
| 000766 | 000 | D | 01/01/09 | SLHY | 20 00 | 2,737.64 | 01/31/10 | 68.44 | 11.40 | 22.81 | 91.25 | 100.000 | |
| 000767 | 000 | D | 01/01/09 | SLHY | 08 00 | 13,073.00 | 01/31/10 | 817.06 | 136.18 | 272.36 | 1,089.42 | 100.000 | |
| 000768 | 000 | D | 01/01/09 | SLHY | 08 00 | 1,099.75 | 01/31/10 | 68.74 | 11.45 | 22.91 | 91.65 | 100.000 | |
| 000769 | 000 | D | 01/01/09 | SLHY | 20 00 | 300.70 | 01/31/10 | 7.52 | 1.25 | 2.51 | 10.03 | 100.000 | |
| 000770 | 000 | D | 01/01/09 | SLHY | 20 00 | 0.75 | 01/31/10 | 0.02 | 0.01 | 0.01 | 0.03 | 100.000 | |
| 000771 | 000 | D | 01/01/09 | SLHY | 20 00 | 5,495.02 | 01/31/10 | 137.38 | 22.89 | 45.79 | 183.17 | 100.000 | |
| 000772 | 000 | D | 01/01/09 | SLHY | 20 00 | 42,851.12 | 01/31/10 | 1,071.53 | 178.59 | 357.18 | 1,428.71 | 100.000 | |
| 000773 | 000 | D | 01/01/09 | SLHY | 20 00 | 121,383.79 | 01/31/10 | 3,029.59 | 504.94 | 1,009.87 | 4,039.46 | 100.000 | |
| 000778 | 000 | D | 01/01/09 | TT | 01 00 | 104.12 | 01/31/10 | 104.12 | 0.00 | 0.00 | 104.12 | 100.000 | |
| 000779 | 000 | D | 01/01/09 | TT | 01 00 | (22,802.95) | 01/31/10 | (22,802.95) | 0.00 | 0.00 | (22,802.95) | 100.000 | |
| 000780 | 000 | D | 01/01/09 | TT | 01 00 | (52,913.61) | 01/31/10 | (52,913.61) | 0.00 | 0.00 | (52,913.61) | 100.000 | |
| 000781 | 000 | D | 01/01/09 | TT | 01 00 | (1,738.94) | 01/31/10 | (1,738.94) | 0.00 | 0.00 | (1,738.94) | 100.000 | |
| 000782 | 000 | D | 01/01/09 | TT | 01 00 | (12,858.34) | 01/31/10 | (12,858.34) | 0.00 | 0.00 | (12,858.34) | 100.000 | |
| 000783 | 000 | D | 01/01/09 | TT | 01 00 | (451.75) | 01/31/10 | (451.75) | 0.00 | 0.00 | (451.75) | 100.000 | |
| 000784 | 000 | D | 01/01/09 | TT | 01 00 | (10,871.96) | 01/31/10 | (10,871.96) | 0.00 | 0.00 | (10,871.96) | 100.000 | |
| 000785 | 000 | D | 01/01/09 | TT | 01 00 | (4,793.70) | 01/31/10 | (4,793.70) | 0.00 | 0.00 | (4,793.70) | 100.000 | |
| 000786 | 000 | D | 01/01/09 | TT | 01 00 | (56,213.20) | 01/31/10 | (56,213.20) | 0.00 | 0.00 | (56,213.20) | 100.000 | |

|  |  |  |  |  |
|---|---|---|---|---|
| Grand Total | 450,764,764.89 | | 326,184,743.95 | 1,157,044.18 | 2,814,088.02 | 328,498,831.57 |
| Less disposals and transfers | 0.00 | | 0.00 | | | 0.00 |
| Count = 0 | | | | | | |
| Net Grand Total | 450,764,764.89 | | 326,184,743.95 | 1,157,044.18 | 2,814,088.02 | 328,498,831.57 |
| Count = 548 | | | | | | |

------ Report Assumptions ------

Report Name: Depreciation Expense
Source Report: <Standard Report>

Calculation Assumptions:
   Short Year: none
   Adjustment Convention: None

Key Codes:
   a    A depreciation adjustment amount is included in the reporting period.
   d    The asset has been disposed.
   r    The asset's acquired value was reduced to arrive at the depreciable basis.
   s    The asset has switched from declining-balance to a straight-line.
   t    The asset was transferred.

Group/Sorting Criteria:
   Group = All FAS Assets
   Include Assets that meet the following conditions:
      All FAS Assets
   Sorted by: System No, Extension



February 27, 2010 at 11:49 AM

180



181

182

# 2009   Edmundston Spares Parts in use

183

*2009 Edmundston Spare Parts in inventory.*

| STATUS | ITEM | DESCRIPTION | YEAR | PRD | DATE | AMOUNT | A2008Q4 Prior Depr | A2009/12 Curr Depr | NET |
|--------|------|-------------|------|-----|------|--------|---------|---------|-----|
| | 030358 | PROTAPULPER SPARE FROM FRASER | 1994 | 0 | 0 | 87,457.60 | 87,457.50 | - | - |
| | 017918 | RING GEAR PINION MODEL DWG D1798 | 1994 | 0 | 0 | 38,132.18 | 38,132.18 | - | - |
| | 012383 | COUPLING HALF KOPPERS CAST STEE | 1995 | 5 | 19950831 | 10,495.00 | 10,495.00 | - | - |
| | 020408 | CASING INGERSOLL RAND P/N FF91037 | 1995 | 12 | 19951207 | 13,820.00 | 13,820.00 | - | - |
| | 023890 | CONE 4% IN THICK MODEL DWG J-D-50 | 1993 | 4 | 19930103 | 11,993.00 | 11,993.00 | - | - |
| | 020409 | CASING INGERSOLL RAND P/N FF91037 | 1998 | 4 | 19980405 | 11,460.00 | 11,460.00 | - | - |
| Obsolete 09 | 033048 | MOTOR 400 H.P. FR. 6810S R.P.M. 720 | 1998 | 8 | 19980504 | 17,417.00 | 17,417.00 | - | - |
| | 008780 | MOTOR 600 H.P. FR. 6010H R.P.M.3600 | 1999 | 7 | 19990718 | 11,820.00 | 11,820.00 | - | - |
| Obsolete | 008788 | MOTOR 600 H.P. FR. 9686-Y R.P.M.900 5' | 1999 | 10 | 19991023 | 17,218.00 | 17,218.00 | - | - |
| Issued | 016043 | IMPELLER P/N D45-5137-4 SOLVO FENNE | 1999 | 8 | 20000820 | 11,796.41 | 10,493.21 | - | 1,282.20 |
| Issued 09 | 008793 | MOTOR 900 H.P. FR. 9686 R.P.M. 1200 | 2002 | 1 | 20020110 | 34,690.00 | 22,483.64 | 3,124.44 | 8,990.02 |
| | 008774 | MOTOR 300 H.P. FR. H-894-F R.P.M. 720 | 2003 | 10 | 20031030 | 14,240.00 | 7,832.00 | 1,424.00 | 4,984.00 |
| | 017889 | BODY VALVE I-R IMPCO CV1.3 FILTER P/ | 2004 | 1 | 20040102 | 18,476.00 | 7,414.20 | 1,847.50 | 7,414.20 |
| Issued 09 | 013443 | REDUCER SPEED FORANO RATIO 17.5/ | 2004 | 6 | 20040629 | 44,807.96 | 20,078.00 | 2,916.68 | 21,817.87 |
| | 032811 | DEFLECTOR OIL P/N 508E491CI50-1 G.E | 2004 | 6 | 20040630 | 12,114.82 | 6,451.68 | 1,211.48 | 6,451.88 |
| Issued 09 | 032120 | REDUCER SPEED PLANETGEAR REXNC | 2004 | 12 | 20041222 | 10,244.21 | 4,806.89 | 413.70 | 5,228.82 |
| | 008780 | MOTOR 900 H.P. FR. 595-US 300HP 1200 | 2005 | 2 | 20050202 | 18,554.80 | 6,904.40 | 1,668.40 | 9,121.22 |
| | 031887 | ELEMENT ROTATING WITH BEARINGS | 2005 | 4 | 20050405 | 34,430.09 | 19,050.58 | 6,443.00 | 29,934.71 |
| | 028326 | VALVE CHEST P/N 643J70G01 FOR MOT | 2005 | 7 | 20050726 | 11,380.00 | 3,943.00 | 1,139.00 | 8,258.00 |
| Issued 09 | 034296 | TRANSMITTER CONSISTENCY VALMET | 2005 | 8 | 20050804 | 12,615.00 | 4,390.29 | 192.54 | 7,942.17 |
| Obsolete | 017913 | PLATE EXTRACTION RESISTENT STEEL | 2005 | 8 | 20050823 | 10,200.00 | 10,200.00 | - | - |
| | 035091 | TRANSMITTER CONSISTENCY P/N A473 | 2005 | 9 | 20050926 | 13,014.00 | 4,554.92 | 1,301.49 | 7,157.70 |
| | 032119 | REDUCER SPEED SM-CYCLO MODEL C | 2005 | 1 | 20060123 | 12,700.64 | 3,176.18 | 1,270.06 | 8,256.31 |
| Issued 09 | 031947 | CYLINDER DECK HYDRAULIC P/N CYL77 | 2006 | 3 | 20060209 | 34,608.23 | 8,651.08 | 1,181.31 | 24,822.80 |
| | 032633 | PAD BEARING THRUST P/N 185A927DR- | 2006 | 3 | 20060322 | 20,907.85 | 5,228.94 | 2,080.80 | 13,598.91 |
| Issued 09 | 031947 | CYLINDER DECK HYDRAULIC P/N CYL77 | 2006 | 9 | 20060604 | 34,984.72 | 8,591.16 | 1,582.79 | 24,385.77 |
| | 020631 | SCREEN CYLINDER MOREY FOR COWA | 2006 | 11 | 20081109 | 18,506.00 | 4,074.04 | 1,859.64 | 12,163.32 |
| | 032402 | PAD BEARING P/N 185A927E8-2 G.E. ITE | 2006 | 12 | 20061204 | 14,118.40 | 3,529.58 | 1,411.80 | 9,177.04 |
| | 032486 | DEFLECTOR OIL P/N 508E491DRG-3 G.E | 2006 | 12 | 20061211 | 14,720.54 | 3,680.07 | 1,472.00 | 9,568.47 |
| Issued | 034016 | CHAIN CONVEYOR(1 LH + 1 RH) 185 3 S | 2006 | 12 | 20061220 | 13,999.73 | 3,149.92 | - | 10,849.81 |
| | 038329 | VALVE BALL 10" + ACTUATOR/POSITION | 2007 | 2 | 20070226 | 10,541.00 | 1,976.43 | 1,064.06 | 7,610.49 |
| | 010625 | VALVE BUTTERFLY 16" +ACTUATOR/PC | 2007 | 2 | 20071217 | 11,195.00 | 2,009.10 | 1,119.62 | 7,975.36 |
| Issued 12 | 032407 | VALVE ASSEMBLY # 1345434RR-30 ITEM | 2007 | 3 | 20070321 | 13,389.93 | 2,048.18 | - | 11,357.85 |
| | 020482 | ELEMENT ROTATING HYMAC 316 S.S. | 2007 | 5 | 20070529 | 43,155.00 | 7,014.34 | 4,316.62 | 31,834.14 |
| | 031837 | EXPELLER P/N 604 CODE 2990310141 | 2007 | 6 | 20070612 | 13,570.00 | 2,221.34 | 1,986.98 | 10,001.78 |
| | 017878 | WORMGEAR P/N 15298-5 CVL 3 FILTER | 2007 | 6 | 20070614 | 14,284.00 | 2,008.30 | 1,498.40 | 11,423.38 |
| | 017857 | BAG AIR P/N 171-506016-02K CUSHION | 2007 | 8 | 20070829 | 11,350.80 | 1,000.65 | 1,136.00 | 8,854.37 |
| | 017863 | TRUNNION DRIVE INGERSOLL RAND P/ | 2007 | 9 | 20070917 | 11,100.00 | 1,328.21 | 1,109.98 | 8,891.89 |
| | | **Total Additions Prior to 2008** | | | | 776,303.98 | 407,134.58 | 42,707.10 | 326,482.32 |
| | | **ADDITIONS IN 2008** | | | | | | | |
| | 019460 | IMPELLER FULL SIZE BINGHAM 6.S.916 | 2008 | 2 | 20080204 | 12,226.00 | 1,091.00 | 1,222.09 | 9,917.00 |
| | 032014 | PUMP IMO MODEL AG3CHT-312P FOR C | 2008 | 2 | 20080222 | 10,000.00 | 884.68 | 999.98 | 8,115.46 |
| Issued | 000000 | BEARING SKF P/N 23168 CKC3W33 | 2008 | 3 | 20080319 | 12,929.67 | 52.16 | - | 12,857.51 |
| Issued | 000000 | BEARING SKF P/N 23168 CKC3W33 | 2008 | 3 | 20080319 | 12,929.67 | 52.16 | - | 12,867.51 |
| | 034268 | TRANSMITTER CONSISTENCY VALMET | 2008 | 4 | 20080424 | 3,398.00 | 234.49 | 325.52 | 2,791.02 |
| | 034296 | TRANSMITTER CONSISTENCY VALMET | 2008 | 4 | 20080424 | 4,095.00 | 291.59 | 409.52 | 3,394.00 |
| Issued 09 | 000000 | BEARING SKF P/N 23168 CKC3W33 | 2008 | 9 | 20080911 | 7,500.00 | 223.58 | - | 7,276.44 |
| Issued 09 | 000000 | BEARING SKF P/N 23168 CKC3W33 | 2008 | 9 | 20080911 | 7,500.00 | 223.58 | - | 7,276.44 |
| | 034016 | CHAIN CONVEYOR (1LH+1RH)16#-3 3/4 | 2009 | 7 | 20080707 | 18,910.00 | - | 793.44 | 18,116.58 |
| | 000000 | BEARING SKF P/N 23168 CKC3W33 | 2009 | 8 | 20080825 | 10,050.00 | - | 367.59 | 9,692.31 |
| | 031947 | CYLINDER DECK HYDRAULIC P/N CYL7; | 2009 | 9 | 20080911 | 38,671.51 | - | 1,161.65 | 37,510.18 |
| | 031947 | CYLINDER DECK HYDRAULIC P/N CYL7; | 2009 | 9 | 20090903 | 43,938.58 | - | 1,309.83 | 42,626.96 |
| | | **Beginning Balance 2009** | | | | 753,324.01 | 368,862.50 | | 386,361.21 |
| | | **+ Additions** | | | | 111,897.39 | 49,320.51 | | 62,576.86 |
| | | **- Disposal/Obsolete Items** | | | | (17,417.00) | (17,417.00) | | - |
| | | **- Issued Items to Expense** | | | | (165,927.11) | (76,496.32) | | (107,621.79) |
| | | **Ending Balance 2009** | | | | 681,877.29 | 328,480.99 | | 341,416.38 |

