350

| | | | |
|---|---|---|---|
| | Owner | (REGISTRANT) FRASER PAPERS INC. CORPORATION DELAWARE 70 Seaview Avenue Stamford CONNECTICUT 06902 | |
| | | (LAST LISTED OWNER) FRASER PAPERS LIMITED CORPORATION MAINE 82 BRIDGE AVENUE MADAWASKA MAINE 04756 | |
| | Assignment Recorded | ASSIGNMENT RECORDED - Assigned to Antonio Levesque & Sons, Inc. by assignment filed 08/15/2005; Change of Name filed 11/18/2005 showing name change to Fraser Papers Limited. | |
| | Prior Registrations | 0558876;0713873;0827587;1443727;AND OTHERS | |
| | Type of Mark | TRADEMARK | |
| | Renewal Date | 29-Sep-18 | |
| | Live/Dead Indicator | LIVE | |
| **FRALIGHT** | Serial Number | U.S. 75244126 | |
| | Filing Date | 19-Feb-97 | |
| | Registration Number | U.S. 2199012 | Canada 563796 |
| | Registration Date | 20-Oct-98 | 18-Aug-97 |
| | Owner | (REGISTRANT) FRASER PAPERS INC. CORPORATION DELAWARE 70 Seaview Avenue Stamford CONNECTICUT 06902 | Canada 517143 |
| | | | 28-Sep-99 |
| | | (LAST LISTED OWNER) FRASER PAPERS LIMITED CORPORATION MAINE 82 BRIDGE AVENUE MADAWASKA MAINE 04756 | (REGISTRANT) Fraser Papers Inc. Stamford CT 06904 |
| | Assignment Recorded | ASSIGNMENT RECORDED - Assigned to Antonio Levesque & Sons, Inc. by assignment filed 08/15/2005; Change of Name filed 11/18/2005 showing name change to Fraser Papers Limited. | |
| | Prior Registrations | 0558876;0713873;0827587;1443727;AND OTHERS | |
| | Type of Mark | TRADEMARK | |
| | Renewal | 1ST RENEWAL 20080630 | TRADEMARK |
| | Renewal Date | 20-Oct-18 | 28-Sep-14 |
| | Live/Dead Indicator | LIVE | LIVE |
| **FRAPRINT** (Note: Name of Mark) | Serial Number | U.S. 75244259 | |
| | Filing Date | 19-Feb-97 | CANADA 563799 |
| | Registration Number | U.S. 2196540 | 18/08/1997 |
| | Registration Date | 13-Oct-98 | CANADA 517138 |
| | Owner | (REGISTRANT) FRASER PAPERS INC. CORPORATION DELAWARE 70 SEAVIEW AVENUE Stamford CONNECTICUT 06902 | 28-Sep-99 |
| | | | (REGISTRANT) FRASER PAPERS INC. 9 West Broad Street Stamford CONNECTICUT 06902 |
| | | (LAST LISTED OWNER) FRASER PAPERS LIMITED CORPORATION MAINE 82 BRIDGE AVENUE MADAWASKA MAINE 04756 | |
| | Assignment Recorded | ASSIGNMENT RECORDED - Assigned to Antonio Levesque & Sons, Inc. by assignment filed 08/15/2005; Change of Name filed 11/18/2005 showing name change to Fraser Papers Limited. | |
| | Prior Registrations | 0558876;0713873;0827587;1443727;AND OTHERS | |
| | Type of Mark | TRADEMARK | |
| | Renewal | 1ST RENEWAL 20080630 | TRADEMARK |
| | Renewal Date | 13-Oct-18 | 18-Sep-14 |
| | Live/Dead Indicator | LIVE | LIVE |
| **FRASER HYBRID CONVERTING** | | | |

351

| (Note: Name of Mark) | | | |
|---|---|---|---|
| | Serial Number | U.S. 77363409 | |
| | Filing Date | 11-Feb-08 | CANADA 853798 |
| | Owner | (APPLICANT) Fraser Papers Limited CORPORATION MAINE 82 Bridge Avenue Madawaska MAINE 04756 | |
| | | | 18/08/1997 |
| | Prior Registrations | 2296025;2325340 | CANADA 520620 |
| | Type of Mark | TRADEMARK | 15-Dec-99 |
| | Live/Dead Indicator | | (REGISTRANT) FRASER PAPERS INC. 9 West Broad Street Stamford LIVE CONNECTICUT 06902 |
| | Pending | Statement of Use Filing due by March 29, 2010 | |
| | Renewal Date | | |

**GENESIS**

| | | | |
|---|---|---|---|
| | Serial Number | 74082250 | TRADEMARK |
| | Registration Number | | |
| | | 1717974 | |
| | Registration Date | 22-Sep-92 | 15-Dec-14 |
| | Owner | (REGISTRANT & OWNER) Fraser Papers Inc. a Delaware Corporation 9 West Broad Street, Stamford, CT  06904 | |
| | Type of Mark | TRADEMARK | LIVE |
| | Renewal Date | 22-Sep-12 | |
| | Live/Dead Indicator | LIVE | Canada Application 1363060 |
| | | | 12-Feb-08 |
| | | | Fraser Papers Limited |

**PHARMOPAQUE**

| | | | |
|---|---|---|---|
| | Serial Number | U.S. 76467136 | |
| | Filing Date | 14-Nov-02 | |
| | Registration Number | | |
| | | U.S. 2756709 | |
| | Registration Date | 02-Sep-03 | |
| | Owner | (REGISTRANT) Fraser Papers, Inc. CORPORATION DELAWARE 70 Seaview Avenue Stamford CONNECTICUT 06904 | |
| | | (LAST LISTED OWNER) FRASER PAPERS LIMITED CORPORATION MAINE 82 BRIDGE AVENUE MADAWASKA MAINE 04756 | |
| | Assignment Recorded | | |
| | | ASSIGNMENT RECORDED - Assigned to Antonio Levesque & Sons, Inc. by assignment filed 06/16/2005; Change of Name filed 11/15/2005 showing name change to Fraser Papers Limited. | |
| | Type of Mark | TRADEMARK | |
| | Live/Dead Indicator | LIVE | |
| | Renewal Date | 2-Sep-13 | |

**SNOWBRITE OPAQUE**

| | | | |
|---|---|---|---|
| | | | Canada 618887 |
| | Serial Number | 78808557 | 18-Aug-04 |
| | Filing Date | 03-Feb-06 | (APPLICANT) Fraser Papers Inc. Stamford CT  06904 |
| | Registration Number | | |
| | | 3271847 | |
| | Registration Date | 31-Jul-07 | (OWNER) Fraser Papers Limited |
| | Owner | (REGISTRANT) Fraser Papers Limited CORPORATION MAINE 82 Bridge Avenue Madawaska MAINE 04756 | |
| | Prior Registrations | 1852363 | TRADEMARK |
| | Type of Mark | TRADEMARK | LIVE |
| | Live/Dead Indicator | LIVE | 18-Aug-19 |
| | Renewal Date | 31-Jul-17 | |

**SNOWCOTE**

| | | |
|---|---|---|
| | Serial Number | 78808536 |
| | Filing Date | 03-Feb-06 |

352

|  | Registration Number | 3271848 |
|  | Registration Date | 31-Jul-07 |
|  | Owner | (REGISTRANT) Fraser Papers Limited CORPORATION MAINE 82 Bridge Avenue Madawaska MAINE 04756 |
|  | Type of Mark | TRADEMARK |
|  | Live/Dead Indicator | LIVE |
|  | Renewal Date | 31-Jul-17 |

**SNOWLAND OPAQUE**

|  | Serial Number | 74075862 |
|  | Filing Date | 06-Jul-90 |
|  | Registration Number | 1652353 |
|  | Registration Date | 30-Jul-91 |
|  | Owner | (REGISTRANT) FRASER PAPER, LIMITED CORPORATION DELAWARE Bridge Street Madawaska MAINE 04756 |
|  |  | (LAST LISTED OWNER) FRASER PAPERS LIMITED CORPORATION MAINE 82 BRIDGE AVENUE MADAWASKA MAINE 04756 |
|  | Assignment Recorded | ASSIGNMENT RECORDED- Assignment from Fraser Paper, Limited and others to Fraser Paper, Inc., by assignment filed 08/01/1996; Assigned to Antonio Levesque & Sons, Inc. by assignment filed 08/15/2005; Change of Name filed 11/18/2005 showing name change to Fraser Papers Limited. |
|  | Type of Mark | TRADEMARK |
|  | Renewal | 1ST RENEWAL 20010728 |
|  | Renewal Date | 30-Jul-11 |
|  | Live/Dead Indicator | LIVE |

**SWATCH ONLINE**

|  | Serial Number | 75844822 |
|  | Filing Date | 09-Nov-99 |
|  | Owner | (APPLICANT) Fraser Papers Inc. CORPORATION DELAWARE 70 Seaview Drive Stamford CONNECTICUT 06902 |
|  | Type of Mark | TRADEMARK |
|  | Live/Dead Indicator | DEAD |
|  | Abandonment Date | 01-Dec-00 |

**TEXTCOTE (CANADA)**

|  | Registration Number | Canada TMA431611 |
|  | Registered Date | 24-Dec-93 |
|  | Owner | Current Owner Fraser Papers Limited |
|  | Renewal Date | To be Determined |

**SOCIETE PAPETIERE DES RIVIERES JUMELLES INC.**

**PENDING**

| **ACADIA** | Preliminary Search Results: Not Available due to blocking registration owned by Fibermark, Inc. |
| **CUSTOM SNOWCOTE** | Need to Apply |
| **CUSTOM SUPREME** | Need to apply (U.S. & Canada) |
| **FRONTIER OPAQUE** | Pending Review of Lindemeyr Status |
| **FRONTIER SUPREME** | Pending Review of Lindemeyr Status |

353

**Appendix "14"**

**Accounts Receivable – US Purchased Assets**

354

## ASSET PURCHASE AGREEMENT
Newco
Schedules
USD ($000s)

| | Forecast Balance Feb-28 | Forecast Balance 09-Apr | Forecast Balance April 8th US |
|---|---|---|---|
| **Current Assets** | | | |
| Trade Receivables Lumber | 1,587 | 2,302 | - |
| Trade Receivables Paper* | 28,852 | 33,039 | 32,882 |
| Provisions | (1,197) | (1,377) | (1,346) |
| Prepaid Property Tax | 820 | 2,309 | 731 |
| Prepaid Insurance | 92 | 484 | 264 |
| Prepaid leases | 1,795 | 88 | 88 |
| Edmundston energy rebate | 90 | - | - |
| Vendor rebates | 90 | - | - |
| Misc | 78 | 1,004 | 807 |
| | 31,754 | 37,848 | 33,034 |
| | | | |
| **Qualifying Receivables** | | | |
| Trade Accounts Receivable | 30,139 | 35,341 | 32,882 |
| Less Provisions | (1,197) | (1,377) | (1,346) |
| Less >90 days | (356) | (337) | (337) |
| | 28,586 | 33,827 | 30,977 |

