## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 15 |
| | ) | |
| FRASER PAPERS INC., et al.,[1] | ) | Case No. 09-12123(KJC) |
| | ) | |
| Debtors in Foreign Proceedings. | ) | Jointly Administered |
| | ) | |
| | ) | **RE: D.I. 219, 221** |
| | ) | |

**NOTICE OF FILING OF AMENDED MEETING ORDER IN SUPPORT OF DEBTORS'
MOTION FOR ORDER PURSUANT TO 11 U.S.C. §§ 105(a), 1507, 1509 AND 1525
RECOGNIZING ORDERS OF THE CANADIAN COURT AND APPROVING THE
DEBTORS' CONSOLIDATED PLAN OF COMPROMISE AND ARRANGEMENT AND
TRANSACTION AGREEMENT**

**PLEASE TAKE NOTICE THAT** on December 2, 2010, the Debtors filed the
*Debtors' Motion for Order Pursuant To 11 U.S.C. Sections 105(a), 1507, 1509 and 1525
Recognizing Orders of the Canadian Court and Approving the Debtors' Consolidated Plan of
Compromise and Arrangement and Transaction Agreement* (D.I. 219).

**PLEASE TAKE FURTHER NOTICE** that, on December 3, 2010, in the
proceedings (the "Canadian Proceedings") under Canada's *Companies' Creditors Arrangement
Act*, R.S.C. 1985, c. C-36, as amended (the "CCAA"), pending before the Ontario Superior Court
of Justice (Commercial List) (the "Canadian Court") Canadian Proceedings, the Canadian Court
entered the *Meeting Order*, along with the Endorsement of Madame Justice Pepall.

**PLEASE TAKE FURTHER NOTICE** that, on December 7, 2010, the Debtors
filed the *Notice Of Filing Of (I) Canadian Approval And Vesting Order With Respect To The*

---

[1]   These jointly administered cases are those of the following debtors: Fraser Papers Inc., FPS Canada Inc.,
Fraser Papers Holdings Inc., Fraser Timber Limited, Fraser Papers Limited, and Fraser N.H. LLC.

*Sale Of Debtors Gorham New Hampshire Mill And Related Assets And (II) Meeting Order And Endorsement Of Madame Justice Pepall In Support Of Debtors Motion For Order Pursuant To 11 U.S.C. §§ 105(a), 1507, 1509 And 1525 Recognizing Orders Of The Canadian Court And Approving The Debtors Consolidated Plan Of Compromise And Arrangement And Transaction Agreement* (D.I. 221).

**PLEASE TAKE FURTHER NOTICE** that, on December 17, 2010, the Canadian Court entered the *Order Amending Meeting Order*, attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that a hearing to recognize the Meeting Order, as amended, in the United States will take place on January 13, 2011 at 3:00 p.m. (ET). The hearing will be held before The Honorable Kevin J. Carey, United States Bankruptcy Judge, at the United States Bankruptcy Court located at 824 Market Street, 5th Floor, Courtroom #5, Wilmington, Delaware 19801.

Dated: December 17, 2010
      Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL, LLP

_____

Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
Alissa T. Gazze (No. 5338)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
(302) 658-9200

    -and-

THORNTON GROUT FINNIGAN LLP
D.J. Miller, Esq.
Danny Nunes, Esq.
Suite 3200, Canadian Pacific Tower
100 Wellington St. West
P.O. Box 329, Toronto-Dominion Centre
Toronto, Canada M5K 1K7
(416) 304-1616

*Counsel to the Debtors*
*Fraser Papers Inc., et al.*