IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
In re                                                          :    Chapter 15
                                                               :    Case No. 09-12123 (KJC)
FRASER PAPERS INC., et al.,[3]                                 :    Jointly Administered
                                                               :
Debtors in Foreign Proceedings.                                :
                                                               :
                                                               :
---------------------------------------------------------------X

## ORDER UNDER 11 U.S.C. § 102(1) SHORTENING NOTICE RELATING TO DEBTORS' AMENDED MOTION FOR ORDER PURSUANT TO 11 U.S.C. §§ 105(a), 363, 1507, 1509 AND 1525 RECOGNIZING ORDERS OF THE CANADIAN COURT AND APPROVING THE DEBTORS' AMENDED CONSOLIDATED PLAN OF COMPROMISE AND ARRANGEMENT AND TRANSACTION AGREEMENT

Upon the motion (the "Motion to Shorten")[4] of Fraser Papers Inc. ("Fraser"), in its capacity as foreign representative of Fraser and its affiliated captioned debtors and participants (collectively with Fraser, the "Debtors") under Canada's *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended (the "CCAA"), pending before the Ontario Superior Court of Justice (Commercial List) (the "Canadian Court"), for entry of an order, as more fully described in the Motion to Shorten, shortening notice pursuant to sections 102(1) and 105 of the Bankruptcy Code, Bankruptcy Rules 2002 and 9006, and Local Rule 9006-1(e) with respect to the Debtors' Recognition and Approval Motion; and it appearing that adequate notice of the Recognition and Approval Motion having been given as set forth in the Motion to Shorten; and it appearing that no other or further notice is

---

[3]  These jointly administered cases are those of the following debtors: Fraser Papers Inc., FPS Canada Inc., Fraser Papers Holdings Inc. ("Fraser Holdings"), Fraser Timber Limited ("FTL"), Fraser Papers Limited ("FPL"), and Fraser N.H. LLC ("Fraser N.H.").

[4]  Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion to Shorten.

necessary; and it appearing that the relief requested is in the best interests of the Debtors' estates and creditors, and other parties-in-interest; and it appearing that the Court has jurisdiction to consider the Motion to Shorten and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion to Shorten is GRANTED.

2. The Recognition and Approval Motion will be considered at a hearing scheduled on **February 11, 2011 at 2:30 p.m. (ET)**.

3. Objections, if any, to the Recognition and Approval Motion shall be filed and served no later than **February 9, 2011 at 4:00 p.m. (ET)**.

4. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: Feb 4, 2011
Wilmington, Delaware

_____
THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE