# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 15 |
| | ) | |
| FRASER PAPERS INC., et al.,[1] | ) | Case No. 09-12123(KJC) |
| | ) | |
| Debtors in Foreign Proceedings. | ) | Jointly Administered |
| | ) | RE: D.I. 229, 233 and 238 |

## NOTICE OF FILING OF THE CANADIAN VESTING ORDER, CANADIAN TRUST ORDER, AND CANADIAN SANCTION ORDER

**PLEASE TAKE NOTICE THAT** on February 3, 2011 Fraser Papers Inc. ("Fraser"), in its capacity as foreign representative of Fraser and its affiliated captioned debtors and participants (collectively with Fraser, the "Debtors") filed the *Debtors' Amended Motion for Order Recognizing Orders of the Canadian Court and Approving the Debtors' Amended Consolidated Plan of Compromise and Arrangement and Transaction Agreement* (D.I. 229) (the "Recognition and Approval Motion").

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Recognition and Approval Motion, the Debtors have today filed the executed Canadian Sanction Order, Canadian Trust Order, and Canadian Vesting Order (the "Canadian Orders") attached hereto as **Exhibit A, Exhibit B, and Exhibit C**, respectively.

*[Remainder of Page Intentionally Left Blank]*

---

[1] These jointly administered cases are those of the following debtors: Fraser Papers Inc., FPS Canada Inc., Fraser Papers Holdings Inc., Fraser Timber Limited, Fraser Papers Limited, and Fraser N.H. LLC.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Recognition and Approval Motion, the Debtors have today filed blackline versions of the Canadian Orders attached hereto as **Exhibit D, Exhibit E, and Exhibit F**, respectively.

Dated: February 11, 2011
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL, LLP

Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
Alissa T. Gazze (No. 5338)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
(302) 658-9200

-and-

THORNTON GROUT FINNIGAN LLP
D.J. Miller, Esq.
Danny Nunes, Esq.
Suite 3200, Canadian Pacific Tower
100 Wellington St. West
P.O. Box 329, Toronto-Dominion Centre
Toronto, Canada M5K 1K7
(416) 304-1616

*Counsel to the Debtors*
*Fraser Papers Inc., et al.*

4086161.1