184

Feb 2010 Edmundston Spare Parts in Use

185

Feb 2010   Edmundston Spare Parts in Inventory

| STATUS | ITEM | DESCRIPTION | YEAR | PRD | DATE | AMOUNT | A2009Q4 Prior Depr | A201002 Curr Depr | NET |
|---|---|---|---|---|---|---|---|---|---|
| | 020358 | FROTAPULPER SPARE FROM FRASER I | 1984 | 0 | 0 | 57,457.50 | 57,457.50 | - | - |
| | 017018 | RING GEAR PINION MODEL DWG D1798 | 1984 | 0 | 0 | 38,132.18 | 38,132.18 | - | - |
| | 012383 | COUPLING HALF KOPPERS CAST STEE | 1993 | 6 | 19960831 | 10,496.00 | 10,496.00 | - | - |
| | 925408 | CASING INGERSOLL RAND P/N FF91037 | 1996 | 12 | 19951207 | 13,820.00 | 13,820.00 | - | - |
| | 923560 | CONE 3/8 IN THICK MODEL DWG # D-50 | 1998 | 4 | 19980105 | 11,998.00 | 11,998.00 | - | - |
| | 420408 | CASING INGERSOLL RAND P/N FF91037 | 1998 | 4 | 19980305 | 11,460.00 | 11,460.00 | - | - |
| Obsolete 09 | 023048 | MOTOR 400 H.P. FR 5813G R.P.M. 720 6 | 1998 | 6 | 19980504 | 17,417.00 | 17,417.00 | - | - |
| | 005798 | MOTOR 600 H.P. FR. 6016H R.P.M.3600 6 | 1998 | 7 | 19980716 | 11,820.00 | 11,820.00 | - | - |
| Obsolete | 005788 | MOTOR 600 H.P. FR. 6686-Y R.P.M.3600 6 | 1998 | 10 | 19981023 | 17,218.00 | 17,218.00 | - | - |
| Issued 09 | 018048 | IMPELLER P/N D46-5137-4 SOLVO FIBRI | 1999 | 6 | 20000620 | 11,768.41 | 10,496.21 | - | 1,292.20 |
| Issued 09 | 006793 | MOTOR 600 H.P. FR. 9688 R.P.M. 1200 | 2002 | 1 | 20020110 | 84,500.00 | 25,860.96 | - | 8,880.02 |
| | 006774 | MOTOR 400 H.P. FR. H-444-F R.P.M. 720 | 2003 | 10 | 20031004 | 14,280.00 | 9,508.00 | 219.08 | 4,764.02 |
| | 000811 | BODY VALVE I-R IMPCO CVL3 FILTER P/ | 2004 | 1 | 20040102 | 18,478.00 | 9,591.80 | 283.48 | 7,180.72 |
| Issued 09 | 013143 | REDUCER SPEED FORANO RATIO 17.5/ | 2004 | 6 | 20040829 | 44,807.95 | 22,990.28 | - | 21,817.87 |
| | 032811 | DEFLECTOR OIL P/N 809E431CEG-1 G.E | 2004 | 6 | 20040830 | 12,114.82 | 6,663.14 | 186.38 | 5,265.30 |
| Issued 09 | 032120 | REDUCER SPEED PLANETGEAR REXNK | 2004 | 12 | 20041202 | 10,344.21 | 5,023.59 | - | 5,220.62 |
| | 005799 | MOTOR 600 H.P. FR. 808-US 300HP 1200 | 2005 | 2 | 20050202 | 10,604.00 | 7,402.50 | 255.14 | 8,006.36 |
| | 031887 | ELEMENT ROTATING WITH BEARINGS I | 2005 | 4 | 20050405 | 54,418.39 | 24,433.58 | 837.38 | 23,008.33 |
| | 023829 | VALVE CHEST P/N 643J76G01 FOR MOC | 2005 | 7 | 20050726 | 11,380.00 | 5,121.00 | 176.08 | 6,083.92 |
| Issued 09 | 034256 | TRANSMITTER CONSISTENCY VALMET | 2005 | 8 | 20050804 | 12,518.00 | 4,572.83 | - | 7,942.17 |
| Obsolete | 017013 | PLATE EXTRACTION RESISTIENT STEEL | 2005 | 9 | 20050825 | 10,200.00 | 10,200.00 | - | - |
| | 035001 | TRANSMITTER CONSISTENCY P/N A473 | 2005 | 9 | 20050826 | 13,914.00 | 6,858.30 | 200.22 | 6,857.48 |
| | 032119 | REDUCER SPEED SM-CYCLO MODEL C | 2006 | 1 | 20060123 | 12,700.64 | 4,445.23 | 195.40 | 8,059.91 |
| Issued 09 | 031947 | CYLINDER DECK HYDRAULIC P/N CYL7 | 2006 | 2 | 20060206 | 34,606.23 | 9,782.57 | - | 24,822.86 |
| | 032653 | PAD BEARING THRUST P/N 98A927DR- | 2006 | 3 | 20060322 | 20,907.66 | 7,317.74 | 321.86 | 13,268.25 |
| Issued 09 | 031947 | CYLINDER DECK HYDRAULIC P/N CYL7 | 2006 | 6 | 20060804 | 34,364.72 | 9,978.98 | - | 24,385.77 |
| | 032031 | SCREEN CYLINDER MOREY FOR COWA | 2006 | 11 | 20061109 | 18,598.00 | 6,643.88 | 297.84 | 11,804.98 |
| | 032402 | PAD BEARING P/N 160A927EB-2 G.E. ITE | 2006 | 12 | 20061204 | 14,118.40 | 4,941.58 | 217.20 | 8,959.84 |
| | 034598 | DEFLECTOR OIL P/N 809E431DRG-3 G.E | 2006 | 12 | 20061211 | 14,720.34 | 5,162.07 | 228.46 | 9,342.01 |
| Issued 09 | 034016 | CHAIN CONVEYOR(1LH + 1 RH) 166-3 3 | 2006 | 12 | 20061220 | 13,698.79 | 3,149.92 | - | 10,548.91 |
| | 035256 | VALVE BALL 10" + ACTUATOR/POSITION | 2007 | 2 | 20070226 | 10,541.00 | 3,030.91 | 182.10 | 7,348.33 |
| | 010826 | VALVE BUTTERFLY 18" +ACTUATOR/PO | 2007 | 2 | 20071217 | 11,195.00 | 3,218.92 | 172.24 | 7,804.14 |
| Issued | 032407 | VALVE ASSEMBLY # 134B43#RR-30 ITE | 2007 | 3 | 20070321 | 13,883.85 | 2,048.18 | - | 11,337.65 |
| | 025463 | ELEMENT ROTATING HYMAC 316 S.S. | 2007 | 5 | 20070529 | 43,165.00 | 11,334.38 | 604.06 | 31,170.00 |
| | 031867 | EXPELLER P/N 604 CODE 2866910141 | 2007 | 6 | 20070612 | 13,670.00 | 3,588.30 | 210.50 | 9,871.40 |
| | 017673 | WORMGEAR P/N 15298-5-CVL3 FILTER | 2007 | 8 | 20070814 | 14,894.00 | 3,569.70 | 250.62 | 11,194.78 |
| | 017087 | BAG AIR P/N 171-309018-G2K CUSHION | 2007 | 8 | 20070829 | 11,350.00 | 2,696.63 | 174.82 | 8,476.76 |
| | 017063 | TRUNNION DRIVE INGERSOLL RAND PA | 2007 | 9 | 20070917 | 11,100.00 | 2,838.17 | 170.78 | 8,093.07 |
| | | **Total Additions Prior to 2008** | | | | **776,303.86** | **449,641.65** | **5,159.90** | **322,302.52** |
| | | **ADDITIONS IN 2008 & 2009** | | | | | | | |
| | 019458 | IMPELLER FULL SIZE BINGHAM-S.S.316 | 2008 | 2 | 20080204 | 12,220.00 | 2,303.00 | 185.00 | 9,729.00 |
| | 032014 | PUMP IMO MODEL A90DHT-312P FOR C | 2008 | 2 | 20080222 | 10,000.00 | 1,864.54 | 153.84 | 7,981.62 |
| Issued | 000800 | BEARING SKF P/N 23168 CKC3/W33 | 2008 | 3 | 20080319 | 12,929.87 | 62.18 | - | 12,867.51 |
| Issued | 000801 | BEARING SKF P/N 23168 CKCC3/W33 | 2008 | 3 | 20080319 | 12,929.87 | 62.18 | - | 12,867.51 |
| | 034256 | TRANSMITTER CONSISTENCY VALMET | 2008 | 4 | 20080424 | 3,255.00 | 583.98 | 50.70 | 2,685.32 |
| | 034256 | TRANSMITTER CONSISTENCY VALMET | 2008 | 4 | 20080424 | 4,095.00 | 700.91 | 63.00 | 3,331.09 |
| Issued 09 | 000800 | BEARING SKF P/N 23168 CKCC3/W33 | 2008 | 9 | 20080911 | 7,500.00 | 223.58 | - | 7,276.44 |
| Issued 09 | 000800 | BEARING SKF P/N 23168 CKCC3/W33 | 2008 | 9 | 20080911 | 7,500.00 | 223.58 | - | 7,276.44 |
| | 034016 | CHAIN CONVEYOR (1LH+1RH)166-3 3/4 | 2009 | 7 | 20090707 | 18,910.00 | 793.44 | 294.48 | 17,852.08 |
| | 000800 | BEARING SKF P/N 23168 CKCC3/W33 | 2009 | 8 | 20090828 | 10,080.00 | 387.59 | 155.08 | 9,537.33 |
| | 031947 | CYLINDER DECK HYDRAULIC P/N CYL7 | 2009 | 9 | 20090911 | 38,971.61 | 1,181.65 | 598.58 | 37,210.90 |
| | 031947 | CYLINDER DECK HYDRAULIC P/N CYL7 | 2009 | 9 | 20090930 | 43,955.58 | 1,300.83 | 575.94 | 41,960.01 |
| | | **Total Additions 2008 & 2009** | | | | **182,366.73** | **9,676.23** | **2,150.60** | **170,539.56** |
| | | **ADDITIONS IN 2010** | | | | | | | |
| | | New Item | | | | | | | |
| | | New Item | | | | | | | |
| | | New Item | | | | | | | |
| | | New Item | | | | | | | |
| | | **Total Additions 2010** | | | | **-** | **-** | **-** | **-** |
| | | Beginning Balance 2010 | | | | 951,677.29 | 320,460.8? | | 341,416.30 |
| | | + Additions | | | | - | 7,310.48  32 | | (7,310.48) |
| | | - Disposed/Obsolete Items | | | | - | - | | - |
| | | - Issued Items to Expense | | | | - | - | | - |
| | | Ending Balance 2010 | | | | 951,677.29 | 327,771.38 | | 334,105.90 |

186

## EDMUNDSTON FIXED ASSETS
### Depreciation Expense Report
### As of March 31, 2010

Book = Internal

FYE Month = December

| Sys No | P In Svc Ext T Date | Depr Meth | Est Life | Acquired Value | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation | Pct Alloc | Key Code |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 000765 | New Chip Deflector Tower No 1 | | | | | | | | | | |
| | 000 D 01/01/09 | SLHY | 20 00 | 176,378.71 | 02/28/10 | 4,409.47 | 784.82 | 2,204.74 | 6,614.21 | 100.000 | |
| 000766 | Basin Chip Slicer | | | | | | | | | | |
| | 000 D 01/01/09 | SLHY | 20 00 | 2,787.54 | 02/28/10 | 68.44 | 11.41 | 34.22 | 102.66 | 100.000 | |
| 000767 | Yard Garage Pickup Truck | | | | | | | | | | |
| | 000 D 01/01/09 | SLHY | 08 00 | 18,073.00 | 02/28/10 | 817.06 | 136.17 | 408.53 | 1,226.59 | 100.000 | |
| 000768 | Woodroom Loader | | | | | | | | | | |
| | 000 D 01/01/09 | SLHY | 08 00 | 1,099.75 | 02/28/10 | 68.74 | 11.46 | 34.37 | 103.11 | 100.000 | |
| 000769 | Shutdown #3 Oil Boiler | | | | | | | | | | |
| | 000 D 01/01/09 | SLHY | 20 00 | 300.70 | 02/28/10 | 7.52 | 1.25 | 3.76 | 11.28 | 100.000 | |
| 000770 | Upgrade Recovery Boiler Superheater | | | | | | | | | | |
| | 000 D 01/01/09 | SLHY | 20 00 | 0.75 | 02/28/10 | 0.02 | 0.00 | 0.01 | 0.03 | 100.000 | |
| 000771 | Recovery Boiler Primary Superheater Outlet Tubes | | | | | | | | | | |
| | 000 D 01/01/09 | SLHY | 20 00 | 5,495.02 | 02/28/10 | 137.38 | 22.90 | 68.69 | 206.07 | 100.000 | |
| 000772 | Filtered Water Pump #3 Frequency Drive Replacement | | | | | | | | | | |
| | 000 D 01/01/09 | SLHY | 20 00 | 42,861.12 | 02/28/10 | 1,071.53 | 178.59 | 535.77 | 1,607.30 | 100.000 | |
| 000773 | Cl2kla2 Fugitive Gas Chemical Neutralization | | | | | | | | | | |
| | 000 D 01/01/09 | SLHY | 20 00 | 121,183.78 | 02/28/10 | 3,029.59 | 504.93 | 1,514.80 | 4,544.39 | 100.000 | |
| 000778 | 2009 OE 30% Depr Job Assigned to OE | | | | | | | | | | |
| | 000 D 01/01/09 | TT | 01 00 | 104.12 | 02/28/10 | 104.12 | 0.00 | 0.00 | 104.12 | 100.000 | |
| 000779 | 2009 EC 30% Depr Job Assigned to Environment | | | | | | | | | | |
| | 000 D 01/01/09 | TT | 01 00 | (22,802.95) | 02/28/10 | (22,802.95) | 0.00 | 0.00 | (22,802.95) | 100.000 | |
| 000780 | 2009 WE 30% Deor Job Assigned to Groundwood | | | | | | | | | | |
| | 000 D 01/01/09 | TT | 01 00 | (52,913.61) | 02/28/10 | (52,913.61) | 0.00 | 0.00 | (52,913.61) | 100.000 | |
| 000781 | 2009 PR 30% Depr Job Assigned to Steam Plant | | | | | | | | | | |
| | 000 D 01/01/09 | TT | 01 00 | (1,736.94) | 02/28/10 | (1,736.94) | 0.00 | 0.00 | (1,736.94) | 100.000 | |
| 000782 | 2009 SE 30% Depr Job Assigned to Sulphite | | | | | | | | | | |
| | 000 D 01/01/09 | TT | 01 00 | (12,658.34) | 02/28/10 | (12,658.34) | 0.00 | 0.00 | (12,658.34) | 100.000 | |
| 000783 | 2009 30% EF Class 2 Assigned to Environment | | | | | | | | | | |
| | 000 D 01/01/09 | TT | 01 00 | (451.75) | 02/28/10 | (451.75) | 0.00 | 0.00 | (451.75) | 100.000 | |
| 000784 | 2009 30% SE Class 2 Assigned to Sulphite | | | | | | | | | | |
| | 000 D 01/01/09 | TT | 01 00 | (10,571.35) | 02/28/10 | (10,571.35) | 0.00 | 0.00 | (10,571.35) | 100.000 | |
| 000785 | 2009 30% SB Class 2 Assigned to Sulphite Bldg | | | | | | | | | | |
| | 000 D 01/01/09 | TT | 01 00 | (4,793.70) | 02/28/10 | (4,793.70) | 0.00 | 0.00 | (4,793.70) | 100.000 | |
| 000786 | 2009 30% PR Class 2 Assigned to Steam Plant | | | | | | | | | | |
| | 000 D 01/01/09 | TT | 01 00 | (55,213.20) | 02/28/10 | (55,213.20) | 0.00 | 0.00 | (55,213.20) | 100.000 | |

|  | Grand Total | | | 460,764,784.89 | | 325,184,743.95 | 1,157,043.92 | 3,471,131.94 | 329,655,875.89 | |
| | Less disposals and transfers | | | 0.00 | | 0.00 | | | 0.00 | |
| | Count = 0 | | | | | | | | | |
| | Net Grand Total | | | 460,764,784.89 | | 325,184,743.95 | 1,157,043.92 | 3,471,131.94 | 329,655,875.89 | |
| | Count = 546 | | | | | | | | | |

187

# EDMUNDSTON FIXED ASSETS
## Depreciation Expense Report
### As of March 31, 2010

Book = Internal

FYE Month = December

| Sys No | Ext | P T | In Svc Date | Depr Meth | Est Life | Acquired Value | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation | Pct Alloc | Key Code |
|--------|-----|-----|-------------|-----------|----------|----------------|------------|--------------------------|-----------------------|--------------------------|----------------------------|-----------|----------|

------------------------------------------------------------ Report Assumptions ----------------------------------------------------------

Report Name: Depreciation Expense
Source Report: <Standard Report>

Calculation Assumptions:
    Short Year: none
    Adjustment Convention: None

Key Codes:
    a:      A depreciation adjustment amount is included in the reporting period.
    d:      The asset has been disposed.
    r:      The asset's acquired value was reduced to arrive at the depreciable basis.
    s:      The asset has switched from declining-balance to a straight-line.
    t:      The asset was transferred.