355

**Appendix "15"**

**Permits - US Purchased Assets**

356

357

| Issuer | Entity # | Permit # | Registration # | Description | Issue date | Expiration date |
|---|---|---|---|---|---|---|
| Maine- Dept of Professional and Financial Regulation | AR0703 | ME470485 | PV4101 | #7 PM Headbox | 02/05/2008 | 30/11/2010 |
| Maine- Dept of Professional and Financial Regulation | TK14061 | ME470082 | PV4109 | Steam Plant | 02/05/2008 | 30/11/2010 |
| Maine- Dept of Professional and Financial Regulation | AR1405 | ME470114 | PV4113 | Steam Plant #10 AC | 02/05/2008 | 30/11/2010 |
| Maine- Dept of Professional and Financial Regulation | AR 0301 | ME470480 | PV4117 | #3 Hot oil room | 02/05/2008 | 30/11/2010 |
| Maine- Dept of Professional and Financial Regulation | AR 1003 | ME 470018 | PV4128 | Catalog Mill C-2 Oper FLR | 02/05/2008 | 30/11/2010 |
| Maine- Dept of Professional and Financial Regulation | AR0802 | ME470487 | PV4130 | #8 PM Basement | 02/05/2008 | 30/11/2010 |
| Maine- Dept of Professional and Financial Regulation | AR0701 | ME470483 | PV4131 | #7 PM Basement | 02/05/2008 | 30/11/2010 |
| Maine- Dept of Professional and Financial Regulation | AR 0702 | ME470484 | PV4132 | #7 PM Basement | 02/05/2008 | 30/11/2010 |
| Maine- Dept of Professional and Financial Regulation | AR1205 | ME470025 | PV4134 | Catalog Mill, Super Calendar | 02/05/2008 | 30/11/2010 |
| Maine- Dept of Professional and Financial Regulation | AR 0401 | ME470482 | PV4138 | #4 PM Headbox | 02/05/2008 | 30/11/2010 |
| Maine- Dept of Professional and Financial Regulation | AR1402 | ME486660 | PV5831 | STM Plant | 02/05/2008 | 30/06/2011 |
| Maine- Dept of Professional and Financial Regulation | AR1210 | ME470024 | PV4176 | Catalog Mill | 02/05/2008 | 30/06/2011 |
| Maine- Dept of Professional and Financial Regulation | AR1001 | ME470023 | PV4168 | Catalog Mill | 02/05/2008 | 30/06/2011 |
| Maine- Dept of Professional and Financial Regulation | AR0302 | ME470481 | PV4127 | #3 PM Hot Oil room | 02/05/2008 | 30/06/2011 |
| Maine- Dept of Professional and Financial Regulation | AR1213 | ME470014 | PV5566 | Catalog Mill | 02/05/2008 | 31/10/2011 |
| Maine- Dept of Professional and Financial Regulation | AR1103 | ME470064 | PV4161 | Flow Dist BLDG | 02/05/2008 | 30/06/2011 |
| Maine- Dept of Professional and Financial Regulation | AR1102 | ME470105 | PV4147 | Sludge House | 02/05/2008 | 30/06/2011 |
| Maine- Dept of Professional and Financial Regulation | AR0601 | ME470488 | PV4123 | #6 PM Basement | 02/05/2008 | 30/06/2011 |
| Maine- Dept of Professional and Financial Regulation | AR1108 | ME470007 | PV4178 | Butler BLDG | 02/05/2008 | 30/09/2011 |
| Maine- Dept of Professional and Financial Regulation | AR1301 | ME470099 | PV4160 | Pump House | 02/05/2008 | 30/09/2011 |
| Maine- Dept of Professional and Financial Regulation | AR1104 | ME470081 | PV4163 | Machine Shop | 02/05/2008 | 30/09/2011 |
| Maine- Dept of Professional and Financial Regulation | AR1221 | ME470021 | PV4120 | Catalog Mill | 02/05/2008 | 30/09/2011 |
| Maine- Dept of Professional and Financial Regulation | AR1202 | ME470019 | PV4103 | Catalog Mill | 02/05/2008 | 30/09/2011 |
| Maine- Dept of Professional and Financial Regulation | AR1401 | ME470115 | PV4118 | Steam Plant | 02/05/2008 | 30/09/2011 |
| Maine- Dept of Professional and Financial Regulation | AR1204 | ME470020 | PV4119 | Catalog Mill | 02/05/2008 | 30/06/2011 |
| Maine- Dept of Professional and Financial Regulation | HE1401 | | PV5597 | Steam Plant | 02/05/2008 | 31/10/2012 |
| Maine- Dept of Professional and Financial Regulation | AR1215 | ME470011 | PV10317 | Starch System | 02/05/2008 | 31/01/2011 |
| Maine- Dept of Professional and Financial Regulation | AR1206 | ME470016 | PV7696 | Catalog Mill | 02/05/2008 | 31/03/2011 |
| Maine- Dept of Professional and Financial Regulation | TK1413 | | PV5598 | Boiler Room | 02/05/2008 | 31/01/2012 |
| Maine- Dept of Professional and Financial Regulation | AR1002 | ME470008 | PV10311 | C2 Coater Reel Receiver | 02/05/2008 | 31/01/2012 |
| Maine- Dept of Professional and Financial Regulation | AR1207 | ME470015 | PV6467 | Catalog Mill | 02/05/2008 | 28/02/2011 |
| Maine- Dept of Professional and Financial Regulation | AR1105A | | PV7666 | Main Garage | 09/04/2009 | 31/01/2012 |
| Maine- Dept of Professional and Financial Regulation | 1005036 | | PV6446 | Coater 2 | 09/04/2009 | 29/02/2012 |
| Maine- Dept of Professional and Financial Regulation | 1004043 | | PV6446 | Coater 2 | 09/04/2009 | 29/02/2012 |
| Maine- Dept of Professional and Financial Regulation | AR1110 | | PV10310 | Bond Wrapper Basement | 09/04/2009 | 31/03/2012 |

358

| | | | | | | |
|---|---|---|---|---|---|---|
| Maine- Dep't of Professional and Financial Regulation | AR1502 | ME470022 | PV4149 | Catalog Mill | 02/06/2008 | 30/06/2011 |
| Maine- Dep't of Professional and Financial Regulation | AR1214 | ME470017 | PV7688 | Catalog Mill | 02/05/2008 | 31/01/2011 |
| Maine- Dep't of Professional and Financial Regulation | AR1401 | ME546961 | PV5932 | STM Plant | 12/08/2008 | 30/06/2011 |
| Maine- Dep't of Professional and Financial Regulation | | ME523561 | ME3678 | #6 Boiler | 24/11/2008 | 31/10/2009 |
| Maine- Dep't of Professional and Financial Regulation | | | | | | |

359

| Issuing Agency | Mill | Location |
|---|---|---|
| Maine Dep't of Health and Human Services | Madawaska | Exit signs |
| Maine Dep't of Health and Human Services | Madawaska | PM 4 reel ash |
| Maine Dep't of Health and Human Services | Madawaska | PM 8 Reel ash |
| Maine Dep't of Health and Human Services | Madawaska | PM 4 reel ash |
| Maine Dep't of Health and Human Services | Madawaska | PM 6 reel ash |
| Maine Dep't of Health and Human Services | Madawaska | PM 7 Reel AS |
| Maine Dep't of Health and Human Services | Madawaska | PM 7 SYM ash |
| Maine Dep't of Health and Human Services | Madawaska | PM 7 Reel-AS |
| Maine Dep't of Health and Human Services | Madawaska | PM 7 SYM Ash |
| Maine Dep't of Health and Human Services | Madawaska | Materials License |

360

| Permit # | Date Issued | Date Expires |
|---|---|---|
| 15751 | 16/01/2009 | 31/12/2009 |
| 4820 | 23/01/2009 | 31/12/2009 |
| 744 | 15/10/2009 | 31/12/2009 |
| 4821 | 23/01/2009 | 31/12/2009 |
| 4826 | 23/01/2009 | 31/12/2009 |
| 4825 | 23/01/2009 | 31/12/2009 |
| 4824 | 23/01/2009 | 31/12/2009 |
| 4822 | 23/01/2009 | 31/12/2009 |
| 4823 | 23/01/2009 | 31/12/2009 |
| 3311 | 06/11/2009 | 30/10/2010 |

361

| License | Contact Info | Product/Service |
|---|---|---|
| Radio Station Authorization | Federal Commmunications Commission:Wireless Telecommunciations Bureau | Remote radio station |
| Elevators ( Passenger and Freight) | State of Maine Dept. of Professional & Financial Regulation | Elevators |
| Submerged land lease | State of Maine Dept. of Conservation | |
| | | Permit # |

362

| Mill Location | Contract Date | Expiry Date | Mill Contact | Status | Assignment Provisions |
|---|---|---|---|---|---|
| Madawaska | 08/07/2009 | 17/10/2011 | Rick Pelletier | | |
| Madawaska | 01/01/2009 | 31/12/2009 | Norman Cyr/Phil Nadeau | | |
| Madawaska | 04/09/2001 | 31/12/2004 | Andy Martin | | |

363

## SCHEDULE "E"

### MAINE REAL PROPERTY

All real property of Fraser Papers Limited, a Maine corporation situated in the Towns of Madawaska and Frenchville, Aroostook County, State of Maine, including, but not limited to, the property described in the following deeds recorded in the Northern Aroostook County Registry of Deeds:

**FEE:**

| Parcel # | Grantor | Grantee | Dated | Instrument | Book/Page | Tax Map-Lot | Town |
|---|---|---|---|---|---|---|---|
| 1 | Richard D. Murphy | Fraser Paper Limited | 5/26/25 | QC | 110/460 | Map 4, Lots 1, 2, 3, 60, 62-71, inclusive, 74-79, inclusive p/o 30 | Madawaska |
| 2 | Bangor and Aroostook Railroad Company | Fraser Paper Limited | 8/6/28 | QC | 114/573 | p/o- 4-30 and p/o- 4-40 | Madawaska |
| 3 | Bangor Investment Company | Fraser Paper Limited | 8/6/28 | W | 114/575 | p/o- 4-40 | Madawaska |
| 4 | Willie A. Daigle et al. | Fraser Paper Limited | 5/24/45 | W | 202/99 | p/o- 4-30 | Madawaska |
| 5 | Leo J. Daigle et al. | Fraser Paper Limited | 9/27/45 | W | 206/152 | p/o- 4-30 | Madawaska |
| 6 | James J. Cyr et al. | Fraser Paper Limited | 9/30/46 | Deed | 210/348 | N/A | Madawaska |
| 7 | Willie A. | Fraser Paper | 5/14/46 | W | 210/47 | 4-212 | Madawaska |

364

| Parcel # | Grantor | Grantee | Dated | Instrument | Book/Page | Tax Map-Lot | Town |
|---|---|---|---|---|---|---|---|
| | Daigle et al. | Limited | | | | | |
| 8 | Ernest Dube et al. | Fraser Paper Limited | 4/30/53 | W | 241/499 | p/o 4-30 | Madawaska |
| 9 | Gerard D. Albert et al. | Fraser Paper Limited<br><br>as affected by instrument: | 12/24/53<br><br>12/31/56 | W<br><br>W | 242/413<br><br>268/345 | p/o 4-30 | Madawaska |
| 10 | Laura G. Martin et al. | Fraser Paper Limited | 4/27/59 | W | 277/181 | p/o 4-34 4-33 | Madawaska |
| 11 | Town of Madawaska | Fraser Paper Limited | 12/21/59 | QC | 282/417 | p/o 5-164 | Madawaska |
| 12 | Alfred Picard et al. | Fraser Paper Limited | 12/23/64 | W | 328/189 | p/o 4/88 | Madawaska |
| 13 | Alfreda Picard | Fraser Paper Limited | 6/9/65 | W | 332/503 | p/0 4/88 | Madawaska |
| 14 | Bangor and Aroostook Railroad Company | Fraser Paper Limited | 8/4/66 | W | 345/167 | p/o 4-40 | Madawaska |
| 15 | Raoul E. Chasse, et al. | Fraser Paper Limited | 11/22/68 | W | 366/45 | 4-39 4-41 | Madawaska |
| 16 | Inhabitants of the Municipality of | Fraser Paper Limited | 3/11/71 | Deed | 384/37 | p/o 6-20 6-277 | Madawaska |

365

| Parcel # | Grantor | Grantee | Dated | Instrument | Book/Page | Tax Map-Lot | Town |
|---|---|---|---|---|---|---|---|
| | Madawaska | | | | | | |
| 17 | Jeannette Martin | Fraser Paper Limited | 8/20/73 | W | 405/817 | p/o 4-19A | Madawaska |
| 18 | Jeanne Morneault | Fraser Paper Limited | 5/3/74 | W | 410/353 | p/o 4-53 4/54 | Madawaska |
| 19 | Gertrude Grandmaison | Fraser Paper Limited | 12/27/76 | W | 446/125 | 4-42 4-43 4-44 | Madawaska |
| 20 | Angeline Riguette et al. | Fraser Paper Limited | 5/19/77 | W | 453/349 | 4-45 p/o 4-41 p/o 4-39 4-55A | Madawaska |
| 21 | Leopold Saucier et al. | Fraser Paper Limited | 8/10/77 | W | 461/207 | 4-55 | Madawaska |
| 22 | Erick St. Amand et al. | Fraser Paper Limited | 8/17/78 | W | 486/181 | 3-215 | Madawaska |
| 23 | Annette Bouchard | Fraser Paper Limited | 8/17/78 | W | 486/183 | 3-217 | Madawaska |
| 24 | Doryla Albert | Fraser Paper Limited | 9/8/78 | W | 488/23 | 4-47 4-42 | Madawaska |