Group/Sorting Criteria:
    Group = All FAS Assets
    Include Assets that meet the following conditions:
        All FAS Assets
    Sorted by: System No, Extension

188

# EDMUNDSTON FIXED ASSETS
## Depreciation Expense Report
### As of March 31, 2010

Book = Internal
FYE Month = December

| Sys No | Ext | P | T | In Svc Date | Depr Math | Est Life | Est Life | Acquired Value | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation | Pct Alloc | Key Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 000001 | GROUNDWOOD EQUIPMENT | | | | | | | | | | | | | | |
| | 000 | P | | 01/01/91 | PE | 27 | 00 | 48,023,888.51 | 02/28/10 | 43,314,922.84 | 44,067.87 | 132,203.62 | 43,447,126.46 | 100.000 | |
| 000002 | SULPHITE EQUIPMENT | | | | | | | | | | | | | | |
| | 000 | P | | 01/01/91 | PE | 27 | 00 | 38,526,058.24 | 02/28/10 | 36,259,268.99 | 36,669.57 | 110,568.71 | 36,369,837.70 | 100.000 | |
| 000003 | STEAM PLANT RECOVERY | | | | | | | | | | | | | | |
| | 000 | P | | 01/01/91 | PE | 27 | 00 | 115,901,522.58 | 02/28/10 | 109,079,653.29 | 110,975.80 | 332,927.41 | 109,412,580.70 | 100.000 | |
| 000004 | ENVIRONMENTAL FACILITIES | | | | | | | | | | | | | | |
| | 000 | P | | 01/01/91 | EF | 27 | 00 | 19,914,584.36 | 02/28/10 | 12,192,725.47 | 29,023.50 | 87,070.51 | 12,279,795.98 | 100.000 | |
| 000005 | OFFICE FURNITURE & EQUIPMENT | | | | | | | | | | | | | | |
| | 000 | P | | 01/01/91 | OF | 15 | 00 | 6,357,279.21 | 02/28/10 | 6,357,279.21 | 0.00 | 0.00 | 6,357,279.21 | 100.000 | |
| 000006 | MOBILE EQUIPEMENT | | | | | | | | | | | | | | |
| | 000 | P | | 01/01/91 | ME | 15 | 00 | 2,275,613.03 | 02/28/10 | 2,275,613.03 | 0.00 | 0.00 | 2,275,613.03 | 100.000 | |
| 000008 | GARAGE | | | | | | | | | | | | | | |
| | 000 | P | | 01/01/91 | GA | 09 | 00 | 459,309.00 | 02/28/10 | 459,309.00 | 0.00 | 0.00 | 459,809.00 | 100.000 | |
| 000009 | GROUNDWOOD BUILDING | | | | | | | | | | | | | | |
| | 000 | P | | 01/01/91 | PB | 47 | 00 | 7,452,163.86 | 02/28/10 | 4,910,113.82 | 16,164.99 | 48,494.96 | 4,958,608.78 | 100.000 | |
| 000010 | SULPHITE BUILDING | | | | | | | | | | | | | | |
| | 000 | P | | 01/01/91 | PB | 47 | 00 | 6,238,258.09 | 02/28/10 | 4,110,268.53 | 13,531.34 | 40,595.52 | 4,150,864.15 | 100.000 | |
| 000011 | STEAM PLANT RECOVERY BUILDING | | | | | | | | | | | | | | |
| | 000 | P | | 01/01/91 | PB | 47 | 00 | 18,765,729.72 | 02/28/10 | 12,855,104.64 | 40,708.17 | 122,124.50 | 12,457,229.14 | 100.000 | |
| 000012 | LAND MILL | | | | | | | | | | | | | | |
| | 000 | P | | 01/01/91 | NoDep | 10 | 00 | 445,876.81 | 02/28/10 | 0.00 | 0.00 | 0.00 | 0.00 | 100.000 | |
| 000013 | LAND STEAM LINE TO MADAWASKA | | | | | | | | | | | | | | |
| | 000 | P | | 01/01/91 | NoDep | 10 | 00 | 765,550.72 | 02/28/10 | 0.00 | 0.00 | 0.00 | 0.00 | 100.000 | |
| 000014 | LAND ENVIRONMENTAL FACILITIES | | | | | | | | | | | | | | |
| | 000 | P | | 01/01/91 | NoDep | 10 | 00 | 300,632.00 | 02/28/10 | 0.00 | 0.00 | 0.00 | 0.00 | 100.000 | |
| 000015 | LAND REAL ESTATE | | | | | | | | | | | | | | |
| | 000 | P | | 01/01/91 | NoDep | 10 | 00 | 34,500.00 | 02/28/10 | 0.00 | 0.00 | 0.00 | 0.00 | 100.000 | |
| 000016 | COGEN BUILDING | | | | | | | | | | | | | | |
| | 000 | P | | 01/01/97 | CB | 41 | 00 | 13,777,466.00 | 02/28/10 | 4,439,575.10 | 28,703.05 | 86,109.16 | 4,525,684.26 | 100.000 | |
| 000017 | COGEN EQUIPMENT | | | | | | | | | | | | | | |
| | 000 | P | | 01/01/97 | CE | 20 | 00 | 112,516,268.18 | 02/28/10 | 72,519,985.06 | 468,817.76 | 1,406,453.35 | 73,925,438.41 | 100.000 | |
| 000018 | COGEN MOBILE | | | | | | | | | | | | | | |
| | 000 | P | | 01/01/97 | CM | 09 | 00 | 1,194,338.00 | 02/28/10 | 1,194,338.00 | 0.00 | 0.00 | 1,194,338.00 | 100.000 | |
| 000019 | COGEN START-UP COSTS | | | | | | | | | | | | | | |
| | 000 | P | | 01/01/97 | CS | 06 | 00 | 1,846,039.17 | 02/28/10 | 1,846,039.17 | 0.00 | 0.00 | 1,846,039.17 | 100.000 | |
| 000020 | COGEN OFFICE FURNITURES & FIXTURES | | | | | | | | | | | | | | |
| | 000 | P | | 01/01/97 | CO | 06 | 00 | 60,919.00 | 02/28/10 | 60,919.00 | 0.00 | 0.00 | 60,919.00 | 100.000 | |
| 000021 | Disposal piece of land 1998 | | | | | | | | | | | | | | |
| | 000 | P | | 01/01/98 | NoDep | 10 | 00 | (400.00) | 02/28/10 | 0.00 | 0.00 | 0.00 | 0.00 | 100.000 | |
| 000022 | Adj. .01 General Mill Equipment | | | | | | | | | | | | | | |
| | 000 | P | | 01/01/99 | NoDep | 10 | 00 | (0.01) | 02/28/10 | 0.00 | 0.00 | 0.00 | 0.00 | 100.000 | |
| 000025 | 1998 disposal from mobile grouping | | | | | | | | | | | | | | |
| | 000 | P | | 12/31/98 | TT | 01 | 00 | (23,861.78) | 02/28/10 | (23,861.78) | 0.00 | 0.00 | (23,861.78) | 100.000 | |
| 000040 | PAPRICAN MICRO-SCANNER | | | | | | | | | | | | | | |
| | 000 | P | | 04/24/98 | SLHY | 20 | 00 | 38,183.51 | 02/28/10 | 21,926.82 | 158.89 | 476.67 | 22,403.49 | 100.000 | |
| 000041 | ROSEMOUNT DCS UPGRADE | | | | | | | | | | | | | | |
| | 000 | P | | 09/25/98 | SLHY | 20 | 00 | 65,000.00 | 02/28/10 | 37,375.00 | 270.83 | 812.50 | 38,187.50 | 100.000 | |
| 000042 | ENGINEERING ASSISTANCE | | | | | | | | | | | | | | |
| | 000 | P | | 12/31/98 | SLHY | 20 | 00 | 60,636.00 | 02/28/10 | 34,865.70 | 252.65 | 757.95 | 35,623.65 | 100.000 | |
| 000043 | GEOTECHNICAL WORK - CHIP HANDLING | | | | | | | | | | | | | | |
| | 000 | P | | 01/01/98 | SLHY | 20 | 00 | (49,055.86) | 02/28/10 | (28,207.03) | (204.40) | (613.20) | (28,820.29) | 100.000 | |
| 000044 | PRELIMINARY ENGINEERING - CHIP HANDLING | | | | | | | | | | | | | | |

189

# EDMUNDSTON FIXED ASSETS
## Depreciation Expense Report
### As of March 31, 2010

Book = Internal
FYE Month = December

| Sys No | P Ext | In Svc T | Depr Date | Depr Meth | Est Life | Acquired Value | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation | Pct Alloc | Key Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 000 | P | 04/24/98 | SLHY | 20 00 | (87,585.90) | 02/28/10 | (50,245.95) | (354.11) | (1,062.33) | (51,338.28) | 100.000 | |
| 000045 | CHIP HANDLING MODERNIZATION PHASE 1 & 2 | | | | | | | | | | | | |
| | 000 | P | 11/01/98 | SLFM | 20 00 | 11,885,408.07 | 02/28/10 | 6,636,577.80 | 49,526.70 | 148,580.10 | 6,785,157.90 | 100.000 | |
| 000046 | PURCHASE SPARE IMPELLER FOR NOS. 1-2 FLUME PUMPS | | | | | | | | | | | | |
| | 000 | P | 09/22/98 | SLHY | 20 00 | 19,500.00 | 09/28/10 | 11,212.50 | 61.25 | 243.75 | 11,456.25 | 100.000 | |
| 000047 | SANITARY SEWER WORK | | | | | | | | | | | | |
| | 000 | P | 12/31/98 | SLHY | 20 00 | 28,157.61 | 02/28/10 | 16,179.12 | 117.24 | 351.72 | 16,530.84 | 100.000 | |
| 000048 | REPLACE GROUNDWOOD 2.4 KV STARTER LINE-UP | | | | | | | | | | | | |
| | 000 | P | 10/24/98 | SLHY | 20 00 | 8,161.97 | 02/28/10 | 4,693.15 | 34.01 | 102.03 | 4,795.18 | 100.000 | |
| 000049 | INSTALL MANWAY FOR BULL SCREEN ACCEPT CHEST | | | | | | | | | | | | |
| | 000 | P | 05/24/98 | SLHY | 20 00 | 10,464.56 | 02/28/10 | 6,018.30 | 43.61 | 130.83 | 6,149.13 | 100.000 | |
| 000050 | DIGESTER CHIP MOISTURE WATER | | | | | | | | | | | | |
| | 000 | P | 06/22/98 | SLHY | 20 00 | 87,193.56 | 02/28/10 | 50,136.32 | 363.31 | 1,089.92 | 51,226.24 | 100.000 | |
| 000051 | FLUSHING LIQUOR TANK VENT EXTENSION | | | | | | | | | | | | |
| | 000 | P | 12/31/98 | SLHY | 20 00 | 28,857.89 | 02/28/10 | 16,593.35 | 120.25 | 360.78 | 16,954.09 | 100.000 | |
| 000052 | COMPRESSES AIR FILTERS - W&S/BLEACHERY | | | | | | | | | | | | |
| | 000 | P | 12/31/98 | SLHY | 20 00 | 41,324.00 | 02/28/10 | 23,761.30 | 172.18 | 516.55 | 24,277.85 | 100.000 | |
| 000053 | BLEACHED SULPHITE CLEANERS | | | | | | | | | | | | |
| | 000 | P | 12/31/98 | SLHY | 20 00 | 84,621.58 | 02/28/10 | 48,657.42 | 352.59 | 1,057.77 | 49,715.19 | 100.000 | |
| 000054 | #4 BOND PUMP - MEDIUM VOLTAGE DRIVE | | | | | | | | | | | | |
| | 000 | P | 12/31/98 | SLHY | 20 00 | 263,384.22 | 02/28/10 | 151,445.92 | 1,097.43 | 3,292.38 | 154,738.22 | 100.000 | |
| 000055 | D-STAGE MC PUMP VF DRIVE | | | | | | | | | | | | |
| | 000 | P | 11/2/98 | SLHY | 20 00 | 111,726.51 | 02/28/10 | 64,242.79 | 465.52 | 1,396.58 | 65,639.37 | 100.000 | |
| 000056 | CLO2 PLANT WORK | | | | | | | | | | | | |
| | 000 | P | 12/31/98 | SLHY | 20 00 | 206,885.91 | 02/28/10 | 118,959.45 | 862.03 | 2,586.08 | 121,545.53 | 100.000 | |
| 000057 | PRELIMINARY ENGINEERING-CHLORINATION WASHER | | | | | | | | | | | | |
| | 000 | P | 12/31/98 | SLHY | 20 00 | 56,446.58 | 02/28/10 | 32,455.80 | 235.19 | 705.58 | 33,162.38 | 100.000 | |
| 000058 | WHITE WATER SHOWER ON HYPO WASHER | | | | | | | | | | | | |
| | 000 | P | 12/31/98 | SLHY | 20 00 | 2,302.25 | 02/28/10 | 1,323.88 | 9.59 | 28.78 | 1,352.66 | 100.000 | |
| 000059 | ENERGY SIMULATION MODEL | | | | | | | | | | | | |
| | 000 | P | 12/31/98 | SLHY | 20 00 | 34,852.69 | 02/28/10 | 20,040.36 | 145.22 | 435.65 | 20,476.02 | 100.000 | |
| 000060 | ADDITIONAL ACID FILTER | | | | | | | | | | | | |
| | 000 | P | 12/31/98 | SLHY | 20 00 | 338,601.99 | 02/28/10 | 194,695.15 | 1,410.85 | 4,232.53 | 198,928.68 | 100.000 | |
| 000061 | PRELIMINARY ENGINEERING - VENT SCRUBBER | | | | | | | | | | | | |
| | 000 | P | 12/31/98 | SLHY | 20 00 | 30,959.50 | 02/28/10 | 17,801.77 | 129.00 | 387.00 | 18,188.77 | 100.000 | |
| 000062 | INSTALL SILENCERS ON TWO SAFETY VALVES | | | | | | | | | | | | |
| | 000 | P | 12/31/98 | SLHY | 20 00 | 87,327.91 | 02/28/10 | 50,501.10 | 365.95 | 1,097.85 | 51,598.95 | 100.000 | |
| 000063 | SPARE CASING-RECOVERY BOILER INDUCED DRAFT FAN | | | | | | | | | | | | |
| | 000 | P | 12/31/98 | SLHY | 20 00 | 57,500.00 | 02/28/10 | 33,062.50 | 239.58 | 718.75 | 33,781.25 | 100.000 | |
| 000064 | PRV FOR NO 1 & 2 DEAERATORS | | | | | | | | | | | | |
| | 000 | P | 12/31/98 | SLHY | 20 00 | 41,350.58 | 02/28/10 | 23,776.50 | 172.29 | 516.88 | 24,293.46 | 100.000 | |
| 000065 | REBUILD CHIP HANDLING BUDOZER | | | | | | | | | | | | |
| | 000 | P | 07/25/98 | SLHY | 20 00 | 61,490.00 | 02/28/10 | 35,505.00 | 255.83 | 767.50 | 36,072.50 | 100.000 | |
| 000066 | PURCHASE NEW SPARE BARK FEEDER | | | | | | | | | | | | |
| | 000 | P | 05/23/98 | SLHY | 20 00 | 14,680.06 | 02/28/10 | 8,441.00 | 61.17 | 183.50 | 8,624.50 | 100.000 | |
| 000067 | PRELIMINARY ENG-WOODHANDLING & WOODROOM MODE | | | | | | | | | | | | |
| | 000 | P | 09/25/98 | SLHY | 20 00 | 52,235.57 | 02/28/10 | 30,069.97 | 217.90 | 653.70 | 30,723.67 | 100.000 | |
| 000068 | REPLACE PRIMARY CLEANER SUPPLY PUMP | | | | | | | | | | | | |
| | 000 | P | 09/25/98 | SLHY | 20 00 | 66,957.91 | 02/28/10 | 38,500.74 | 278.99 | 836.97 | 39,337.71 | 100.000 | |
| 000069 | #2 CATALOG REFINER SCREW FEEDER | | | | | | | | | | | | |
| | 000 | P | 10/24/98 | SLHY | 20 00 | 16,805.32 | 02/28/10 | 9,663.10 | 70.02 | 210.07 | 9,873.17 | 100.000 | |
| 000070 | REPLACE SHOWERS ON FIVE GRINDERS | | | | | | | | | | | | |
| | 000 | P | 12/31/98 | SLHY | 20 00 | 49,365.41 | 02/28/10 | 28,385.11 | 205.69 | 617.07 | 29,002.18 | 100.000 | |