366

| Parcel # | Grantor | Grantee | Dated | Instrument | Book/Page | Tax Map-Lot | Town |
|---|---|---|---|---|---|---|---|
| 25 | Reginald Martin et al. | Fraser Paper Limited | 12/28/78 | W | 494/215 | 3-214 | Madawaska |
| 26 | Raoul E. Chasse and Edwidge Chasse | Fraser Paper Limited | 5/31/79 | W | 503/236 | 4-16 | Madawaska |
| 27 | Yvonne R. Cyr | Fraser Paper Limited | 11/8/79 | W | 513/181 | 4-56 | Madawaska |
| 28 | Patrick L. Labbe et al. | Fraser Paper Limited | 7/24/80 | W | 529/317 | 4-87 | Madawaska |
| 29 | Norman Michaud et al. | Fraser Paper Limited | 8/6/80 | W | 530/92 | 3-220A | Madawaska |
| 30 | Roderick Pelletier et al. | Fraser Paper Limited | 1/28/82 | W | 561/284 | 4-59 | Madawaska |
| 31 | Yvette Plourde | Fraser Paper Limited | 3/31/82 | QC | 563/61 | 5-160 | Madawaska |
| 32 | Abel Pelletier et al. | Fraser Paper Limited | 6/2/82 | W | 566/321 | 10-32 | Frenchville |
| 33 | Claude R. Pelletier | Fraser Paper Limited | 6/1/82 | W | 566/332 | 10-33A | Frenchville |
| 34 | Raymond Michaud et al. | Fraser Paper Limited | 6/2/82 | W | 566/335 | 10-31 | Frenchville |
| 35 | Richard Arnold et al. | Fraser Paper Limited | 10/25/83 | W | 608/274 | 29D-15 | Madawaska |

367

| Parcel # | Grantor | Grantee | Dated | Instrument | Book/Page | Tax Map-Lot | Town |
|---|---|---|---|---|---|---|---|
| 36 | Intentionally omitted | | | | | | |
| 37 | Clarence Thibeault et al. | Fraser Paper Limited | 7/9/84 | W | 625/242 | 3-216 | Madawaska |
| 38 | Denis Pelletier et al. | Fraser Paper Limited | 12/14/87 | W | 730/52 | 3-217 | Madawaska |
| 39 | Alcide J. Albert et al. | Fraser Paper Limited | 8/24/89 | W | 784/303 | p/o 4-164 | Madawaska |
| 40 | Farmers Home Administration | Fraser Paper Limited | 8/28/89 | QC | 786/101 | 3-32 | Madawaska |
| 41 | New England Telephone and Telegraph Company | Fraser Paper Limited | 5/23/91 | QC | 838/27 | 4-81 | Madawaska |
| 42 | Bessie Pickard | Fraser Paper Limited | 11/13/92 | W | 888/299 | p/o 4-52 | Madawaska |
| 43 | Intentionally omitted | | | | | | |
| 44 | Michelle Bosse | Fraser Paper Limited | 11/20/92 | QC | 890/109 | 4-59 | Madawaska |
| 45 | Amanda McHenry | Fraser Paper Limited | 10/3/95 | W | 1004/199 | 4-47 | Madawaska |
| 46 | Gertrude McHenry | Fraser Paper Limited | 10/23/95 | W | 1006/167 | 4-46 | Madawaska |

368

| Parcel # | Grantor | Grantee | Dated | Instrument | Book/Page | Tax Map-Lot | Town |
|---|---|---|---|---|---|---|---|
| 47 | Edgar L. Albert et al. | Fraser Paper Limited | 7/1/96 | W | 1035/95 | 4-38 | Madawaska |
| 48 | Michelle Bosse | Fraser Papers Inc. | 10/7/97 | W | 1088/330 | 4-59 | Madawaska |
| 49 | LaVallee Federal Credit Union | Fraser Papers Inc. | 12/4/98 | Bill of Sale | 1143/15 | 4-63 | Madawaska |
| 50 | Maine Public Service Company | Fraser Papers Inc. | 4/8/99 | Bill of Sale | 1164/29 | 4-30 4-40 | Madawaska |
| 51 | Abel Pelletier et al. | Fraser Papers Inc. | 11/18/99 | W | 1192/104 | 10-32B | Frenchville |
| 52 | Joel D. Pelletier et al. | Fraser Papers Inc. | 11/18/99 | W | 1192/106 | 10-32A | Frenchville |
| 53 | Richard Serois et al. | Fraser Papers Inc. | 4/11/00 | Bill of Sale | 1204/186 | 4-74 | Madawaska |
| 54 | Janet L. Cyr et al. | Fraser Papers Inc. | 12/28/00 | W | 1235/33 | p/o 4-52 | Madawaska |
| 55 | Acadia Motors, Inc. | Fraser Papers Inc. | 12/29/00 | W | 1235/45 | 10-30 | Frenchville |
| 56 | Gaetane Leger | Fraser Paper, Ltd. | 3/29/96 | W | 1021/338 | p/o 4-53 p/o 4-54 | Madawaska |
| 57 | Marguerite Cote | Fraser Papers Inc. | 11/18/99 | Surrender of Lease | 1192/108 | 4-75 | Madawaska |

369

| Parcel # | Grantor | Grantee | Dated | Instrument | Book/Page | Tax Map-Lot | Town |
|---|---|---|---|---|---|---|---|
| 58 | Regal McLean | Fraser Papers Inc. | 8/31/2006 | Surrender of Lease | 1515/68 | 4-66 | Madawaska |
| 59 | John S. McInnis | Fraser Papers Inc. | 1/8/04 | Surrender of Lease | 1386/332 | | Madawaska |
| 60 | Reginald Deschaines | Fraser Papers Inc. | 3/3/96 | Surrender of Lease | 1018/155 | | Madawaska |

EXCLUDING and EXCEPTING, however, from the foregoing the following real property conveyed by the Company, together with all appurtenances, fixtures, equipment, rights, rights-of-way, easements, buildings, and structures appertaining thereto, as recorded in the Northern Aroostook County Registry of Deeds:

| | Grantor | Grantee | Recording Information | Date |
|---|---|---|---|---|
| 1 | Fraser Paper Limited | Town of Madawaska | unrecorded | 1/27/47 |
| 2 | Fraser Paper Limited | A.N. McQuarrie | unrecorded | 8/22/69 |
| 3 | Fraser Paper Limited | Roman Catholic Bishop | unrecorded | 12/19/70 |
| 4 | Fraser Paper Limited | Bangor and Aroostook Railroad Company | 129/593 | 11/7/31 |
| 5 | Fraser Paper Limited | Bangor and Aroostook Railroad Company | 137/418 | 9/15/22 |
| 6 | Fraser Paper Limited | Bangor and Aroostook Railroad Company | 148/27 | 6/22/35 |

370

| | Grantor | Grantee | Recording Information | Date |
|---|---|---|---|---|
| 7 | Fraser Paper Limited | Town of Madawaska | 165/67 | 6/15/38 |
| 8 | Fraser Paper Limited | Alphe Ringuette | 203/78 | 11/4/44 |
| 9 | Fraser Paper Limited | Town of Madawaska | 216/473 | 4/6/49 |
| 10 | Fraser Paper Limited | Town of Madawaska | 253/242 | 4/29/55 |
| 11 | Fraser Paper Limited | Isaac Johndro, et al. | 260/160 | 12/6/55 |
| 12 | Fraser Paper Limited | Bangor and Aroostook Railroad Company | 293/396 | 5/19/60 |
| 13 | Fraser Paper Limited | Town of Madawaska | 297/386 | 6/29/61 |
| 14 | Fraser Paper Limited | Maine Public Service Company | 330/566 | 4/27/65 |
| 15 | Fraser Paper Limited | Raymond C. Campbell | 339/109 | 3/23/66 |
| 16 | Fraser Paper Limited | William D. Matheson | 339/114 | 3/22/66 |
| 17 | Fraser Paper Limited | Marshall G. Smith | 339/119 | 3/25/66 |
| 18 | Fraser Paper Limited | Thomas J. Joyce | 339/124 | 3/17/66 |
| 19 | Fraser Paper Limited | Kenneth A. Perkins | 339/129 | 3/16/66 |
| 20 | Fraser Paper Limited | W. David Kerr | 339/145 | 3/17/66 |
| 21 | Fraser Paper Limited | Leslie Mavor, Jr. | 339/219 | 3/18/66 |

371

| | Grantor | Grantee | Recording Information | Date |
|---|---|---|---|---|
| 22 | Fraser Paper Limited | Arthur H. Rand | 339/255 | 3/21/66 |
| 23 | Fraser Paper Limited | J. Allan Crabtree | 339/258 | 3/31/66 |
| 24 | Fraser Paper Limited | Therese Neill | 339/336 | 4/7/66 |
| 25 | Fraser Paper Limited | Elmer R. Hunting, Jr. | 339/379 | 4/14/66 |
| 26 | Fraser Paper Limited | C. Dana McKay | 339/417 | 4/18/66 |
| 27 | Fraser Paper Limited | Donald L. McDermott | 339/459 | 3/29/66 |
| 28 | Fraser Paper Limited | Harry Duthie | 339/61 | 3/18/66 |
| 29 | Fraser Paper Limited | Marion MacDonald | 339/78 | 3/22/66 |
| 30 | Fraser Paper Limited | William V. Emory | 340/203 | 4/15/66 |
| 31 | Fraser Paper Limited | Anthony M. Bellinger | 343/301 | 3/31/66 |
| 32 | Fraser Paper Limited | Albert C. Heckman | 373/541 | 8/1/69 |
| 33 | Fraser Paper Limited | John S. Overbagh | 376/284 | 8/1/69 |
| 34 | Fraser Paper Limited | Lloyd B. Jones | 379/604 | 6/9/70 |
| 35 | Fraser Paper Limited | John A. Young | 381/237 | 8/31/70 |
| 36 | Fraser Paper Limited | Town of Madawaska | 384/189 | 12/18/70 |

372

| | Grantor | Grantee | Recording Information | Date |
|---|---|---|---|---|
| 37 | Fraser Paper Limited | Dr. Emilien R. Morneault | 386/760 | 6/24/71 |
| 38 | Fraser Paper Limited | Dr. A.N. McQuarrie, (a/k/a A.M. McQuarrie) | 386/762 | 6/24/71 |
| 39 | Fraser Paper Limited | Town of Madawaska | 637/304 | 12/12/84 |
| 40 | Fraser Paper Limited | A.N. McQuarrie | 646/267 | 8/22/69 |
| 41 | Fraser Paper Limited | David L. Bishop | 0683/108 | 7/14/86 |
| 42 | Fraser Paper Limited | Russell Staples | 0742/1 | 11/1/87 |
| 43 | Fraser Paper Limited | Norma Dionne | 799/101 | 2/20/90 |
| 44 | Fraser Paper Limited | Jocelyn Nadeau | 826/301 | 12/10/90 |
| 45 | Fraser Paper Limited | New England Telephone and Telegraph Company | 838/24 | 5/28/91 |
| 46 | Fraser Paper Limited | Madawaska Water District | 851/342 | 11/13/91 |
| 47 | Fraser Paper Limited | David Dufour | 851/344 | 11/13/91 |
| 48 | Fraser Paper Limited | Anne P. Ezzy | 851/346 | 11/13/91 |
| 49 | Fraser Paper Limited | Francine St. Pierre | 851/349 | 11/13/91 |
| 50 | Fraser Paper Limited | Daniel P. Ahearne | 852/1 | 11/13/91 |
| 51 | Fraser Paper Limited | Labbe, Melvin J. | 852/10 | 11/13/91 |