190

# EDMUNDSTON FIXED ASSETS
## Depreciation Expense Report
### As of March 31, 2010

Book = Internal

FYE Month = December

| Sys No | Ext T | P In Svc Date | Depr Meth | Ext Life | Acquired Value | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation | Pct Alloc | Key Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 000071 | #5 DIGESTER RELINING | | | | | | | | | | | |
| | 000 P | 12/31/98 | SLHY | 20 00 | 93,206.15 | 02/28/10 | 53,593.56 | 388.36 | 1,165.08 | 54,758.64 | 100.000 | |
| 000072 | CL02 PLANT TAIL GAS EJECTOR | | | | | | | | | | | |
| | 000 P | 09/25/98 | SLHY | 20 00 | 12,132.18 | 02/28/10 | 6,976.02 | 50.55 | 151.65 | 7,127.67 | 100.000 | |
| 000073 | SPARE CHEMICAL MIXER | | | | | | | | | | | |
| | 000 P | 06/27/98 | SLHY | 20 00 | 26,000.00 | 02/28/10 | 14,950.00 | 108.33 | 325.00 | 15,275.00 | 100.000 | |
| 000074 | PRELIMINARY ENGINEERING-BLEACHERY & WS DCS | | | | | | | | | | | |
| | 000 P | 11/21/98 | SLHY | 20 00 | 49,929.73 | 02/28/10 | 28,709.63 | 208.04 | 624.12 | 29,333.75 | 100.000 | |
| 000075 | TITANIUM PIPING FOR D-STAGE | | | | | | | | | | | |
| | 000 P | 12/31/98 | SLHY | 20 00 | 62,071.97 | 02/28/10 | 35,691.29 | 258.63 | 775.90 | 36,467.19 | 100.000 | |
| 000076 | PERMITTING FOR TRANSMISSION LINE | | | | | | | | | | | |
| | 000 P | 12/31/98 | SLHY | 20 00 | 9,202.88 | 02/28/10 | 5,291.61 | 38.35 | 115.04 | 5,406.65 | 100.000 | |
| 000077 | RECONDITION GRAVITY FILTER BEDS (1997 | | | | | | | | | | | |
| | 000 P | 12/31/98 | SLHY | 20 00 | 54,910.40 | 02/28/10 | 31,573.43 | 228.79 | 686.38 | 32,259.86 | 100.000 | |
| 000078 | NO 384 BOILER | | | | | | | | | | | |
| | 000 P | 12/31/98 | SLHY | 20 00 | 1,359.91 | 02/28/10 | 782.00 | 5.67 | 17.00 | 799.00 | 100.000 | |
| 000079 | UPGRADE TURBINE ROOM VENTILATION SYSTEM | | | | | | | | | | | |
| | 000 P | 09/25/98 | SLHY | 20 00 | 37,572.64 | 02/28/10 | 21,604.25 | 156.55 | 469.66 | 22,073.91 | 100.000 | |
| 000080 | COOLER UPGRADE | | | | | | | | | | | |
| | 000 P | 10/24/98 | SLHY | 20 00 | 294,948.23 | 02/28/10 | 171,895.22 | 1,245.61 | 3,736.85 | 175,632.07 | 100.000 | |
| 000081 | REPLACE BUNKER "C" AND STEAM LINES | | | | | | | | | | | |
| | 000 P | 12/31/98 | SLHY | 20 00 | 193,101.00 | 02/28/10 | 111,033.08 | 804.58 | 2,413.76 | 113,446.84 | 100.000 | |
| 000082 | EVAPORATOR CONDENSATE | | | | | | | | | | | |
| | 000 P | 09/25/98 | SLHY | 20 00 | 13,450.00 | 02/28/10 | 7,793.75 | 55.65 | 166.13 | 7,901.59 | 100.000 | |
| 000083 | VOLTAGE REGULATORS - TURBO GENERATOR #2&3 | | | | | | | | | | | |
| | 000 P | 12/31/98 | SLHY | 20 06 | 27.74 | 02/28/10 | 15.98 | 0.12 | 0.35 | 16.33 | 100.000 | |
| 000084 | ROOF UPGRADING - 1997 | | | | | | | | | | | |
| | 000 P | 12/31/98 | SLHY | 40 00 | 1,273,164.20 | 02/28/10 | 366,034.76 | 2,652.43 | 7,957.28 | 373,992.04 | 100.000 | |
| 000085 | PAVEMENT REPLACEMENT AND REPAIR | | | | | | | | | | | |
| | 000 P | 08/22/98 | SLHY | 40 00 | 63,868.00 | 02/28/10 | 18,367.80 | 133.10 | 399.30 | 18,767.10 | 100.000 | |
| 000086 | REPLACE ROOF OVER CL02 PLANT | | | | | | | | | | | |
| | 000 P | 01/01/98 | SLHY | 40 00 | (5,165.00) | 02/28/10 | (1,485.23) | (10.76) | (32.25) | (1,517.52) | 100.000 | |
| 000087 | UPGRADE WEAK LIQUOR STORAGE TANKS | | | | | | | | | | | |
| | 000 P | 11/21/98 | SLHY | 40 00 | 499,433.44 | 02/28/10 | 143,587.16 | 1,040.49 | 3,121.46 | 146,708.62 | 100.000 | |
| 000088 | UPGRADE MILL TRACKS | | | | | | | | | | | |
| | 000 P | 06/23/98 | SLHY | 40 00 | 45,738.92 | 02/28/10 | 13,149.91 | 95.29 | 285.87 | 13,435.78 | 100.000 | |
| 000089 | AREA LIGHTING - GRAVITY FILTER PLANT | | | | | | | | | | | |
| | 000 P | 02/23/98 | SLHY | 40 00 | 6,870.40 | 02/28/10 | 1,975.24 | 14.31 | 42.94 | 2,018.18 | 100.000 | |
| 000090 | MAINTENANCE PAINT BOOTH | | | | | | | | | | | |
| | 000 P | 07/25/98 | SLHY | 40 00 | 145,056.02 | 02/28/10 | 41,703.60 | 302.20 | 906.60 | 42,610.20 | 100.000 | |
| 000091 | IMPROVE VENTILATION MACHINE SHOP LOCKER ROOM | | | | | | | | | | | |
| | 000 P | 08/22/98 | SLHY | 40 00 | 18,853.51 | 02/28/10 | 5,420.41 | 39.28 | 117.84 | 5,538.25 | 100.000 | |
| 000092 | CHIP HANDLING MODERNIZATION PHASE 1 & 2 | | | | | | | | | | | |
| | 000 P | 11/21/98 | SLHY | 40 00 | 2,229,321.00 | 02/28/10 | 622,352.17 | 4,644.42 | 13,933.26 | 636,285.43 | 100.000 | |
| 000093 | BLEACHERY CHEMICAL UPLOADING FACILITY | | | | | | | | | | | |
| | 000 P | 09/25/98 | SLHY | 40 00 | 45,830.70 | 02/28/10 | 13,176.35 | 95.48 | 286.44 | 13,462.79 | 100.000 | |
| 000094 | AIR CONDITIONING UNIT FOR RECOVERY BOILER MCC | | | | | | | | | | | |
| | 000 P | 10/25/98 | SLHY | 40 00 | 5,054.76 | 02/28/10 | 1,453.26 | 10.53 | 31.59 | 1,484.85 | 100.000 | |
| 000095 | INSTALL FULL SIZE IMPELLERS-COGEN BOILER FEEDWATER | | | | | | | | | | | |
| | 000 P | 11/21/98 | SLHY | 40 00 | 126,950.57 | 02/28/10 | 72,651.50 | 526.45 | 1,579.38 | 74,230.98 | 100.000 | |
| 000096 | SECOND MAGNET - COGEN FUEL YARD | | | | | | | | | | | |
| | 000 P | 08/22/98 | SLHY | 20 00 | 37,951.78 | 02/28/10 | 21,822.29 | 158.13 | 474.40 | 22,296.69 | 100.000 | |
| 000097 | CO-GEN PROJECT | | | | | | | | | | | |

191

# EDMUNDSTON FIXED ASSETS
## Depreciation Expense Report
### As of March 31, 2010

Book = Internal
FYE Month = December

| Sys No | P Ext | In Svc T | Date | Depr Meth | Est Life | Acquired Value | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accm Depreciation | Pct Alloc. | Key Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 000 P | 12/31/98 | SLHY | 20 00 | | 25,553.70 | 02/28/10 | 14,753.81 | 106.92 | 320.74 | 15,074.55 | 100.000 | |
| 000098 | CO GEN PROJECT (MOBILE EQUIPMENT) | | | | | | | | | | | | |
| | 000 P | 01/01/98 | SLMM | 08 00 | | 558,500.00 | 02/28/10 | 558,500.00 | 0.00 | 0.00 | 558,500.00 | 100.000 | |
| 000099 | COGEN FUEL YARD ELECTRICAL SAFETY & EMERGENCY ROOM | | | | | | | | | | | | |
| | 000 P | 12/31/98 | SLHY | 20 00 | | 73,629.58 | 02/28/10 | 42,337.02 | 306.79 | 920.37 | 43,257.39 | 100.000 | |
| 000100 | INSTALL LUMP REMOVER FOR NO 1 TRUCK DUMPER | | | | | | | | | | | | |
| | 000 P | 05/23/98 | SLHY | 08 00 | | 86,090.18 | 02/28/10 | 86,090.18 | 0.00 | 0.00 | 86,090.18 | 100.000 | |
| 000101 | SPARE REDUCER FOR NO 2 TRUCK DUMPER CHIP HOPPE | | | | | | | | | | | | |
| | 000 P | 12/31/98 | SLHY | 08 00 | | 12,950.00 | 02/28/10 | 12,950.00 | 0.00 | 0.00 | 12,950.00 | 100.000 | |
| 000102 | ELECTRIC PALLET TRUCK-ASH HANDLING RECOVERY BOI | | | | | | | | | | | | |
| | 000 P | 02/21/98 | SLHY | 08 00 | | 13,044.00 | 02/28/10 | 13,044.00 | 0.00 | 0.00 | 13,044.00 | 100.000 | |
| 000103 | PURCHASE PICK-UP (MILLWRIGHT TOUR) | | | | | | | | | | | | |
| | 000 P | 04/24/98 | SLHY | 08 00 | | 19,515.00 | 02/28/10 | 19,515.00 | 0.00 | 0.00 | 19,515.00 | 100.000 | |
| 000104 | PRELIMINARY STUDIES- ENVIRONMENTAL OPTIONS | | | | | | | | | | | | |
| | 000 P | 04/24/98 | SLHY | 20 00 | | 85,797.86 | 02/28/10 | 49,333.74 | 357.49 | 1,072.47 | 50,406.21 | 100.000 | |
| 000105 | BACK-UP POWER SOURCE FOR SECONDARY PUMPHOUS | | | | | | | | | | | | |
| | 000 P | 02/28/98 | SLHY | 20 00 | | 8,084.20 | 02/28/10 | 4,650.72 | 33.70 | 101.10 | 4,751.82 | 100.000 | |
| 000106 | RAISE CAPACITY OF SECONDARY PUMPHOUSE | | | | | | | | | | | | |
| | 000 P | 02/28/98 | SLHY | 20 00 | | 31,711.58 | 02/28/10 | 18,234.17 | 132.14 | 396.40 | 18,630.57 | 100.000 | |
| 000107 | SPARE BLOWER FOR LAGOON AERATION SYSTEM | | | | | | | | | | | | |
| | 000 P | 02/22/98 | SLHY | 20 00 | | 36,735.00 | 02/28/10 | 21,122.63 | 153.06 | 459.18 | 21,581.82 | 100.000 | |
| 000108 | TEMPORARY BULK OXYGEN SYSTEM & LAGOON | | | | | | | | | | | | |
| | 000 P | 10/24/98 | SLHY | 20 00 | | 69,323.50 | 02/28/10 | 39,861.30 | 288.85 | 866.55 | 40,727.85 | 100.000 | |
| 000109 | RELINE 54" EFFLUENT PIPELINE | | | | | | | | | | | | |
| | 000 P | 11/21/98 | SLHY | 20 00 | | 1,163,599.52 | 02/28/10 | 669,035.27 | 4,848.09 | 14,544.25 | 683,579.52 | 100.000 | |
| 000110 | UPGRADE OF PURE OXYGEN SYSTEM AT LAGOON | | | | | | | | | | | | |
| | 000 P | 12/31/98 | SLHY | 20 00 | | 39,073.79 | 02/28/10 | 22,467.44 | 162.60 | 488.42 | 22,955.86 | 100.000 | |
| 000111 | PAPERBOAD INVOICING ENHANCEMENT | | | | | | | | | | | | |
| | 000 P | 12/31/98 | SLHY | 05 00 | | 25,882.45 | 02/28/10 | 25,882.45 | 0.00 | 0.00 | 25,882.45 | 100.000 | |
| 000112 | PERSONAL COMPUTERS | | | | | | | | | | | | |
| | 000 P | 01/01/98 | SLHY | 05 00 | | 2,253.00 | 02/28/10 | 2,253.00 | 0.00 | 0.00 | 2,253.00 | 100.000 | |
| 000113 | CD ROM SERVER | | | | | | | | | | | | |
| | 000 P | 04/24/98 | SLHY | 05 00 | | 14,796.36 | 02/28/10 | 14,796.36 | 0.00 | 0.00 | 14,796.36 | 100.000 | |
| 000114 | RECRUITMENT SYSTEM | | | | | | | | | | | | |
| | 000 P | 04/24/98 | SLHY | 05 00 | | 22,393.14 | 02/28/10 | 22,393.14 | 0.00 | 0.00 | 22,393.14 | 100.000 | |
| 000115 | PAGERS | | | | | | | | | | | | |
| | 000 P | 04/24/98 | SLHY | 05 00 | | 34,421.14 | 02/28/10 | 34,421.14 | 0.00 | 0.00 | 34,421.14 | 100.000 | |
| 000116 | AS/400 DISK DRIVES | | | | | | | | | | | | |
| | 000 P | 05/27/98 | SLHY | 05 00 | | 22,250.00 | 02/28/10 | 22,250.00 | 0.00 | 0.00 | 22,250.00 | 100.000 | |
| 000117 | BACKUP SERVER FOR NETWORK | | | | | | | | | | | | |
| | 000 P | 05/27/98 | SLHY | 05 00 | | 15,941.73 | 02/28/10 | 15,941.73 | 0.00 | 0.00 | 15,941.73 | 100.000 | |
| 000132 | 1998 depreciation job @ 30% - groundwood equipment | | | | | | | | | | | | |
| | 000 P | 12/31/98 | TT | 01 00 | | (79,000.00) | 02/28/10 | (79,000.00) | 0.00 | 0.00 | (79,000.00) | 100.000 | |
| 000133 | 1998 depreciation job @ 30% - sulphite equipment | | | | | | | | | | | | |
| | 000 P | 12/31/98 | TT | 01 00 | | (92,000.00) | 02/28/10 | (92,000.00) | 0.00 | 0.00 | (92,000.00) | 100.000 | |
| 000134 | 1998 depreciation job @ 30% - steam plant equipment | | | | | | | | | | | | |
| | 000 P | 12/31/98 | TT | 01 00 | | (153,000.00) | 02/28/10 | (153,000.00) | 0.00 | 0.00 | (153,000.00) | 100.000 | |
| 000135 | 1998 depreciation job @ 30% - general bldg | | | | | | | | | | | | |
| | 000 P | 12/31/98 | TT | 01 00 | | (415,000.00) | 02/28/10 | (415,000.00) | 0.00 | 0.00 | (415,000.00) | 100.000 | |
| 000136 | 1998 depreciation job @ 30% - steam plant bldg | | | | | | | | | | | | |
| | 000 P | 12/31/98 | TT | 01 00 | | (150,000.00) | 02/28/10 | (150,000.00) | 0.00 | 0.00 | (150,000.00) | 100.000 | |
| 000137 | 1998 depreciation job @ 30% - Cogen equipment | | | | | | | | | | | | |
| | 000 P | 12/31/98 | TT | 01 00 | | (22,000.00) | 02/28/10 | (22,000.00) | 0.00 | 0.00 | (22,000.00) | 100.000 | |