373

|    | Grantor | Grantee | Recording Information | Date |
|----|---------|---------|----------------------|------|
| 52 | Fraser Paper Limited | Pelletier, Lorraine | 852/114 | 10/21/91 |
| 53 | Fraser Paper Limited | Nadeau, Jocelyn | 852/12 | 11/13/91 |
| 54 | Fraser Paper Limited | Dow, Cheryl P. | 852/3 | 11/13/91 |
| 55 | Fraser Paper Limited | Fortin, Patrick G. | 852/5 | 11/13/91 |
| 56 | Fraser Paper Limited | Bouchard, Michael M. | 852/8 | 11/13/91 |
| 57 | Fraser Paper Limited | Madawaska Inhabitants | 853/130 | 11/13/91 |
| 58 | Fraser Paper Limited | Thibeault, Jeffrey | 853/133 | 11/13/91 |
| 59 | Fraser Paper Limited | Cyr, Ann R. | 853/138 | 11/13/91 |
| 60 | Fraser Paper Limited | Cyr, Douglas J. | 853/141 | 11/13/91 |
| 61 | Fraser Paper Limited | Picard, Alfreda | 853/143 | 11/13/91 |
| 62 | Fraser Paper Limited | St. Jarre, Cecile | 853/146 | 11/13/91 |
| 63 | Fraser Paper Limited | Pelletier, Donna | 855/252 | 12/04/91 |
| 64 | Fraser Paper Limited | Martin, Berthier | 890/107 | 11/23/92 |
| 65 | Fraser Paper Limited | Bosse, Michele | 890/111 | 11/23/92 |
| 66 | Fraser Paper Limited | Cyr, Eldon J. | 948/98 | 5/6/94 |

374

|    | Grantor | Grantee | Recording Information | Date |
|----|---------|---------|-----------------------|------|
| 67 | Fraser Paper Inc. | Ghislain Dube | 1141/48 | 12/11/98 |
| 68 | Fraser Paper Ltd. | Corey Pelletier | 1432/108 | 1/29/2007 |
| 69 | Fraser Papers Limited | Robert G. Bellefleur, et al. | 1604/258 | 7/8/2008 |

Title reference is hereby made to a Quitclaim Deed without Covenant from Fraser Papers Inc. to Antonio Levesque & Sons, Inc., dated June 27, 2004 and recorded in the Aroostook County Registry of Deeds (Northern District) in Book 1407, Page 1. Antonio Levesque & Sons, Inc. changed its name to Fraser Papers Limited on July 1, 2004 as evidenced by Articles of Amendment recorded on July 12, 2004 in the Aroostook County Registry of Deeds (Northern District) in Book 1408, Page 53.

375

**SCHEDULE "F"**

**CLAIMS IN RESPECT OF NEW BRUNSWICK REAL PROPERTY**

The Claims and Encumbrances relating to the New Brunswick Real Property, except for such Claims and Encumbrances set out in Schedule "I" attached hereto, including , without limitation, the following:

**PID 35147305**

1.    Instrument No. 25734386 dated 2008-06-16 and registered on 2008-06-24, being a Debenture in favour of Business New Brunswick *(principal sum of $40M)*.

2.    Instrument No. 25744518 dated 2008-06-16 and registered on 2008-06-25, being a Collateral Mortgage in favour of Brookfield Asset Management Inc. *(collateral to Guarantee dated April 2, 2008 and Fee Letter dated April 3, 2008)*.

3.    Instrument No. 25794877 dated 2008-06-24 and registered on 2008-07-03, being a Notice of Security Interest in favour of Business New Brunswick *(sawmill & wood producing machinery and equipment)*.

4.    Instrument No. 26430737 dated 2008-11-03 and registered on 2008-11-06, being a Collateral Mortgage in favour of Brookfield Asset Management Inc. *(collateral to all obligations of the mortgagor to the mortgagee, limited to $1M USD)*.

5.    Instrument No. 27398214 dated  2009-07-07 and registered on 2009-07-08, being a Claim for Lien in favour of Technico Inc. (claim for $7,891.36 –related to non-destructive testing, quality assessing and quality control, and heat treatment (stress relieving), all of which work was done, services performed and materials furnished to be used in connection with the inspection of the Madawaska Steam Line on the land, the last of such work having been done, services performed and materials having been furnished on or before June 10, 2009).

6.    Instrument No. 27424838 dated   2009-07-07 and registered on 2009-07-13, being a Claim for Lien in favour of Source Atlantic, A Division of Universal Sales Limited *(claim for $25,304.87 plus interest and costs – related to provision of valves, steam traps, rubber hose, slings and various fittings for the renovation of the pulp plant located on the land, materials being furnished at the request of the contractor FPS Canada  Inc. and of the owner Fraser Papers Inc. on or before March 26, 2009)*.

7.    Instrument No. 27511642 dated 2009-07-28 and registered on 2009-07-29, being a Claim for Lien in favour of Source Atlantic Limited *(claim for $25,308.87 plus interest and costs - related to provision of valves, steam traps, rubber hose, slings and various fittings for the renovation of the pulp plant located on the land, materials being furnished at the request of the contractor FPS Canada  Inc. and of the owner Fraser Papers Inc. on or before March 26, 2009)*.

**PID 35330216**

1.    Instrument No. 25734386 dated 2008-06-16 and registered on 2008-06-24, being a Debenture in favour of Business New Brunswick  *(principal sum of $40M)*.

2.    Instrument No. 25744518 dated 2008-06-16 and registered on 2008-06-25, being a Collateral Mortgage in favour of Brookfield Asset Management Inc.  *(collateral to Guarantee dated April 2, 2008 and Fee Letter dated April 3, 2008)*.

376

3.    Instrument No. 25794877 dated 2008-06-24 and registered on 2008-07-03, being a Notice of Security Interest in favour of Business New Brunswick. *(sawmill & wood producing machinery and equipment)*.

4.    Instrument No. 26430737 dated 2008-11-03 and registered on 2008-11-06, being a Collateral Mortgage in favour of Brookfield Asset Management Inc. *(collateral to all obligations of the mortgagor to the mortgagee, limited to $1M USD)*.

### PID 35330604

1.    Instrument No. 25734386 dated 2008-06-16 and registered on 2008-06-24, being a Debenture in favour of Business New Brunswick *(principal sum of $40M)*.

2.    Instrument No. 25744518 dated 2008-06-16 and registered on 2008-06-25, being a Collateral Mortgage in favour of Brookfield Asset Management Inc. *(collateral to Guarantee dated April 2, 2008 and Fee Letter dated April 3, 2008)*.

3.    Instrument No. 25794877 dated 2008-06-24 and registered on 2008-07-03, being a Notice of Security Interest in favour of Business New Brunswick. *(sawmill & wood producing machinery and equipment)*.

4.    Instrument No. 26430737 dated 2008-11-03 and registered on 2008-11-06, being a Collateral Mortgage in favour of Brookfield Asset Management Inc. *(collateral to all obligations of the mortgagor to the mortgagee, limited to $1M USD)*.

### PID 35194497

1.    Instrument No. 25734386 dated 2008-06-16 and registered on 2008-06-24, being a Debenture in favour of Business New Brunswick *(principal sum of $40M)*.

2.    Instrument No. 25744518 dated 2008-06-16 and registered on 2008-06-25, being a Collateral Mortgage in favour of Brookfield Asset Management Inc. *(collateral to Guarantee dated April 2, 2008 and Fee Letter dated April 3, 2008)*

3.    Instrument No. 25794877 dated 2008-06-24 and registered on 2008-07-03, being a Notice of Security Interest in favour of Business New Brunswick. *(sawmill & wood producing machinery and equipment)*.

4.    Instrument No. 26430737 dated 2008-11-03 and registered on 2008-11-06, being a Collateral Mortgage in favour of Brookfield Asset Management Inc. *(collateral to all obligations of the mortgagor to the mortgagee, limited to $1M USD)*

### PID 35194489

1.    Instrument No. 25734386 dated 2008-06-16 and registered on 2008-06-24, being a Debenture in favour of Business New Brunswick *(principal sum of $40M)*.

2.    Instrument No. 25744518 dated 2008-06-16 and registered on 2008-06-25, being a Collateral Mortgage in favour of Brookfield Asset Management Inc. *(collateral to Guarantee dated April 2, 2008 and Fee Letter dated April 3, 2008)*.

3.    Instrument No. 25794877 dated 2008-06-24 and registered on 2008-07-03, being a Notice of Security Interest in favour of Business New Brunswick *(sawmill & wood producing machinery and equipment)*.

377

4.    Instrument No. 26430737 dated 2008-11-03 and registered on 2008-11-06, being a Collateral
Mortgage in favour of Brookfield Asset Management Inc. *(collateral to all obligations of the
mortgagor to the mortgagee, limited to $1M USD)*.

**PID 35194505**

1.    Instrument No. 25734386 dated 2008-06-16 and registered on 2008-06-24, being a Debenture in
favour of Business New Brunswick *(principal sum of $40M)*.

2.    Instrument No. 25744518 dated 2008-06-16 and registered on 2008-06-25, being a Collateral
Mortgage in favour of Brookfield Asset Management Inc. *(collateral to Guarantee dated April 2,
2008 and Fee Letter dated April 3, 2008)*.

3.    Instrument No. 25794877 dated 2008-06-24 and registered on 2008-07-03, being a Notice of
Security Interest in favour of Business New Brunswick. *(sawmill & wood producing machinery and
equipment)*.

4.    Instrument No. 26430737 dated 2008-11-03 and registered on 2008-11-06, being a Collateral
Mortgage in favour of Brookfield Asset Management Inc. *(collateral to all obligations of the
mortgagor to the mortgagee, limited to $1M USD)*.

**PID 35064930**

1.    Instrument No. 25734386 dated 2008-06-16 and registered on 2008-06-24, being a Debenture in
favour of Business New Brunswick *(principal sum of $40M)*.

2.    Instrument No. 25744518 dated 2008-06-16 and registered on 2008-06-25, being a Collateral
Mortgage in favour of Brookfield Asset Management Inc. *(collateral to Guarantee dated April 2,
2008 and Fee Letter dated April 3, 2008)*.

3.    Instrument No. 25794877 dated 2008-06-24 and registered on 2008-07-03, being a Notice of
Security Interest in favour of Business New Brunswick. *(sawmill & wood producing machinery and
equipment)*.

4.    Instrument No. 26430737 dated 2008-11-03 and registered on 2008-11-06, being a Collateral
Mortgage in favour of Brookfield Asset Management Inc. *(collateral to all obligations of the
mortgagor to the mortgagee, limited to $1M USD)*.

**PID 35194513**

1.    Instrument No. 25734386 dated 2008-06-16 and registered on 2008-06-24, being a Debenture in
favour of Business New Brunswick *(principal sum of $40M)*.

2.    Instrument No. 25744518 dated 2008-06-16 and registered on 2008-06-25, being a Collateral
Mortgage in favour of Brookfield Asset Management Inc. *(collateral to Guarantee dated April 2,
2008 and Fee Letter dated April 3, 2008)*.

3.    Instrument No. 25794877 dated 2008-06-24 and registered on 2008-07-03, being a Notice of
Security Interest in favour of Business New Brunswick. *(sawmill & wood producing machinery and
equipment)*.

4.    Instrument No. 26430737 dated 2008-11-03 and registered on 2008-11-06, being a Collateral
Mortgage in favour of Brookfield Asset Management Inc. *(collateral to all obligations of the
mortgagor to the mortgagee, limited to $1M USD)*.

378

### PID 35194521

1.  Instrument No. 25734386 dated 2008-06-16 and registered on 2008-06-24, being a Debenture in favour of Business New Brunswick *(principal sum of $40M)*.

2.  Instrument No. 25744518 dated 2008-06-16 and registered on 2008-06-25, being a Collateral Mortgage in favour of Brookfield Asset Management Inc. *(collateral to Guarantee dated April 2, 2008 and Fee Letter dated April 3, 2008)*.

3.  Instrument No. 25794877 dated 2008-06-24 and registered on 2008-07-03, being a Notice of Security Interest in favour of Business New Brunswick. *(sawmill & wood producing machinery and equipment)*.

4.  Instrument No. 26430737 dated 2008-11-03 and registered on 2008-11-06, being a Collateral Mortgage in favour of Brookfield Asset Management Inc. *(collateral to all obligations of the mortgagor to the mortgagee, limited to $1M USD)*.

### PID 35194539

1.  Instrument No. 25734386 dated 2008-06-16 and registered on 2008-06-24, being a Debenture in favour of Business New Brunswick *(principal sum of $40M)*.