*192*

# EDMUNDSTON FIXED ASSETS
## Depreciation Expense Report
### As of March 31, 2010

Book = Internal

FYE Month = December

| Sys No | Ext | P T | In Svc Date | Depr Meth | Ext Life | Acquired Value | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation | Pct Alloc | Key Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 000140 | 1998 depreciation job @ 30% - office | | | | | | | | | | | | |
| | 000 | P | 12/31/98 | TT | 01 00 | (22,000.00) | 02/28/10 | (22,000.00) | 0.00 | 0.00 | (22,000.00) | 100.000 | |
| 000150 | ENGINEERING ASSISTANCE | | | | | | | | | | | | |
| | 000 | P | 12/31/99 | SLHY | 20 00 | 91,577.58 | 02/28/10 | 48,235.74 | 382.82 | 1,148.47 | 49,384.21 | 100.000 | |
| 000151 | COMPUTER UPGRADE FOR INFRARED SPECTROPHOTOM | | | | | | | | | | | | |
| | 000 | P | 05/29/99 | SLHY | 20 00 | 14,761.25 | 02/28/10 | 7,749.63 | 61.51 | 184.52 | 7,934.15 | 100.000 | |
| 000152 | EMERGENCY RESPONSE SYSTEM | | | | | | | | | | | | |
| | 000 | P | 06/01/99 | SLHY | 20 00 | 130,829.80 | 02/28/10 | 68,685.23 | 545.12 | 1,635.36 | 70,320.59 | 100.000 | |
| 000153 | LASER ALIGNMENT SYSTEM | | | | | | | | | | | | |
| | 000 | P | 06/01/99 | SLHY | 20 00 | 11,853.92 | 02/28/10 | 6,225.50 | 49.42 | 149.25 | 6,374.75 | 100.000 | |
| 000154 | CHIP HANDLING MODERNIZATION PHASE 1 & 2 | | | | | | | | | | | | |
| | 000 | P | 01/01/99 | SLHY | 20 00 | 1,972,571.87 | 02/28/10 | 1,035,652.70 | 8,219.47 | 24,658.40 | 1,060,311.10 | 100.000 | |
| 000155 | SANITARY SEWER WORK | | | | | | | | | | | | |
| | 000 | P | 09/30/99 | SLHY | 20 00 | 3,355.09 | 02/28/10 | 1,762.00 | 13.98 | 41.95 | 1,803.95 | 100.000 | |
| 000156 | WOODROOM ASPEN SEPARATION | | | | | | | | | | | | |
| | 000 | P | 06/01/99 | SLHY | 20 00 | 26,298.53 | 02/28/10 | 13,807.29 | 109.59 | 328.75 | 14,136.04 | 100.000 | |
| 000157 | WATER REDUCTION - GWD PHASE I | | | | | | | | | | | | |
| | 000 | P | 10/30/99 | SLHY | 20 00 | 30,599.57 | 02/28/10 | 15,907.29 | 126.25 | 378.75 | 16,286.04 | 100.000 | |
| 000158 | GROUNDWOOD SCREEN ROOM AUTOMATION | | | | | | | | | | | | |
| | 000 | P | 06/01/99 | SLHY | 20 00 | 341,012.76 | 02/28/10 | 178,716.72 | 1,418.38 | 4,255.16 | 182,971.88 | 100.000 | |
| 000159 | FLUSHING LIQUOR TANK VENT EXTENSION | | | | | | | | | | | | |
| | 000 | P | 04/03/99 | SLHY | 20 00 | 8,777.26 | 02/28/10 | 4,608.03 | 36.58 | 109.72 | 4,717.76 | 100.000 | |
| 000160 | COMPRESSES AIR FILTERS - W&3BLEACHERY | | | | | | | | | | | | |
| | 000 | P | 10/30/99 | SLHY | 20 00 | 46,123.00 | 02/28/10 | 24,214.68 | 192.18 | 576.54 | 24,791.22 | 100.000 | |
| 000161 | CONVERSION THICKNER TO 4TH WASHER | | | | | | | | | | | | |
| | 000 | P | 06/01/99 | SLHY | 20 00 | 117,277.09 | 02/28/10 | 61,570.53 | 488.66 | 1,465.97 | 63,036.50 | 100.000 | |
| 000162 | #4 BOND PUMP - MEDIUM VOLTAGE DRIVE | | | | | | | | | | | | |
| | 000 | P | 09/28/99 | SLHY | 20 00 | 34,928.12 | 02/28/10 | 18,334.68 | 145.51 | 436.54 | 18,771.22 | 100.000 | |
| 000163 | Cl02 PLANT WORK | | | | | | | | | | | | |
| | 000 | P | 06/01/99 | SLHY | 20 00 | 116,759.09 | 02/28/10 | 61,298.58 | 488.50 | 1,459.49 | 62,758.07 | 100.000 | |
| 000164 | WHITE WATER SHOWER ON HYPO WASHER | | | | | | | | | | | | |
| | 000 | P | 04/03/99 | SLHY | 20 00 | 28,724.96 | 02/28/10 | 15,080.62 | 119.68 | 359.06 | 15,439.68 | 100.000 | |
| 000165 | ADDITIONAL ACID FILTER | | | | | | | | | | | | |
| | 000 | P | 01/31/99 | SLHY | 20 00 | 11,058.96 | 02/28/10 | 5,805.97 | 46.08 | 138.24 | 5,944.21 | 100.000 | |
| 000166 | PRELIMINARY ENGINEERING - VENT SCRUBBER | | | | | | | | | | | | |
| | 000 | P | 11/21/99 | SLHY | 20 00 | 237.44 | 02/28/10 | 124.54 | 0.99 | 2.97 | 127.51 | 100.000 | |
| 000167 | INSTALL SILENCERS ON TWO SAFETY VALVES | | | | | | | | | | | | |
| | 000 | P | 07/31/99 | SLHY | 20 00 | 21,835.46 | 02/28/10 | 11,463.59 | 90.98 | 272.94 | 11,736.53 | 100.000 | |
| 000168 | SPARE CASING RECOVERY BOILER INDUCED DRAFT FAN | | | | | | | | | | | | |
| | 000 | P | 07/31/99 | SLHY | 20 00 | 530,244.82 | 02/28/10 | 278,378.52 | 2,209.35 | 6,628.05 | 285,006.58 | 100.000 | |
| 000169 | PRV FOR NO 1 & 2 DEAERATORS | | | | | | | | | | | | |
| | 000 | P | 07/31/99 | SLHY | 20 00 | 25,293.61 | 02/28/10 | 13,279.14 | 105.39 | 316.17 | 13,595.31 | 100.000 | |
| 000170 | EYE WASH UPGRADE IN STEAM/RECOVERY DEPT | | | | | | | | | | | | |
| | 000 | P | 06/01/99 | SLHY | 20 00 | 31,766.29 | 02/28/10 | 16,687.86 | 132.44 | 397.33 | 17,085.19 | 100.000 | |
| 000171 | WATER REDUCTION - ASH SLUICING | | | | | | | | | | | | |
| | 000 | P | 05/01/99 | SLHY | 20 00 | 9,994.62 | 02/28/10 | 5,247.17 | 41.64 | 124.93 | 5,372.10 | 100.000 | |
| 000172 | REPAIR NO 1 SAND FILTER | | | | | | | | | | | | |
| | 000 | P | 05/01/99 | SLHY | 20 00 | 39,582.35 | 02/28/10 | 20,780.76 | 164.93 | 494.76 | 21,275.54 | 100.000 | |
| 000173 | METEREOLOGICAL TOWER UPGRADE | | | | | | | | | | | | |
| | 000 | P | 08/30/99 | SLHY | 20 00 | 18,449.60 | 02/28/10 | 9,686.04 | 76.87 | 230.62 | 9,916.66 | 100.000 | |
| 000174 | REPLACE BROADBAND MILL SYSTEM PHASE 1 | | | | | | | | | | | | |
| | 000 | P | 06/01/99 | SLHY | 20 00 | 133,766.12 | 02/28/10 | 70,227.25 | 557.36 | 1,672.08 | 71,899.33 | 100.000 | |
| 000175 | REPLACE BROADBAND MILL SYSTEM PHASE 2 | | | | | | | | | | | | |

193

## EDMUNDSTON FIXED ASSETS
### Depreciation Expense Report
### As of March 31, 2010

Book = Internal
FYE Month = December

| Sys No | P Ext | In Svc T Date | Depr Math | Est Life | Acquired Value | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation | Pct Alloc | Key Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 000 P | 06/01/99 | SLHY | 20 00 | 74,519.50 | 02/28/10 | 37,547.79 | 298.00 | 894.00 | 38,441.79 | 100.000 | |
| 000176 | PRELIMINARY ENG-WOODHANDLING & WOODROOM MODE | | | | | | | | | | | |
| | 000 P | 09/29/99 | SLHY | 20 00 | (52,295.57) | 02/28/10 | (27,455.19) | (217.90) | (653.70) | (28,108.89) | 100.000 | |
| 000177 | REPLACE SHOWERS ON FIVE GRINDERS | | | | | | | | | | | |
| | 000 P | 05/29/99 | SLHY | 20 00 | 11,889.59 | 02/28/10 | 6,242.04 | 49.54 | 148.62 | 6,390.66 | 100.000 | |
| 000178 | PERMITTING FOR TRANSMISSION LINE | | | | | | | | | | | |
| | 000 P | 06/01/99 | SLHY | 20 00 | 10,592.57 | 02/28/10 | 5,561.12 | 44.14 | 132.41 | 5,693.53 | 100.000 | |
| 000179 | #5 DIGESTER RELINING | | | | | | | | | | | |
| | 000 P | 06/01/99 | SLHY | 20 00 | 674,601.00 | 02/28/10 | 354,165.53 | 2,810.83 | 8,432.51 | 362,598.04 | 100.000 | |
| 000180 | #4 DIGESTER RELINING | | | | | | | | | | | |
| | 000 P | 06/01/99 | SLHY | 20 00 | 861,206.02 | 02/28/10 | 452,133.15 | 3,588.35 | 10,765.04 | 462,898.23 | 100.000 | |
| 000181 | EYE WASH UPGRADING IN SULPHITE DEPARTMENT | | | | | | | | | | | |
| | 000 P | 06/01/99 | SLHY | 20 00 | 268,947.93 | 02/28/10 | 141,145.20 | 1,120.20 | 3,360.60 | 144,505.80 | 100.000 | |
| 000182 | REPLACE HIGH DENSITY STOCK AND DILUTION PIPING | | | | | | | | | | | |
| | 000 P | 06/01/99 | SLHY | 20 00 | 102,852.22 | 02/28/10 | 53,997.41 | 428.55 | 1,285.65 | 55,283.06 | 100.000 | |
| 000183 | TITANIUM PIPING FOR D-STAGE | | | | | | | | | | | |
| | 000 P | 06/01/99 | SLHY | 20 00 | 1,317.00 | 02/28/10 | 691.43 | 5.48 | 16.46 | 707.89 | 100.000 | |
| 000184 | FROTAPULPER SCREEN REPLACEMENT | | | | | | | | | | | |
| | 000 P | 04/03/99 | SLHY | 20 00 | 96,965.21 | 02/28/10 | 50,906.73 | 404.03 | 1,212.07 | 52,118.80 | 100.000 | |
| 000185 | MODIFICATIONS TO BLEACHERY WASHER DRAINS | | | | | | | | | | | |
| | 000 P | 06/01/99 | SLHY | 20 00 | 22,745.50 | 02/28/10 | 11,941.44 | 94.77 | 284.32 | 12,225.76 | 100.000 | |
| 000186 | BLEACHERY DCS | | | | | | | | | | | |
| | 000 P | 06/01/99 | SLHY | 20 00 | 985,154.99 | 02/28/10 | 517,731.98 | 4,108.96 | 12,326.94 | 530,059.32 | 100.000 | |
| 000187 | REPLACE CIO2 STORAGE VENT LINE | | | | | | | | | | | |
| | 000 P | 06/30/99 | SLHY | 20 00 | 57,991.39 | 02/28/10 | 30,445.49 | 241.63 | 724.89 | 31,170.38 | 100.000 | |
| 000188 | CIO2 PLANT WORK PHASE 2 - HAZOP | | | | | | | | | | | |
| | 000 P | 06/01/99 | SLHY | 20 00 | 169,757.92 | 02/28/10 | 89,127.68 | 707.36 | 2,122.09 | 91,249.77 | 100.000 | |
| 000189 | OURCHASE DC STAGE CONSISTENCY TRANSMITTER | | | | | | | | | | | |
| | 000 P | 06/28/99 | SLHY | 20 00 | 12,514.00 | 02/28/10 | 6,569.85 | 52.15 | 155.43 | 6,725.28 | 100.000 | |
| 000190 | REPLACE PIPING - PUMP TO HYPO STOCK TOWER | | | | | | | | | | | |
| | 000 P | 06/01/99 | SLHY | 20 00 | 32,950.00 | 02/28/10 | 17,298.75 | 137.30 | 411.88 | 17,710.53 | 100.000 | |
| 000191 | RECONDITION GRAVITY FILTER BEDS (1997) | | | | | | | | | | | |
| | 000 P | 06/01/99 | SLHY | 20 00 | 16,358.45 | 02/28/10 | 8,588.16 | 68.16 | 204.48 | 8,792.64 | 100.000 | |
| 000192 | REPLACE BUNKER "C" STEAM LINES | | | | | | | | | | | |
| | 000 P | 01/07/99 | SLHY | 20 00 | 5,124.05 | 02/28/10 | 2,690.10 | 21.35 | 64.05 | 2,754.15 | 100.000 | |
| 000193 | UPGRADE 125 VOLT D.C. DISTRIBUTION | | | | | | | | | | | |
| | 000 P | 06/01/99 | SLHY | 20 00 | 15,705.12 | 02/28/10 | 8,245.23 | 65.44 | 196.32 | 8,441.55 | 100.000 | |
| 000194 | INITIAL ENGINEERING EVAPORATOR CONDENSATE | | | | | | | | | | | |
| | 000 P | 09/25/99 | SLHY | 20 00 | 52,150.00 | 02/28/10 | 27,378.75 | 217.30 | 651.90 | 28,030.65 | 100.000 | |
| 000195 | VOLTAGE REGULATORS - TURBO GENERATOR #2&3 | | | | | | | | | | | |
| | 000 P | 06/01/99 | SLHY | 20 00 | 197,318.04 | 02/28/10 | 103,591.95 | 822.16 | 2,466.48 | 106,058.43 | 100.000 | |
| 000196 | REPLACE BLOWDOWN EXCHANGER | | | | | | | | | | | |
| | 000 P | 07/31/99 | SLHY | 20 00 | 23,176.41 | 02/28/10 | 12,167.51 | 96.57 | 289.71 | 12,457.22 | 100.000 | |
| 000197 | NEW H.P. FEEDWATER HEATER FOR NO.8 BOILER | | | | | | | | | | | |
| | 000 P | 06/01/99 | SLHY | 20 00 | 14,628.00 | 02/28/10 | 7,679.70 | 60.95 | 182.85 | 7,862.55 | 100.000 | |
| 000198 | OVERHAUL #3 TURBINE | | | | | | | | | | | |
| | 000 P | 06/01/99 | SLHY | 20 00 | 12,463.00 | 02/28/10 | 6,543.06 | 51.93 | 155.79 | 6,698.97 | 100.000 | |
| 000199 | EVAPORATOR FLASH STEAM RECOVERY | | | | | | | | | | | |
| | 000 P | 06/01/99 | SLHY | 20 00 | 45,602.42 | 02/28/10 | 23,941.25 | 190.01 | 570.03 | 24,511.29 | 100.000 | |
| 000200 | REPLACE COGEN MAGNET | | | | | | | | | | | |
| | 000 P | 06/01/99 | SLHY | 20 00 | 61,396.71 | 02/28/10 | 32,233.32 | 255.82 | 767.46 | 33,000.78 | 100.000 | |
| 000201 | ROOF UPGRADING - 1997 | | | | | | | | | | | |
| | 000 P | 06/01/99 | SLHY | 40 00 | 46,100.68 | 02/28/10 | 12,101.46 | 96.04 | 288.13 | 12,389.59 | 100.000 | |