2.  Instrument No. 25744518 dated 2008-06-16 and registered on 2008-06-25, being a Collateral Mortgage in favour of Brookfield Asset Management Inc. *(collateral to Guarantee dated April 2, 2008 and Fee Letter dated April 3, 2008)*.

3.  Instrument No. 25794877 dated 2008-06-24 and registered on 2008-07-03, being a Notice of Security Interest in favour of Business New Brunswick. *(sawmill & wood producing machinery and equipment)*.

4.  Instrument No. 26430737 dated  2008-11-03 and registered on 2008-11-06, being a Collateral Mortgage in favour of Brookfield Asset Management Inc. *(collateral to all obligations of the mortgagor to the mortgagee, limited to $1M USD)*.

### PID 35198613

1.  Instrument No. 25734386 dated 2008-06-16 and registered on 2008-06-24, being a Debenture in favour of Business New Brunswick *(principal sum of $40M)*.

2.  Instrument No. 25744518 dated 2008-06-16 and registered on 2008-06-25, being a Collateral Mortgage in favour of Brookfield Asset Management Inc. *(collateral to Guarantee dated April 2, 2008 and Fee Letter dated April 3, 2008)*.

3.  Instrument No. 25794877 dated 2008-06-24 and registered on 2008-07-03, being a Notice of Security Interest in favour of Business New Brunswick. *(sawmill & wood producing machinery and equipment)*.

4.  Instrument No. 26430737 dated 2008-11-03 and registered on 2008-11-06, being a Collateral Mortgage in favour of Brookfield Asset Management Inc. *(collateral to all obligations of the mortgagor to the mortgagee, limited to $1M USD)*.

### PID 35198589

1.  Instrument No. 25734386 dated 2008-06-16 and registered on 2008-06-24, being a Debenture in favour of Business New Brunswick *(principal sum of $40M)*.

379

2.    Instrument No. 25744518 dated 2008-06-16 and registered on 2008-06-25, being a Collateral Mortgage in favour of Brookfield Asset Management Inc. *(collateral to Guarantee dated April 2, 2008 and Fee Letter dated April 3, 2008).*

3.    Instrument No. 25794877 dated 2008-06-24 and registered on 2008-07-03, being a Notice of Security Interest in favour of Business New Brunswick.

4.    Instrument No. 26430737 dated 2008-11-03 and registered on 2008-11-06, being a Collateral Mortgage in favour of Brookfield Asset Management Inc. *(collateral to all obligations of the mortgagor to the mortgagee, limited to $1M USD).*

### PID 35198571

1.    Instrument No. 25734386 dated 2008-06-16 and registered on 2008-06-24, being a Debenture in favour of Business New Brunswick *(principal sum of $40M).*

2.    Instrument No. 25744518 dated 2008-06-16 and registered on 2008-06-25, being a Collateral Mortgage in favour of Brookfield Asset Management Inc. *(collateral to Guarantee dated April 2, 2008 and Fee Letter dated April 3, 2008).*

3.    Instrument No. 25794877 dated 2008-06-24 and registered on 2008-07-03, being a Notice of Security Interest in favour of Business New Brunswick.

4.    Instrument No. 26430737 dated 2008-11-03 and registered on 2008-11-06, being a Collateral Mortgage in favour of Brookfield Asset Management Inc. *(collateral to all obligations of the mortgagor to the mortgagee, limited to $1M USD).*

### PID 35198597

1.    Instrument No. 25734386 dated 2008-06-16 and registered on 2008-06-24, being a Debenture in favour of Business New Brunswick *(principal sum of $40M).*

2.    Instrument No. 25744518 dated 2008-06-16 and registered on 2008-06-25, being a Collateral Mortgage in favour of Brookfield Asset Management Inc. *(collateral to Guarantee dated April 2, 2008 and Fee Letter dated April 3, 200).*

3.    Instrument No. 25794877 dated 2008-06-24 and registered on 2008-07-03, being a Notice of Security Interest in favour of Business New Brunswick *(sawmill & wood producing machinery and equipment).*

4.    Instrument No. 26430737 dated 2008-11-03 and registered on 2008-11-06, being a Collateral Mortgage in favour of Brookfield Asset Management Inc. *(collateral to all obligations of the mortgagor to the mortgagee, limited to $1M USD).*

### PID 35198605

1.    Instrument No. 25734386 dated 2008-06-16 and registered on 2008-06-24, being a Debenture in favour of Business New Brunswick *(principal sum of $40M).*

2.    Instrument No. 25744518 dated 2008-06-16 and registered on 2008-06-25, being a Collateral Mortgage in favour of Brookfield Asset Management Inc. *(collateral to Guarantee dated April 2, 2008 and Fee Letter dated April 3, 2008).*

380

3.    **Instrument No. 25794877** dated 2008-06-24 and registered on 2008-07-03, being a Notice of Security Interest in favour of Business New Brunswick. . *(sawmill & wood producing machinery and equipment).*

4.    **Instrument No. 26430737** dated 2008-11-03 and registered on 2008-11-06, being a Collateral Mortgage in favour of Brookfield Asset Management Inc. *(collateral to all obligations of the mortgagor to the mortgagee, limited to $1M USD).*

### PID 10004885

1.    **Instrument No. 25713414** dated 2008-06-16 and registered on 2008-06-19, being a Debenture in favour of Her Majesty the Queen in Right of the Province of New Brunswick (Business New Brunswick) *(principal sum of $40M).*

2.    **Instrument No. 25744880** dated 2008-06-16 and registered on 2008-06-25, being a Collateral Mortgage in favour of Brookfield Asset Management Inc. *(collateral to Guarantee dated April 2, 2008 and Fee Letter dated April 3, 2008).*

3.    **Instrument No. 25793002** dated 2008-06-24 and registered on 2008-07-03, being a Notice of Security Interest in favour of Her Majesty the Queen in Right of the Province of New Brunswick (Business New Brunswick) *(sawmill & wood producing machinery and equipment).*

4.    **Instrument No. 26427477** dated 2008-11-03 and registered on 2008-11-06, being a Collateral Mortgage in favour of Brookfield Asset Management Inc. *(collateral to all obligations of the mortgagor to the mortgagee, limited to $1M USD).*

### PID 10001600

1.    **Instrument No. 25713414** dated 2008-06-16 and registered on 2008-06-19, being a Debenture in favour of Her Majesty the Queen in Right of the Province of New Brunswick (Business New Brunswick) *(principal sum of $40M).*

2.    **Instrument No. 25744880** dated 2008-06-16 and registered on 2008-06-25, being a Collateral Mortgage in favour of Brookfield Asset Management Inc. *(collateral to Guarantee dated April 2, 2008 and Fee Letter dated April 3, 2008).*

3.    **Instrument No. 25793002** dated 2008-06-24 and registered on 2008-07-03, being a Notice of Security Interest in favour of Her Majesty the Queen in Right of the Province of New Brunswick (Business New Brunswick) *(sawmill & wood producing machinery and equipment).*

4.    **Instrument No. 26427477** dated 2008-11-03 and registered on 2008-11-06, being a Collateral Mortgage in favour of Brookfield Asset Management Inc. *(collateral to all obligations of the mortgagor to the mortgagee, limited to $1M USD).*

### PID 65203549

1.    **Instrument No. 25714032** dated 2008-06-16 and registered on 2008-06-19, being a Debenture in favour of Her Majesty the Queen in Right of the Province of New Brunswick (Business New Brunswick) *(principal sum of $40M).*

2.    **Instrument No. 25746042** dated 2008-06-16 and registered on 2008-06-25, being a Collateral Mortgage in favour of Brookfield Asset Management Inc. *(collateral to Guarantee dated April 2, 2008 and Fee Letter dated April 3, 2008).*

381

3.  Instrument No. 25791501 dated 2008-06-24 and registered on 2008-07-03, being a Notice of Security Interest in favour of Her Majesty the Queen in Right of the Province of New Brunswick (Business New Brunswick) *(sawmill & wood producing machinery and equipment).*

4.  Instrument No. 26429630 dated 2008-11-03 and registered on 2008-11-06, being a Collateral Mortgage in favour of Brookfield Asset Management Inc. *(collateral to all obligations of the mortgagor to the mortgagee, limited to $1M USD).*

5.  Instrument No. 27450965 dated 2009-07-13 and registered on 2009-07-17, being a Claim for Lien in favour of Ocean Steel & Construction Ltd. *(claim for $40,009.85-related to supply of steel products in the construction on the lands  the last of such materials having been supplied on or before June 15, 2009).*

6.  Instrument No. 27920826 dated 2009-10-19 and registered on 2009-10-21, being a Claim for Lien in favour of C-B Energy Recovery, a division of Cleaver-Brooks Inc. *(claim for $235,112.50 USD-in respect of materials and services, ie One watertube steam generator and accessories, which materials and services were furnished at the request of KMW Energy, Inc. and at the request of Fraser Papers Inc. on or before the 21st day of August, 2009).*

7.  Instrument No. 27941187 dated 2009-10-21 and registered on 2009-10-23, being a Claim for Lien in favour of RHI Canada Inc. (claim for $740,973.68 together with interest- in respect of labor, materials and service provided, ie supplying and installing a refractory, including scaffolding and welding and related services and materials furnished, which materials and services were furnished at the request of KMW Energy, Inc. and at the request of Fraser Papers Inc. on or after September 25, 2009).

8.  Instrument No. 27941260 dated 2009-10-21 and registered on 2009-10-23, being a Claim for Lien in favour of 381572 Ontario Limited, doing business as Manufacturing Company *(claim for $19,524.38 USD- in respect of materials and service provided, ie One Fuel Reclaim Conveyor and One Drive Base and Drive Assembly, which materials and services were furnished at the request of KMW Energy, Inc. on or before August 25, 2009).*

9.  Instrument No. 27978007 dated 2009-10-09 and registered on 2009-10-30, being a Claim for Lien in favour of Gagnon Ornamental  Works Ltd. *(claim for $17,387.31 plus interest thereon- in respect of materials and service provided, ie supply and delivery of various items required for the installation of a KMW Energy Biomass Boiler System (including platforms, per purchase order No 602287), which materials and services were furnished at the request of KMW Energy, Inc. , contractor and Fraser Papers Inc., owner, the last of which materials were furnished on the 1st day of September, 2009).*

10. Instrument No. 27978015 dated 2009-10-30 and registered on 2009-10-30, being a Claim for Lien in favour of Gagnon Ornamental  Works Ltd. *(claim for $3,820.53 plus interest thereon- in respect of materials and service provided, ie supply and delivery of various items required for the installation of a KMW Energy Biomass Boiler System (including supports for flue gas ducting, per purchase order No 602286), which materials and services were furnished at the request of KMW Energy, Inc. , contractor and Fraser Papers Inc., owner, the last of which materials were furnished on the 1st day of September, 2009).*

11. Instrument No. 27978023 dated 2009-10-30 and registered on 2009-10-30, being a Claim for Lien in favour of Gagnon Ornamental  Works Ltd. *(claim for $23,984.25 plus interest thereon- in respect of materials and service provided, ie supply and delivery of various items required for the installation of a KMW Energy Biomass Boiler System (including platforms and 12 pieces of serrated 3'x 24'19-4 1 and ¼ grating, per purchase order No 602288), which materials and services were furnished at the request of KMW Energy, Inc. , contractor and Fraser Papers Inc., owner, the last of which materials were furnished on the 1st day of September, 2009).*

382

12.    **Instrument No. 27978031** dated  2009-10-30 and registered on 2009-10-30, being a Claim for Lien in favour of Gagnon Ornamental  Works Ltd. *(claim for $1,498.38 plus interest thereon- in respect of materials and service provided, ie supply and delivery of various items required for the installation of a KMW Energy Biomass Boiler System (including sootblower support steel,  per purchase order No 602285), which materials and services were furnished at the request of KMW Energy, Inc. , contractor and Fraser Papers Inc., owner, the last of which materials were furnished on the 1ˢᵗ day of September, 2009).*

13.    **Instrument No. 27978049** dated 2009-10-30 and registered on 2009-10-30, being a Claim for Lien in favour of Gagnon Ornamental  Works Ltd. *(claim for $1,947.79  plus interest thereon- in respect of materials and service provided, ie supply and delivery of various items required for the installation of a KMW Energy Biomass Boiler System (including three secondary air fans and the addition of anchors and a frame for a refractor on a boiler door, per purchase order No 602266), which materials and services were furnished at the request of KMW Energy, Inc. , contractor and Fraser Papers Inc., owner, the last of which materials were furnished on the 1ˢᵗ day of September, 2009).*

14.    **Instrument No. 28263508** dated 2010-01-13and registered on 2010-01-14, being a Certificate of Pending Litigation and relating to Court File Number W/C/1/10 in the judicial district of Woodstock, Cleaver-Brooks Inc., plaintiff, vs. KMW Energy Inc. and Fraser Papers Inc./Papiers Fraser Inc., defendants.