*194*

## EDMUNDSTON FIXED ASSETS
### Depreciation Expense Report
### As of March 31, 2010

Book = Internal

FYE Month = December

| Sys No | P In Svc<br>Ext T Date | Depr<br>Meth | Est<br>Life | Acquired<br>Value | Prior<br>Thru | Prior Accum<br>Depreciation | Depreciation<br>This Run | Current YTD<br>Depreciation | Current Accum<br>Depreciation | Pct<br>Alloc | Key<br>Code |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 000292 | GENERAL MILL ROOFING REPAIRS - 1999 | | | | | | | | | | |
| | 000 P 06/01/99 SLHY | 40 00 | | 116,638.92 | 02/28/10 | 30,618.00 | 243.00 | 729.00 | 31,347.00 | 100.000 | |
| 000203 | SCALPER DATUM WALL | | | | | | | | | | |
| | 000 P 06/01/99 SLHY | 40 00 | | 134,035.14 | 02/28/10 | 35,184.24 | 279.24 | 837.72 | 35,021.96 | 100.000 | |
| 000206 | COGEN LUBE OIL STORAGE BUILDING | | | | | | | | | | |
| | 000 P 06/01/99 SLHY | 40 00 | | 130,906.30 | 02/28/10 | 34,362.93 | 272.73 | 818.17 | 35,181.10 | 100.000 | |
| 000207 | PURCHASE PICK UP FIRE TRUCK | | | | | | | | | | |
| | 000 P 06/01/99 SLHY | 08 00 | | 25,906.00 | 02/28/10 | 25,906.00 | 0.00 | 0.00 | 25,906.00 | 100.000 | |
| 000220 | RELINE 64" EFFLUENT PIPELINE | | | | | | | | | | |
| | 000 P 11/2/99 SLHY | 20 00 | | 16,181.97 | 02/28/10 | 8,495.55 | 67.43 | 202.28 | 8,697.83 | 100.000 | |
| 000221 | UPGRADE OF PURE OXYGEN SYSTEM AT LAGOON | | | | | | | | | | |
| | 000 P 08/04/99 SLHY | 20 00 | | 42,350.72 | 02/28/10 | 22,234.17 | 176.47 | 529.35 | 22,763.56 | 100.000 | |
| 000222 | INSTALL A FIFTH BLOWER AT LAGOON | | | | | | | | | | |
| | 000 P 06/01/99 SLHY | 20 00 | | 230,788.46 | 02/28/10 | 121,154.44 | 961.62 | 2,884.87 | 124,049.31 | 100.000 | |
| 000223 | LIME ADDITION @ S-104 | | | | | | | | | | |
| | 000 P 06/01/99 SLHY | 20 00 | | 9,830.00 | 02/28/10 | 4,929.75 | 39.13 | 117.36 | 5,047.13 | 100.000 | |
| 000224 | PAPERBOARD INVOICING ENHANCEMENT | | | | | | | | | | |
| | 000 P 07/31/99 SLHY | 05 00 | | 20,940.13 | 02/28/10 | 20,940.13 | 0.00 | 0.00 | 20,940.13 | 100.000 | |
| 000225 | BACKUP SERVER FOR NETWORK | | | | | | | | | | |
| | 000 P 01/01/99 SLHY | 05 00 | | 3,840.16 | 02/28/10 | 3,840.16 | 0.00 | 0.00 | 3,840.16 | 100.000 | |
| 000227 | 1999 depreciation job @ 30% - general equipment | | | | | | | | | | |
| | 000 P 12/31/99 TT | 01 00 | | (57,000.00) | 02/28/10 | (57,000.00) | 0.00 | 0.00 | (57,000.00) | 100.000 | |
| 000228 | 1999 depreciation job @ 30% - groundwood equipment | | | | | | | | | | |
| | 000 P 12/31/99 TT | 01 00 | | 12,000.00 | 02/28/10 | 12,000.00 | 0.00 | 0.00 | 12,000.00 | 100.000 | |
| 000229 | 1999 depreciation job @ 30% - sulphite equipment | | | | | | | | | | |
| | 000 P 12/31/99 TT | 01 00 | | (394,000.00) | 02/28/10 | (394,000.00) | 0.00 | 0.00 | (394,000.00) | 100.000 | |
| 000230 | 1999 depreciation job @ 30% - steam plant equipment | | | | | | | | | | |
| | 000 P 12/31/99 TT | 01 00 | | (110,000.00) | 02/28/10 | (110,000.00) | 0.00 | 0.00 | (110,000.00) | 100.000 | |
| 000231 | 1999 depreciation job @ 30% - general building | | | | | | | | | | |
| | 000 P 12/31/99 TT | 01 00 | | (49,000.00) | 02/28/10 | (49,000.00) | 0.00 | 0.00 | (49,000.00) | 100.000 | |
| 000232 | 1999 depreciation job @ 30% - steam plant building | | | | | | | | | | |
| | 000 P 12/31/99 TT | 01 00 | | (23,000.00) | 02/28/10 | (23,000.00) | 0.00 | 0.00 | (23,000.00) | 100.000 | |
| 000233 | 1999 depreciation job @ 30% - cogen equipment | | | | | | | | | | |
| | 000 P 12/31/99 TT | 01 00 | | (18,000.00) | 02/28/10 | (18,000.00) | 0.00 | 0.00 | (18,000.00) | 100.000 | |
| 000235 | 1999 depreciation job @ 30% - office & furnitures | | | | | | | | | | |
| | 000 P 12/31/99 TT | 01 00 | | (133,000.00) | 02/28/10 | (133,000.00) | 0.00 | 0.00 | (133,000.00) | 100.000 | |
| 000250 | Cogen Lube Oil Storage Building | | | | | | | | | | |
| | 000 P 01/01/00 SLHY | 40 00 | | 6,992.50 | 02/28/10 | 1,660.79 | 14.57 | 43.71 | 1,704.50 | 100.000 | |
| 000251 | New Screws for Bark Feeders | | | | | | | | | | |
| | 000 P 01/01/00 SLHY | 20 00 | | 122,139.40 | 02/28/10 | 58,016.22 | 508.91 | 1,526.74 | 59,542.96 | 100.000 | |
| 000252 | Inspect Hydrograte Cogen Boiler | | | | | | | | | | |
| | 000 P 01/01/00 SLHY | 20 00 | | 43,479.50 | 02/28/10 | 20,652.81 | 181.17 | 543.50 | 21,196.31 | 100.000 | |
| 000253 | Replace Vapor Absorption Filter Unit - Cogen Complex | | | | | | | | | | |
| | 000 P 01/01/00 SLHY | 20 00 | | 58,101.00 | 02/28/10 | 27,597.38 | 242.08 | 726.26 | 28,324.24 | 100.000 | |
| 000254 | Install a Fifth Blower at Lagoon | | | | | | | | | | |
| | 000 P 01/01/00 SLHY | 20 00 | | 4,222.96 | 02/28/10 | 2,005.92 | 17.59 | 52.79 | 2,058.71 | 100.000 | |
| 000255 | Lime Addition @ S-104 | | | | | | | | | | |
| | 000 P 01/01/00 SLHY | 20 00 | | 39,913.41 | 02/28/10 | 18,958.87 | 166.31 | 498.92 | 19,457.79 | 100.000 | |
| 000256 | Power Factor Correction - Lagoon | | | | | | | | | | |
| | 000 P 01/01/00 SLHY | 20 00 | | 18,551.78 | 02/28/10 | 8,812.18 | 77.30 | 231.90 | 9,044.08 | 100.000 | |
| 000257 | Replace 100 ft of Effluent Line to Lagoon | | | | | | | | | | |
| | 000 P 01/01/00 SLHY | 20 00 | | 116,759.96 | 02/28/10 | 54,986.00 | 482.33 | 1,447.00 | 56,433.00 | 100.000 | |
| 000259 | Roof Upgrading - 1997 | | | | | | | | | | |

195

# EDMUNDSTON FIXED ASSETS
## Depreciation Expense Report
### As of March 31, 2010

Book = Internal
FYE Month = December

| Sys No | P Ext T. Date | In Src Depr Meth | Depr Meth | Est Life | Acquired Value | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation | Pct Alloc | Key Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 000 P 01/01/00 | SL/HY | | 40 00 | 29,641.45 | 02/28/10 | 7,039.88 | 61.75 | 185.25 | 7,225.14 | 100.000 | |
| 000259 | General Mill Roofing Repairs - 1999 | | | | | | | | | | | |
| | 000 P 01/01/00 | SL/HY | | 40 00 | 16,304.36 | 02/28/10 | 3,572.20 | 33.96 | 101.90 | 3,674.29 | 100.000 | |
| 000260 | Upgrade Roofs # 16 (Machine Shop) | | | | | | | | | | | |
| | 000 P 01/01/00 | SL/HY | | 40 00 | 471,940.57 | 02/28/10 | 112,085.94 | 983.21 | 2,949.63 | 115,035.57 | 100.000 | |
| 000261 | Pavement Mill Yard | | | | | | | | | | | |
| | 000 P 01/01/00 | SL/HY | | 40 00 | 52,800.00 | 02/28/10 | 12,540.00 | 110.00 | 330.00 | 12,870.00 | 100.000 | |
| 000262 | Replacement Membrane on Roofs # 16,80,80A | | | | | | | | | | | |
| | 000 P 01/01/00 | SL/HY | | 40 00 | 202,333.59 | 02/28/10 | 48,054.22 | 421.53 | 1,264.59 | 49,318.82 | 100.000 | |
| 000263 | Engineering Assistance | | | | | | | | | | | |
| | 000 P 01/01/00 | SL/HY | | 20 00 | 43,525.81 | 02/28/10 | 20,722.26 | 181.77 | 545.32 | 21,267.59 | 100.000 | |
| 000264 | Emergency Response System | | | | | | | | | | | |
| | 000 P 01/01/00 | SL/HY | | 20 00 | 100,618.21 | 02/28/10 | 47,793.55 | 419.24 | 1,257.73 | 49,051.38 | 100.000 | |
| 000265 | automatic Pulp Analyzer Series SX670 | | | | | | | | | | | |
| | 000 P 01/01/00 | SL/HY | | 20 00 | 99,887.50 | 02/28/10 | 47,451.36 | 416.24 | 1,248.72 | 48,700.08 | 100.000 | |
| 000266 | Replace Broadband Mill System Phase 1 | | | | | | | | | | | |
| | 000 P 01/01/00 | SL/HY | | 20 00 | 224,131.36 | 02/28/10 | 106,462.41 | 933.88 | 2,801.64 | 109,264.05 | 100.000 | |
| 000267 | Replace Broadband Mill System Phase 2 | | | | | | | | | | | |
| | 000 P 01/01/00 | SL/HY | | 20 00 | 151,403.00 | 02/28/10 | 71,916.43 | 630.85 | 1,892.54 | 73,808.97 | 100.000 | |
| 000268 | Canada Road - Maxless Back Gate Security | | | | | | | | | | | |
| | 000 P 01/01/00 | SL/HY | | 20 00 | 204,558.13 | 02/28/10 | 97,165.14 | 852.33 | 2,556.98 | 99,722.12 | 100.000 | |
| 000269 | Conversion of TSP Samplers to Continuous PM 2.5 NO | | | | | | | | | | | |
| | 000 P 01/01/00 | SL/HY | | 20 00 | 33,945.09 | 02/28/10 | 16,076.47 | 141.03 | 423.07 | 16,499.54 | 100.000 | |
| 000270 | # 2 Truck Dumper Cylinder | | | | | | | | | | | |
| | 000 P 01/01/00 | SL/HY | | 05 00 | 34,093.04 | 02/28/10 | 34,093.04 | 0.00 | 0.00 | 34,093.04 | 100.000 | |
| 000271 | Electrical Boom Truck | | | | | | | | | | | |
| | 000 P 01/01/00 | SL/HY | | 05 00 | 64,000.00 | 02/28/10 | 64,000.00 | 0.00 | 0.00 | 64,000.00 | 100.000 | |
| 000272 | Rebuild of D8N Dozer | | | | | | | | | | | |
| | 000 P 01/01/00 | SL/HY | | 05 00 | 233,368.44 | 02/28/10 | 233,368.44 | 0.00 | 0.00 | 233,368.44 | 100.000 | |
| 000273 | Oridian Payroll HR System | | | | | | | | | | | |
| | 000 P 01/01/00 | SL/HY | | 05 00 | 29,931.02 | 02/28/10 | 29,931.02 | 0.00 | 0.00 | 29,931.02 | 100.000 | |
| 000274 | New AS/400 for Business Applications | | | | | | | | | | | |
| | 000 P 01/01/00 | SL/HY | | 05 00 | 125,522.59 | 02/28/10 | 125,522.59 | 0.00 | 0.00 | 125,522.59 | 100.000 | |
| 000275 | Time Clock Replacement | | | | | | | | | | | |
| | 000 P 01/01/00 | SL/HY | | 05 00 | 39,319.79 | 02/28/10 | 39,319.79 | 0.00 | 0.00 | 39,319.79 | 100.000 | |
| 000292 | Eye Wash Upgrade in Steam Recovery Dept | | | | | | | | | | | |
| | 000 P 01/01/00 | SL/HY | | 20 00 | 126,515.00 | 02/28/10 | 60,142.13 | 527.56 | 1,582.69 | 61,724.82 | 100.000 | |
| 000292 | Water Reduction - Ash Sluicing | | | | | | | | | | | |
| | 000 P 01/01/00 | SL/HY | | 20 00 | 37,604.59 | 02/28/10 | 17,962.19 | 156.69 | 470.06 | 18,832.25 | 100.000 | |
| 000293 | Repair No 1 Sand Filter | | | | | | | | | | | |
| | 000 P 01/01/00 | SL/HY | | 20 00 | 25,144.01 | 02/28/10 | 11,948.40 | 104.77 | 314.38 | 12,257.70 | 100.000 | |
| 000294 | Preliminary Engineering -New Precipitator | | | | | | | | | | | |
| | 000 P 01/01/00 | SL/HY | | 20 00 | 28,532.93 | 02/28/10 | 11,177.99 | 98.05 | 294.15 | 11,472.05 | 100.000 | |
| 000295 | Failuroil Removal - Evaporator Condenser | | | | | | | | | | | |
| | 000 P 01/01/00 | SL/HY | | 20 00 | 89,999.40 | 02/28/10 | 42,749.72 | 374.99 | 1,124.99 | 43,874.71 | 100.000 | |
| 000296 | Reuse of Acid Condensate at Washing & Screening | | | | | | | | | | | |
| | 000 P 01/01/00 | SL/HY | | 20 00 | 250,761.44 | 02/28/10 | 119,111.67 | 1,044.84 | 3,134.52 | 122,246.19 | 100.000 | |
| 000297 | Upgrade 125 Volt D.C. Distribution | | | | | | | | | | | |
| | 000 P 01/01/00 | SL/HY | | 20 00 | 11,453.81 | 02/28/10 | 5,440.56 | 47.72 | 143.17 | 5,583.73 | 100.000 | |
| 000298 | Voltage Regulators - Turbo Generator # 2 | | | | | | | | | | | |
| | 000 P 01/01/00 | SL/HY | | 20 00 | 7,061.15 | 02/28/10 | 3,363.57 | 29.51 | 88.52 | 3,452.09 | 100.000 | |
| 000299 | New H.P. Feedwater Heater for No. 3 Boiler | | | | | | | | | | | |
| | 000 P 01/01/00 | SL/HY | | 20 00 | 142,294.93 | 02/28/10 | 67,590.13 | 592.90 | 1,778.69 | 69,368.82 | 100.000 | |