15.    **Instrument No. 28277466** dated 2010-01-11 and registered on 2010-01-18, being a Certificate of Pending Litigation  and relating to Court File Number W/C/2/10 in the judicial district of Woodstock, RHI Canada Inc., plaintiff, vs. KMW Energy Inc. and Fraser Papers Inc./Papiers Fraser Inc., defendants.

16.    **Instrument No. 28315209** dated 2010-01-25 and registered on 2010-01-28, being a Certificate of Pending Litigation and relating to Court File Number W/C/9/10 in the judicial district of Woodstock, Gagnon Ornamental Works Ltd., plaintiff, vs. KMW Energy Inc. and Fraser Papers Inc., defendants.

383

## SCHEDULE "G"

### CLAIMS IN RESPECT OF MAINE REAL PROPERTY

The Claims and Encumbrances in respect of the Maine Real Property, except for such Claims and Encumbrances set out in Schedule "I" attached hereto, including , without limitation, the following:

1.    Mortgage Deed, Security Agreement and Financing Statement from Fraser Papers Limited to Brookfield Asset Management Inc., in the original principal amount of $27,000,000, dated June 19, 2008 and recorded in Book 1601, Page 345; as affected by First Amendment to Mortgage Deed, Security Agreement and Financing Statement, which increased the maximum principal amount to $108,000,000, dated November 3, 2008 and recorded in Book 1619, Page 325.

2.    Notice of Lien Claim filed by Sullivan and Merritt Constructors, Inc., against Fraser Papers Limited and/or Fraser Papers Inc., on Tax Map 4, Lots 30 and 40, in the amount of $49,529.12, plus costs and interest, for work done "on or after" June 18, 2009, said lien is dated September 8, 2009, and recorded on September 9, 2009, in Book 1654, Page 260.

3.    Clerk's Certificate Concerning Mechanic's Lien Claim, Aroostook County Superior Court Civil Action Docket No. CORSC (?) – RE-09-36, by and between Stantec Consulting Ltd., Plaintiff and Fraser Papers Limited, Defendant, and Brookfield Asset Management, Inc. and Sullivan and Merritt Constructors, Inc. as Parties-in-Interest, encumbering Tax Map 4, Lots 30 and 40, and recorded on November 23, 2009, in Book 1661, page 336.

384

## SCHEDULE "H"

### CLAIMS TO BE DISCHARGED

**I.    REGISTRATIONS UNDER THE *PERSONAL PROPERTY SECURITY ACT* (NEW BRUNSWICK)**

| Debtor(s) | Secured Party(ies) | Registration No./Date of Registration | Expiry Date Renewal | Collateral Description | Comments |
|---|---|---|---|---|---|
| FPS CANADA INC. 1 TORONTO STREET, SUITE 600 TORONTO, ON M5C 2W4 Canada | CIT BUSINESS CREDIT CANADA INC. 207 QUEENS QUAY, SUITE 700 TORONTO ON M5J 1A7 Canada | 11229507 2004/07/14 | 2009/07/14 Renewed by registration no. 16115305 until 2014/07/14 | ALL PRESENT AND AFTER-ACQUIRED "ACCOUNTS", "INVENTORY", "DOCUMENTS OF TITLE" AND "OTHER COLLATERAL". IN THIS REGISTRATION: "ACCOUNTS" MEANS ALL OF THE DEBTORS' NOW EXISTING AND FUTURE: (A) ACCOUNTS (AS DEFINED IN THE PPSA), AND ANY AND ALL OTHER RECEIVABLES, INCLUDING ALL ACCOUNTS CREATED BY, OR ARISING FROM, ALL OF THE DEBTOR'S SALES, LEASES, LOANS, RENTALS OF GOODS OR RENDITIONS OF SERVICES TO ITS CUSTOMERS, INCLUDING BUT NOT LIMITED TO, THOSE ACCOUNTS ARISING UNDER ANY OF SUCH DEBTOR'S TRADE NAMES OR STYLES, OR THROUGH ANY OF SUCH DEBTOR'S DIVISIONS; (B) ANY AND ALL INSTRUMENTS, DOCUMENTS, CHATTEL PAPER (INCLUDING ELECTRONIC CHATTEL PAPER) (ALL AS DEFINED IN THE PPSA, IF DEFINED THEREIN); (C) UNPAID SELLER'S OR LESSOR'S RIGHTS (INCLUDING RESCISSION, REPLEVIN, RECLAMATION, REPOSSESSION AND STOPPAGE IN TRANSIT) RELATING TO THE | Secured party amended by registration no. 16115263: "CIT BUSINESS CREDIT CANADA INC., AS AGENT 207 QUEENS QUAY, SUITE 700 TORONTO ON M5J 1A7 Canada" |

385

| Debtor(s) | Secured Party(ies) | Registration No./Date of Registration | Expiry Date Renewal | Collateral Description | Comments |
|---|---|---|---|---|---|
| | | | | FOREGOING OR ARISING THEREFROM; (D) RIGHTS TO ANY GOODS REPRESENTED BY ANY OF THE FOREGOING, INCLUDING RIGHTS TO RETURNED, RECLAIMED OR REPOSSESSED GOODS; (E) RESERVES AND CREDIT BALANCES ARISING IN CONNECTION WITH OR PURSUANT HERETO; (F) GUARANTEES, SUPPORTING OBLIGATIONS, PAYMENT INTANGIBLES AND LETTER OF CREDIT RIGHTS (ALL AS DEFINED IN THE PPSA, IF DEFINED THEREIN); (G) INSURANCE POLICIES OR RIGHTS RELATING TO ANY OF THE FOREGOING; (H) GENERAL INTANGIBLES PERTAINING TO ANY AND ALL OF THE FOREGOING (INCLUDING ALL RIGHTS TO PAYMENT, INCLUDING THOSE ARISING IN CONNECTION WITH BANK AND NON-BANK CREDIT CARDS), AND INCLUDING BOOKS AND RECORDS AND ANY ELECTRONIC MEDIA AND SOFTWARE THERETO; (I) NOTES, DEPOSITS OR PROPERTY OF BORROWERS OR OTHER ACCOUNT DEBTORS SECURING THE OBLIGATIONS OF ANY SUCH BORROWERS OR OTHER ACCOUNT DEBTORS TO THE DEBTOR; AND (J) CASH AND NON-CASH PROCEEDS (AS DEFINED IN THE PPSA) OF ANY | |

386

| Debtor(s) | Secured Party(ies) | Registration No./Date of Registration | Expiry Date Renewal | Collateral Description | Comments |
|-----------|--------------------|--------------------------------------|---------------------|-----------------------|----------|
| | | | | AND ALL OF THE FOREGOING; "INVENTORY" MEANS ALL OF THE DEBTOR'S PRESENT AND HEREAFTER ACQUIRED INVENTORY (AS DEFINED IN THE PPSA) AND INCLUDING ALL MERCHANDISE, INVENTORY AND GOODS, AND ALL ADDITIONS, SUBSTITUTIONS, AND REPLACEMENTS THEREOF, WHEREVER LOCATED, TOGETHER WITH ALL GOODS AND MATERIALS USED OR USABLE IN MANUFACTURING PROCESSING, PACKAGING OR SHIPPING SAME IN ALL STAGES OF PRODUCTION FROM RAW MATERIALS THROUGH WORK-IN-PROCESS TO FINISHED GOODS, AND ALL "STORES" INVENTORY OR "OPERATING AND MAINTENANCE SUPPLIES" INVENTORY, AND ALL PROCEEDS OF ANY THEREOF (OF WHATEVER SORT); "DOCUMENTS OF TITLE" MEANS ALL PRESENT AND FUTURE DOCUMENTS OF TITLE (AS DEFINED IN THE PPSA) OF THE DEBTOR, AND ANY AND ALL WAREHOUSE RECEIPTS, BILLS OF LADING, SHIPPING DOCUMENTS, CHATTEL PAPER, INSTRUMENTS AND SIMILAR DOCUMENTS, IN EACH CASE IN RESPECT OF INVENTORY, ALL WHETHER NEGOTIABLE OR NOT, AND ALL CASH AND NON-CASH PROCEEDS OF THE | |

387

| Debtor(s) | Secured Party(ies) | Registration No./Date of Registration | Expiry Date Renewal | Collateral Description | Comments |
|---|---|---|---|---|---|
| | | | | FOREGOING; AND "OTHER COLLATERAL" MEANS ALL OF THE DEBTOR'S NOW OWNED AND HEREAFTER ACQUIRED LOCKBOX, BLOCKED ACCOUNT AND ANY OTHER DEPOSIT ACCOUNTS MAINTAINED WITH ANY BANK OR FINANCIAL INSTITUTIONS INTO WHICH THE PROCEEDS OF ACCOUNTS, INVENTORY, DOCUMENTS OF TITLE ARE OR MAY BE DEPOSITED; ALL CASH AND OTHER MONIES AND PROPERTY OF THE DEBTOR IN THE POSSESSION OR CONTROL OF THE SECURED PARTY; ALL BOOKS, RECORDS, LEDGER CARDS, DISKS AND RELATED DATA PROCESSING SOFTWARE AT ANY TIME EVIDENCING OR CONTAINING INFORMATION RELATING TO ANY OF THE ACCOUNTS, INVENTORY, DOCUMENTS OF TITLE AND OTHER COLLATERAL OR IS OTHERWISE NECESSARY IN THE COLLECTION THEREOF OR REALIZATION THEREON; AND ALL CASH AND NON-CASH PROCEEDS OF THE FOREGOING. "PPSA" MEANS THE PERSONAL PROPERTY SECURITY ACT (NEW BRUNSWICK). | |

388

| Debtor(s) | Secured Party(ies) | Registration No./Date of Registration | Expiry Date Renewal | Collateral Description | Comments |
|---|---|---|---|---|---|
| FPS CANADA INC. 31 RENOUS RD PLASTER ROCK NB  E7G 4B5 CANADA | CIT FINANCIAL LTD. 5035 SOUTH SERVICE ROAD BURLINGTON ON  L7R 4C8 CANADA | 12647665  2005/08/24 | 2010/08/24 | MOTOROLA MOBILE RADIOS, TOGETHER WITH ALL ACCESSIONS, ATTACHMENTS, ACCESSORIES AND PROCEEDS IN ANY FORM INCLUDING GOODS, DOCUMENTS OF TITLE, CHATTEL PAPER, SECURITIES, INSTRUMENTS, MONEY OR INTANGIBLES. | |
| FPS Canada Inc. 181 Bay Street Suite 200 Brookfield Place Toronto, ON M5J 2T3 Canada | Brookfield Asset Management Inc. 181 Bay Street Suite 300 Brookfield Place Toronto, ON M5J 2T3 Canada | 16015984  2008/04/04 | 2013/04/04 | ALL THE DEBTORS' PRESENT AND AFTER ACQUIRED PERSONAL PROPERTY INCLUDING, WITHOUT LIMITATION, ALL GOODS (INCLUDING ALL PARTS, EQUIPMENT, INVENTORY, ACCESSORIES, ATTACHMENTS, SPECIAL TOOLS, ADDITIONS AND ACCESSIONS THERETO), CHATTEL PAPER, DOCUMENTS OF TITLE (WHETHER NEGOTIABLE OR NOT), INSTRUMENTS, BOOKS AND RECORDS, RECEIVABLES, INTANGIBLES, MONEY AND SECURITIES NOW OWNED OR HEREAFTER OWNED OR ACQUIRED BY OR ON BEHALF OF THE DEBTOR AND ALL PROCEEDS AND RENEWALS THEREOF, ACCRETIONS THERETO AND SUBSTITUTIONS THEREFOR. | |
| FPS CANADA INC. 181 Bay Street, Suite 200 Toronto ON M5J 2T3 Canada | CIT BUSINESS CREDIT CANADA INC. 207 Queen's Quay, Suite 700 Toronto ON M5J 1A7 Canada | 18033431  2009/10/06 | 2014/10/06 | A SECURITY INTEREST IS TAKEN IN ALL OF THE DEBTOR'S PRESENT AND AFTER-ACQUIRED PERSONAL PROEPRTY. | |