196

## EDMUNDSTON FIXED ASSETS
### Depreciation Expense Report
### As of March 31, 2010

Book = Internal

FYE Month = December

| Sys No | P Ext | In Svc T Date | Depr Meth | Est Life | Acquired Value | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation | Pct Alloc | Key Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 000300 | Overhaul # 3 Turbine | | | | | | | | | | | |
| | 000 P | 01/01/00 | SLHY | 20 00 | 1,106,901.97 | 02/28/10 | 526,680.95 | 4,620.01 | 13,860.03 | 540,540.98 | 100.000 | |
| 000301 | Evaporator Flash Steam Recovery | | | | | | | | | | | |
| | 000 P | 01/01/00 | SLHY | 20 00 | 23,785.10 | 02/28/10 | 11,302.72 | 99.15 | 297.44 | 11,600.16 | 100.000 | |
| 000302 | Sulfur Dioxide (SO2) Analyzer | | | | | | | | | | | |
| | 000 P | 01/01/00 | SLHY | 20 00 | 107,937.98 | 02/28/10 | 51,270.55 | 449.75 | 1,349.23 | 52,619.78 | 100.000 | |
| 000303 | New Silencer - Recovery Boiler Superheater Vent | | | | | | | | | | | |
| | 000 P | 01/01/00 | SLHY | 20 00 | 61,800.60 | 02/28/10 | 29,355.29 | 257.50 | 772.51 | 30,127.80 | 100.000 | |
| 000304 | New Plate for No. 4 Boiler Precipitators | | | | | | | | | | | |
| | 000 P | 01/01/00 | SLHY | 20 00 | 262,566.11 | 02/28/10 | 124,719.89 | 1,094.03 | 3,282.10 | 128,001.99 | 100.000 | |
| 000305 | New Demineralizer | | | | | | | | | | | |
| | 000 P | 01/01/00 | SLHY | 20 00 | 686,759.20 | 02/28/10 | 326,210.62 | 2,861.50 | 8,584.49 | 334,795.11 | 100.000 | |
| 000306 | Reactive Scrubber Fourth Stage | | | | | | | | | | | |
| | 000 P | 01/01/00 | SLHY | 20 00 | 172,177.81 | 02/28/10 | 81,784.46 | 717.40 | 2,152.22 | 83,936.68 | 100.000 | |
| 000307 | Install New Turbine - Recovery I.D. Fan | | | | | | | | | | | |
| | 000 P | 01/01/00 | SLHY | 20 00 | 75,144.54 | 02/28/10 | 35,693.68 | 313.10 | 939.31 | 36,632.99 | 100.000 | |
| 000308 | New Plates for Cooling Towers Heat Exchanger | | | | | | | | | | | |
| | 000 P | 01/01/00 | SLHY | 20 00 | 27,836.97 | 02/28/10 | 13,222.59 | 115.98 | 347.95 | 13,570.54 | 100.000 | |
| 000309 | Rebuild No # 3 Boiler Reecirculation Pump No 2 | | | | | | | | | | | |
| | 000 P | 01/01/00 | SLHY | 20 00 | 172,562.72 | 02/28/10 | 82,014.83 | 719.43 | 2,158.29 | 84,173.12 | 100.000 | |
| 000310 | New Belt for Reclaim Conveyor | | | | | | | | | | | |
| | 000 P | 01/01/00 | SLHY | 20 00 | 63,315.55 | 02/28/10 | 30,074.91 | 263.82 | 791.46 | 30,866.36 | 100.000 | |
| 000311 | New Automatic Recirculating Valve on No 3 Boiler | | | | | | | | | | | |
| | 000 P | 01/01/00 | SLHY | 20 00 | 50,240.06 | 02/28/10 | 23,864.00 | 209.33 | 628.00 | 24,492.00 | 100.000 | |
| 000314 | Scalper Building Wall | | | | | | | | | | | |
| | 000 P | 01/01/00 | SLHY | 40 00 | 1,105.00 | 02/28/10 | 262.48 | 2.30 | 6.91 | 269.39 | 100.000 | |
| 000315 | Bleaching Towers Building Repairs | | | | | | | | | | | |
| | 000 P | 01/01/00 | SLHY | 40 00 | 91,985.74 | 02/28/10 | 21,846.58 | 191.64 | 574.91 | 22,421.49 | 100.000 | |
| 000316 | Conversion Thickener to 4TH Washer | | | | | | | | | | | |
| | 000 P | 01/01/00 | SLHY | 20 00 | 15,722.30 | 02/28/10 | 7,468.14 | 65.51 | 196.53 | 7,664.67 | 100.000 | |
| 000317 | CL02 Plant Work | | | | | | | | | | | |
| | 000 P | 01/01/00 | SLHY | 20 00 | 186,454.08 | 02/28/10 | 88,563.75 | 776.88 | 2,330.63 | 90,894.38 | 100.000 | |
| 000318 | Pitch Control Program | | | | | | | | | | | |
| | 000 P | 01/01/00 | SLHY | 20 00 | 225,570.18 | 02/28/10 | 107,620.85 | 944.04 | 2,832.13 | 110,452.98 | 100.000 | |
| 000319 | Engineering - CL02 Plant Increase | | | | | | | | | | | |
| | 000 P | 01/01/00 | SLHY | 20 00 | 32,000.00 | 02/28/10 | 15,200.00 | 133.33 | 400.00 | 15,600.00 | 100.000 | |
| 000320 | #5 Digester relining | | | | | | | | | | | |
| | 000 P | 01/01/00 | SLHY | 20 00 | 50,379.00 | 02/28/10 | 23,930.03 | 209.91 | 629.74 | 24,559.77 | 100.000 | |
| 000321 | No 4 Digester Relining | | | | | | | | | | | |
| | 000 P | 01/01/00 | SLHY | 20 00 | 74,599.39 | 02/28/10 | 35,434.72 | 310.83 | 932.49 | 36,367.21 | 100.000 | |
| 000322 | Digester Substation A/C Unit | | | | | | | | | | | |
| | 000 P | 01/01/00 | SLHY | 20 00 | 36,495.00 | 02/28/10 | 17,335.13 | 152.05 | 456.19 | 17,791.32 | 100.000 | |
| 000323 | Eye Wash Upgrading in Sulphite Department | | | | | | | | | | | |
| | 000 P | 01/01/00 | SLHY | 20 00 | 13,260.00 | 02/28/10 | 6,298.50 | 55.25 | 165.75 | 6,464.25 | 100.000 | |
| 000324 | Replace High density Stock and Dilution Piping | | | | | | | | | | | |
| | 000 P | 01/01/00 | SLHY | 20 00 | 97,387.19 | 02/28/10 | 46,258.92 | 405.78 | 1,217.34 | 47,476.26 | 100.000 | |
| 000325 | Rebuild Washer Vat-Drive End | | | | | | | | | | | |
| | 000 P | 01/01/00 | SLHY | 20 00 | 134,474.73 | 02/28/10 | 63,875.53 | 560.32 | 1,680.94 | 65,556.47 | 100.000 | |
| 000326 | Bleachery Automation | | | | | | | | | | | |
| | 000 P | 01/01/00 | SLHY | 20 00 | 3,271,931.16 | 02/28/10 | 1,554,167.32 | 13,633.05 | 40,899.14 | 1,595,066.46 | 100.000 | |
| 000327 | Replace C02 50% Caustic Tank | | | | | | | | | | | |
| | 000 P | 01/01/00 | SLHY | 20 00 | 69,811.30 | 02/28/10 | 33,160.41 | 290.88 | 872.64 | 34,033.05 | 100.000 | |
| 000328 | C02 Plant work Phase 2 - Hazop | | | | | | | | | | | |

197

# EDMUNDSTON FIXED ASSETS
## Depreciation Expense Report
### As of March 31, 2010

Book = Internal

FYE Month = December

| Sys No | Ext | P T | In Svc Date | Depr Meth | Est Life | Acquired Value | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation | Pct Alloc | Key Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 000 | P | 01/01/00 | SLHY | 20 00 | 93,408.75 | 02/28/10 | 44,359.15 | 99.20 | 1,167.51 | 45,536.78 | 100.000 | |
| 000329 | Replace Piping - Pump to Hypo Stock Tower | | | | | | | | | | | | |
| | 000 | P | 01/01/00 | SLHY | 20 00 | 49,697.17 | 02/28/10 | 23,606.17 | 207.08 | 621.22 | 24,227.39 | 100.000 | |
| 000330 | AC Unit - Bleachery MCC Room | | | | | | | | | | | | |
| | 000 | P | 01/01/00 | SLHY | 20 00 | 25,122.14 | 02/28/10 | 11,933.04 | 104.68 | 314.03 | 12,247.07 | 100.000 | |
| 000331 | Purchase and Inst. New Scrn - CL2 Stock | | | | | | | | | | | | |
| | 000 | P | 01/01/00 | SLHY | 20 00 | 23,211.40 | 02/28/10 | 11,025.42 | 96.71 | 290.14 | 11,315.56 | 100.000 | |
| 000332 | Recondition Gravity Filter Beds (1997) | | | | | | | | | | | | |
| | 000 | P | 01/01/00 | SLHY | 20 00 | 18,541.84 | 02/28/10 | 8,854.86 | 77.67 | 233.02 | 9,087.89 | 100.000 | |
| 000333 | Purchase Spare Casing for Water Supply | | | | | | | | | | | | |
| | 000 | P | 01/01/00 | SLHY | 20 00 | 19,826.09 | 02/28/10 | 9,417.44 | 82.61 | 247.83 | 9,665.27 | 100.000 | |
| 000334 | Groundwood Screen Room Automation | | | | | | | | | | | | |
| | 000 | P | 01/01/00 | SLHY | 20 00 | 4,865.23 | 02/28/10 | 2,321.04 | 20.36 | 61.08 | 2,382.12 | 100.000 | |
| 000335 | On-line Freeness Analyzer | | | | | | | | | | | | |
| | 000 | P | 01/01/00 | SLHY | 20 00 | 182,110.57 | 02/28/10 | 86,502.54 | 758.79 | 2,276.38 | 88,778.92 | 100.000 | |
| 000336 | Resplice on # 2 Brking Drum | | | | | | | | | | | | |
| | 000 | P | 01/01/00 | SLHY | 20 00 | 69,031.25 | 02/28/10 | 32,789.82 | 287.63 | 862.89 | 33,652.71 | 100.000 | |
| 000337 | Overhaul no 1 Barkdrum | | | | | | | | | | | | |
| | 000 | P | 01/01/00 | SLHY | 20 00 | 68,046.95 | 02/28/10 | 32,322.32 | 283.53 | 850.59 | 33,172.91 | 100.000 | |
| 000338 | Replace No 2 Bullscreen Rejects Conveyor | | | | | | | | | | | | |
| | 000 | P | 01/01/00 | SLHY | 20 00 | 53,246.18 | 02/28/10 | 25,291.94 | 221.86 | 665.58 | 25,957.52 | 100.000 | |
| 000339 | Replacement Groundwood Stock Line | | | | | | | | | | | | |
| | 000 | P | 01/01/00 | SLHY | 20 00 | 49,939.35 | 02/28/10 | 23,721.21 | 208.08 | 624.24 | 24,345.45 | 100.000 | |
| 000340 | Mark "A" Pressure Screen Rotor | | | | | | | | | | | | |
| | 000 | P | 01/01/00 | SLHY | 20 00 | 25,357.95 | 02/28/10 | 12,510.55 | 109.75 | 329.23 | 12,839.78 | 100.000 | |
| 000341 | 2000-30% Class 2 - Depr. Job Cogen Equipment | | | | | | | | | | | | |
| | 000 | P | 01/01/00 | TT | 01 00 | (57,100.00) | 02/28/10 | (57,100.00) | 0.00 | 0.00 | (57,100.00) | 100.000 | |
| 000342 | 2000- 30% Class 2 - Depr. Job General Bldg | | | | | | | | | | | | |
| | 000 | P | 01/01/00 | TT | 01 00 | (231,900.00) | 02/28/10 | (231,900.00) | 0.00 | 0.00 | (231,900.00) | 100.000 | |
| 000343 | 2000 - 30% Class 2 - Depr. Job Environment Facilities | | | | | | | | | | | | |
| | 000 | P | 01/01/00 | TT | 01 00 | (34,700.00) | 02/28/10 | (34,700.00) | 0.00 | 0.00 | (34,700.00) | 100.000 | |
| 000344 | 2000 - 30% Class 2 - Depr. Job General Equipment | | | | | | | | | | | | |
| | 000 | P | 01/01/00 | TT | 01 00 | (184,200.00) | 02/28/10 | (184,200.00) | 0.00 | 0.00 | (184,200.00) | 100.000 | |
| 000345 | 2000 - 30% Class 2 - Depr. Job Mobile Equip | | | | | | | | | | | | |
| | 000 | P | 01/01/00 | TT | 01 00 | (70,000.00) | 02/28/10 | (70,000.00) | 0.00 | 0.00 | (70,000.00) | 100.000 | |
| 000346 | 2000 - 30% Class 2 - Depr. Job Office Equipment | | | | | | | | | | | | |
| | 000 | P | 01/01/00 | TT | 01 00 | (49,500.00) | 02/28/10 | (49,500.00) | 0.00 | 0.00 | (49,500.00) | 100.000 | |
| 000350 | 2000 - 30% Class 2 - Depr. Job Steam Plant Recovery | | | | | | | | | | | | |
| | 000 | P | 01/01/00 | TT | 01 00 | (1,063,800.00) | 02/28/10 | (1,063,800.00) | 0.00 | 0.00 | (1,063,800.00) | 100.000 | |
| 000351 | 2000 - 30% Class 2 - Depr. Job Sulphite Building | | | | | | | | | | | | |
| | 000 | P | 01/01/00 | TT | 01 00 | (27,500.00) | 02/28/10 | (27,500.00) | 0.00 | 0.00 | (27,500.00) | 100.000 | |
| 000352 | 2000 - 30% Class 2 - Depr. Job Sulphite Equipment | | | | | | | | | | | | |
| | 000 | P | 01/01/00 | TT | 01 00 | (1,297,000.00) | 02/28/10 | (1,297,000.00) | 0.00 | 0.00 | (1,297,000.00) | 100.000 | |
| 000353 | 2000 - 30% Class 2 - Depr. Job Groundwood Equipment | | | | | | | | | | | | |
| | 000 | P | 01/01/00 | TT | 01 00 | (50,000.00) | 02/28/10 | (50,000.00) | 0.00 | 0.00 | (50,000.00) | 100.000 | |
| 000354 | CHLORINATION STAGE WASHER CIP 2000 | | | | | | | | | | | | |
| | 000 | P | 01/01/01 | SLHY | 20 00 | 726,492.17 | 02/28/10 | 308,759.19 | 3,027.05 | 9,081.15 | 317,840.34 | 100.000 | |
| 000355 | NEW ELECTROSTATIC PRECIPITATOR CIP 2000 | | | | | | | | | | | | |
| | 000 | P | 01/01/01 | SLHY | 20 00 | 500,006.59 | 02/28/10 | 212,502.81 | 2,083.36 | 6,250.08 | 218,752.89 | 100.000 | |
| 000356 | RELINE NO.2 DIGESTOR | | | | | | | | | | | | |
| | 000 | P | 01/01/01 | SLHY | 20 00 | 678,435.01 | 02/28/10 | 286,334.88 | 2,826.81 | 8,480.44 | 295,815.32 | 100.000 | |
| 000360 | EXIT DOOR- COGEN CONTROL ROOM | | | | | | | | | | | | |
| | 000 | P | 01/01/01 | SLHY | 40 00 | 42,369.30 | 02/28/10 | 9,001.67 | 88.25 | 264.76 | 9,266.43 | 100.000 | |