389

| Debtor(s) | Secured Party(ies) | Registration No./Date of Registration | Expiry Date Renewal | Collateral Description | Comments |
|---|---|---|---|---|---|
| FRASER N.H. LLC 1 TORONTO STREET, SUITE 600 TORONTO ON M5C 2W4 Canada | CIT BUSINESS CREDIT CANADA INC. 207 QUEEN'S QUAY, SUITE 700 TORONTO ON M5J 1A7 Canada | 11229614 2004/07/14 | 2009/07/14 Renewed by registration no. 16114431 until 2014/07/14 | ALL PRESENT AND AFTER-ACQUIRED "ACCOUNTS", "INVENTORY", "DOCUMENTS OF TITLE" AND "OTHER COLLATERAL". IN THIS REGISTRATION: "ACCOUNTS" MEANS ALL OF THE DEBTORS' NOW EXISTING AND FUTURE: (A) ACCOUNTS (AS DEFINED IN THE PPSA), AND ANY AND ALL OTHER RECEIVABLES, INCLUDING ALL ACCOUNTS CREATED BY, OR ARISING FROM, ALL OF THE DEBTOR'S SALES, LEASES, LOANS, RENTALS OF GOODS OR RENDITIONS OF SERVICES TO ITS CUSTOMERS, INCLUDING BUT NOT LIMITED TO, THOSE ACCOUNTS ARISING UNDER ANY OF SUCH DEBTOR'S TRADE NAMES OR STYLES, OR THROUGH ANY OF SUCH DEBTOR'S DIVISIONS; (B) ANY AND ALL INSTRUMENTS, DOCUMENTS, CHATTEL PAPER (INCLUDING ELECTRONIC CHATTEL PAPER) (ALL AS DEFINED IN THE PPSA, IF DEFINED THEREIN); (C) UNPAID SELLER'S OR LESSOR'S RIGHTS (INCLUDING RESCISSION, REPLEVIN, RECLAMATION, REPOSSESSION AND STOPPAGE IN TRANSIT) RELATING TO THE FOREGOING OR ARISING THEREFROM; (D) RIGHTS TO ANY GOODS REPRESENTED BY ANY OF THE FOREGOING, INCLUDING RIGHTS TO | Secured party was amended by registration no. 16114423: "CIT BUSINESS CREDIT CANADA INC., AS AGENT 207 QUEEN'S QUAY, SUITE 700 TORONTO ON M5J 1A7 Canada" |

390

| Debtor(s) | Secured Party(ies) | Registration No./Date of Registration | Expiry Date Renewal | Collateral Description | Comments |
|-----------|--------------------|--------------------------------------|---------------------|------------------------|----------|
|  |  |  |  | RETURNED, RECLAIMED OR REPOSSESSED GOODS; (E) RESERVES AND CREDIT BALANCES ARISING IN CONNECTION WITH OR PURSUANT HERETO; (F) GUARANTEES, SUPPORTING OBLIGATIONS, PAYMENT INTANGIBLES AND LETTER OF CREDIT RIGHTS (ALL AS DEFINED IN THE PPSA, IF DEFINED THEREIN); (G) INSURANCE POLICIES OR RIGHTS RELATING TO ANY OF THE FOREGOING; (H) GENERAL INTANGIBLES PERTAINING TO ANY AND ALL OF THE FOREGOING (INCLUDING ALL RIGHTS TO PAYMENT, INCLUDING THOSE ARISING IN CONNECTION WITH BANK AND NON-BANK CREDIT CARDS), AND INCLUDING BOOKS AND RECORDS AND ANY ELECTRONIC MEDIA AND SOFTWARE THERETO; (I) NOTES, DEPOSITS OR PROPERTY OF BORROWERS OR OTHER ACCOUNT DEBTORS SECURING THE OBLIGATIONS OF ANY SUCH BORROWERS OR OTHER ACCOUNT DEBTORS TO THE DEBTOR; AND (J) CASH AND NON-CASH PROCEEDS (AS DEFINED IN THE PPSA) OF ANY AND ALL OF THE FOREGOING; "INVENTORY" MEANS ALL OF THE DEBTOR'S PRESENT AND HEREAFTER ACQUIRED INVENTORY (AS |  |

391

| Debtor(s) | Secured Party(ies) | Registration No./Date of Registration | Expiry Date Renewal | Collateral Description | Comments |
|---|---|---|---|---|---|
| | | | | DEFINED IN THE PPSA) AND INCLUDING ALL MERCHANDISE, INVENTORY AND GOODS, AND ALL ADDITIONS, SUBSTITUTIONS, AND REPLACEMENTS THEREOF, WHEREVER LOCATED, TOGETHER WITH ALL GOODS AND MATERIALS USED OR USABLE IN MANUFACTURING PROCESSING, PACKAGING OR SHIPPING SAME IN ALL STAGES OF PRODUCTION FROM RAW MATERIALS THROUGH WORK-IN-PROCESS TO FINISHED GOODS, AND ALL "STORES" INVENTORY OR "OPERATING AND MAINTENANCE SUPPLIES" INVENTORY, AND ALL PROCEEDS OF ANY THEREOF (OF WHATEVER SORT); "DOCUMENTS OF TITLE" MEANS ALL PRESENT AND FUTURE DOCUMENTS OF TITLE (AS DEFINED IN THE PPSA) OF THE DEBTOR, AND ANY AND ALL WAREHOUSE RECEIPTS, BILLS OF LADING, SHIPPING DOCUMENTS, CHATTEL PAPER, INSTRUMENTS AND SIMILAR DOCUMENTS, IN EACH CASE IN RESPECT OF INVENTORY, ALL WHETHER NEGOTIABLE OR NOT, AND ALL CASH AND NON-CASH PROCEEDS OF THE FOREGOING; AND "OTHER COLLATERAL" MEANS ALL OF THE DEBTOR'S NOW OWNED AND HEREAFTER ACQUIRED LOCKBOX, BLOCKED ACCOUNT | |

392

| Debtor(s) | Secured Party(ies) | Registration No./Date of Registration | Expiry Date Renewal | Collateral Description | Comments |
|---|---|---|---|---|---|
| | | . | | AND ANY OTHER DEPOSIT ACCOUNTS MAINTAINED WITH ANY BANK OR FINANCIAL INSTITUTIONS INTO WHICH THE PROCEEDS OF ACCOUNTS, INVENTORY, DOCUMENTS OF TITLE ARE OR MAY BE DEPOSITED; ALL CASH AND OTHER MONIES AND PROPERTY OF THE DEBTOR IN THE POSSESSION OR CONTROL OF THE SECURED PARTY; ALL BOOKS, RECORDS, LEDGER CARDS, DISKS AND RELATED DATA PROCESSING SOFTWARE AT ANY TIME EVIDENCING OR CONTAINING INFORMATION RELATING TO ANY OF THE ACCOUNTS, INVENTORY, DOCUMENTS OF TITLE AND OTHER COLLATERAL OR IS OTHERWISE NECESSARY IN THE COLLECTION THEREOF OR REALIZATION THEREON; AND ALL CASH AND NON-CASH PROCEEDS OF THE FOREGOING. "PPSA" MEANS THE PERSONAL PROPERTY SECURITY ACT (NEW BRUNSWICK). | |
| FRASER N.H. LLC 181 Bay Street Suite 200 Toronto, ON M5J 2T3 Canada | CIT BUSINESS CREDIT CANADA INC. 207 Queen's Quay, Suite 700 Toronto ON M5J 1A7 Canada | 18033464 2009/10/06 | 2014/10/06 | A SECURITY INTEREST IS TAKEN IN ALL OF THE DEBTOR'S PRESENT AND AFTER-ACQUIRED PERSONAL PROPERTY. . | |

393

| Debtor(s) | Secured Party(ies) | Registration No./Date of Registration | Expiry Date Renewal | Collateral Description | Comments |
|---|---|---|---|---|---|
| FRASER PAPERS HOLDINGS INC. 1 TORONTO STREET, SUITE 600 TORONTO ON M5C 2W4 Canada | CIT BUSINESS CREDIT CANADA INC. 207 QUEEN'S QUAY, SUITE 700 TORONTO ON M5J 1A7 Canada | 11229515 2004/07/14 | 2009/07/14 Renewed by registration no. 16115354 until 2014/07/14 | ALL PRESENT AND AFTER-ACQUIRED "ACCOUNTS", "INVENTORY", "DOCUMENTS OF TITLE" AND "OTHER COLLATERAL". IN THIS REGISTRATION: "ACCOUNTS" MEANS ALL OF THE DEBTORS' NOW EXISTING AND FUTURE: (A) ACCOUNTS (AS DEFINED IN THE PPSA), AND ANY AND ALL OTHER RECEIVABLES, INCLUDING ALL ACCOUNTS CREATED BY, OR ARISING FROM, ALL OF THE DEBTOR'S SALES, LEASES, LOANS, RENTALS OF GOODS OR RENDITIONS OF SERVICES TO ITS CUSTOMERS, INCLUDING BUT NOT LIMITED TO, THOSE ACCOUNTS ARISING UNDER ANY OF SUCH DEBTOR'S TRADE NAMES OR STYLES, OR THROUGH ANY OF SUCH DEBTOR'S DIVISIONS; (B) ANY AND ALL INSTRUMENTS, DOCUMENTS, CHATTEL PAPER (INCLUDING ELECTRONIC CHATTEL PAPER) (ALL AS DEFINED IN THE PPSA, IF DEFINED THEREIN); (C) UNPAID SELLER'S OR LESSOR'S RIGHTS (INCLUDING RESCISSION, REPLEVIN, RECLAMATION, REPOSSESSION AND STOPPAGE IN TRANSIT) RELATING TO THE FOREGOING OR ARISING THEREFROM; (D) RIGHTS TO ANY GOODS REPRESENTED BY ANY OF THE FOREGOING, INCLUDING RIGHTS TO | Secured party was amended by registration no. 16115321: "CIT BUSINESS CREDIT CANADA INC., AS AGENT 207 QUEEN'S QUAY, SUITE 700 TORONTO ON M5J 1A7 Canada" Additional information added by registration no. 16732802: "Intercreditor Agreement between the parties dated June 16, 2008 regarding rights, priorities and interest of the parties in collateral of the debtor." |

394

| Debtor(s) | Secured Party(ies) | Registration No./Date of Registration | Expiry Date Renewal | Collateral Description | Comments |
|-----------|--------------------|--------------------------------------|---------------------|------------------------|----------|
|  |  |  |  | RETURNED, RECLAIMED OR REPOSSESSED GOODS; (E) RESERVES AND CREDIT BALANCES ARISING IN CONNECTION WITH OR PURSUANT HERETO; (F) GUARANTEES, SUPPORTING OBLIGATIONS, PAYMENT INTANGIBLES AND LETTER OF CREDIT RIGHTS (ALL AS DEFINED IN THE PPSA, IF DEFINED THEREIN); (G) INSURANCE POLICIES OR RIGHTS RELATING TO ANY OF THE FOREGOING; (H) GENERAL INTANGIBLES PERTAINING TO ANY AND ALL OF THE FOREGOING (INCLUDING ALL RIGHTS TO PAYMENT, INCLUDING THOSE ARISING IN CONNECTION WITH BANK AND NON-BANK CREDIT CARDS), AND INCLUDING BOOKS AND RECORDS AND ANY ELECTRONIC MEDIA AND SOFTWARE THERETO; (I) NOTES, DEPOSITS OR PROPERTY OF BORROWERS OR OTHER ACCOUNT DEBTORS SECURING THE OBLIGATIONS OF ANY SUCH BORROWERS OR OTHER ACCOUNT DEBTORS TO THE DEBTOR; AND (J) CASH AND NON-CASH PROCEEDS (AS DEFINED IN THE PPSA) OF ANY AND ALL OF THE FOREGOING; "INVENTORY" MEANS ALL OF THE DEBTOR'S PRESENT AND HEREAFTER ACQUIRED INVENTORY (AS |  |