*198*

## EDMUNDSTON FIXED ASSETS
### Depreciation Expense Report
### As of March 31, 2010

Book = Internal
FYE Month = December

| Sys No | P Ext | In Svc T Date | Depr Meth | Est Life | Acquired Value | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation | Pct Alloc | Key Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 000351 | REPLACE VAPOR ABSORPTION FILTER UNIT -COGEN COMPLEX | | | | | | | | | | | |
| | 000 P | 01/01/01 | SLHY | 20 00 | 9,389.78 | 02/28/10 | 3,990.65 | 39.12 | 117.37 | 4,108.03 | 100.000 | |
| 000369 | REOLACE TRAVELLING SCREEN & PRIMARY PUMPHOUSE | | | | | | | | | | | |
| | 000 P | 01/01/01 | SLHY | 20 00 | 155,637.04 | 02/28/10 | 66,145.73 | 648.48 | 1,945.46 | 68,091.19 | 100.000 | |
| 000370 | TECHNICAL LOCKER ROOM | | | | | | | | | | | |
| | 000 P | 01/01/01 | SLHY | 40 00 | 14,491.19 | 02/28/10 | 3,075.81 | 30.19 | 90.58 | 3,170.39 | 100.000 | |
| 000371 | BUTLER BUILDING SPRINKLER SYSTEM | | | | | | | | | | | |
| | 000 P | 01/01/01 | SLHY | 40 00 | 33,932.57 | 02/28/10 | 7,210.72 | 70.69 | 212.08 | 7,422.80 | 100.000 | |
| 000372 | UPGRADE ROOFS # 16 (MACHINE SHOP) | | | | | | | | | | | |
| | 000 P | 01/01/01 | SLHY | 40 00 | 4,144.33 | 02/28/10 | 880.69 | 8.63 | 25.90 | 906.59 | 100.000 | |
| 000373 | REPLACE MEMBRANE ON ROOFS # 16, 80, 80A | | | | | | | | | | | |
| | 000 P | 01/01/01 | SLHY | 40 00 | 62,156.70 | 02/28/10 | 13,208.32 | 129.49 | 388.48 | 13,596.80 | 100.000 | |
| 000374 | UPGRADE ROOFS # 80 AND 480A | | | | | | | | | | | |
| | 000 P | 01/01/01 | SLHY | 40 00 | 442,508.10 | 02/28/10 | 94,032.53 | 921.88 | 2,765.64 | 96,798.19 | 100.000 | |
| 000375 | UPGRADE HELIPORT | | | | | | | | | | | |
| | 000 P | 01/01/01 | SLHY | 40 00 | 18,604.59 | 02/28/10 | 3,832.89 | 37.57 | 112.72 | 3,945.11 | 100.000 | |
| 000376 | EMERGENCY RESPONSE SYSTEM | | | | | | | | | | | |
| | 000 P | 01/01/01 | SLHY | 20 00 | 2,926.15 | 02/28/10 | 1,201.19 | 11.78 | 35.29 | 1,236.45 | 100.000 | |
| 000377 | AUTOMATIC PULP ANALYZER SYSTEM | | | | | | | | | | | |
| | 000 P | 01/01/01 | SLHY | 20 00 | (39,571.16) | 02/28/10 | (16,817.76) | (164.88) | (494.64) | (17,312.40) | 100.000 | |
| 000378 | REPLACE BROADBAND MILL SYSTEM PHASE 1 | | | | | | | | | | | |
| | 000 P | 01/01/01 | SLHY | 20 00 | (0.01) | 02/28/10 | (0.01) | 0.00 | 0.00 | (0.01) | 100.000 | |
| 000379 | P.M. 2.5 SACRED HEART AND MODELING/SITE RELOCATION | | | | | | | | | | | |
| | 000 P | 01/01/01 | SLHY | 20 00 | 2,544.44 | 02/28/10 | 1,208.87 | 11.85 | 35.56 | 1,244.43 | 100.000 | |
| 000380 | TIME CLOCK REPLACEMENT | | | | | | | | | | | |
| | 000 P | 01/01/01 | SLHY | 05 00 | (5,534.64) | 02/28/10 | (5,534.64) | 0.00 | 0.00 | (5,534.64) | 100.000 | |
| 000381 | DLGL-CANADIAN PAYROLL SYSTEM PRE-STUDY | | | | | | | | | | | |
| | 000 P | 01/01/01 | SLHY | 05 00 | 72,655.69 | 02/28/10 | 72,655.69 | 0.00 | 0.00 | 72,655.69 | 100.000 | |
| 000382 | REUSE OF ACID CONDENSATE AT WASHING & SCREENING | | | | | | | | | | | |
| | 000 P | 01/01/01 | SLHY | 20 00 | 78,450.30 | 02/28/10 | 33,341.42 | 326.88 | 980.53 | 34,322.05 | 100.000 | |
| 000383 | NEW ELECTROSTATIC PRECIPITATOR | | | | | | | | | | | |
| | 000 P | 01/01/01 | SLHY | 20 00 | 6,161,725.82 | 02/28/10 | 2,618,733.47 | 25,673.85 | 77,021.57 | 2,695,755.04 | 100.000 | |
| 000384 | OVERHAUL # 3 TUBINE | | | | | | | | | | | |
| | 000 P | 01/01/01 | SLHY | 20 00 | 2,189.00 | 02/28/10 | 930.23 | 9.12 | 27.36 | 957.59 | 100.000 | |
| 000385 | NEW DEMINERALIZER | | | | | | | | | | | |
| | 000 P | 01/01/01 | SLHY | 20 00 | 186,667.00 | 02/28/10 | 79,833.48 | 777.78 | 2,333.34 | 81,655.82 | 100.000 | |
| 000386 | REACTIVATE SCRUBBER FOURTH STAGE | | | | | | | | | | | |
| | 000 P | 01/01/01 | SLHY | 20 00 | 41,283.61 | 02/28/10 | 17,545.53 | 172.02 | 516.05 | 18,061.58 | 100.000 | |
| 000387 | NEW AUTOMATIC RECIRCULATING VALVE ON NO 3 BOILER | | | | | | | | | | | |
| | 000 P | 01/01/01 | SLHY | 20 00 | 33,333.35 | 02/28/10 | 14,166.69 | 138.89 | 416.57 | 14,583.36 | 100.000 | |
| 000388 | REPLACE STEAM PANT 125 VDC BATTERY | | | | | | | | | | | |
| | 000 P | 01/01/01 | SLHY | 20 00 | 30,588.72 | 02/28/10 | 13,000.24 | 127.45 | 382.35 | 13,382.60 | 100.000 | |
| 000389 | REPLACE VACUUM PUMP | | | | | | | | | | | |
| | 000 P | 01/01/01 | SLHY | 20 00 | 45,866.50 | 02/28/10 | 19,493.31 | 191.11 | 573.33 | 20,066.64 | 100.000 | |
| 000390 | NO. 3 BOILER OPACITY METER | | | | | | | | | | | |
| | 000 P | 01/01/01 | SLHY | 20 00 | 21,142.32 | 02/28/10 | 8,985.52 | 88.09 | 264.28 | 9,249.80 | 100.000 | |
| 000391 | RECOVERY FLAME SCANNER SYSTEM | | | | | | | | | | | |
| | 000 P | 01/01/01 | SLHY | 20 00 | 103,940.55 | 02/28/10 | 44,174.76 | 433.09 | 1,299.25 | 45,474.01 | 100.000 | |
| 000393 | SO2 VENT FAN TO SCRUBBER | | | | | | | | | | | |
| | 000 P | 01/01/01 | SLHY | 20 00 | 174,476.57 | 02/28/10 | 74,162.56 | 726.99 | 2,180.96 | 76,343.52 | 100.000 | |
| 000394 | CONVERSION THICKENER TO 4TH WASHER | | | | | | | | | | | |
| | 000 P | 01/01/01 | SLHY | 20 00 | (101.28) | 02/28/10 | (43.01) | (0.43) | (1.27) | (44.28) | 100.000 | |
| 000395 | CLO2 PLANT WORK | | | | | | | | | | | |

*199*

## EDMUNDSTON FIXED ASSETS
### Depreciation Expense Report
### As of March 31, 2010

Book = Internal

FYE Month = December

| Sys No | Ext | P T | In Svc Date | Depr Meth | Est Life | Acquired Value | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation | Pct Alloc | Key Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 000396 PITCH CONTROL PROGRAM | | | | | | | | | | | | | |
| | 000 | P | 01/01/01 | SLHY | 20 00 | 44,557.79 | 02/28/10 | 18,937.07 | 185.65 | 556.97 | 19,494.04 | 100.000 | |
| 000397 CHLORINATION STAGE WASHER | | | | | | | | | | | | | |
| | 000 | P | 01/01/01 | SLHY | 20 00 | 78,364.23 | 02/28/10 | 33,304.79 | 326.51 | 979.55 | 34,284.34 | 100.000 | |
| 000398 NO.4 DIGESTER RELINING | | | | | | | | | | | | | |
| | 000 | P | 01/01/01 | SLHY | 26 00 | 2,412,935.02 | 02/28/10 | 1,025,518.63 | 10,054.10 | 30,162.31 | 1,055,680.94 | 100.000 | |
| 000399 RELINE # 2 DIGESTER | | | | | | | | | | | | | |
| | 000 | P | 01/01/01 | SLHY | 20 00 | 5,204.38 | 02/28/10 | 2,211.57 | 21.69 | 65.06 | 2,276.53 | 100.000 | |
| 000400 DIGESTER SUBSTATION A/C UNIT | | | | | | | | | | | | | |
| | 000 | P | 01/01/01 | SLHY | 20 00 | 152,142.06 | 02/28/10 | 67,635.35 | 663.10 | 1,989.28 | 69,624.59 | 100.000 | |
| 000401 RELINE NO. 6 DIGESTER | | | | | | | | | | | | | |
| | 000 | P | 01/01/01 | SLHY | 20 00 | 23,988.00 | 02/28/10 | 10,194.90 | 99.95 | 299.85 | 10,494.75 | 100.000 | |
| 000402 DRAIN DOWN HEADER REPLACEMENT | | | | | | | | | | | | | |
| | 000 | P | 01/01/01 | SLHY | 20 00 | 865,977.55 | 02/28/10 | 368,465.48 | 3,612.41 | 10,837.22 | 379,302.70 | 100.000 | |
| 000403 #1 SEAL TANK REPAIRS | | | | | | | | | | | | | |
| | 000 | P | 01/01/01 | SLHY | 20 00 | 137,894.45 | 02/28/10 | 58,605.12 | 574.56 | 1,723.68 | 60,328.80 | 100.000 | |
| 000404 BLEACHERY AUTOMATION | | | | | | | | | | | | | |
| | 000 | P | 01/01/01 | SLHY | 20 00 | 89,857.54 | 02/28/10 | 13,118.73 | 128.62 | 385.85 | 13,504.58 | 100.000 | |
| 000405 REPALCE C)02 50% CAUSTIC TANK | | | | | | | | | | | | | |
| | 000 | P | 01/01/01 | SLHY | 20 00 | 97,919.86 | 02/28/10 | 41,612.09 | 407.57 | 1,223.89 | 42,835.98 | 100.000 | |
| 000406 CIO2 PLANT WORK PHASE 2 - HAZOP | | | | | | | | | | | | | |
| | 000 | P | 01/01/01 | SLHY | 20 00 | 186,953.72 | 02/28/10 | 79,217.35 | 776.54 | 2,329.92 | 81,547.28 | 100.000 | |
| 000407 REPLACE PIPING - PUMP TO HYPO STOCK TOWER | | | | | | | | | | | | | |
| | 000 | P | 01/01/01 | SLHY | 20 00 | 1,152.06 | 02/28/10 | 489.50 | 4.80 | 14.40 | 504.00 | 100.000 | |
| 000408 CONSTANT HUMIDITY MACHINE | | | | | | | | | | | | | |
| | 000 | P | 01/01/01 | SLHY | 20 00 | 17,331.30 | 02/28/10 | 7,365.84 | 72.21 | 216.54 | 7,582.48 | 100.000 | |
| 000409 CHLORINATION STAGE WASHER | | | | | | | | | | | | | |
| | 000 | P | 01/01/01 | SLHY | 40 00 | 300,000.00 | 02/28/10 | 63,750.00 | 625.00 | 1,875.00 | 65,625.00 | 100.000 | |
| 000410 ON-LINE FREENESS ANALYZER | | | | | | | | | | | | | |
| | 000 | P | 01/01/01 | SLHY | 20 00 | (46,212.69) | 02/28/10 | (19,540.44) | (192.55) | (577.65) | (20,118.10) | 100.000 | |
| 000411 OVERHAUL NO 1 BARK DRUM | | | | | | | | | | | | | |
| | 000 | P | 01/01/01 | SLHY | 20 00 | 19,056.55 | 02/28/10 | 8,099.05 | 79.40 | 238.21 | 8,337.26 | 100.000 | |
| 000412 RATE COTROL NO. 1 GRINDER LINE | | | | | | | | | | | | | |
| | 000 | P | 01/01/01 | SLHY | 20 00 | 206,605.05 | 02/28/10 | 87,807.13 | 860.85 | 2,582.56 | 90,389.69 | 100.000 | |
| 000413 CLASS 2 - 30% JOB 2001 ASSIGNED TO COGEN | | | | | | | | | | | | | |
| | 000 | P | 01/01/01 | TT | 01 00 | (2,816.92) | 02/28/10 | (2,816.92) | 0.00 | 0.00 | (2,816.92) | 100.000 | |
| 000416 CLASS 2 - 30% JOB 2001 ASSIGNED TO ENVIRONMENTAL | | | | | | | | | | | | | |
| | 000 | P | 01/01/01 | TT | 01 00 | (46,591.11) | 02/28/10 | (46,591.11) | 0.00 | 0.00 | (46,591.11) | 100.000 | |
| 000417 CLASS 2 - 30% JOB 2001 ASSIGNED TO GENERAL BLDG | | | | | | | | | | | | | |
| | 000 | P | 01/01/01 | TT | 01 00 | (158,052.52) | 02/28/10 | (158,052.52) | 0.00 | 0.00 | (158,052.52) | 100.000 | |
| 000418 CLASS 2 - 30% JOB 2001 ASSIGNED TO GENERAL EQUIPMENT | | | | | | | | | | | | | |
| | 000 | P | 01/01/01 | TT | 01 00 | (9,103.33) | 02/28/10 | (9,103.33) | 0.00 | 0.00 | (9,103.33) | 100.000 | |
| 000419 CLASS 2 - 30% JOB 2001 ASSIGNED TO OFFICE | | | | | | | | | | | | | |
| | 000 | P | 01/01/01 | TT | 01 00 | (103,542.14) | 02/28/10 | (103,542.14) | 0.00 | 0.00 | (103,542.14) | 100.000 | |
| 000420 CLASS 2 - 30% JOB 2001 ASSIGNED TO STEAM PLANT RECOVERY | | | | | | | | | | | | | |
| | 000 | P | 01/01/01 | TT | 01 00 | (139,359.40) | 02/28/10 | (139,359.40) | 0.00 | 0.00 | (139,359.40) | 100.000 | |
| 000421 CLASS 2 - 30% JOB 2001 ASSIGNED TO SULPHITE EQUIPMENT | | | | | | | | | | | | | |
| | 000 | P | 01/01/01 | TT | 01 00 | (489,910.97) | 02/28/10 | (489,910.97) | 0.00 | 0.00 | (489,910.97) | 100.000 | |
| 000422 CLASS 2 - 30% JOB 2001 ASSIGNED TO GWD EQUIP | | | | | | | | | | | | | |
| | 000 | P | 01/01/01 | TT | 01 00 | (70,579.38) | 02/28/10 | (70,579.38) | 0.00 | 0.00 | (70,579.38) | 100.000 | |
| 000423 2000 DISPOSAL OF MOBILE EQUIP | | | | | | | | | | | | | |
| | 000 | P | 01/01/01 | TT | 01 00 | (2,095.00) | 02/28/10 | (2,095.00) | 0.00 | 0.00 | (2,095.00) | 100.000 | |