395

| Debtor(s) | Secured Party(ies) | Registration No./Date of Registration | Expiry Date Renewal | Collateral Description | Comments |
|---|---|---|---|---|---|
| | | | | DEFINED IN THE PPSA) AND INCLUDING ALL MERCHANDISE, INVENTORY AND GOODS, AND ALL ADDITIONS, SUBSTITUTIONS, AND REPLACEMENTS THEREOF, WHEREVER LOCATED, TOGETHER WITH ALL GOODS AND MATERIALS USED OR USABLE IN MANUFACTURING PROCESSING, PACKAGING OR SHIPPING SAME IN ALL STAGES OF PRODUCTION FROM RAW MATERIALS THROUGH WORK-IN-PROCESS TO FINISHED GOODS, AND ALL "STORES" INVENTORY OR "OPERATING AND MAINTENANCE SUPPLIES" INVENTORY, AND ALL PROCEEDS OF ANY THEREOF (OF WHATEVER SORT); "DOCUMENTS OF TITLE" MEANS ALL PRESENT AND FUTURE DOCUMENTS OF TITLE (AS DEFINED IN THE PPSA) OF THE DEBTOR, AND ANY AND ALL WAREHOUSE RECEIPTS, BILLS OF LADING, SHIPPING DOCUMENTS, CHATTEL PAPER, INSTRUMENTS AND SIMILAR DOCUMENTS, IN EACH CASE IN RESPECT OF INVENTORY, ALL WHETHER NEGOTIABLE OR NOT, AND ALL CASH AND NON-CASH PROCEEDS OF THE FOREGOING; AND "OTHER COLLATERAL" MEANS ALL OF THE DEBTOR'S NOW OWNED AND HEREAFTER ACQUIRED LOCKBOX, BLOCKED ACCOUNT | |

396

| Debtor(s) | Secured Party(ies) | Registration No./Date of Registration | Expiry Date Renewal | Collateral Description | Comments |
|-----------|-------------------|--------------------------------------|---------------------|----------------------|----------|
| | | | | AND ANY OTHER DEPOSIT ACCOUNTS MAINTAINED WITH ANY BANK OR FINANCIAL INSTITUTIONS INTO WHICH THE PROCEEDS OF ACCOUNTS, INVENTORY, DOCUMENTS OF TITLE ARE OR MAY BE DEPOSITED; ALL CASH AND OTHER MONIES AND PROPERTY OF THE DEBTOR IN THE POSSESSION OR CONTROL OF THE SECURED PARTY; ALL BOOKS, RECORDS, LEDGER CARDS, DISKS AND RELATED DATA PROCESSING SOFTWARE AT ANY TIME EVIDENCING OR CONTAINING INFORMATION RELATING TO ANY OF THE ACCOUNTS, INVENTORY, DOCUMENTS OF TITLE AND OTHER COLLATERAL OR IS OTHERWISE NECESSARY IN THE COLLECTION THEREOF OR REALIZATION THEREON; AND ALL CASH AND NON-CASH PROCEEDS OF THE FOREGOING. "PPSA" MEANS THE PERSONAL PROPERTY SECURITY ACT (NEW BRUNSWICK). | |
| FRASER PAPERS HOLDINGS INC. 181 Bay Street Suite 200 Toronto, ON M5J 2T3 Canada | CIT BUSINESS CREDIT CANADA INC. 207 Queen's Quay, Suite 700 Toronto ON M5J 1A7 Canada | 1803349 2009/10/06 | 2014/10/06 | A SECURITY INTEREST IS TAKEN IN ALL OF THE DEBTOR'S PRESENT AND AFTER-ACQUIRED PERSONAL PROPERTY. | |

397

| Debtor(s) | Secured Party(ies) | Registration No./Date of Registration | Expiry Date Renewal | Collateral Description | Comments |
|---|---|---|---|---|---|
| Fraser Papers Inc. 181 Bay Street Suite 200 Brookfield Place Toronto, ON M5J 2T3 Canada<br><br>Papiers Fraser Inc. 181 Bay Street Suite 200 Brookfield Place Toronto, ON M5J 2T3 Canada<br><br>Fraser Papers Inc./Papiers Fraser Inc. 181 Bay Street Suite 200 Brookfield Place Toronto, ON M5J 2T3 Canada<br><br>Papiers Fraser Inc./Fraser Papers Inc. 181 Bay Street Suite 200 Brookfield Place Toronto, ON M5J 2T3 Canada | Brookfield Asset Management Inc. 181 Bay Street Suite 300 Brookfield Place Toronto, ON M5J 2T3 Canada | 1601581<br><br>2008/04/04 | 2013/04/04 | ALL THE DEBTORS' PRESENT AND AFTER ACQUIRED PERSONAL PROPERTY INCLUDING, WITHOUT LIMITATION, ALL GOODS (INCLUDING ALL PARTS, EQUIPMENT, INVENTORY, ACCESSORIES, ATTACHMENTS, SPECIAL TOOLS, ADDITIONS AND ACCESSIONS THERETO), CHATTEL PAPER, DOCUMENTS OF TITLE (WHETHER NEGOTIABLE OR NOT), INSTRUMENTS, BOOKS AND RECORDS, RECEIVABLES, INTANGIBLES, MONEY AND SECURITIES NOW OWNED OR HEREAFTER OWNED OR ACQUIRED BY OR ON BEHALF OF THE DEBTOR AND ALL PROCEEDS AND RENEWALS THEREOF, ACCRETIONS THERETO AND SUBSTITUTIONS THEREFOR. | Additional information added by registration no. 16732778: "Intercreditor Agreement between the parties dated June 16, 2008 regarding rights, priorities and interest of the parties in collateral of the debtor." |
| Fraser Papers Inc. 181 Bay Street Suite 200 Brookfield Place Toronto, ON M5J 2T3 Canada<br><br>Papiers Fraser Inc. 181 Bay Street Suite 200 Brookfield Place Toronto, ON M5J 2T3 Canada<br><br>Fraser Papers Inc./Papiers Fraser Inc. 181 Bay Street Suite 200 Brookfield Place Toronto, ON M5J 2T3 Canada | Her Majesty the Queen in Right of the Province of New Brunswick, as represented by the Minister of Business New Brunswick 670 King Street Fredericton NB E3B 5H1 Canada | 16375628<br><br>2008/06/24 | 2013/06/24 | ALL THE DEBTORS' PRESENT AND AFTER ACQUIRED PERSONAL PROPERTY INCLUDING, WITHOUT LIMITATION, ALL GOODS (INCLUDING ALL PARTS, EQUIPMENT, INVENTORY, ACCESSORIES, ATTACHMENTS, SPECIAL TOOLS, ADDITIONS AND ACCESSIONS THERETO), CHATTEL PAPER, DOCUMENTS OF TITLE (WHETHER NEGOTIABLE OR NOT), INSTRUMENTS, BOOKS AND RECORDS, RECEIVABLES, INTANGIBLES, MONEY AND SECURITIES NOW OWNED OR HEREAFTER | Additional information added by registration no. 16732794: "Intercreditor Agreement between the parties dated June 16, 2008 regarding rights, priorities and interest of the parties in collateral of the debtor." |

398

| Debtor(s) | Secured Party(ies) | Registration No./Date of Registration | Expiry Date Renewal | Collateral Description | Comments |
|---|---|---|---|---|---|
| Papiers Fraser Inc./Fraser Papers Inc. 181 Bay Street Suite 200 Brookfield Place Toronto, ON M5J 2T3 Canada | | | | OWNED OR ACQUIRED BY OR ON BEHALF OF THE DEBTOR AND ALL PROCEEDS AND RENEWALS THEREOF, ACCRETIONS THERETO AND SUBSTITUTIONS THEREFOR. | |
| FRASER PAPERS INC. 1 TORONTO STREET, SUITE 600 TORONTO, ON M5C 2W4 Canada | CIT BUSINESS CREDIT CANADA INC. 207 QUEENS QUAY, SUITE 700 TORONTO ON M5J 1A7 Canada | 11229481 2004/07/14 | 2009/07/14 Renewed by registration no. 16115438 until 2014/07/14 | ALL PRESENT AND AFTER-ACQUIRED "ACCOUNTS", "INVENTORY", "DOCUMENTS OF TITLE" AND "OTHER COLLATERAL". IN THIS REGISTRATION: "ACCOUNTS" MEANS ALL OF THE DEBTORS' NOW EXISTING AND FUTURE: (A) ACCOUNTS (AS DEFINED IN THE PPSA), AND ANY AND ALL OTHER RECEIVABLES, INCLUDING ALL ACCOUNTS CREATED BY, OR ARISING FROM, ALL OF THE DEBTOR'S SALES, LEASES, LOANS, RENTALS OF GOODS OR RENDITIONS OF SERVICES TO ITS CUSTOMERS, INCLUDING BUT NOT LIMITED TO, THOSE ACCOUNTS ARISING UNDER ANY OF SUCH DEBTOR'S TRADE NAMES OR STYLES, OR THROUGH ANY OF SUCH DEBTOR'S DIVISIONS; (B) ANY AND ALL INSTRUMENTS, DOCUMENTS, CHATTEL PAPER (INCLUDING ELECTRONIC CHATTEL PAPER) (ALL AS DEFINED IN THE PPSA, IF DEFINED THEREIN); (C) UNPAID SELLER'S OR LESSOR'S RIGHTS (INCLUDING RESCISSION, REPLEVIN, RECLAMATION, REPOSSESSION AND | The following debtors were added by registration no. 17682857: "Fraser Papers Inc. Papiers Fraser Inc. 1 TORONTO STREET, SUITE 600 TORONTO, ON M5C 2W4 Canada Papiers Fraser Inc. Fraser Papers Inc. 1 TORONTO STREET, SUITE 600 TORONTO, ON M5C 2W4 Canada Papiers Fraser Inc. 1 TORONTO STREET, SUITE 600 TORONTO, ON M5C 2W4 Canada" Secured party was amended by registration no. 16115420 as follows: "CIT BUSINESS CREDIT CANADA INC., AS AGENT 207 QUEENS QUAY, SUITE 700 TORONTO ON M5J 1A7 Canada" Additional information added by registration no. 16732760: "Intercreditor Agreement between the parties dated June 16, 2008 regarding rights, priorities and interest of the parties in collateral of the debtor." |

309

| Debtor(s) | Secured Party(ies) | Registration No./Date of Registration | Expiry Date Renewal | Collateral Description | Comments |
|-----------|---------------------|----------------------------------------|---------------------|------------------------|----------|
| | | | | STOPPAGE IN TRANSIT) RELATING TO THE FOREGOING OR ARISING THEREFROM; (D) RIGHTS TO ANY GOODS REPRESENTED BY ANY OF THE FOREGOING, INCLUDING RIGHTS TO RETURNED, RECLAIMED OR REPOSSESSED GOODS; (E) RESERVES AND CREDIT BALANCES ARISING IN CONNECTION WITH OR PURSUANT HERETO; (F) GUARANTEES, SUPPORTING OBLIGATIONS, PAYMENT INTANGIBLES AND LETTER OF CREDIT RIGHTS (ALL AS DEFINED IN THE PPSA, IF DEFINED THEREIN); (G) INSURANCE POLICIES OR RIGHTS RELATING TO ANY OF THE FOREGOING; (H) GENERAL INTANGIBLES PERTAINING TO ANY AND ALL OF THE FOREGOING (INCLUDING ALL RIGHTS TO PAYMENT, INCLUDING THOSE ARISING IN CONNECTION WITH BANK AND NON-BANK CREDIT CARDS), AND INCLUDING BOOKS AND RECORDS AND ANY ELECTRONIC MEDIA AND SOFTWARE THERETO; (I) NOTES, DEPOSITS OR PROPERTY OF BORROWERS OR OTHER ACCOUNT DEBTORS SECURING THE OBLIGATIONS OF ANY SUCH BORROWERS OR OTHER ACCOUNT DEBTORS TO THE DEBTOR; AND (J) CASH AND NON-CASH | |